# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 24-880

**Case Name** Center for Investigative Reporting v. U.S. Department of Labor

**Counsel submitting this form** Joshua M. Koppel

**Represented party/parties** U.S. Department of Labor

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs filed a Freedom of Information Act (FOIA) request seeking EEO-1 reports submitted by federal contractors from 2016 through 2020. The U.S. Department of Labor withheld the reports of approximately 4,800 contractors after the contractors objected to their release and the Department determined that those reports are exempt from disclosure under FOIA Exemption 4.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  Rev. 09/01/22

*Briefly describe the result below and the main issues on appeal.*

The district court held that the EEO-1 reports of five bellwether contractors do not contain commercial information and therefore do not fall within FOIA Exemption 4. The question presented on appeal is whether FOIA Exemption 4 permits the Department of Labor to withhold EEO-1 reports of federal contractors.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court ordered the Department of Labor to disclose certain EEO-1 reports. The Department has filed a motion for a stay pending appeal, which is currently pending in the district court. In addition, the district court will still need to decide whether the Department must disclose certain other EEO-1 reports.

**Signature** /s/ Joshua M. Koppel    **Date** 2/26/2024
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                      *Rev. 09/01/22*