**FILED**

MAY 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,

        Plaintiffs - Appellees,

 v.

UNITED STATES DEPARTMENT OF LABOR,

        Defendant - Appellant.

No. 24-880

D.C. No. 3:22-cv-07182-WHA
Northern District of California, San Francisco

ORDER

---

    The opening brief submitted by Appellant United States Department of Labor is filed.

    Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

    The excerpts of record submitted by Appellant United States Department of Labor are filed. Within 7 days of this order, Appellant must file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

    The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The

regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT