No. 24-880

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS

*Plaintiffs-Appellees,*

v.

UNITED STATES DEPARTMENT OF LABOR

*Defendant-Appellant.*

On Appeal from the United States District Court for the Northern District of California, Case No. 22-cv-07182-WHA, Honorable William Alsup, Presiding

## SUPPLEMENTAL EXCERPTS OF RECORD
## VOLUME 4 OF 4

D. VICTORIA BARANETSKY
THE CENTER FOR
INVESTIGATIVE REPORTING
222 Sutter St., Ste. 200
San Francisco, CA 91608
Telephone: (510) 982-2890
vbaranetsky@revealnews.org

THERESE Y. CANNATA
AARON R. FIELD
ZACHARY COLBETH
CANNATA, O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
tcannata@cofolaw.com
afield@cofolaw.com
zcolbeth@cofolaw.com

*Attorney for Plaintiff-Appellee*
*The Center for Investigative*
*Reporting*

*Attorneys for Plaintiffs-Appellees*
*The Center for Investigative*
*Reporting and Will Evans*

(2 of 262), Page 2 of 262   Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 2 of 262
Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 812 of 1025
COMBINED MANAGEMENT REPORT  GENERAL INFORMATION

Deutsche Post DHL Group –

## SUPPLY CHAIN DIVISION

### Solutions that reduce customer supply chain complexity



Around
**15**
million m² warehousing and operational space¹

Analyses used to optimise supply chains

Around
**10,500**
vehicles

Around
**185,000**
employees

Most innovative
**3PL provider**
according to Gartner ranking

Active in more than
**50**
countries

¹ Includes owned and leased warehouses only and not customer-owned facilities operated by DHL.

**Tailor-made supply c**
Our core business con
and supply chain solu
ity for our customers a
a broad product portf
and transport as we
eFulfillment, omnicha
ment, Lead Logistics
Service Logistics and
customer's needs acr
offer modular solutio
ations to be more ag
changing supply chai

**Standardisation and**
We are constantly st
along the entire supp
isation and the use of
digital solutions are
our locations, for exa
robots and some 38
addition, we leverage
efficiencies and to en
are integrating physi

COMBINED MANAGEMENT REPORT   GENERAL INFORMATION                                          Deutsche Post DHL Group –

**Leading position in contract logistics**

The global contract logistics market is estimated at around €231.3 billion for the year 2021. DHL is the global market leader in the fragmented market of contract logistics with a market share of 6.0% (2021) and operations in more than 50 countries. The market share of the next leading providers is half as large.

**Meeting or exceeding customers' expectations**

With the globally consistent operating standards of our "Operations Management System First Choice", we ensure that we consistently either meet or exceed our customers' quality expectations and continuously improve.

Thanks to our systematic follow-up on customer feedback, our satisfaction values (Net Promoter Approach) remain on a high level.

**Contract logistics market 2021[1]**

| € billion | Asia Pacific | Americas | Middle East/Africa | Europe | Global |
|---|---|---|---|---|---|
| Contract logistics | 81.6 | 67.4 | 7.9 | 74.4 | **231.3** |

[1] Company estimate.

SER-903

    Deutsche Post DHL Group –

## ECOMMERCE SOLUTIONS DIVISION

### Domestic last-mile parcel delivery and non-TDI cross-border services



More than **20** countries

More than **1.5** billion parcels

More than **90,000** service points

**8** dedicated aircraft

Around **40,000** employees

Around **25,000** vehicles

**Domestic and intern...
parcel delivery**

Our core business is...
in selected countries in A...
selected countries in A...
cross-border services...
as well as to and from...

The domestic las...
vided via our own an...
B2C and B2B custom...
cross-border service p...
to enable our custom...
cross-border trade, v...
speed, transparency a...
platform is our deliv...
especially for e-comm...
and B2C, which simpli...
ping with a harmonis...
features and local ser...

The B2C volume...
demic years, with th...
highest basis for com...
pattern came to be in...
second half of the yea...
in the first six months...

**Satisfied customers a...**
We focus on deliverin...
well as quality and se...
succeeded in achievi...
95.5% (previous year:

(5 of 262), Page 5 of 262    Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 5 of 262
Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 815 of 1025

COMBINED MANAGEMENT REPORT GENERAL INFORMATION                    Deutsche Post DHL Group —

## POST & PARCEL GERMANY DIVISION

### Nationwide post and parcel network in Germany



Around
**192,000**
employees

Around
**25,000**
sales points

Around
**11,300**
Packstations

**82**
mail centres

**38**
parcel centres

Around
**108,400**
postboxes

Around
**48**
million letters
per working day

Around
**6.2**
million parcels
per working day

**The postal service fo**

As Europe's largest
is the transport, sort
goods. We maintain a
in Germany, which we
of digitalisation and s

Our products and
segment are targeted
customers and range
special products for th
tional services such as
insured items.

In the year under
communication for bu
€4.3 billion (previous
declining volumes, th
increases for some r
effective from 1 Janua
in the reporting peri
factors, the unusuall
German federal and
the market in which w
that operate as servic
ket – i.e. both compe
and consolidators pr
share increased slig
year (61.4%) due to g

**German mail commu**
**business customers,**

Market volume: around

| Deutsche Post |
| Competition |

Source: company estimate.

COMBINED MANAGEMENT REPORT   GENERAL INFORMATION

Deutsche Post DHL Group –

**Cross-channel dialogue**

On request, our Dialogue Marketing unit offers end-to-end solutions to advertisers – from address services and tools for design and creation to printing, delivery and evaluation. This supports cross-channel, personalised and automated dialogue so that digital and physical items with interrelated content are delivered according to a co-ordinated timetable and without any coverage waste.

The German advertising market grew by 4.4% in 2022 to come in at €29.9 billion, ultimately not growing as dynamically as in the previous year. Our share of this highly fragmented advertising market amounted to 5.7% (previous year: 5.9%).

**German advertising market[1] 2022**

| Market volume: €29.9 billion | |
| --- | --- |
| Competition | 94.3% |
| Deutsche Post | 5.7% |

[1] Includes all advertising media with external distribution costs; the placement costs are shown as ratios.

Source: company estimate.

**DHL Parcel for companies and private individuals**

We maintain a dense network of parcel acceptance and drop-off points in Germany, which we expanded and digitalised in the reporting year.

We offer support to businesses to grow their online retail business. Along with the Supply Chain division, we are able to cover the entire logistics chain through to returns management on request.

Various services enable individualised and convenient parcel delivery for private customers: parcels can be delivered to an alternative address, a specific retail outlet or a Paketshop at short notice. Furthermore, registered customers can now have all items sent automatically to a Packstation or selected retail outlet. Additionally, the digital delivery notification for parcels introduced in the previous year is more transparent and more convenient.

The German parcel market continues to be subject to competition-driven structural changes, with established as well as new companies offering their services. In e-commerce, the delivery of a portion of shipments is handled by the merchant's own distribution networks.

There has been no interruption in the medium- and long-term growth trend in the number of online orders. In light of this as well, we will increase the number of Packstations to more than 15,000 in the coming years to make it even more convenient for customers all over Germany to send and receive parcels, and to create an environmentally friendly, traffic-reduced parcel delivery system. Following a successful pilot phase in 2021, we will also make progress in the expansion of Poststations.

**Reliable delivery in a**

According to surveys search institute, arou in Germany during da or before final collecti the year under revie two days. This puts u 80% (D+1) and 95% (

These figures ca the challenging envir In the third year of the of illness amongst en uation on the German

Our approximat points were open for the year under review Consumers who use Deutsche Post retail are surveyed annual by "Kundenmonitor D the high level of appr outlets: a total of 94.2 isfied with the qualit In addition, custome rating of 4.37 out of 5 finder (previous year: and sales network ha vious year: around 34 Packstation network.

Deutsche Post DHL Group –

# Strategy

### Navigating safely through a volatile, fast-changing environment

We announced Strategy 2025 in October 2019. It draws on the successful elements of Strategy 2015 and 2020, which established us as the world's leading logistics company. Building on this strong foundation, Strategy 2025 helps us to cement and grow that leading position as the pace of change in the world around us accelerates.

We defined our strategic goals in a comprehensive process in which we worked with relevant stakeholders including employees, customers, suppliers and investors. Our "Strategy House" graphic illustrates the most important elements of our strategy and how they are connected.

Strategy 2025 guided us safely through the volatile, fast-changing environment. As part of a yearly assessment, we undertook a detailed review of our corporate strategy and found it not only to be fundamentally sound, but that it had also made Deutsche Post DHL Group more resilient. That resilience is the result of disciplined and consistent execution of our Group strategy, with each and every element playing a key role.

### Strategic triad of purpose, vision and values

Our purpose of "Connecting people, improving lives" has never been more important than it is today. In keeping with our vision of being THE logistics company for the world, Deutsche Post DHL Group strives to continue leading the industry – and doing so in an increasingly digital and sustainability-oriented world. Our core values "Respect & Results" are just as much a part of our strategy today as they have been in the past.

**Strategy House**





STRATEGY 2025
**Delivering excellence in a digital world**

**Our Purpose**
Connecting people, improving lives

**Our Vision**
We are THE logistics company for the world

**Our Values**
Respect & Results

**Our Mission**
**Excellence. Simply delivered.**
Along the three bottom lines in

Enabled by **Common DNA**

**Our Business Unit focus**
**Strengthening the profitable**

Supported by **Group functions**

**Digitalisation**

The triad of purpose, vision and values underpins the three building blocks of Strategy 2025: sustained execution excellence along the three bottom lines; becoming an employer, provider and investment of choice; a focus on our profitable core business and digital transformation. We have also cemented sustainability into every part of our business strategy through purpose and our own values. Respect and Results mean that we are committed to each other and together make a positive social contribution. Our purpose "Connecting people, improving lives" guides our efforts and sense of responsibility.

### Execution excellence along the three bottom lines

Our mission, "Excellence. Simply delivered.", is defined by the three bottom lines. We believe having motivated and skilled employees is the key to providing excellent service quality and achieving profitable growth.

At Deutsche Post DHL Group, when we speak of our common DNA we mean the set of behaviours, tools and programmes that we put into practice throughout the Group. Group-wide programmes such as Certified, First Choice and Safety First play an important part in building the common DNA by influencing what we do on a day-to-day basis. Irrespective of division, geographical region or function, our common DNA is an expression of who we are and how we do things at Deutsche Post DHL Group.

As an integral part of our strategy, sustainability is anchored along our three bottom lines. New policies and regulations across industries, increasingly changing buying habits and the growing focus on sustainable investments have motivated us to serve as a sustainability role model in our industry and to set ourselves ambitious targets. We therefore made sustainability a cornerstone of our Strategy 2025 and an essential element of our mission.

With our ESG Roadmap, we build on our past achievements and plot a course for future success. The roadmap will serve as guidance in the three areas of environment, social responsibility and corporate governance. Clear objectives were set for each of these areas. We strive for environmentally friendly logistics and aim to be a great place to work for all and a trustworthy company and partner.

We set transparent, time-bound targets and KPIs with which we make sustainability an integral component in the yearly planning and strategic cycle, with targets integrated into our decision-making process. One key target is to increase the pace of our company's planned decarbonisation, **›› Non-financial statement.**

### Divisions focus on profitable core business

Our divisions continue to focus relentlessly on their profitable core. In so doing, they ensure that our services and solutions can be provided reliably, even in unusual circumstances.

**Digital transformation**
Representing a signi...
growth, digital trans...
strategy. We therefo...
improve the experie...
have with the compa...
ciency. Our digitalisa...
are upgrading the IT l...
nologies throughout...
scaling business mod...

In our divisions,...
grammes in place to ...
future agility and inc...
Excellence, we have c...
e.g. in the areas of au...
API, blockchain and th...
ing us to foster and b...
digital solutions acros...

## Research and ...

As a service provider,...
engage in research a...
rower sense and ther...
report in this connect...

(9 of 262), Page 9 of 262    Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 9 of 262
Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 819 of 1025
COMBINED MANAGEMENT REPORT  GENERAL INFORMATION
Deutsche Post DHL Group –

## Steering metrics

**Financial and non-financial key performance indicators**

Deutsche Post DHL Group uses both financial and non-financial performance indicators in its management of the Group. The monthly, quarterly and annual changes in these indicators are compared with prior-year data and forecast data to assist in making management decisions. The year-to-year changes in the financial and non-financial performance indicators described here also play an important role in the calculation of management remuneration. The Group's financial performance indicators are intended to preserve a balance between profitability, the efficient use of resources and adequate liquidity. How these metrics are computed is illustrated in the ❯ **Calculations graphic.** The performance of the financial key figures in the reporting year is described in the ❯ **Report on economic position.** As planned, the following non-financial key performance indicators were additionally introduced as management-relevant in the year under review: absolute logistics-related greenhouse gas (GHG) emissions, Realised Decarbonisation Effects, share of women in middle and upper management, lost time injury frequency rate (LTIFR) per 200,000 working hours and share of valid compliance-relevant training certificates in middle and upper management. Targets and results for these key performance indicators are described in the ❯ **Non-financial statement.**

Additional metrics that we will report beginning in 2023 are described and forecast in the ❯ **Expected developments, opportunities and risks section.**

**EBIT and EAC (EBIT after asset charge)**

The profitability of the Group's operating divisions is measured as profit from operating activities (EBIT).

EBIT after asset charge (EAC) is another key performance indicator used by the Group. EAC is calculated by subtracting the asset charge, a cost-of-capital component, from EBIT. Making the asset charge a part of business decisions encourages the efficient use of resources and ensures that our operational business is geared towards increasing value sustainably whilst improving cash flow.

The asset charge is calculated on the basis of the weighted average cost of capital, or WACC, which is defined as the weighted average net cost of interest-bearing liabilities and equity, taking into account company-specific risk factors in accordance with the Capital Asset Pricing Model.

A standard WACC of 8.5% is applied across the divisions. That figure also represents the minimum target for projects and investments within the Group. The WACC is generally reviewed once annually on the basis of the current situation on the financial markets. To ensure better comparability of the asset charge with previous figures, in 2022 the WACC used here was maintained at a constant level compared with the previous years.

The asset charge is calculated each month so that fluctuations in the net asset base can also be taken into account during the year. The ❯ **Calculations graphic** shows the composition of the Group's net asset base.

**Free cash flow facili**

Along with EBIT and I
mance metric used I
to maintain sufficient
financial obligations f
addition to meeting pa
Group's operations an
using the cash flow st

Operating cash f
related directly to op
parameter impacting
management of net w

Free cash flow (FC
from OCF. It is used a
available to the compa
ing debt at the end of

COMBINED MANAGEMENT REPORT  GENERAL INFORMATION                                        Deutsche Post DHL Group –

## Calculations



Revenue

- ⊕ Other operating income
- ⊕ Changes in inventories and work performed and capitalised
- ⊖ Materials expense
- ⊖ Staff costs
- ⊖ Depreciation, amortisation and impairment losses
- ⊖ Other operating expenses
- ⊕ Net income/loss from investments accounted for using the equity method

**EBIT**
**Profit from operating activities**



EBIT

- ⊖ Asset charge
  - ⊖ Net asset base
  - ⊗ Weighted average cost of capital (WACC)

**EAC**
**EBIT after asset charge**

Operating assets

- • Intangible assets
- • Property, plant and equipment
- • Goodwill
- • Trade receivables (included in net working capital)¹
- • Other non-current operating assets²

- ⊖ Operating liabilities

- • Operating provisions
  (excluding provisions for pensions and similar obligations)
- • Trade payables (included in net working capital)¹
- • Other non-current operating liabilities²

- ⊖ **Net asset base**

EBIT

- ⊕ Depreciation, amor
- ⊕ Net income/loss fro
- ⊕ Non-cash income a
- ⊕ Change in provision
- ⊕ Change in other non
- ⊕ Dividends received
- ⊕ Income taxes paid
- ⊕ **Operating cash flo
  in working capital**
- ⊕ Change in net work
- ⊖ **Net cash from/use
  (operating cash flo**
- ⊕ Cash inflow/outflo
  plant and equipmen
- ⊕ Cash inflow/outflo
- ⊖ Cash outflow for lea
- ⊕ Net interest paid (e

**FCF**
**Free cash flo**

¹ Includes EBIT-related current assets and liabilities. Not included are assets and liabilities related to taxes, financing and cash and cash equivalents, for example.
² Includes EBIT-related other non-current assets and liabilities. Not included are assets and liabilities related to taxes or bonds, for example.

**Managing and reducing greenhouse gas emissions**

We aim to reduce the greenhouse gas (GHG) emissions produced by our operations, as well as our dependency on fossil fuels, in order to mitigate the impact of our operations on the global climate.

As planned, we introduced new key performance indicators in the year under review: the absolute logistics-related GHG emissions as a medium- and long-term target and Realised Decarbonisation Effects. We use the latter KPI to measure the emissions that we were able to avoid through the use of energy from renewable sources and sustainable technologies compared with conventional energy and technologies.

The calculation methodology for GHG emissions is based on recognised international standards such as the Greenhouse Gas Protocol, DIN EN 16258 and the Global Logistics Emissions Council Framework. For Realised Decarbonisation Effects, we also take the guidelines of the Smart Freight Centre for insetting and emissions calculation from sustainable aviation fuels into account.

As part of our reporting, we show the logistics-related GHG emissions including the upstream chain from fuel production (well-to-wheel) and include the GHG emissions caused or avoided by our transport subcontractors (Scope 3). We record the GHG emissions from categories 3, 4 and 6 in the calculation of Scope 3 emissions. The legally required blending of sustainable fuels is not included in the Realised Decarbonisation Effects.

**Employee engagement as a factor for success**

Motivated and committed employees contribute to the success of the company. In the annual Group-wide survey, all employees have the opportunity to anonymously rate the company's strategy and values as well as its working conditions. We derive the Employee Engagement key performance indicator from these results.

**Increase share of women in middle and upper management**

We use the performance indicator of share of women in middle and upper management to measure the success of our diversity measures. As part of this measurement, executives working part-time are counted on a per-person basis.

**Reduce LTIFR**

We measure the effect of workplace accidents based on the lost time injury frequency rate (LTIFR), which is determined using the number of work-related accidents per 200,000 working hours which lead to at least one day of missed work for the affected person following the accident.

**Conduct compliance-relevant training**

Our aspiration is to be a reliable and trustworthy partner in all business relationships. When conducting day-to-day business, our managers serve an important function as role models to the employees and business partners, which is why corresponding training is of such importance for executives. We measure success in this area on the basis of the share of valid training certificates at the middle and upper management levels.

COMBINED MANAGEMENT REPORT   REPORT ON ECONOMIC POSITION                                          Deutsche Post DHL Group –

# REPORT ON ECONOMIC POSITION

## Forecast / actual comparison

| Targets for 2022 | Results for 2022 | Targets for 2023 |
|---|---|---|
| **EBIT[1]** | **EBIT** | **EBIT** |
| • Group: around €8.4 billion<br>• DHL divisions: around €7.5 billion<br>• Post & Parcel Germany division: around €1.35 billion<br>• Group Functions: around €−0.45 billion | • Group: €8.4 billion<br>• DHL divisions: €7.6 billion<br>• Post & Parcel Germany division: €1.3 billion<br>• Group Functions: €−0.45 billion | • Group: between €6.0 billion and €7.0 billion<br>• DHL divisions: between €5.5 billion and €6.5 billion<br>• Post & Parcel Germany division: around €1.0 billion<br>• Group Functions: around €−0.45 billion |
| **EAC** | **EAC** | **EAC** |
| • Slight decline if asset charge increases as forecast | • Slight decline to €5.1 billion due to asset charge increases | • Slight decline if asset charge increases as forecast |
| **Cash flow[1]** | **Cash flow** | **Cash flow** |
| • Free cash flow[2] amounts to more than €4.2 billion | • Free cash flow[3] amounts to €4.6 billion | • Free cash flow amounts to around €3.0 billion |
| **Capital expenditure (capex)** | **Capital expenditure (capex)** | **Capital expenditure (capex)** |
| • Investment spending (excluding leasing): around €4.2 billion | • Investment spending (excluding leases): €4.1 billion | • Investment spending (excluding leasing): €3.4 billion to €3.9 billion |
| **Dividend distribution** | **Dividend distribution** | **Dividend distribution** |
| • Dividend payout of 40% to 60% of net profit | • To be proposed: dividend payout of 41.1% of net profit | • Dividend payout of 40% to 60% of net profit |

[1] Forecast adjusted several times during the year.   [2] Calculation excluding acquisitions / divestitures.   [3] Calculated excluding acquisitions / divestures; including acquisitions / divestures: €3.1 billion.

For reasons of clarity, targets and results for the non-financial key performance indicators used for managing the Group are described in the ❯ **Non-financial statement.**

## Overall assess

In the 2022 financial y
ated EBIT of €8.4 billi
environment, the divis
encing factors. Declin
in the Express, eCom
Germany divisions to
revenue increases in
Global Forwarding, F
growth. The decrease
due in particular to th
Free cash flow exclud
to a record figure of
growth in the core b
nomic environment w

## Economic para

The following data
stem from S&P Glob
formerly IHS Markit).

**Global economy exp
crisis and inflation**
The nascent post-pa
suffered a marked de
the war in Ukraine. T
countries against Ru
to most Russian natu
severe curtailment of
have boosted inflati
banks like the US Fede

Bank tightened monetary policy substantially from mid-2022 onwards in order to prevent high energy and food prices from leading to a sustained boost to general inflation expectations.

Global GDP growth has halved from 6.0% in 2021 to 3.0% in 2022. Growth in advanced industrialised countries declined from 5.4% to 2.6%, whilst growth in emerging markets fell from 7.1% to 3.5%. The main contributors to this decline were the United States with a drop in GDP growth from 5.9% to 2.0% and China with a decline from 8.4% to 2.8%. China's economy was hit additionally by the consequences of its zero-COVID policy. The below-average recovery in the eurozone in 2021 (5.3%) limited the degree of moderation, leading to a growth pace of 3.4% in 2022. This was especially true for Germany, where average GDP growth slowed down from 2.6% to 1.9%.

**Trade flows reflect global economic cool-down**

Global industrial production, which is relevant for the logistics sector, reflects the overall economic cool-down: Following growth of 7.4% in 2021, this figure weakened over the course of 2022 to 2.9%. Global trade also underwent less significant growth in the year under review at 6.8%, compared with 10.8% in the previous year. For Deutsche Post DHL Group, this slowdown in industrial demand manifests itself in the revenue and earnings trends of the DHL divisions during the year. Whilst global trade was still relatively well supported at the beginning of the year, the growth trend slowed with increasing clarity over the course of the year. Accordingly, on account of

lessened demand and increased inventories, the typical seasonal rise in volumes in the second half of the year was not visible in ocean freight nor in air freight. At the same time, the restrictions in place during the pandemic gradually cleared up in the ocean freight fleets as well as in cargo capacities in passenger flights. In light of this, the market capacities for transport services – which had been very heavily utilised until then – eased, resulting in the expected normalisation in air, ocean and road freight rates in the second half of 2022.

**E-commerce normalises at a high level**

As expected, 2022 was also shaped by a normalisation of consumer behaviour. Compared with the prior-year growth, which was significantly accelerated by the pandemic, e-commerce-based volumes thus declined, in particular in the first half of 2022. However, the remainder of the year confirmed that the pandemic caused a sustained acceleration of the structural growth trend in e-commerce-based business. Although consumer behaviour was held back by continued high inflation during the Christmas season, e-commerce-based volumes remained significantly above pre-pandemic levels.

**Legal environment**

In view of our leading market position, many of our services are subject to sector-specific regulation under the *Postgesetz* (PostG – German Postal Act). Further information regarding this issue and legal risks is contained in ❯ **Note 45 to the consolidated financial statements.**

## Significant ev

In August 2021, Deuts
ment to acquire the J.F
the responsible antitru
purchase price of €1,4
March 2022, all share
the acquisition was co
in goodwill of €1,211 r

As at 31 Decembe
the amount of €1,015 r
of the 2022–2024 sha
ruary 2023, the Board
the current share buy
to 105 million treasur
of now up to €3 billion

## Results of ope

**Changes to the portf**

In January, we sold th
relating to the produc
to ODIN Automotive,

In March, the sub
rated into the Global l

The third quarter
of the Australia-based
road freight and contr
integration into the S

(14 of 262), Page 14 of 262  Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 14 of 262
Case 3:22-cv-07182-WHA  Document 39-1  Filed 10/18/23  Page 824 of 1025

COMBINED MANAGEMENT REPORT  REPORT ON ECONOMIC POSITION                    Deutsche Post DHL Group –

The acquisition of a majority holding in the Netherlands-based Monta B.V. was completed in October. With its e-fulfilment services, Monta will also support the Supply Chain division.

## Selected indicators for results of operations

|  |  | 2021 | 2022 |
|---|---|---|---|
| Revenue | €m | 81,747 | 94,436 |
| Profit from operating activities (EBIT) | €m | 7,978 | 8,436 |
| Return on sales[1] | % | 9.8 | 8.9 |
| EBIT after asset charge (EAC) | €m | 5,186 | 5,118 |
| Consolidated net profit for the period[2] | €m | 5,053 | 5,359 |
| Earnings per share[3] | € | 4.10 | 4.41 |
| Dividend per share | € | 1.80 | 1.85[4] |

[1] EBIT / earnings.   [2] After deduction of non-controlling interests.   [3] Basic earnings per share.   [4] Proposal.

### Consolidated revenue up 15.5%

In the 2022 financial year, consolidated revenue rose from €81,747 million to €94,436 million, also benefiting from positive currency effects in the amount of €2,957 million. Hillebrand has generated revenue of €1,640 million since April 2022. The proportion of revenue generated abroad rose from 73.6% to 76.8%. In the fourth quarter of 2022, revenue increased by 1.7% from the prior-year period to €23,776 million, supported by positive currency effects in the amount of €356 million.

Higher income from currency translation in particular caused other operating income to increase by €634 million to €2,925 million.

### Increase in materials expense

Materials expense climbed significantly from €43,897 million to €53,473 million, primarily as a result of higher trans-

port costs and increased kerosene prices, as well as currency effects in the amount of €2,272 million and the initial consolidation of Hillebrand in the amount of €1,330 million. Staff costs rose by €2,156 million to €26,035 million, particularly as a result of the increased number of employees. At €4,177 million, depreciation, amortisation and impairment losses came in €409 million above the prior year, primarily on account of investments. Other operating expenses came to €5,712 million, thus likewise exceeding the prior year (€4,896 million) driven by factors such as higher currency translation expenses as well as increased travel, entertainment and training costs.

### Consolidated EBIT up 5.7%

Totalling €8,436 million in the year under review, profit from operating activities (EBIT) came in €458 million higher than the prior-year figure (€7,978 million). It amounted

to €1,922 million in
€2,213 million). At €−5
over the prior year (€
lower strain from the
rights (SARs) at fair va
by €552 million to €7,9
taxes increased by €2
to a slightly higher tax

### Improved consolida

Consolidated net p
the 2022 financial y
€5,717 million. Of thi
able to Deutsche Post
non-controlling inter
share also rose from
per share from €4.01

### Dividend of €1.85 per share proposed

Our finance strategy calls for paying out 40% to 60% of net profit as dividends as a general rule. The Board of Management and the Supervisory Board will therefore propose to the shareholders at the Annual General Meeting on 4 May 2023 a dividend of €1.85 per share for the 2022 financial year (previous year: €1.80). The payout ratio in relation to the consolidated net profit attributable to Deutsche Post AG shareholders amounts to 41.1%. The net dividend yield based on the year-end closing price for our shares is 5.3%. The dividend will be disbursed on 9 May 2023.

**Total dividend and dividend per no-par-value share**

**€m**



— Dividend per no-par-value share (€).

¹ Proposal.

### EBIT after asset charge declines slightly

EAC declined slightly in 2022, falling from €5,186 million to €5,118 million. Whilst EBIT was up, the imputed asset charge rose disproportionately.

### EBIT after asset charge (EAC)

| €m | 2021 | 2022 | +/−% |
|---|---|---|---|
| EBIT | 7,978 | 8,436 | 5.7 |
| ⊖ Asset charge | −2,792 | −3,318 | −18.8 |
| ⊖ EAC | **5,186** | **5,118** | **−1.3** |

The net asset base increased by €5,644 million to €40,137 million as at the reporting date. Intangible assets and property, plant and equipment increased, mainly on account of the consolidation of Hillebrand as well as the acquisition of freight aircraft and investments in warehouses, sorting facilities and the vehicle fleet. Net working capital decreased compared with the previous year.

Operating provisions remained at the level of the previous year, whilst other non-current assets and liabilities fell slightly.

### Net asset base (cons

**€m**

| | |
|---|---|
| Intangible assets and prop plant and equipment² | |
| ⊕ Net working capital | |
| ⊖ Operating provisions (excluding provisions for pensions and simila obligations) | |
| ⊕ Other non-current asse and liabilities | |
| ⊖ **Net asset base** | |

¹ Assets and liabilities as desc
  **consolidated financial stat**
² Including assets held for sal

COMBINED MANAGEMENT REPORT — REPORT ON ECONOMIC POSITION    Deutsche Post DHL Group –

## Divisions

### EXPRESS

**Continuing to expand and modernise network and intercontinental fleet**
As part of upgrading our intercontinental fleet, we signed contracts with Boeing between 2018 and 2022 to purchase a total of 28 new B777 aircraft. By the end of 2022, 18 of the aircraft ordered had been delivered and entered service. The remaining ten aircraft will be delivered in the years 2023 to 2025. Furthermore, over the course of 2022, we continued to expand our air network with the addition of new direct services, for example between Brussels (BRU) and Atlanta (ATL).

In Europe, our fleet of next-generation aircraft grew to five A321-200s and twelve B737-800s in service in the year under review. We now operate three airlines regionally: DHL Air UK expanded its B767 operations in its new intercontinental role and added new B777s to its fleet. We also completed the integration of DHL Air Austria into the EU Aviation platform, and European Air Transport (EAT) has expanded operations into Asia (Bangkok, Hong Kong) and into the United States.

In the Americas region, we've opened a new regional hub located in Atlanta, USA. The hub in Mexico City was also expanded. At the end of the year, ten B737-800s were in service in the United States. Furthermore, DHL Aero Expresso Panama will become our primary carrier between the United States and Central and South America in the first half of 2023, with another converted B767-300 being introduced. Dedicated flights from Miami to Viracopos,

Brazil, were introduced, with more than 300 tons of cargo capacity added per week.

In the Asia Pacific region, we added intercontinental connections, increased direct flights to and from South and East China and added intra-Asia capacity on key growth lanes. Further, DHL Express and Singapore Airlines signed a crew and maintenance agreement in March 2022 to expand our link to the Americas. The first of the five freighters arrived in August 2022, and the second entered service in November 2022. An additional converted Airbus 330-300 aircraft entered service in September 2022, which enabled the upgrade of capacity between Hong Kong and Chengdu, China. Another four converted aircraft of this model are planned for delivery during 2023. With Air Incheon, a new regional partner airline was added to our network in northern Asia.

In the MEA region, we continue to invest in our infrastructure by building new facilities in Abu Dhabi and Dubai, United Arab Emirates, Muscat – the capital of Oman – as well as Jeddah and Dammam in Saudi Arabia, and by expanding our hub in Bahrain. We also acquired seven B767-300 aircraft for conversion, of which the last entered service in May 2022. Furthermore, we introduced new flights to the Asia Pacific and Europe regions, improving the link between east and west.

In sub-Saharan Africa, we committed to four converted ATR 72-500 aircraft; the first was delivered in the year under review, and the rest will follow in 2023.

**Impacts of external factors on our business**
Pandemic-related restrictions were lifted in the reporting year. Also for this reason, B2C Express shipment volumes

declined year-on-yea...
are still well above p...
nomic slowdown afte...
noticeable in B2B vol...
ronment, our virtual ...
flexibility, allowing us...
volume expectations.

**Continued growth in ...**
Revenue in the divis...
under review to €27...
currency effects of €1...
the revenue increase...
reflects the fact that...
the previous year in a...
and fuel surcharges, ...
Definite International ...
were up, whilst shipm...
Definite Domestic (T...
were flat, whilst shipm...

Revenue in the ...
to €11,287 million i...
ure includes negativ...
Growth excluding cu...
to the previous year. ...
day increased by 14....
decreased by 5.0%. I...
national revenues pe...
shipment volumes do...

COMBINED MANAGEMENT REPORT  REPORT ON ECONOMIC POSITION                                                    Deutsche Post DHL Group –

## Key figures, Express

**€m**

|  | 2021 | 2022 | +/−% | Q4 2021 | Q4 2022 | +/−% |
|---|---|---|---|---|---|---|
| Revenue | 24,217 | 27,592 | 13.9 | 6,856 | 7,029 | 2.5 |
| of which Europe | 10,193 | 11,287 | 10.7 | 2,863 | 2,994 | 4.6 |
|     Americas | 5,120 | 6,149 | 20.1 | 1,464 | 1,563 | 6.8 |
|     Asia Pacific | 8,871 | 9,908 | 11.7 | 2,560 | 2,475 | −3.3 |
|     MEA (Middle East and Africa) | 1,361 | 1,569 | 15.3 | 364 | 400 | 9.9 |
|     Consolidation/Other | −1,328 | −1,321 | 0.5 | −395 | −403 | −2.0 |
| Profit from operating activities (EBIT) | 4,220 | 4,025 | −4.6 | 1,111 | 941 | −15.3 |
| Return on sales (%)[1] | 17.4 | 14.6 | – | 16.2 | 13.4 | – |
| Operating cash flow | 5,894 | 5,549 | −5.9 | 1,331 | 1,173 | −11.9 |

[1] EBIT/revenue.

## Express: revenue by product

**€m per day[1]**

|  | 2021 | 2022 | +/−% | Q4 2021 | Q4 2022 | +/−% |
|---|---|---|---|---|---|---|
| Time Definite International (TDI) | 72.7 | 81.2 | 11.7 | 82.0 | 84.0 | 2.4 |
| Time Definite Domestic (TDD) | 6.0 | 6.0 | – | 6.5 | 6.2 | −4.6 |

[1] To improve comparability, product revenues were translated at uniform exchange rates. These revenues are also the basis for the weighted calculation of working days.

## Express: volume by product

**Items per day (thousands)**

|  | 2021 | 2022 | +/−% | Q4 2021 | Q4 2022 | +/−% |
|---|---|---|---|---|---|---|
| Time Definite International (TDI) | 1,211 | 1,145 | −5.5 | 1,282 | 1,192 | −7.0 |
| Time Definite Domestic (TDD) | 645 | 554 | −14.1 | 671 | 564 | −15.9 |

Revenue in the
€6,149 million in 202
rency effects of €48
revenue increased by
15.0% and shipment v
quarter of 2022, per-
1.4% and shipment vo

In the Asia Pacifi
to €9,908 million in th
includes positive cur
enue growth excludi
TDI product line, reve
per-day volumes decr
quarter of 2022 cam
−8.2% for per-day vol

Revenue in the M
improved by 15.3% to
The revenue figure in
€98 million. Revenue
was 8.1%. Per-day TD
day volumes decreas
quarter of 2022 cam
−11.5% for per-day vo

**EBIT declines year-o**

In light of the volume
declined by 4.6% in 20
decreased from 17.4%
a special bonus paym
€37 million. Fourth-qu
by 15.3% to €941 mill

(18 of 262), Page 18 of 262, Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 18 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 828 of 1025

COMBINED MANAGEMENT REPORT REPORT ON ECONOMIC POSITION

Deutsche Post DHL Group –

## GLOBAL FORWARDING, FREIGHT

### Key figures, Global Forwarding, Freight

**€m**

|  | 2021 | 2022 | +/– % | Q4 2021 | Q4 2022 | +/– % |
|---|---|---|---|---|---|---|
| Revenue | 22,833 | 30,212 | 32.3 | 7,134 | 6,805 | –4.6 |
| of which Global Forwarding | 18,108 | 24,976 | 37.9 | 5,894 | 5,435 | –7.8 |
| Freight | 4,848 | 5,374 | 10.8 | 1,270 | 1,405 | 10.6 |
| Consolidation/Other | –123 | –138 | –12.2 | –30 | –35 | –16.7 |
| Profit from operating activities (EBIT) | 1,303 | 2,311 | 77.4 | 403 | 402 | –0.2 |
| Return on sales (%)[1] | 5.7 | 7.6 | – | 5.6 | 5.9 | – |
| Operating cash flow | 1,008 | 3,221 | >100 | 622 | 999 | 60.6 |

[1] EBIT/revenue.

### Global Forwarding: revenue

**€m**

|  | 2021 | 2022 | +/– % | Q4 2021 | Q4 2022 | +/– % |
|---|---|---|---|---|---|---|
| Air freight | 8,788 | 10,428 | 18.7 | 2,848 | 2,200 | –22.8 |
| Ocean freight | 7,115 | 11,477 | 61.3 | 2,456 | 2,455 | 0.0 |
| Other | 2,205 | 3,071 | 39.3 | 590 | 780 | 32.2 |
| **Total** | **18,108** | **24,976** | **37.9** | **5,894** | **5,435** | **–7.8** |

### Global Forwarding: volumes

**Thousands**

|  |  | 2021 | 2022 | +/– % | Q4 2021 | Q4 2022 | +/– % |
|---|---|---|---|---|---|---|---|
| Air freight exports | tonnes | 2,096 | 1,902 | –9.3 | 561 | 449 | –20.0 |
| Ocean freight | TEU[1] | 3,142 | 3,294 | 4.8 | 802 | 769 | –4.1 |

[1] Twenty-foot equivalent units.

**Impacts of external f**

The global forwarding
tailwind continued at
ume slowed down ov
the development of
influenced by factors
ic-related lockdowns
with the recovering
markets, the prices s
half of the year.

In the European
slowdown became a
umes declined, espec
Despite this developm
primarily to the preva
with the effects of th
this led to an immens
high throughout the y

**Positive revenue tre**

Revenue in the divisio
review to €30,212 m
effects of €896 millio
year. In the fourth qu
€6,805 million and fel
In the Global Forwar
37.9% to €24,976 mill
freight rates in the ye
currency effects of €
At €4,949 million, gr
business unit was lik
€3,366 million.

**Higher gross profit in air freight**

We registered a decrease of 9.3% in air freight volumes in 2022, due to lower demand as well as shifts to ocean freight. Declines were seen primarily on the trade lanes between China and the United States as well as between China and Europe. Air freight revenue exceeded the prior-year level by 18.7%; gross profit improved by 48.5%. In the fourth quarter of 2022, lower volumes and rates caused air freight revenue to decrease by 22.8%, whilst gross profit was up 10.8%.

**Capacity situation in ocean freight eases**

Ocean freight volumes for the year under review were up 4.8% year-on-year. Excluding the acquisition of Hillebrand, this figure was 7.4% below the prior-year level, with the decline in volume development caused by trade lanes from China. Ocean freight revenue increased by 61.3% in the reporting year; excluding Hillebrand, the increase amounted to 41.5%. Gross profit improved by 54.5%. The capacity situation continued to ease on the ocean freight market in the fourth quarter of 2022 and the freight rates declined significantly. In the fourth quarter of 2022, ocean freight revenue remained flat, whilst gross profit was up 6.2%.

**Revenue increase in European overland transport business**

In the Freight business unit, revenue rose by 10.8% to €5,374 million in the reporting year, with negative currency effects of €73 million. The volume was down by 4.8% year-on-year. The gross profit of the business unit rose by 7.3% to €1,330 million in the reporting year. The fourth quarter also proved to be stronger with revenue 10.6% above the previous year.

**Earnings significantly exceed prior-year figure**

In light of the price development described, EBIT in the division increased significantly from €1,303 million to €2,311 million in the year under review, accompanied by an EBIT margin of 7.6%. In the Global Forwarding business unit, EBIT amounted to 43.7% of gross profit. The previous year included a special bonus of €14 million. At €402 million, division EBIT in the fourth quarter of 2022 was slightly below the prior-year level of €403 million.

(20 of 262), Page 20 of 262  Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 20 of 262
Case 3:22-cv-07182-WHA  Document 39-1  Filed 10/18/23  Page 830 of 1025
COMBINED MANAGEMENT REPORT  REPORT ON ECONOMIC POSITION
Deutsche Post DHL Group –

## SUPPLY CHAIN

### Key figures, Supply Chain

€m

|  | 2021 | 2022 | +/− % | Q4 2021 | Q4 2022 | +/− % |
|---|---|---|---|---|---|---|
| Revenue | 13,864 | 16,431 | 18.5 | 3,655 | 4,363 | 19.4 |
| of which EMEA (Europe, Middle East and Africa) | 6,596 | 7,252 | 9.9 | 1,806 | 1,946 | 7.8 |
| Americas | 5,266 | 6,832 | 29.7 | 1,329 | 1,787 | 34.5 |
| Asia Pacific | 2,046 | 2,419 | 18.2 | 534 | 649 | 21.5 |
| Consolidation/Other | −44 | −72 | −63.6 | −14 | −19 | −35.7 |
| Profit from operating activities (EBIT) | 705 | 893 | 26.7 | 198 | 225 | 13.6 |
| Return on sales (%)[1] | 5.1 | 5.4 | – | 5.4 | 5.2 | – |
| Operating cash flow | 1,582 | 1,433 | −9.4 | 664 | 820 | 23.5 |

[1] EBIT/revenue.

**Impacts of external factors on our business**

External factor such as high inflation, ongoing regional constraints due to the pandemic, shortages in labour and partially materials as well as geopolitical conflicts continued to cause global supply chain bottlenecks and additional complexity for businesses in the year under review. We were able to manage our customers' supply chains well thanks to our flexibility, our standardised processes and our targeted data analyses.

**Double-digit revenue growth**

Revenue in the division was up by 18.5% to €16,431 million in the year under review. Excluding positive currency effects of €780 million, revenue – which also included the most recent acquisitions – was up by 12.9% year-on-year. Revenue growth is furthermore based on new business and contract renewals. Additionally, eFulfillment and omnichannel solutions supported the growth. The positive development

can be seen in all regions and all sectors, with Consumers and Auto-mobility recording the highest revenue growth. In the fourth quarter of 2022, revenue increased by 19.4% to €4,363 million.

### Supply Chain: revenue by sector and region, 2022

Total revenue: €16,431 million

| of which Retail | 28% |
|---|---|
| Consumer | 23% |
| Auto-mobility | 15% |
| Technology | 12% |
| Life Sciences & Healthcare | 12% |
| Engineering & Manufacturing | 6% |
| Others | 4% |
| of which Europe/Middle East/Africa/Consolidation | 44% |
| Americas | 41% |
| Asia Pacific | 15% |

**New business worth**

The division conclude
existing customers w
nue) in the year unde
tract volume of €6,50
contracts compared
Retail, Consumer an
most of the new bus
accounted for a 33% s
contract renewal rate

**EBIT above prior-yea**

EBIT in the division i
under review (previo
year included a speci
nue performance spu
year, which was susta
due to investments i
The EBIT margin was
for the fourth quarte
€225 million.

Deutsche Post DHL Group –

## ECOMMERCE SOLUTIONS

### Key figures, eCommerce Solutions

€m

| | 2021 | 2022 | +/– % | Q4 2021 | Q4 2022 | +/– % |
|---|---|---|---|---|---|---|
| Revenue | 5,928 | 6,142 | 3.6 | 1,664 | 1,696 | 1.9 |
| of which Americas | 2,079 | 2,188 | 5.2 | 617 | 636 | 3.1 |
| Europe | 3,140 | 3,235 | 3.0 | 855 | 884 | 3.4 |
| Asia | 719 | 720 | 0.1 | 195 | 177 | −9.2 |
| Consolidation/Other | −10 | −1 | 90.0 | −3 | −1 | 66.7 |
| Profit from operating activities (EBIT) | 417 | 389 | −6.7 | 93 | 91 | −2.2 |
| Return on sales (%)[1] | 7.0 | 6.3 | – | 5.6 | 5.4 | – |
| Operating cash flow | 654 | 582 | −11.0 | 99 | 113 | 14.1 |

[1] EBIT/revenue.

### Impacts of external factors on our business
The war in Ukraine and the marked increase in cost of living led to a slight decrease in parcel volumes in some regions. Thanks to our diversified portfolio, however, our business remained resilient and avoided extreme fluctuations. We are experiencing volumes well above the level from before the pandemic in 2019 in all markets.

### Revenue growth in all regions in the year under review
The division generated revenue of €6,142 million in the year under review, up 3.6% on the prior-year figure. This figure was reduced by €112 million through portfolio adjustments in Asia. Excluding positive currency effects of €272 million, revenue was down by 1.0% year-on-year. Division revenue increased by 1.9% in the fourth quarter of 2022 to €1,696 million.

### EBIT declines year-on-year
In the year under review, EBIT in the division was €389 million, thus coming in below the prior-year figure of €417 million. This was due to decreasing volumes in B2C business and higher costs. The previous year included a special bonus of €11 million. The EBIT margin was 6.3% in the year under review. EBIT amounted to €91 million (previous year: €93 million) in the fourth quarter of 2022.

## POST & PARCEL G

**Impacts of external f**
The structural transfo
tinues: as conventiona
uments continue to de
the mail network are

The Dialogue Ma
with the advertising
compared with the p
impacted by the panc

The German par
effects: The successi
restrictions in retail bu
and the increase in U
online shopping and b

**Revenue down comp**
At €16,779 million, div
under review. The de
the decline in the Gern
below the strong pri
quarter of 2022 was

**Varying business uni**
In the reporting year, M
volumes follow the o
This development wa
numbers of mail-in vo
decline in volumes h
not compensated fo
increases effective fro

In 2022, Dialogue Marketing's revenue and sales volumes were above their levels of the previous year, which suffered from lower advertising expenditure in retail in particular.

In the German parcel business, macroeconomic developments led to declining volumes compared with the high-growth prior year. Even the pre-Christmas business could not increase year-on-year. Mitigated by price increases, revenue generated by Parcel Germany fell by 5.6% in the year under review. Parcel volume declined by 8.3%.

The trend of decreasing document shipments continued in international business. Shipments of lightweight goods also fell, in import due primarily to increased import regulations. By contrast, the number of parcels shipped by business customers increased once again.

### EBIT down sharply year-on-year

Division EBIT in 2022 amounted to €1,271 million and thus fell 27.2% short of the remarkable prior year, in which we had generated higher revenues in parcel business in particular. Strict cost management helped mitigate higher materials costs as a result of accelerating inflation, but this did not fully compensate for the development. The special bonus amounting to €52 million was included in the previous year's figure. Division EBIT in the fourth quarter of 2022 totalled €384 million, a decline of 33.3% versus the comparable prior-year figure. The revenue decreases as well as higher material costs due to inflation and to ensure high quality during the Christmas season, a high sickness rate as well as higher personnel recruiting expenses influenced EBIT.

### Key figures, Post & Parcel Germany

**€m**

|  | 2021 | 2022 | +/ |
| --- | --- | --- | --- |
| Revenue | 17,445 | 16,779 | – |
| of which Post Germany | 7,995 | 7,892 | – |
| Parcel Germany | 6,785 | 6,408 | – |
| International | 2,570 | 2,400 | – |
| Consolidation/Other | 95 | 79 | −1 |
| Profit from operating activities (EBIT) | 1,747 | 1,271 | −2 |
| Return on sales (%)[1] | 10.0 | 7.6 | |
| Operating cash flow | 1,811 | 1,558 | −1 |

[1] EBIT/revenue.

### Post & Parcel Germany: revenue

**€m**

|  | 2021 | 2022 | +/ |
| --- | --- | --- | --- |
| Post Germany | 7,995 | 7,892 | – |
| of which Mail Communication | 5,473 | 5,361 | – |
| Dialogue Marketing | 1,811 | 1,833 | |
| Other/Consolidation Post Germany | 711 | 698 | – |
| Parcel Germany | 6,785 | 6,408 | – |

### Post & Parcel Germany: volumes

**Mail items (millions)**

|  | 2021 | 2022 | +/ |
| --- | --- | --- | --- |
| Post Germany | 14,216 | 14,122 | – |
| of which Mail Communication | 6,314 | 6,256 | – |
| Dialogue Marketing | 6,928 | 6,946 | |
| Parcel Germany | 1,818 | 1,668 | – |

## Financial position

### Selected cash flow indicators

€m

| | 2021 | 2022 | Q4 2021 | Q4 2022 |
|---|---|---|---|---|
| Cash and cash equivalents as at 31 December | 3,531 | 3,790 | 3,531 | 3,790 |
| Net change in cash and cash equivalents | −1,055 | 375 | −444 | −127 |
| Net cash from operating activities | 9,993 | 10,965 | 2,616 | 3,090 |
| Net cash used in investing activities | −4,824 | −3,179 | −2,184 | −2,087 |
| Net cash used in financing activities | −6,224 | −7,411 | −876 | −1,130 |

### Finance strategy



**Credit rating**
- Maintain stand-alone ratings between "Baa1" and "A3" and "BBB+" and "A−", respectively

**Regular dividend policy**
- Pay 40% to 60% of net profit
- Consider cash flow and continuity

**Debt portfolio**
- Syndicated credit facility as a liquidity reserve
- Sustainability-linked finance framework as option for future funding

**Priorities for available liquidity**

Free cash flow generation

- Fund business operations
- Finance organic investments
- Pay regular dividend
- Shareholder distribution beyond regular dividend
- Fund inorganic growth

Balance sheet strength

**Investors**
- Value creation through transparent and effective capital allocation
- Transparent and reliable information from the company
- Predictability of expected shareholders distribution

**Group**
- Preserve financial and strategic flexibility
- Commitment to the Group's ESG Roadmap
- Assure access to debt capital markets and low cost of capital

**Financial manageme[...]
the Group**

The Group's financial [...]
aging liquidity along [...]
interest rates, currenc[...]
Group financing, issui[...]
and liaising with rati[...]
activities rests with C[...]
ters in Bonn, which i[...]
sury Centres in Bonn ([...]
Singapore. The regiona[...]
Group headquarters a[...]
the companies on fina[...]
compliance with Grou[...]

Corporate Financ[...]
risk and the cost of c[...]
Group's financial stab[...]

**Updated finance stra[...]**

Building on the princi[...]
agement, and in light[...]
tion, the Corporate F[...]
in January 2022. It t[...]
interests and the lend[...]
creation through a tra[...]
capital. It also aims to[...]
cost of capital for the G[...]
and predictability for [...]
ESG roadmap.

One key component of the strategy is a stand-alone target rating between "Baa1" and "A3" and "BBB+" and "A–", respectively. The strategy also sets clear priorities on how available liquidity is allocated. It will first be used to fund business operations, finance organic investments and make regular dividend payments. Thereafter, additional dividend payments or share buy-backs as well as inorganic growth will be considered.

### Cash and liquidity managed centrally

The cash and liquidity of our globally operating subsidiaries is managed centrally by Corporate Treasury. Approximately 80% of the Group's external revenue is consolidated in cash pools and used to balance internal liquidity needs. In countries where this practice is ruled out for legal reasons, internal and external borrowing and investment are managed centrally by Corporate Treasury. In this context, we observe a balanced banking policy in order to remain independent of individual banks. Our subsidiaries' intra-Group revenue is also pooled and managed by our in-house bank (inter-company clearing) in order to avoid paying external bank charges and margins. Payment transactions are executed in accordance with uniform guidelines using standardised processes and IT systems. Many Group companies pool their external payment transactions in the intra-Group Payment Factory, which executes payments on behalf of the respective companies via Deutsche Post AG's central bank accounts.

### Limiting market risk

The Group uses both primary and derivative financial instruments to limit market risk. Interest rate swaps are used to hedge against interest rate risks, and forward transactions are used for currency risks. We pass on most of the risk arising from commodity price fluctuations to our customers and, to some extent, use commodity swaps to manage the remaining risk. The parameters, responsibilities and controls governing the use of derivatives are laid down in internal guidelines.

### Flexible and stable financing

The Group covers its long-term financing requirements by means of equity and debt. This ensures our financial stability and also provides adequate flexibility. Our most important source of funds is net cash from operating activities.

We also have a syndicated credit facility in a total volume of €2 billion that guarantees us favourable market conditions and acts as a secure, long-term liquidity reserve. The term of the syndicated credit facility is through 2025, it does not contain any further covenants concerning the Group's financial indicators and, thanks to our solid liquidity situation, it was not drawn down during the year under review.

As part of our banking policy, we spread our business volume widely and maintain long-term relationships with the financial institutions we entrust with our business. In addition to credit lines, we meet our borrowing requirements

through other indep...
bonds, promissory not...
out centrally in order...
specialisation benefits...

One bond in the a...
the year under revie...
in ❯ **Note 39 to the cons...**

### Group's credit ratin...

In April, the outlook o...
stable to positive by ...
the BBB+ rating was ...
credit rating was upg...
from A3 to A2 with a ...
positioned in the tran...
ratings. The followin...
reporting date and th...
and current analyses ...
categories can be fou...

## Agency ratings

### Fitch

**Long-term: BBB+**
**Short-term: F2**
**Outlook: positive**

➕ **Rating factors**

- Company size and geographic diversification
- Broad portfolio of services and customers
- Market leadership
- Excellent results, driven by a clear rise in global trade and the continuation of strong e-commerce
- Balanced business risk profile between the parcel and express segments, which are growing due to online retail, contract logistics business and the cyclical freight forwarding business
- Solid key figures and liquidity

➖ **Rating factors**

- Structural volume decline in letter mail business
- Increased capital expenditure and dividends to shareholders

### Moody's

**Long-term: A2**
**Short-term: P–1**
**Outlook: stable**

➕ **Rating factors**

- Large scale and global presence as the world's biggest logi
  market positions in express and logistics, and by the large G
- Indirect shareholding of the German government
- Solid financial profile
- Good earnings momentum

➖ **Rating factors**

- Cost inflation, in particular for fuel
- Challenges faced in domestic letter mail business which re
  conventional letter mail business
- Exposure to highly competitive markets and volatile marke
- Increasing capital spending, which hampers cash generatio

### Liquidity and sources of funds

As at the reporting date, the Group reported centrally available liquidity in the amount of €2.0 billion (previous year: €3.6 billion), which is comprised of cash and cash equivalents as well as current financial assets. Due to our solid liquidity situation, the syndicated credit line in the amount of €2 billion was not drawn. In addition to the syndicated credit line, unused bilateral credit lines totalling €1.4 billion were available to the Group at the reporting date.

The following table gives a breakdown of the financial liabilities reported in the balance sheet. Additional information is provided in ❯ **Note 39 to the consolidated financial statements.**

### Financial liabilities

| €m | 2021 | 2022 |
|---|---|---|
| Lease liabilities | 11,805 | 13,514 |
| Bonds | 6,669 | 6,180 |
| Amounts due to banks | 544 | 530 |
| Promissory note loans | 150 | 100 |
| Financial liabilities at fair value through profit or loss | 13 | 134 |
| Other financial liabilities | 716 | 1,360 |
| | **19,897** | **21,818** |

### Capital expenditure prior-year level

Investments in prope gible assets acquired €4,123 million in the €3,895 million). Plea consolidated financial sta asset classes and reg

(26 of 262), Page 26 of 262, Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 26 of 262

COMBINED MANAGEMENT REPORT REPORT ON ECONOMIC POSITION    Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 836 of 1025    Deutsche Post DHL Group –

**Capex and depreciation, amortisation and impairment losses, full year**

| | Express | | Global Forwarding, Freight | | Supply Chain | | eCommerce Solutions | | Post & Parcel Germany | | Group Functions | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 |
| Capex (€m) relating to acquired assets | 1,707 | 1,528 | 132 | 159 | 483 | 504 | 245 | 431 | 883 | 1,043 | 445 | 459 |
| Capex (€m) relating to leased assets | 1,246 | 1,860 | 215 | 281 | 667 | 900 | 178 | 135 | 14 | 27 | 760 | 536 |
| **Total (€m)** | **2,953** | **3,388** | **347** | **440** | **1,150** | **1,404** | **423** | **566** | **897** | **1,070** | **1,205** | **995** |
| Depreciation, amortisation and impairment losses (€m) | 1,511 | 1,690 | 245 | 318 | 756 | 859 | 179 | 198 | 334 | 354 | 744 | 758 |
| Ratio of total capex to depreciation, amortisation and impairment losses | 1.95 | 2.00 | 1.42 | 1.38 | 1.52 | 1.63 | 2.36 | 2.86 | 2.69 | 3.02 | 1.62 | 1.31 |

[1] Including rounding.

**Capex and depreciation, amortisation and impairment losses, Q4**

| | Express | | Global Forwarding, Freight | | Supply Chain | | eCommerce Solutions | | Post & Parcel Germany | | Group Functions | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 |
| Capex (€m) relating to acquired assets | 758 | 825 | 37 | 59 | 166 | 155 | 138 | 213 | 403 | 375 | 136 | 178 |
| Capex (€m) relating to leased assets | 334 | 470 | 60 | 91 | 155 | 237 | 90 | 41 | 5 | 6 | 263 | 166 |
| **Total (€m)** | **1,092** | **1,295** | **97** | **150** | **321** | **392** | **228** | **254** | **408** | **381** | **399** | **344** |
| Depreciation, amortisation and impairment losses (€m) | 400 | 428 | 65 | 84 | 117 | 232 | 51 | 52 | 90 | 97 | 190 | 199 |
| Ratio of total capex to depreciation, amortisation and impairment losses | 2.73 | 3.03 | 1.49 | 1.79 | 2.74 | 1.69 | 4.47 | 4.88 | 4.53 | 3.93 | 2.10 | 1.73 |

[1] Including rounding.

Investments in the Express division related to buildings and technical equipment. Continuous maintenance and renewal of our intercontinental air fleet represented an additional focus of investment spending, ▶ **Divisions.** Some of these investments were attributable to rights of use.

In the Global Forwarding, Freight division, we invested in warehouses, office buildings and IT.

In the Supply Chain division, the majority of funds were invested to support customer implementations in all regions, above all in the Americas and EMEA regions.

In the eCommerce Solutions division, most of the investments were attributable to network expansion in the Netherlands, Poland and the United States.

In the Post & Pa[...] capex portion was a[...] infrastructure. The a[...] erty were stepped up[...] focus was expanding[...]

At Group Functio[...] were mainly in the ve[...]

**COMBINED MANAGEMENT REPORT** REPORT ON ECONOMIC POSITION                                                                 Deutsche Post DHL Group –

**Increase in net cash from operating activities**

Net cash from operating activities rose from €9,993 million to €10,965 million. The improved EBIT was offset by increased income tax payments. The cash inflow from changes in the working capital was €215 million, compared with a cash outflow of €430 million in the previous year.

Net cash used in investing activities fell from €4,824 million to €3,179 million, although we made payments for the acquisition of subsidiaries and other business units amounting to €1,613 million. The acquisition of Hillebrand at €1,379 million net (less assumed cash) was the main contributor in this regard. Cash paid to acquire non-current assets rose from €3,736 million to €3,912 million and related primarily to the expansion and renewal of our vehicle and air fleets. The change in current financial assets produced a cash inflow of €1,664 million. For the most part, we sold money market funds to cover the dividend payment to the shareholders and the purchase price for Hillebrand. This is in contrast to a cash outflow of €1,508 million in the previous year, primarily for the purchase of money market funds in the amount of €950 million.

Free cash flow declined substantially from €4,092 million to €3,067 million and mainly reflects the payments for the acquisition of companies. Adjusted for the payments for acquisitions and divestitures of €1,540 million net, free cash flow stood at €4,607 million.

**Calculation of free cash flow**

| €m | 2021 |
|---|---:|
| **Net cash from operating activities** | **9,993** |
| Sale of property, plant and equipment and intangible assets | 190 |
| Acquisition of property, plant and equipment and intangible assets | −3,736 |
| **Cash outflow from change in property, plant and equipment and intangible assets** | **−3,546** |
| Disposals of subsidiaries and other business units | 13 |
| Disposals of investments accounted for using the equity method and other investments | 1 |
| Acquisition of subsidiaries and other business units | 0 |
| Acquisition of investments accounted for using the equity method and other investments | −2 |
| **Cash inflow/outflow from acquisitions/divestitures** | **12** |
| Proceeds from lease receivables | 143 |
| Interest from lease receivables | 16 |
| Repayment of lease liabilities | −2,051 |
| Interest on lease liabilities | −383 |
| **Cash outflow for leases** | **−2,275** |
| Interest received (without leasing) | 75 |
| Interest paid (without leasing) | −167 |
| **Net interest paid** | **−92** |
| **Free cash flow** | **4,092** |

(28 of 262), Page 28 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 28 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 838 of 1025

COMBINED MANAGEMENT REPORT REPORT ON ECONOMIC POSITION

Deutsche Post DHL Group –

Net cash used in financing activities rose from €6,224 million to €7,411 million. The dividend paid out to our shareholders in May increased by €532 million to €2,205 million. Payments for the acquisition of treasury shares in the amount of €1,099 million were made primarily as part of the current share buy-back programme, slightly below the level of the previous year (€1,115 million).

Cash and cash equivalents increased from €3,531 million as at 31 December 2021 to €3,790 million.

## Net assets

### Selected indicators for net assets

|  |  | 31 Dec. 2021 | 31 Dec. 2022 |
|---|---|---|---|
| Equity ratio | % | 30.7 | 34.7 |
| Net debt | €m | 12,772 | 15,856 |
| Net interest cover |  | 17.4 | 18.6 |
| Net gearing | % | 39.6 | 40.1 |

### Increase in consolidated total assets

The Group's total assets amounted to €68,278 million as at 31 December 2022 and were thus €4,686 million higher than at 31 December 2021 (€63,592 million).

Intangible assets rose from €12,076 million to €14,096 million. In particular the consolidation of Hillebrand caused goodwill and the purchased customer lists to increase significantly. Property, plant and equipment grew significantly from €24,903 million to €28,688 million, as investments exceeded disposals and depreciation, amortisation and impairment losses. Current financial assets dropped considerably from €3,088 million to €1,355 million, due mainly to the sale of money market funds. Trade receivables increased by €570 million to €12,253 million.

At €23,236 million, equity attributable to Deutsche Post AG shareholders was considerably higher than at

31 December 2021 (€... profit for the period, ... ment of pension provi... dividend payment and ... ticular, higher interest... of €2,249 million in ... obligations to €1,93... from €19,897 million ... lease liabilities increa... payables increased fr... The increase of €374 ... €6,512 million stems ...

### Balance sheet structure of the Group as at 31 December
€m



**Higher net debt**

Our net debt increased from €12,772 million as at 31 December 2021 to €15,856 million as at 31 December 2022. At 34.7%, the equity ratio was well above the prior-year figure (30.7%). At 18.6, net interest cover also exceeded the previous year's level (17.4). Net gearing was 40.1% as at 31 December 2022.

**Net debt**

€m

| | 31 Dec. 2021 | 31 Dec. 2022 |
|---|---|---|
| Non-current financial liabilities | 16,589 | 17,616 |
| ⊕ Current financial liabilities | 2,802 | 3,486 |
| ⊖ Financial liabilities¹ | 19,391 | 21,102 |
| ⊖ Cash and cash equivalents | 3,531 | 3,790 |
| ⊖ Current financial assets | 3,088 | 1,355 |
| ⊖ Positive fair value of non-current financial derivatives² | 0 | 101 |
| ⊖ Financial assets | 6,619 | 5,246 |
| Net debt | 12,772 | 15,856 |

¹  Less operating financial liabilities.
²  Recognised in non-current financial assets in the balance sheet.

# DEUTSCHE POST AG (HGB)

## Deutsche Post AG as parent company

In addition to the reporting on the Group, the performance of Deutsche Post AG is outlined below.

As the parent company of Deutsche Post DHL Group, Deutsche Post AG prepares its annual financial statements in accordance with the principles of the *Handelsgesetzbuch* (HGB – German Commercial Code) and the *Aktiengesetz* (AktG – German Stock Corporation Act).

There are no separate performance indicators relevant for management purposes that are applicable to the parent company Deutsche Post AG. For this reason, the explanations presented for Deutsche Post DHL Group are also applicable to Deutsche Post AG.

## Employees

The number of full-time equivalents at Deutsche Post AG at the reporting date was 161,772 (previous year: 165,221).

## Results of operations

Revenue fell by a total of €478 million (2.9%) year-on-year.

Revenue from German letter mail business was €7,537 million in the year under review and thus 1.7% below the prior-year level of €7,670 million. Of this revenue, €4,861 million (previous year: €4,952 million) was attributable to Mail Communication, €1,711 million (previous year: €1,697 million)

to Dialogue Marketi
€1,021 million) to othe
cel business in the rep
short of the prior-year
attributable primarily t
previous year was hea
enue of €2,049 millio
reported for our Inter
period. Other revenue
year: €661 million) an
employee leasing, rent
from service level agre

**Income statement fo
1 January to 31 Dece**

€m

| | |
|---|---|
| Revenue | |
| Other own work capitalise | |
| Other operating income | |
| Materials expense | |
| Staff costs | |
| Amortisation of intangible depreciation of property, equipment | |
| Other operating expenses | |
| **Financial result** | |
| **Taxes on income** | |
| **Result after tax/Net prof** | |
| **Retained profits brought previous year** | |
| **Net retained profit** | |

(30 of 262), Page 30 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 30 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 840 of 1025
COMBINED MANAGEMENT REPORT DEUTSCHE POST AG (HGB)
Deutsche Post DHL Group –

Other operating income registered a year-on-year increase of €156 million, or 14.1%, driven mainly by higher income from currency translation (€365 million) with offsetting lower income from the disposal of real estate (€174 million).

Materials expense rose by €131 million on account of an increase in the cost of transport services for letters and parcels as well as an increase for leases and rents due to higher costs on account of inflation.

Staff costs were down by €104 million year-on-year. In the year under review, lower expenses for early-retirement programmes and severance payments totalling €47 million were presented. In addition, a special bonus of €52 million was paid in the previous year.

The increase in other operating expenses by €502 million stemmed mainly from higher expenses from currency translation (€402 million).

The financial result in the amount of €3,078 million (previous year: €3,616 million) mainly comprises net investment income of €3,739 million (previous year: €4,085 million) and a net interest expense of €657 million (previous year: €460 million). The change in net investment income is due mainly to the €346 million decrease in income from profit transfer agreements attributable to Deutsche Post Beteiligungen Holding GmbH, whose earnings were the result of lower profit transfers from subsidiaries from the Express and Post & Parcel Germany divisions as well as higher dividend income from investments having an opposite effect. Lower income from plan assets / assets due to a decreased return as well as changes in fair value led to the worsening of net interest expenses.

After accounting for taxes on income of €−369 million (previous year: €−426 million), net profit for the period totalled €2,601 million (previous year: €3,935 million). Including retained profits carried forward, net retained profit for the period amounted to €10,635 million (previous year: €10,239 million).

## Net assets and financial position

### Total assets up

Total assets rose to €46,735 million as at the reporting date (previous year: €46,255 million).

Fixed assets increased from €17,365 million to €17,882 million. Investments in property, plant and equipment totalled €828 million (previous year: €700 million) and related mainly to land and buildings (€241 million), technical equipment (€173 million) and advance payments and assets under development (€357 million). Investments were made mainly in mail and parcel centres, conveyor and sorting systems, Packstations and real estate for network expansion. Non-current financial assets were down by €93 million, due primarily to lower loans to affiliated companies.

| Balance sheet of Deu... as at 31 December | |
|---|---|
| €m | |
| | |
| ASSETS | |
| Fixed assets | |
| Intangible assets | |
| Property, plant and equip... | |
| Non-current financial ass... | |
| | |
| Current assets | |
| Inventories | |
| Receivables and other ass... | |
| Securities | |
| Cash and cash equivalents | |
| | |
| Prepaid expenses | |
| | |
| TOTAL ASSETS | |
| | |
| EQUITY AND LIABILITIES | |
| Equity | |
| Subscribed capital | |
| Treasury shares | |
| Issued capital | |
| (Contingent capital: €159... | |
| Capital reserves | |
| Earnings reserves | |
| Net retained profit | |
| | |
| Provisions | |
| Liabilities | |
| Deferred income | |
| | |
| TOTAL EQUITY AND LIAB... | |

Current assets grew by €70 million, with receivables from affiliated companies increasing by €1,462 million mainly as a result of higher intra-Group cash management (€1,807 million) and the lower receivables from profit transfer agreements (€346 million). Securities holdings of €1,745 million were completely sold. Cash and cash equivalents increased by €165 million.

Equity was down from €19,740 million in the previous year to €19,224 million. Net profit for 2022 of €2,601 million exceeded the dividend paid to shareholders of €2,205 million in 2022. Earnings reserves declined by €887 million, due in particular to the offsetting of share buy-backs amounting to €1,058 million. The offsetting increase in the earnings reserves by €171 million is attributable to the commitment and settlement of shares for executive remuneration plans. The equity ratio decreased slightly from 42.7% to 41.1%.

Provisions were up by €640 million in the reporting period. Provisions for pensions and similar obligations increased by €685 million due to lower returns from, and fair value changes in, plan assets/assets. The decline in provisions for taxes of €56 million is due to higher advance income tax payments and the lower net income in the 2022 financial year.

Liabilities increased by €312 million to €21,510 million. The liabilities arising from bonds remain unchanged. Liabilities to banks fell by €40 million. Trade payables and liabilities to investees increased by €85 million and €64 million, respectively. The increase in liabilities to affiliated companies amounting to €197 million resulted largely from intra-Group cash management.

**Increase in cash funds**

Deutsche Post AG's cash funds rose by €165 million to €2,026 million in the 2022 financial year.

**Increase in debt**

Deutsche Post AG's debt (provisions and liabilities) rose by €952 million to €27,377 million compared with the previous year. The increase was due chiefly to an increase of €685 million in provisions for pensions and similar obligations as well as higher liabilities to affiliated companies (€197 million).

# Expected developments, opportunities and risks

The international strategy and associated performance forecast of Deutsche Post DHL Group also reflect the expectations for Deutsche Post AG as the parent company. Since Deutsche Post AG is interconnected with the companies of Deutsche Post DHL Group through arrangements, including financing and guarantee commitments and direct and indirect investments in its investees, Deutsche Post AG's opportunities and risks fundamentally align with those of the Group. The section titled ❯ **Expected developments, opportunities and risks** therefore also covers expected developments, opportunities and risks with respect to Deutsche Post AG as the parent company. The Post & Parcel Germany division reflects Deutsche Post AG's core business in material respects. The subsidiaries have

an indirect influence
investment income f
a result, the subsidia
influence the future r
financial statements
dend. For the 2023 f
for Deutsche Post AG
compatible with our f

COMBINED MANAGEMENT REPORT — NON-FINANCIAL STATEMENT

Deutsche Post DHL Group –

# NON-FINANCIAL STATEMENT

for Deutsche Post AG and for Deutsche Post DHL Group in accordance with Sections 289b(1) and 315b(1) HGB

The year 2022 was one of the most challenging of the last few decades. The war in Ukraine and the economic sanctions it caused and the discontinuation of energy supplies from Russia, as well as the significant rise in natural disasters due to extreme weather conditions, impacted living conditions around the world and put the stability of supply chains to the test. Moreover, employees and business partners as well as the capital market are still all increasing their expectations for sustainable business. In addition, legislators continued to intensify their requirements of sustainable financing and reporting.

### General information
The Global Reporting Initiative (GRI) standards are taken as the framework for determining material non-financial topics, supplemented by HGB requirements. The key performance indicators used for managing the Group were determined in accordance with the HGB and the German Accounting Standard 20 was applied.

### ESG standards anchored in the Code of Conduct
We conduct our business in accordance with applicable law and high ethical, social and environmental standards. As a signatory to the UN Global Compact, Deutsche Post DHL Group implements its ten principles in areas where we have influence. Additionally, we take guidance from the principles set out in the Universal Declaration of Human Rights,

the OECD Guidelines for Multinational Enterprises and the International Labour Organization's (ILO) Declaration on Fundamental Principles and Rights at Work, as well as from the principle of social partnership. Our ethical, social and environmental values are anchored for the entire Group in our Code of Conduct for employees, and in the Supplier Code of Conduct for our suppliers and subcontractors. Since respect for human rights is particularly important to us, we specify them in our Human Rights Policy Statement, ❯ **Corporate governance.**

Moreover, we participate in numerous United Nations initiatives and support the UN Sustainable Development Goals (SDGs). Our commitment is most closely aligned with the goals of Quality Education (SDG 4), Gender Equality (SDG 5), Decent Work and Economic Growth (SDG 8), Sustainable Cities and Communities (SDG 11), Climate Action (SDG 13) and Partnerships for the Goals (SDG 17), ⊚ **Company website.**

## Strategic orientation

Our purpose – Connecting people, improving lives – reflects our understanding of sustainability, which is embedded in our strategic bottom lines throughout the Group. The degree to which we meet the needs of our key stakeholder groups, minimise the environmental impact of our business, increase our contributions to society and act as trustworthy business partners are also determinants of the success of our company. That is why we adhere to principles aimed at reducing our environmental footprint, creating a safe, inclusive and motivating workplace for our employees, and ensuring that our business practices are transparent and in compliance with the law.



Our ESG Roadmap action and environme bonisation measures towards social respo ❯ **Strategy.** In addition, into, and for the year tively, of the target p of the Board of Mana a separate statutory r lished on our ⊚ **Webs** be included in the an in upper-level manag

To support our co we published a susta which enables us to is The framework follow ciples of the Internati provides an overview at achieving our ambi view of the potential instrument, ⊚ **Compa**

**Material topics and performance indicators**

The materiality analysis was updated at its regular interval in 2021. Using this, six topics were derived on which our business has a material influence or, conversely, which can affect our business. These topics also represent the basis for the alignment of our ESG Roadmap, which was reviewed together with the Board of Management and the Supervisory Board during the year under review: the topics were confirmed and the cybersecurity rating key figure introduced in the reporting year was additionally determined to be steering- and remuneration-relevant for the 2023 financial year.

| | Material topic | Performance indicator |
|---|---|---|
| | Climate and environmental protection with a focus on greenhouse gas (GHG) emissions | Absolute logistics-related GHG emissions and Realised Decarbonisation Effects |
| | Employee Engagement | Employee Engagement: Approval rate in the annual survey |
| | Diversity and inclusion | Share of women in middle and upper management |
| | Occupational health and safety | Lost time injury frequency rate (LTIFR)[1] |
| | Compliance | Share of valid compliance-relevant training certificates in middle- and upper-level management |
| | Cybersecurity | Cybersecurity rating[2] |

[1] Work-related accidents per 200,000 working hours resulting in at least one working day of absence for the affected person following the accident.
[2] Steering- and remuneration-relevant from the 2023 financial year.

The development of actual versus planned key performance indicators is presented to the Board of Management along with financial KPIs, and discussed monthly. Deviations are analysed and solutions developed and approved. The Employee Engagement KPI is determined once per year and discussed with the Board of Management. We completely integrated the ESG metrics and targets into our financial systems and reporting and planning processes, as well as the internal control system and the opportunity and risk management process in the reporting period.

**Non-financial risks**

Opportunity and risk management takes place in Group Controlling and also covers sustainability-related aspects. In addition to financial assessment, opportunities and risks arising from climate change are analysed on the basis of a scenario analysis according to the standards of the Task Force on Climate-related Financial Disclosures (TCFD), which was developed further in the year under review and supplemented with provisions of the EU Taxonomy. This involves discussing and assessing both transitory and physical risks stemming from climate change using various scenarios. The details are provided under the heading ❯ Environment. ESG risks of medium significance for the Group were determined in the material issues of climate change (risk categories: operational, market- and customer-specific and from regulation), employee matters (risk category: human resources) and in cybersecurity (risk category: information technology), ❯ Expected developments, opportunities and risks.

**Responsibility for the [...] indicators**

The Board of Manage[...] on Group-wide sustaina[...] are responsible for in[...] progress achieved is [...] of Management. The [...] with in the meetings [...] the Strategy and Sus[...] Supervisory Board.

Our Code of Cond[...] agers with clear rule[...] our success within th[...] bilities. Additional gu[...] of Conduct to offer m[...] guidelines on anti-co[...] ethics and on the env[...] Human Rights Policy [...] particular our execut[...] to implementing our [...] made the Code of Co[...] employment contract[...]

The Code of Con[...] Conduct) is a reflecti[...] mental standards we[...] component of the Gro[...] including subcontrac[...] plying with our stand[...] own supply chains.

The codes and th[...] ensure that they are [...]

COMBINED MANAGEMENT REPORT NON-FINANCIAL STATEMENT                                           Deutsche Post DHL Group –

**Relevant boards for sustainability issues**

| Board of Management<br>Central decision-making and sustainability focus | | | | | | |
|---|---|---|---|---|---|---|
| **Strategy and management** | **Responsibility for topics** | | | | | **Repor...<br>cont...** |
| **Sustainability Steering Board**<br>(CEO, CFO, CHRO)[1]<br><br>Ongoing monitoring of the Group-wide sustainability agenda | **Operations Board**<br>Chair: Tobias Meyer<br><br>Climate protection and occupational safety | **Global Commercial Board**<br>Chair: John Pearson<br><br>GoGreen Plus products | **HR Board**<br>Chair: Thomas Ogilvie<br><br>Employee matters, social standards, respect for human rights | **GBS Board**<br>Chair: Tobias Meyer<br><br>Corporate Procurement, Corporate Real Estate, Cybersecurity | **IT Board**<br>Chair: Tobias Meyer<br><br>Cybersecurity, IT systems | **Finan...**<br>Chair: M...<br><br>KPIs, ...<br>risk ass...<br>controls, ...<br>rep... |
| **Sustainability Advisory Council**<br>Members from the sciences, business and politics | | | | | | |
| **Functions in the divisions: Operational control of the topics** | | | | | | |

[1]  Chief Executive Officer, Board of Management members responsible for Finance and HR.

Responsibility for strategic orientation, the materiality analysis, stakeholder dialogue and implementation of the strategic and operational ESG programme falls under the auspices of the CEO board department, where the ESG topics are developed further in the Group strategy and regularly reviewed by the Sustainability Steering Board. The Sustainability Steering Board comprises the CEO, the CFO and the Board member for Human Resources, as well as executives from central and divisional functions.

Group-wide concepts for leadership and corporate culture, promotion of talents and skills, specifications related to HR processes and services, maintaining relationships with the employee representatives and respect for human rights in our workforce are developed, implemented across divisions and managed by the HR board department.

Responsibility for ESG reporting and controlling, opportunity and risk assessment, integration of the internal control system and the financial systems, compliance

management and dat...
the CFO board depart...

Among other to...
board department i...
Group-wide standard...
the process for selec...
cations for cybersecu...

COMBINED MANAGEMENT REPORT NON-FINANCIAL STATEMENT

Deutsche Post DHL Group –

## Contents of the combined non-financial statement

### Reporting in accordance with Sections 289b(1) and 315b(1) HGB

| Aspects (HGB) | Concepts | Target for 2022[1] | Result for 2022 | Target for 2023[1] |
|---|---|---|---|---|
| Business model | | | | |
| Environmental matters | Climate and environmental protection: Avoiding GHG emissions | Limit logistics-related GHG emissions to 41 million tonnes of $CO_2e$ | Logistics-related GHG emissions[1,2] decrease to 36.46 million tonnes of $CO_2e$ | Limit logistics-related GHG a maximum of 39 million to |
| | | Generate Realised Decarbonisation Effects of 969 kilotonnes of $CO_2e$ | 1,004 kilotonnes of $CO_2e$ avoided through Realised Decarbonisation Effects[1,2] | Generate Realised Decarbo Effects[2] of 1.3 million tonne |
| Employee matters | Maintain employee engagement and motivation at a high level | Employee Engagement KPI approval rate of more than 80% | Employee Engagement[1,2] at the prior-year level: approval rate at 83% | Employee Engagement KPI rate[2] of more than 80% |
| | Diversity and inclusion: Increase share of women in middle and upper management | The share of women in middle and upper management amounts to 25.9% | The share of women in middle and upper management[1,2] amounts to 26.3% | Share of women in middle a management[2] amounts to 2 |
| | Ensure health at work: Prevent accidents | LTIFR[3] amounts to 3.7 | LTIFR[1,2,3] amounts to 3.4 | LTIFR[2,3] amounts to 3.5 |
| Social matters | Corporate citizenship: Measure employee pride in contribution to society | | Approval rate of 79% for this question in annual survey of employees[2] | – |
| Compliance, including anti-corruption and -bribery matters | Compliance with laws, principles and policies: Participation by executives in compliance training | At least 97% valid training certificates in middle and upper management | 98% valid training certificates in middle and upper management[1,2] | 98% valid training certifica and upper management[2] |
| Respect for human rights | Carry out internal audits with regard to human rights | | 33 audits carried out[2] | – |
| | Implement standards in the supply chain | | Key figures introduced: Supplier spend covered by an accepted Supplier Code of Conduct | – |
| Cybersecurity | Guarantee IT system and data security | | Introduced cybersecurity rating[2] key figure | Rating[2] is at least 710 out o |
| Taxes | Avoid corporate structuring only for the purpose of tax optimisation | | Tax strategy adhered to Group-wide | – |

[1] Steering-relevant.   [2] Reviewed with reasonable assurance, ❯ Assurance Report.   [3] Work-related accidents per 200,000 working hours with at least one day of absence for the affected person followi

### Reporting on the facilitation of sustainable investments (EU Taxonomy)

pursuant to Regulation 2020/852, Article 8, of the European Parliament and of the Council as well as Delegated Regulation 2021/2178 of the European Commission

| EU Taxonomy | Result for 2022 |
|---|---|
| Determine the taxonomy-eligible and -aligned shares of revenue, capital expenditure (capex) and operating expenditure (opex) | 53% of revenue, 63% of capex, 58% of opex are taxonomy-eligible<br>12% of revenue, 25% of capex, 11% of opex are taxonomy-aligned |

# Environment 

## Climate action in the focus of our operations

Our business activities impact the climate and the environment mainly in the form of greenhouse gases (GHG), which contribute to climate change. Within the framework of our ESG Roadmap, we have defined measures and ambitious targets to minimise these effects.

Medium term: We have set ourselves a target of reducing our emissions to below 29 million tonnes of $CO_2e$ by the year 2030. This target also includes the transport services carried out by our subcontractors (Scope 3). It was developed based on the requirements of the Science Based Targets Initiative and supports global efforts to limit global warming in accordance with the Paris Agreement of the United Nations.

In the year under review, the Science Based Targets Initiative verified the following sub-targets in this regard and assessed them as aligned with limiting global warming to 1.5 degrees Celsius: using 2021 as the base year, Deutsche Post DHL Group has committed to reducing its absolute direct emissions from the use of fuels and the indirect emissions from purchased energy (Scopes 1 and 2) by 42% by the year 2030. Absolute Scope 3 emissions from fuel- and energy-related activities, upstream transport and sales and business travel are to be reduced by 25% by 2030.

Long-term: We want to reduce the GHG emissions of our logistics services to net zero by 2050. That means we will use active reduction measures to reduce emissions (Scopes 1, 2 and 3) down to an unavoidable minimum,

which is to be fully compensated for with recognised countermeasures (excluding offsetting).

The central climate protection measures are defined by Corporate Development in the board department of the CEO. The Finance board department collects environmental data, monitors progress towards goals, assesses opportunities and risks and carries out internal and external reporting, embedded in the internal control system.

Orientation and targets with regard to climate and environmental protection are set in Group policies: in the Code of Conduct and the Supplier Code of Conduct, in the Environmental and Energy Policy, the Paper Policy, the Sustainable Fuel Policy (not public) and the policies for procurement processes.

For achieving our goals by 2030, we plan to spend up to an additional €7 billion to expand the use of sustainable fuels and technologies in our fleets and buildings. We round out this package of measures with a range of specifically environmentally friendly products: GoGreen Plus enables customers to make a conscious decision for sustainable transport solutions or the use of sustainable fuels. This approach allows us to uphold our responsibility to the climate and the environment.

In addition, together with our subcontractors, we work as part of initiatives to reduce fuel consumption and lower GHG emissions. This also enables us to procure the consumption and emissions data necessary for subcontractor management, which is why we take part in industry-wide initiatives and collaborate closely with customers, suppliers and industry partners.

### Risks arising from cl

In the reporting perio risks arising from clim according to the star related Financial Discl scenarios including po 2.4 or 4.3 degrees Ce could result from a r transitory risks, we us narios of the Internat

Together with the members responsibl evaluated the possib business models, st workshops and consi achieving net zero GH tions with an increase of division-internal wo and documented.

This results main particularly with reg pricing, GHG emissio to stricter regulation fuels and energy fro sion underscores the activities: reducing G technologies and fue fuels. We provide det ment in ● Expected de

(37 of 262), Page 37 of 262  Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 37 of 262
Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 847 of 1025

COMBINED MANAGEMENT REPORT  NON-FINANCIAL STATEMENT  Deutsche Post DHL Group –

**Decarbonisation avoids 1 million tonnes of $CO_2e$**

The management and the reporting are focused on the development of absolute logistics-related GHG emissions and the GHG emissions avoided by our decarbonisation measures. Our calculation includes the entire process chain for generating and supplying energy for transport as an additional Scope 3 category, **❯ General information, Steering metrics.**

In the year under review, development of the absolute logistics-related GHG emissions was better than planned, decreasing to 36.46 million tonnes of $CO_2e$. Our GHG intensity amounts to 386 grams per euro of revenue. The GHG emissions are the result of the air (69%), land (22%) and ocean (8%) modes of transport, as well as buildings (1%).

The decrease in GHG emissions is attributable primarily to lower transport volumes and was additionally supported by the improved utilisation of passenger aircraft after the increasing loosening of restrictions on account of the pandemic. In addition, Realised Decarbonisation Effects from our measures contributed 1,004 kilotonnes of $CO_2e$ to this decrease; this includes 205 kilotonnes of $CO_2e$ through the use of sustainable fuels. An additional reduction of 178 kilotonnes of $CO_2e$ results from the statutory blending of biofuels.

We estimate the amount of the non-logistics-related Scope 3 emissions (Category 1: Purchased goods and services, 2: Capital goods, 7: Employee commuting) to be around 6 million tonnes of $CO_2e$, which are not accounted for in our medium-term target.

According to our planning for the medium-term 2030 target, despite limited availability we expect a further increase in blending of sustainable fuels in air and ocean freight for the coming reporting year.

**GHG emissions (well-to-wheel)**

| Total GHG emissions | million tonnes of $CO_2e$ | |
|---|---|---|
| of which Scope 1 | | |
| Scope 2[1] | | |
| Scope 3[2] | | |
| Realised Decarbonisation Effects | kilotonnes of $CO_2e$ | |
| Reduction resulting from statutory blending of biofuels | kilotonnes of $CO_2e$ | |

[1] Market-based method.   [2] Logistics-related emissions of GHG categories 3, 4 and 6.

**Our path to the 2030 target**

Million tonnes of $CO_2e$



Development of GHG emissions in 2023 will also depend on the development of the global economy. If transport volumes undergo weaker development, we expect GHG emissions to remain approximately at the prior-year level; if the economy proves to be more dynamic, we aim to limit GHG emissions to a m... This includes decarb... of $CO_2$ which we pla... expect a significant re... half of the decade.

(38 of 262), Page 38 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 38 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 848 of 1025

COMBINED MANAGEMENT REPORT NON-FINANCIAL STATEMENT                Deutsche Post DHL Group –

**Using sustainable technologies and fuels**

Our focus of our measures is mainly on the modes of transport using the most fuel and generating the most emissions, namely air and ocean freight and road transport, and further increasing the electrification of our fleet of pick-up and delivery vehicles. We also invest in technologies to design our own new buildings to be climate neutral. The share of sustainable fuels is to top 30% in air, ocean and road freight by 2030. In pick-ups and deliveries, 60% of vehicles used are to be electric vehicles. All of the company's new buildings are to be climate-neutral. We also drive decarbonisation with our range of GoGreen Plus products, with which we enable our customers to make use of, among other things, air and ocean freight transports with sustainable fuels, ◉ **Company website.**

In the year under review, we nearly doubled additional expenditure for decarbonisation measures compared to the previous year to €284 million, and in doing so avoided around 1 million tonnes of $CO_2e$.

The share of sustainable fuels increased by 0.5 percentage points to 1.7% (previous year: 1.2%). In pick-ups and deliveries, we increased the number of e-vehicles used in the reporting period by 34% to approximately 27,800 (previous year: 20,700). At 94%, the share of electricity from renewable sources used was well above the level of the previous year (previous year: 86%).

In addition to our reduction measures, we offer our customers offsetting products to compensate for GHG emissions. However, in accordance with the GHG Protocol and for the presentation of the Realised Decarbonisation Effects, this offsetting is not taken into account as an emissions reduction for the calculation of our GHG footprint.

**Expenditure for decarbonisation measures**

€m

|  | 2021 | 2022 | +/−% |
|---|---|---|---|
| **Sustainable fuels and technologies** | **156** | **284** | **82.1** |
| of which sustainable fuel | 28 | 66 | >100 |
| electrification of the fleet | 115 | 179 | 55.7 |
| buildings | 13 | 24 | 84.6 |
| further measures (shifting shipments to rail, biogas trucks) | – | 15 | – |

**Examples from the divisions in the year under review**

In the year under review, Express was able to conclude further delivery contracts for sustainable aircraft fuels. Moreover, the modernisation of the aircraft fleet was continued and the network of partnerships with transport subcontractors was expanded. In addition, the Alice – the first all-electric aircraft – successfully completed its maiden flight, with the first deliveries of this model scheduled for 2027 to be used for shuttle flights in the United States. Moreover, we continued with the expansion of our international fleet of e-vehicles.

Global Forwarding, Freight expanded its partnerships for insetting with sustainable fuels. Unlike offsetting, insetting offers the ability to specifically implement climate protection in our own supply chain, enabling a positive impact on the achievement of our targets through the direct replacement of fossil fuels. With its Green Carrier Certification, the division creates transparency regarding the sustainability of our subcontractors. Global Forwarding, Freight is one of the first companies in our industry to offer air and ocean freight solutions that make use of sustaina-

ble fuels. The myDHL
GHG reports in all mod
air and ocean freight
objectives.

Supply Chain is dr
chains with a portfolio
ucts for carbon-neutra
the year under review
carbon-neutral wareh
example of which is t
the United Kingdom.

eCommerce Solu
fleet of e-vehicles and
renewable sources. I
GoGreen products int

Post & Parcel Ger
fleet of electric vehicl
tric vehicles in use in
rail transport for par
sustainability. The ra
customers to actively
parcels and thus avoi

(39 of 262), Page 39 of 262  Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 39 of 262
Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 849 of 1025
COMBINED MANAGEMENT REPORT  NON-FINANCIAL STATEMENT                    Deutsche Post DHL Group –

**Energy consumption and efficiency**

Group-wide energy consumption (Scopes 1 and 2) rose to 34,498 million kWh in the reporting period. We increased the energy used from renewable sources by 24% compared to the previous year. Energy efficiency amounts to 0.4 kWh per euro of revenue.

In our business model, air freight is the most energy-intensive mode of transport. With continuous modernisation processes in our own fleet and at our locations, we will have a positive impact on our energy consumption. Moreover, our divisions are increasingly using our own fleet and training the pilots in the use of energy-conserving flight manoeuvres.

**Energy consumption of the company's own fleet and buildings (Scopes 1 and 2)**

Million kWh

|  | 2021 | 2022 | +/−% |
|---|---|---|---|
| **Total energy consumption** | **30,486** | **34,498** | **13.2** |
| **from fossil sources** | **28,660** | **32,227** | **12.4** |
| of which air transport | 22,484 | 26,649 | 18.5 |
| road transport (excluding e-vehicles) | 4,486 | 4,237 | −5.6 |
| buildings and facilities | 1,690 | 1,341 | −20.7 |
| **from renewable sources** | **1,826** | **2,271** | **24.4** |
| of which air transport | 175 | 343 | 96.0 |
| road transport[1] | 150 | 242 | 61.3 |
| of which e-vehicles | − | 58 | − |
| buildings and facilities | 1,501[2] | 1,686 | 12.3 |

[1] Includes legally required blending.
[2] Includes consumption by electric vehicles.

# Workforce 

**Common DNA as a factor for success**

Our corporate culture makes us strong. It is underpinned by common values, convictions and behaviours and is one of the most important factors in our business success. We call it our common DNA, ❯ **Strategy.** It connects us across all business units and operating regions and defines who we are and how we operate. As early as 2006 we defined a Code of Conduct applicable to the whole Group. We value the diversity of our workforce and treat one another with respect, so that we may work together cooperatively and lay the foundation for our company's financial success.

**Employee matters**

| Material topic | KPI |  | 2021 |  |
|---|---|---|---|---|
| Employee Engagement | Employee Engagement[1]: Approval rate in the annual survey | % | 84 |  |
|  | Continuing education: Total training hours | million hours | − |  |
| Diversity and inclusion | Share of women in middle and upper management[2] | % | 25.1 |  |
|  | Employees with disabilities[3] | headcount | 14,652 |  |
|  | Employment rate[3] | % | 8.0 |  |
| Occupational health and safety | Lost time injury frequency rate (LTIFR)[2,4] |  | 3.9 |  |
|  | Sickness rate | % | 5.5 |  |

[1] Steering- and remuneration-relevant in the year under review.   [2] Steering-relevant KPIs.   [3] Deutsche Post AG (pre...
163 SGB IX.   [4] Work-related accidents per 200,000 working hours with at least one working day of absence for the a...

**Being an employer o...**

Our employees are o... 600,000 employees... employers in our se... choice, attracting co... continuously develop... the long term. Only m... service quality, meet... and therefore ensure... business activities. Fo... and lock in their com... icated to the princip... belonging to create a... ination where each i... workplaces that prom...

**Preserving employee interests**

In addition to direct dialogue with their superiors and management representatives, our employees can turn to employee committees, works councils, trade unions and other bodies to indirectly represent their interests. At the global level, we engage in regular, open dialogue with international trade union confederations such as UNI Global Union (UNI) and International Transport Workers' Federation (ITF). At the European level, employee concerns are regularly discussed with our European works council, the Deutsche Post DHL Forum. The Board Member for Human Resources takes part in the discussions twice per year. UNI and the European Transport Workers' Federation are also represented.

In addition, as the largest postal service provider in Europe, the Group is a member of the EU Commission's European Social Dialogue Committee for the Postal Sector and has been the Committee Chair since 2016. The work of this committee involves exchange between the employers and union representatives in the postal sector of European member states on relevant topics in consideration of social matters.

Together with the two trade union confederations, we reviewed and strengthened the joint OECD Protocol from 2019 in the year under review, ⊚ **Company website.** With this agreement, all parties undertake to maintain a continuous dialogue on employment and working relationships for the next three years. During the yearly meeting between the secretaries general of the ITF and UNI and the Board Member for Human Resources, the revised agreement was approved by all parties and then signed by the German National Contact Point for the OECD Guidelines for Multinational Enterprises in Berlin.

**Performance-based remuneration and development of the workforce**

We foster employee loyalty and motivation by offering performance-based remuneration in line with market standards. It includes a base salary plus the agreed variable remuneration components such as bonus payments. In many countries, we also provide employees with access to defined benefit and defined contribution retirement plans. We also use neutral job evaluations to prevent discrimination on the basis of personal characteristics. These evaluations focus on the type of job, position in the company and responsibilities assigned. This systematic approach enables an independent and balanced remuneration structure.

In Germany, wages or salaries are generally regulated through either industry-level or company-level collective wage agreements. In many of our subsidiaries throughout Germany, our wage-scale employees also receive a performance-based bonus in addition to their monthly wage or salary. The collectively bargained principles are gender-neutral, so the use of collective agreements ensures equity in pay for women and men. Employees of Deutsche Post AG covered by the collective wage agreement may opt to take additional time off in lieu of a pay increase. A total of 18.7% of the workforce there had exercised this option as at 31 December 2022. The remuneration of employees in a non-pay-scale employment relationship (Deutsche Post AG, principal entity in Germany) is bound by existing works agreements.

Moreover, we offer both defined benefit and defined contribution pension plans in which approximately 70% of the Group's employees participate. Our main retirement benefit plans are provided in Germany, the UK, the USA, the

Netherlands and Swit...

**financial statements.**

At €26,035 milli... figure of €23,879 milli... **to the consolidated finan...**

As at 31 Decemb... ple around the world... ous year. Added to thi... 83,951 external FTEs ... the Group were empl...

**Workforce developm...**

| | | |
|---|---|---|
| **Headcount at year-end**[1] | | |
| Average for the year[1] | | |
| **Full-time equivalents at year-end**[1] | | |
| of which Express | | |
| Global Forwardi... Freight | | |
| Supply Chain | | |
| eCommerce Solu... | | |
| Post & Parcel Ge... | | |
| Group Functions | | |
| Average for the year[1] | | |
| Share of part-time emplo... | | |
| Average age of Group emp... (years) | | |
| Share of female employe... | | |
| Unplanned employee tur... | | |

[1]  Including trainees.

**Employee engagement and motivation**

Each year we measure employee satisfaction and engagement by conducting a Group-wide survey. This important tool helps us determine where we are in our journey toward becoming an employer of choice. We use the analysis of the annual survey to determine the Employee Engagement KPI, which is also included in the remuneration of the Board of Management.

Once again, 75% of employees took the opportunity to express their opinion and provide valuable feedback in the year under review. This is used as the foundation for creating the best possible working conditions at our company, thus corresponding to our strategic goal of being an employer of choice. We once again exceeded the target of more than 80% with an approval score of 83%.

**Selected results from the Employee Opinion Survey**

| % | 2021 | 2022 |
|---|---|---|
| Response rate | 75 | 75 |
| Approval rate for Employee Engagement KPI | 84 | 83 |

Training and opportunities for professional development can have a positive influence on the motivation of a workforce, which is why all of our employees generally have the option of taking advantage of our training offers digitally or as part of in-person events. Our training offers convey knowledge about our Group strategy and how everyone can make an individual contribution to our success. One example is our Group-wide "Certified" employee motivation and

development programme, which aims to make our employees experts in their respective areas of responsibility. It also creates an atmosphere that places our customers at the heart of our activities and ensures we provide excellent service. In addition to a certified foundation module, we offer our employees a wide range of follow-up modules customised to their specific roles and areas of expertise. We place special emphasis on providing training for management and team leaders to help reinforce employees in their roles and support executives in carrying out their leadership duties. Such training focuses on leadership attributes that are applicable to all Group executives and serve as a behavioural compass. We also offer qualified employees a number of personal development options, such as special training for those with potential and development ambitions in self-management and in participation in interdisciplinary or international projects.

In the year under review, a total of 3.7 million training hours were completed. Moreover, time and money were invested in qualification elements integrated in the job, such as orientation and service training, which are not accounted for in this figure.

**Diversity, Equity, Inclusion & Belonging**

Our organisation brings together people from cultures and cultural backgrounds from all over the world who possess a wide range of experiences, abilities and perspectives, with 178 nationalities represented at our German sites alone. The diversity of our employees is not only an asset to the company but also one of its major strengths. Diversity, inclusion and freedom from discrimination are anchored

throughout the Group
expressly reject any a

We take an equal
both internally and e
didate's qualifications

During the repor
of our diversity manag
of equity and belongi
sion & Belonging) Bo
prised of executives
central and divisional
took place in the year

The focus of our
share of women in ex
women to occupy at
agement positions in
ous approaches and p
female junior staff fo
the way to becoming
including coaching, r
under review, we man
occupying 25.9% of m
tions. This figure ca
improve the share to

Our company's in
space for LGBTQ+ em
a founding member of
are committed to pro
workplace so that our
ual career goals rega
gender identity.

Deutsche Post DHL Group –

In line with our inclusive approach, we give disabled individuals professional prospects. In Germany, employers are required by law to ensure that employees with disabilities make up at least 5% of their workforce. At Deutsche Post AG, our principal entity in Germany, 14,274 persons with disabilities were employed in the reporting year, 20 of whom were trainees; that represents 8.0% of the total workforce.

The average age of employees throughout the Group remains at 40 years old. In response to demographic change in Germany as well as for the purpose of ensuring an ageing-friendly workplace, we have established a Generations Pact enabling employees of Deutsche Post AG aged 55 and over to reduce their working hours. The option of early retirement for civil servants with a commitment to undertake voluntary work *(engagierter Vorruhestand)* is also still in effect. To recruit and retain young, talented employees, we focus in particular on positions with on-the-job training as well as trainee and dual-study programmes. In Germany, we offered a total of around 1,500 spots in our post-secondary educational training and dual-study programmes during the reporting year. We provide college and university graduates with the chance to choose between various post-graduate training programmes.

### Occupational health and safety

The health and safety of our employees in the workplace is of central importance to us and is therefore embedded in our Codes of Conduct. We comply with the Group's existing occupational health and safety policies, statutory regulations and industry standards.

The Group policy on occupational health and safety defines seven core elements implemented Group-wide in our safety management system. The management system complies with the international ISO 45001 standards, to which various business units are also externally certified. Our Supplier Code of Conduct requires our suppliers and subcontractors to adhere to these same high standards, ❯❯ **Corporate governance.**

Accident prevention in the workplace is the top priority of our occupational health and safety activities. Some of our biggest challenges are in our pick-up and delivery operations, because external influences can only be managed to a certain extent in this area. Bad weather, road work, complex traffic situations and dealing with animals require employees to pay attention, concentrate and take responsibility for themselves. The most frequent causes of accidents remain slipping, tripping and falling, as well as dropping objects. Accidents are analysed, the respective root causes are identified and measures are introduced which facilitate the continuous improvement of safety for our employees. Solutions proven in practice to reduce or eliminate potential hazards are shared across the Group. Additionally, we hold regular work meetings and workplace inspections and place signage at locations with greater potential hazards to increase the awareness of employees.

To measure the success of our efforts, we use the steering-relevant KPI of lost time injury frequency rate (LTIFR), which we calculate based on the number of work-related accidents per 200,000 working hours resulting in an absence of at least one working day for the affected person. We use the accident investigations to derive measures to

eliminate the respecti
to avoid reoccurrence

The lost time inju
3.4 in the year under
target of an LTIFR of 3
accidents with a fatal
expressly regret this o
LTIFR at 3.5 for 2023.
2025 of lowering the

**Work-related accide**

| Lost time injury frequenc |
| --- |
| of which Express |
| Global Forwardi |
| Supply Chain |
| eCommerce Solu |
| Post & Parcel Ge |
| Group Functions |
| Working days lost per acc |
| Number of fatalities due t |
| accidents |
| of which as a result of tra |

[1] Work-related accidents per
working day of absence for

We carry out health projects and local initiatives to create a health-promoting work environment and raise awareness of a healthy lifestyle amongst our employees. Incentives are provided to local management to offer health-promoting programmes to employees and their families.

The Chief Medical Officer advises the Board of Management in all matters regarding occupational health – for instance how to deal with physical and psychological diseases in the work environment – as well as how to deal with the circumstances of a pandemic or epidemic. During the year under review, we continued the vaccination and testing of our employees at the locations throughout the Group. The Group-wide sickness rate increased by 0.8 percentage points to 6.3% in the year under review. This development is attributable primarily to the significant increase in respiratory illnesses caused not only by COVID-19, but also by the common cold and flu-like infections.

Some of our employees work in countries that offer insufficient statutory health coverage, or none at all. For this reason, we offer employees and their families in numerous countries high-quality primary or supplementary health insurance coverage at attractive terms through our Group's in-house employee benefits programme. Some 250,000 employees in 100 countries are covered by this programme.

## Corporate citizenship

### Contributing to economic development and social progress

We contribute to the socioeconomic development of the regions in which we operate through our sites, our employees and our business partners, thereby making a contribution to social and individual prosperity. As part of our corporate citizenship initiatives, we are leveraging our global network and the expertise of local employees in line with our purpose: Connecting people, improving lives.

### Partnerships and initiatives

Our initiatives enable us to use our strengths and capabilities to effect change locally and to work together to meet global challenges. We partner with established international organisations to ensure that our initiatives have the greatest impact possible. With GoGreen (environmental protection), GoHelp (disaster management), GoTeach (increasing employability) and GoTrade (promoting trade) we also support SDGs 4, 5, 8, 11, 13 and 17.

We dignify employee engagement through our Global Volunteer Day, the "DHL's Got Heart" initiative and the Improving Lives Fund. Volunteering encourages employees to participate in, and give back to, local communities.

Based on the Group-wide annual survey of employees, we know that corporate citizenship is a relevant factor in determining their overall level of motivation. They want to

contribute to social an[...] in their personal lives [...] the environment and [...] We therefore measur[...] the approval rate for [...] our employees are p[...] contribution to societ[...] employees responde[...]

### Large numbers of en[...] Go programmes

Our employees volun[...] again in the reportin[...] in Ukraine: for the fir[...] to use in Europe to ca[...] for Ukraine.

But our employee[...] by the war. Thanks to [...] workforce, we were [...] those impacted quic[...] our internal We Help [...] were matched by the [...] contributions.

We expanded ou[...] countries. GoTrade in[...] ship programme, wh[...] and accompany sma[...] a year.

COMBINED MANAGEMENT REPORT NON-FINANCIAL STATEMENT Deutsche Post DHL Group –

# Corporate governance 

**Role model for responsible corporate governance**

We intend to serve both as a role model for responsible corporate governance in our sector and as a trustworthy company. Ensuring our interactions with business partners, employees, the capital market and the general public are conducted with integrity and within the bounds of the law is vital to maintaining our reputation and is the basis for sustainable business success. We take steps to guarantee an honest and transparent business practice in compliance with the law by focusing on training executives in compliance-relevant content, building cybersecurity skills, shaping sustainable and stable relationships with business partners and fully integrating ESG metrics into management processes and incentive systems.

The rules for ethical conduct included in our Code of Conduct are further specified in our Human Rights Policy Statement as well as our Anti-Corruption and Business Ethics Standards Policy. Our focus at all times is on preventing potential violations of statutory requirements and internal guidelines.

Corporate Internal Audit evaluates the effectiveness of our risk management system, control mechanisms, management and monitoring processes and compliance with Group policies, contributing to their improvement. It does this by performing independent regular and ad hoc audits at all Group companies and at corporate headquarters with the authority of the Board of Management. The audit teams discuss the audit findings and agree on measures for improvement with the audited organisational units and their management. The Board of Management is regularly informed of the findings. The Supervisory Board is provided with a summary once a year.

## Corporate governance

| Material topic | Key figure | | |
|---|---|---|---|
| Compliance: Train executives (Code of Conduct, fighting corruption and bribery, competition compliance and data protection) | Training level: Share of valid compliance training certificates in middle and upper management[2] | % | |
| Respecting human rights | Carry out internal audits with regard to human rights | number | |
| | Carry out on-site audits at locations in countries | countries | |
| | Training level in middle and upper management | % | |
| Standards in the supply chain | Supplier spend covered by an accepted Supplier Code of Conduct | € billion | |
| | Potential high-risk suppliers assessed | number | |
| Cybersecurity | Training level in middle and upper management | % | |
| | External assessment of our cybersecurity[3] | points | |

[1] Steering-relevant KPIs. [2] Steering-relevant KPI in the year under review. [3] Steering- and remuneration-relevant agency announced after the time this report was prepared that it would be making changes to its method which will influence our results.

**Trusted business partner thanks to compliance**

We render all of our services in compliance with current legislation as well as our corporate values as defined in our Group policies. One important aspect of compliance is the legally required disclosures relating to fighting corruption and bribery matters. We observe all applicable international anti-corruption standards and statutes and are a member of the Partnering Against Corruption initiative of the World Economic Forum.

Ensuring legally compliant conduct in our business activities and in our interactions with employees is an essential task of all Group management bodies. In line with our

objective, participation of executives in middle- and upper-level management in various types of relevant compliance training is mandatory. We believe one thing: managers have to be well informed to identify potential compliance risks and ensure that such risks are mitigated appropriately.

The foundation to this approach is our compliance training comprising our Core Compliance Curriculum (anti-corruption, competition compliance, Code of Conduct) and training on data protection. All employees who have already completed their training must update their certification every two years. We will use the share of valid training certificates amongst executives in middle- and upper-level management as a steering-relevant KPI.

With our compliance management system (CMS) we have implemented effective measures for the prevention of corruption and bribery throughout the Group. Responsibility for designing the system lies with the Chief Compliance Officer. Uniform minimum standards are laid down in the CMS and accompanied by related activities initiated by the compliance officer in the divisions.

Our Code of Conduct and Anti-Corruption Policy, along with training on these topics, help employees identify situations in which the integrity of the company could be called into question with respect to relevant third parties.

Potential violations can be reported 24/7 – if legally permitted, anonymously – via our professional compliance incident reporting system (whistle-blower hotline). In addition, potential violations can also be reported by telephone, ◉ **Company website.** The incident reporting system was made available to third parties during the year under review. Reports are reviewed and investigated internally

for potential violations as part of a standardised process. Information on relevant violations is collected and included in the regular compliance reports made to the Board of Management and to the Supervisory Board's Finance and Audit Committee, ◉ **Report of the Supervisory Board.**

In the interest of raising awareness of compliance amongst employees, a Group-wide campaign – Compliance Awareness Week – was carried out in the year under review and rounded out by measures tailored to the specific divisions and regions. The campaign was additionally supported by "tone from the top" statements from the members of the Board of Management to emphasise to each employee the importance of compliance for the Group. To strengthen the internal dialogue, our workforce was made aware of and informed about compliance aspects on an ongoing basis by means of further communication measures and via the compliance channels.

The compliance training certification rate was 98% in middle and upper management in the year under review. We plan to maintain the rate at this high level for 2023.

In the context of its 208 audits, Corporate Internal Audit also reviewed compliance management system processes and the implementation of agreed follow-up measures. Findings from the regular audits facilitate the identification of other compliance risks and the refinement of the compliance programme.

**Respecting human ri**

Our commitment to
adherence to the prin
the International Labo
embedded in our Co
detail in our Human
**website.** These stipula
ments for our emplo
suppliers and subcont
understanding and im
UN Global Compact.

Our human rights
child and forced labo
neration, working ho
and the right to freed
Code of Conduct, we c
to comply with our eth
ples and implement t

The implementa
human rights in the s
have been monitored
Act (*Lieferkettensorg*
since the end of the re
executives in upper m
Employee Relations,
Public Affairs, Lega
Corporate Procureme

As part of its audi
ducted reviews relati
verified that the agre
plemented. In the repo

**Preventing human rights violations in the workforce**

With our internal management system, we ensure that our Human Rights Policy Statement is implemented amongst our workforce. In addition, we use the system to monitor compliance with due diligence. Key components are training initiatives and on-site reviews; these reviews are conducted by specially trained and externally certified professionals from the divisions and corporate headquarters. A risk-based approach is applied to select of countries and locations for the on-site reviews based on internal criteria, such as number of employees, as well as external criteria from Verisk Maplecroft (Human Rights Index). Additionally, we consider suggestions from international trade union confederations.

Under the leadership of the HR department, on-site reviews were held at various locations in ten countries as planned in the reporting year. These were again conducted largely as in-person reviews thanks to the loosening of pandemic-related travel restrictions. Once again, some cases of non-compliance with working time regulations and knowledge gaps concerning occupational safety requirements were identified and subsequently rectified by way of a structured action plan in the year under review.

Further employees were certified according to the Sedex Members Ethical Trade Audit (SMETA) standard, so that the annual number of on-site reviews can be increased. Moreover, as planned, the training module we use to raise employees' awareness for respecting human rights was rolled out throughout the Group. Participation is recommended for all employees. Participation is mandatory for

executives in middle and upper management beginning with this reporting year; the certification rate was 98%.

**Standards in the supply chain**

Corporate Procurement selects suppliers that meet our ethical, social and environmental standards. Supplier selection is based on a standardised assessment process which also takes aspects such as diversity and respect for human rights into account, as well as external criteria such as those from Transparency International (Corruption Perceptions Index).

Procurement employees are regularly trained to identify potential supplier-related risks early on. We convey our expectations to our suppliers and subcontractors via our Supplier Portal ⊚ **Website** and introduce our selection processes. Suppliers can also use our portal to familiarise themselves with our Supplier Code of Conduct, which we make available in numerous languages along with the corresponding training module. From there, they can also access our professional compliance whistle-blower system which they can use to report potential violations of the Code or statutory provisions as well as cybersecurity incidents.

In the year under review, we continued developing a Group-wide risk management system for supplier assessments and adapted the Corporate Procurement Policy accordingly. In addition, we developed and implemented two key figures: supplier spend covered by an accepted Supplier Code of Conduct and the potential high-risk suppliers assessed.

We calculate the potential for risk of suppliers at the level of purchase categories. The risk assessment is influ-

enced by 45 types of economic, technical, l which were evaluate egory. The ultimate based on the evaluati impact. More than 2,7 assessed in the year u

We use supplier s Code of Conduct to me of our standards in th regarding the key fig report to manageme developments with th review, supplier spen Code of Conduct amo

**Cybersecurity**

Our cybersecurity information of the Gr employees as well as or manipulation and uninterrupted availa tions. Our internal gu ISO 27002 and our da with ISO 27001.

The Group Chief CISO) reports directly ness Services. The IT strategy and defines for cybersecurity, for

(47 of 262), Page 47 of 262  Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 47 of 262
Case 3:22-cv-07182-WHA  Document 39-1  Filed 10/18/23  Page 857 of 1025
COMBINED MANAGEMENT REPORT  NON-FINANCIAL STATEMENT          Deutsche Post DHL Group –

digitalisation processes. The Information Security Committee is made up of the central functions of Group CISO, IT Audit, Legal Services, Data Protection and Corporate Security, as well as the divisional CISOs. The committee assesses potential threats on an ongoing basis, evaluates the potential of new risks and monitors compliance with our security standards.

We limit access to our systems and data such that employees can only access the data they need to perform their duties. All systems and data are backed up on a regular basis, and critical data are replicated across data centres. Additionally, by performing regular software updates, we can fix potential security vulnerabilities and protect system functionality.

A variety of communication measures and training sessions help our workforce become more aware of possible cybersecurity risks. All employees and executives with a corporate email address are continuously made aware of current risks by means of phishing and IT crisis simulations. Participation in Information Security Awareness training is mandatory for all employees with a computer workstation. All participants who have already completed their training must update their certification every two years. In the reporting period, the share of valid training certificates amongst middle- and upper-level management was 97%.

In the year under review, the Board of Management and the Supervisory Board decided to have our cybersecurity evaluated by BitSight, an external rating agency, and to report this rating as a steering- and remuneration-relevant KPI beginning in the coming financial year. This

cybersecurity rating assesses the security situation and brings potential security risks to the attention of the rated company. Assessment of the security situation is carried out by an automated service on a daily basis. Unlike with manual assessments, a cybersecurity rating offers transparency and enables comparison with other companies thanks to standardisation.

The rating amounted to 700 of a possible 900 points as at the end of the year under review. We are striving for a position in the top quartile of our reference group with BitSight for 2023, which means we expect a rating of at least 710 points. The rating agency announced after the time this report was prepared that it would be making changes to its method which will have an impact on the rating scale and which could influence our results.

**Tax strategy as a standard adhered to worldwide**

Our tax strategy is aligned with our Group strategy and must be adhered to throughout the Group. The overarching approach applied by the Group is that taxes are always incidental to and follow business needs. We do not undertake aggressive tax planning or enter into artificial arrangements with the goal of avoiding taxes. Our Group maintains locations in more than 220 countries and territories, including some with lower tax rates than those in Germany. These locations are necessary for carrying out our operational business in those regions. None of our companies was established with the purpose of obtaining tax benefits or is currently used to pursue aggressive tax structuring.

In interpreting an
merely follow the let
spirit and intended p
companies, our activi
countries where unce
tainty through contin
tax advisers to obtain
certainty. This allow
ments in the countrie
our knowledge and be
tem incorporates a ta
enables us to monitor

In the year unde
social security contrib

**Taxes and social sec**

| €m |
|---|
| **Total** |
| Income taxes paid |
| Other business taxes |
| of which taxes on capital, vehicles |
| other operating |
| Employer's social security |

# EU Taxonomy

Pursuant to Article 8 of Regulation 2020/852 of the European Parliament and of the Council as well as Delegated Regulation 2021/2178 of the European Commission

We are reporting our contribution to the European Union's environmental objectives of climate change mitigation and climate change adaptation according to the guidelines laid down in the EU Taxonomy regulation and, beginning with this reporting year, are reporting the taxonomy-aligned (aligned) shares of revenue, capital expenditure (capex) and operating expenditure (opex) in addition to the taxonomy-eligible shares thereof.

Taxonomy-eligible economic activities (activities) are considered environmentally sustainable and therefore aligned if they make a substantial contribution to one of the six EU environmental objectives and are not associated with significant harm to one or more other environmental objectives (do-no-significant-harm (DNSH) criteria). In addition, the company complies with required frameworks for minimum safeguards that relate to respecting human rights and social and labour standards, as well as anti-corruption fair competition and taxation, for all activities.

Activities identified as aligned exclusively make a contribution to the EU environmental objective of climate change mitigation. Moreover, they prevent significant harm to the other EU environmental objectives of climate change adaptation, the sustainable use and protection of water and marine resources, the transition to a circular economy, pollution prevention and control and the protection and restoration of biodiversity and ecosystems.

In the reporting year, the Group policy for implementing the requirements of the EU Taxonomy was supplemented

with the provisions for determining the aligned shares of revenue, capex and opex; the Group-wide financial and controlling systems were adapted accordingly.

**Applied evaluation method**

In the year under review, the analysis of the taxonomy-eligible activities carried out in the previous year was reviewed and confirmed. We still assign our transport services, including the necessary infrastructure and buildings, to Sector 6 "Transport", whilst real estate not used for transport services is assigned to Sector 7 "Construction and real estate".

The EU Taxonomy does not yet take into account all economic activities which are relevant for our business. Revenue from warehousing (Supply Chain division) in par-

ticular, as well as reve[...]
(Express division and [...]
including the associa[...]
reported as taxonom[...]

Capex generated [...]
assigned directly to in[...]
opex can generally no[...]
we primarily use a cos[...]
the business models[...]
counting by assigning[...]
activity respectively a[...]
into account on a cons[...]
activities were review[...]
method applied for th[...]
teria is presented in t[...]

| Criterion | Evaluation method |
|---|---|
| Substantial contribution to climate change mitigation, prevents significant harm (DNSH) to the EU environmental objectives of the sustainable use and protection of water and marine resources (DNSH 3), the transition to a circular economy (DNSH 4), pollution prevention and control (DNSH 5), the protection and restoration of biodiversity and ecosystems (DNSH 6) | Carried out on the basis of indiv[...] that the evaluation of the criteri[...] means of uniform Group proces[...] national or EU regulations. Thes[...] all other cases. |
| Causes no significant harm (DNSH) to the EU environmental objective of climate change adaptation (DNSH 2) | The climate-change-related ris[...] TCFD analysis, which we supple[...] physical climate risks, ❯ Enviro[...] |
| EU minimum safeguards for the respect for human rights and the preserving of employees' rights, as well as regarding anti-corruption, fair competition and taxation | Ensured with our Code of Cond[...] and standards for business eth[...] Competition Compliance Policy[...] corresponding processes and m[...] carried out by Corporate Interna[...] in the supply chain with our Sup[...] processes and supplier managen[...] At the time this report was prep[...] ceedings ongoing in this contex[...] **statements.** |
| If shares of revenue and opex could not be directly assigned to aligned activities, specific allocation ke[...] aligned vehicles in the entire fleet – were applied which also take special circumstances of the division[...] |

COMBINED MANAGEMENT REPORT NON-FINANCIAL STATEMENT · · · · · · Deutsche Post DHL Group –

**Determining taxonomy alignment**

In the following, we provide an overview of the aligned assets per activity. The statements are in regard to the associated shares of revenue, capex and opex.

We generate a significant portion of our revenue from transport services (transport sector) in collaboration with suppliers and subcontractors, who render their services on an independent basis from a legal perspective. As a result, these economic activities and the assets associated with them must be evaluated there with regard to alignment with the EU Taxonomy. At the time this report was prepared, we did not have any information on the meeting of technical criteria for these activities and assets, so we are reporting them as not taxonomy-aligned.

The property, plant and equipment from business combinations were allocated largely to the transport sector; no aligned activities could be identified. Intangible assets from business combinations were classified as taxonomy non-eligible, ❯ **Capex template.**

**Determining taxonomy alignment (EU environmental objective of climate change mitigation)**

| Activity | Evaluation of alignment |
| --- | --- |
| 6.4 Operation of personal mobility devices, cycle logistics: devices for personal mobility not subject to permits | Assets within this activity, e.g. bicycles, meet the requirements of the substantial contribution to cycle... certified recycling companies, compliance with the requirements of DNSH 4 can be ensured and dem... |
| 6.5 Transport by motorbikes, passenger cars and light commercial vehicles: light commercial vehicles[1] | Our electric vehicles operate without emissions and therefore meet the requirements of the substanti... Compliance with regard to recyclability (DNSH 4) and emissions thresholds (DNSH 5) is a basic requir... in Europe, which is why we considered these to be met. In addition, the simultaneous meeting of the ... of tyres represents a substantial requirement in accordance with DNSH 5. For this reason, we have de... use-specific requirements of the tyres, including the load coefficients, and identified the highest clas... database for each specification as well as checked the tyre classification under DNSH 5 for each vehic... |
| 6.6 Freight transport services by road[3]: heavy-duty vehicles[4] | Method is analogous to 6.5. Our electric vehicles do not transport any fossil fuels and are evaluated as... |
| 6.15 Infrastructure enabling low-carbon road transport and public transport[3]: infrastructure necessary for transport,[5] for example sorting and distribution centres as well as integral equipment | Sorting and distribution centres, as well as Packstation parcel lockers, enable cargo handling between... fulfil the substantial contribution of this activity. Compliance with the requirements of DNSH 4 could b... new buildings[5] for locations in selected countries in consideration of national waste removal statistics... location and noise pollution of our sites showed that nearly all of them meet the requirements of DNS... |
| 7.1 Construction of new buildings: Office and administration buildings as well as warehouses | Alignment could not be evaluated due to a lack of well-founded thresholds for non-residential buildin... |
| 7.7 Acquisition and ownership of buildings: Office and administration buildings as well as warehouses | |

[1] EU Taxonomy vehicles classes M1 and N1 (unladen weight of up to 2.8 tonnes and total permitted weight of up to 3.5 tonnes).   [2] European Product Registry for Energy Labelling.   [3] Not including subco... classes N1 to N3 (unladen weight of more than 2.8 tonnes or total permitted weight of more than 3.5 tonnes).   [5] The criteria for recycling requirements for construction and demolition works are not appli...

**Template: Proportion of revenue from products or services associated with Taxonomy-aligned economic activities – disclosure covering year 2...**

| Economic activities (1) | Code(s) (2) | Absolute revenue (3) €m | Proportion of revenue (4) % | Climate change mitigation (5) % | Climate change adaptation (6) % | Water and marine resources (7) % | Circular economy (8) % | Pollution (9) % | Biodiversity and ecosystems (10) % | Climate change mitigation (11) Y/N | Climate change adaptation (12) Y/N | Water and marine resources (13) Y/N | Circular economy (14) Y/N | Pollution eco (15) Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Substantial contribution criteria | | | | | | DNSH¹ criteria | | | | |
| **A Taxonomy-eligible activities** | | | | | | | | | | | | | | |
| **A.1 Environmentally sustainable activities (Taxonomy-aligned)** | | | | | | | | | | | | | | |
| **Transport** | | **11,288** | **12.0** | | | | | | | | | | | |
| Operation of personal mobility devices, cycle logistics | 6.4 | 2,078 | 2.2 | 100.0 | | | | | | | Y | | Y | |
| Transport by motorbikes, passenger cars and light commercial vehicles | 6.5 | 2,292 | 2.4 | 100.0 | | | | | | | Y | | Y | Y |
| Freight transport services by road | 6.6 | 188 | 0.2 | 100.0 | | | | | | | Y | | Y | Y |
| Infrastructure enabling low-carbon road transport and public transport | 6.15 | 6,730 | 7.2 | 100.0 | | | | | | | Y | Y | Y | Y |
| **Revenue of environmentally sustainable activities (Taxonomy-aligned) (A.1)** | | **11,288** | **12.0** | **100.0** | | | | | | | | | | |
| **A.2 Taxonomy-eligible but not environmentally sustainable activities (not Taxonomy-aligned activities)** | | | | | | | | | | | | | | |
| **Transport** | | **38,898** | **41.1** | | | | | | | | | | | |
| Freight rail transport | 6.2 | 92 | 0.1 | | | | | | | | | | | |
| Operation of personal mobility devices, cycle logistics | 6.4 | 49 | 0.1 | | | | | | | | | | | |
| Transport by motorbikes, passenger cars and light commercial vehicles | 6.5 | 8,351 | 8.8 | | | | | | | | | | | |
| Freight transport services by road | 6.6 | 17,371 | 18.3 | | | | | | | | | | | |
| Sea and coastal freight water transport, vessels for port operations and auxiliary activities | 6.10 | 8,029 | 8.5 | | | | | | | | | | | |
| Infrastructure enabling low-carbon road transport and public transport | 6.15 | 5,006 | 5.3 | | | | | | | | | | | |
| **Construction and real estate activities** | | **331** | **0.4** | | | | | | | | | | | |
| Construction of new buildings | 7.1 | 330 | 0.4 | | | | | | | | | | | |
| Acquisition and ownership of buildings | 7.7 | 1 | 0.0 | | | | | | | | | | | |
| **Revenue of Taxonomy-eligible but not environmentally sustainable activities (not Taxonomy-aligned activities) (A.2)** | | **39,229** | **41.5** | | | | | | | | | | | |
| **Total (A.1 + A.2)** | | **50,517** | **53.5** | | | | | | | | | | | |
| **B Taxonomy-non-eligible activities** | | | | | | | | | | | | | | |
| **Revenue of Taxonomy-non-eligible activities (B)** | | **43,919** | **46.5** | | | | | | | | | | | |
| **Total (A + B)** | | **94,436²** | **100.0** | | | | | | | | | | | |

¹ Do no significant harm.  ² Revenue pursuant to the ❯ Income statement.  ³ Enabling.  ⁴ Transitional.

COMBINED MANAGEMENT REPORT NON-FINANCIAL STATEMENT                                                          Deutsche Post DHL Group –

**Template: Proportion of Capex from products or services associated with Taxonomy-aligned economic activities – disclosure covering year 20**

| Economic activities (1) | Code(s) (2) | Absolute Capex (3) €m | Proportion of Capex (4) % | Climate change mitigation (5) % | Climate change adaptation (6) % | Water and marine resources (7) % | Circular economy (8) % | Pollution (9) % | Biodiversity and ecosystems (10) % | Climate change mitigation (11) Y/N | Climate change adaptation (12) Y/N | Water and marine resources (13) Y/N | Circular economy (14) Y/N | Pollution (15) Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A Taxonomy-eligible activities** | | | | | | | | | | | | | | |
| **A.1 Environmentally sustainable activities (Taxonomy-aligned)** | | | | | | | | | | | | | | |
| **Transport** | | **2,188** | **25.2** | | | | | | | | | | | |
| Operation of personal mobility devices, cycle logistics | 6.4 | 1² | 0.0 | 100.0 | | | | | | | Y | | Y | |
| Transport by motorbikes, passenger cars and light commercial vehicles | 6.5 | 212³ | 2.5 | 100.0 | | | | | | | Y | | Y | Y |
| Freight transport services by road | 6.6 | 19⁴ | 0.2 | 100.0 | | | | | | | Y | | Y | Y |
| Infrastructure enabling low-carbon road transport and public transport | 6.15 | 1,956⁵ | 22.5 | 100.0 | | | | | | Y | Y | | Y | Y |
| **Construction and real estate activities** | | **4** | **0.0** | | | | | | | | | | | |
| Installation, maintenance and repair of energy efficiency equipment | 7.3 | 1⁶ | 0.0 | 100.0 | | | | | | | Y | | Y | |
| Installation, maintenance and repair of renewable energy technologies | 7.6 | 3⁷ | 0.0 | 100.0 | | | | | | | Y | | | |
| **Capex of environmentally sustainable activities (Taxonomy-aligned) (A.1)** | | **2,192** | **25.2** | **100.0** | | | | | | | | | | |
| **A.2 Taxonomy-eligible but not environmentally sustainable activities (not Taxonomy-aligned activities)** | | | | | | | | | | | | | | |
| **Transport** | | **1,732** | **20.0** | | | | | | | | | | | |
| Operation of personal mobility devices, cycle logistics | 6.4 | 0 | 0.0 | | | | | | | | | | | |
| Transport by motorbikes, passenger cars and light commercial vehicles | 6.5 | 204 | 2.3 | | | | | | | | | | | |
| Freight transport services by road | 6.6 | 479 | 5.5 | | | | | | | | | | | |
| Infrastructure enabling low-carbon road transport and public transport | 6.15 | 1,049 | 12.2 | | | | | | | | | | | |
| **Construction and real estate activities** | | **1,505** | **17.3** | | | | | | | | | | | |
| Construction of new buildings | 7.1 | 8 | 0.1 | | | | | | | | | | | |
| Renovation of existing buildings | 7.2 | 2 | 0.0 | | | | | | | | | | | |
| Installation, maintenance and repair of energy efficiency equipment | 7.3 | 5 | 0.1 | | | | | | | | | | | |
| Installation, maintenance and repair of instruments and devices for measuring, regulation and controlling energy performance of buildings | 7.5 | 1 | 0.0 | | | | | | | | | | | |
| Installation, maintenance and repair of renewable energy technologies | 7.6 | 1 | 0.0 | | | | | | | | | | | |
| Acquisition and ownership of buildings | 7.7 | 1,488 | 17.1 | | | | | | | | | | | |
| **Information and communication** | | **10** | **0.1** | | | | | | | | | | | |
| Data processing, hosting and related activities | 8.1 | 10 | 0.1 | | | | | | | | | | | |
| **Capex of Taxonomy-eligible but not environmentally sustainable activities (not Taxonomy-aligned activities) (A.2)** | | **3,247** | **37.4** | | | | | | | | | | | |
| **Total (A.1 + A.2)** | | **5,439** | **62.6** | | | | | | | | | | | |
| **B Taxonomy-non-eligible activities** | | | | | | | | | | | | | | |
| **Capex of Taxonomy-non-eligible activities (B)** | | **3,250** | **37.4** | | | | | | | | | | | |
| **Total (A + B)** | | **8,689⁶,⁹** | **100.0** | | | | | | | | | | | |

¹ Do no significant harm.  ² Of which property, plant and equipment: €1 million.  ³ Of which property, plant and equipment: €186 million; right-of-use assets: €26 million.  ⁴ Of which property, plant and equipment: €14 million; right-of-... equipment: €1,216 million; right-of-use assets: €711 million; intangible assets: €29 million.  ⁶ Of which property, plant and equipment: €1 million.  ⁷ Of which property, plant and equipment: €2 million; right-of-use assets: €1 million.  ⁸ ... reporting and investment properties. **❯ Note 10 and 24 to the consolidated financial statements.**  ⁹ Includes additions from business combinations: intangible assets (excluding goodwill) of €592 million, property, plant and equipment ... **financial statements.**  ¹⁰ Enabling.  ¹¹ Transitional.

SER-951

(52 of 262), Page 52 of 262, Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 52 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 862 of 1025
COMBINED MANAGEMENT REPORT NON-FINANCIAL STATEMENT
Deutsche Post DHL Group –

**Template: Proportion of Opex from products or services associated with Taxonomy-aligned economic activities – disclosure covering year 202...**

| Economic activities (1) | Code(s) (2) | Absolute Opex (3) €m | Proportion of Opex (4) % | Climate change mitigation (5) % | Climate change adaptation (6) % | Water and marine resources (7) % | Circular economy (8) % | Pollution (9) % | Biodiversity and ecosystems (10) % | Climate change mitigation (11) Y/N | Climate change adaptation (12) Y/N | Water and marine resources (13) Y/N | Circular economy (14) Y/N | Bio Pollution eco (15) Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Substantial contribution criteria | | | | | | DNSH[1] criteria | | |
| **A Taxonomy-eligible activities** | | | | | | | | | | | | | | |
| **A.1 Environmentally sustainable activities (Taxonomy-aligned)** | | | | | | | | | | | | | | |
| **Transport** | | **309** | **11.4** | | | | | | | | | | | |
| Operation of personal mobility devices, cycle logistics | 6.4 | 26[2] | 1.0 | 100.0 | | | | | | | Y | | Y | |
| Transport by motorbikes, passenger cars and light commercial vehicles | 6.5 | 50[3] | 1.8 | 100.0 | | | | | | | Y | | Y | Y |
| Freight transport services by road | 6.6 | 7[4] | 0.3 | 100.0 | | | | | | | Y | | Y | Y |
| Infrastructure enabling low-carbon road transport and public transport | 6.15 | 226[5] | 8.3 | 100.0 | | | | | | | Y | Y | Y | Y |
| **Opex of environmentally sustainable activities (Taxonomy-aligned) (A.1)** | | **309** | **11.4** | **100.0** | | | | | | | | | | |
| **A.2 Taxonomy-eligible but not environmentally sustainable activities (not Taxonomy-aligned activities)** | | | | | | | | | | | | | | |
| **Transport** | | **683** | **25.2** | | | | | | | | | | | |
| Operation of personal mobility devices, cycle logistics | 6.4 | 2 | 0.1 | | | | | | | | | | | |
| Transport by motorbikes, passenger cars and light commercial vehicles | 6.5 | 185 | 6.8 | | | | | | | | | | | |
| Freight transport services by road | 6.6 | 340 | 12.5 | | | | | | | | | | | |
| Sea and coastal freight water transport, vessels for port operations and auxiliary activities | 6.10 | 5 | 0.2 | | | | | | | | | | | |
| Infrastructure enabling low-carbon road transport and public transport | 6.15 | 151 | 5.6 | | | | | | | | | | | |
| **Construction and real estate activities** | | **556** | **20.5** | | | | | | | | | | | |
| Construction of new buildings | 7.1 | 3 | 0.1 | | | | | | | | | | | |
| Acquisition and ownership of buildings | 7.7 | 553 | 20.4 | | | | | | | | | | | |
| **Information and communication** | | **22** | **0.8** | | | | | | | | | | | |
| Data processing, hosting and related activities | 8.1 | 22 | 0.8 | | | | | | | | | | | |
| **Opex of Taxonomy-eligible but not environmentally sustainable activities (not Taxonomy-aligned activities) (A.2)** | | **1,261** | **46.5** | | | | | | | | | | | |
| **Total (A.1 + A.2)** | | **1,570** | **57.9** | | | | | | | | | | | |
| **B Taxonomy-non-eligible activities** | | | | | | | | | | | | | | |
| **Opex of Taxonomy-non-eligible activities (B)** | | **1,140** | **42.1** | | | | | | | | | | | |
| **Total (A + B)** | | **2,710[6]** | **100.0** | | | | | | | | | | | |

[1] Do no significant harm. [2] Of which €9 million in costs for maintenance, repairs and replacement parts; €17 million in costs for short-term and low-value leases. [3] Of which €49 million in costs for maintenance and replacement p... [4] Of which €6 million in costs for maintenance and repairs and replacement parts. [5] Of which €168 million in expenses for maintenance, repairs and replacement parts; €58 million in costs for short-term and low-value leases. [6] Includes inv... for maintenance and non-capitalised lease expenses pursuant to **Note 14 to the consolidated financial statements.** [7] Enabling. [8] Transitional.

# EXPECTED DEVELOPMENTS, OPPORTUNITIES AND RISKS

## Forecast period

The information contained in the report on expected developments generally refers to the 2023 financial year.

## Future economic prospects

### Outlook still shaped by uncertainty

The ramifications of the energy crisis in Europe have turned out to be less dramatic than feared last autumn, being mitigated by above-average gas storage levels, a double-digit decline in gas demand by both households and industry and mild winter weather since mid-December. Downward corrections of wholesale energy prices should reduce energy costs quite soon for industrial customers and, in the medium term, also for private households. In addition, China's departure from its zero-COVID policy promises to enable an economic recovery from the second quarter of 2023 onwards. The phase of weak global economic growth during the two quarters saddling the turn of the year 2022/23 nonetheless should weaken average global GDP growth in 2023 anew to 1.9%. This is below pre-pandemic growth rates of more than 3%, which are unlikely to be achieved again for the time being.

For the most important countries and regions, S&P Global predicts the following GDP growth rates in 2023: Chinese economic activity should accelerate markedly to 5.0%, whereas the United States and the eurozone will grow by only 0.5% and 0.2%, respectively. The latest growth forecast for the German economy at 0.3% represents a significant improvement versus a prediction for −1.5% only three months earlier, which is evidence of the major uncertainty in current forecasts.

### Highly cyclical international express market

Growth in the international express market, particularly in the B2B segment, is highly dependent upon the economic situation. For 2023, we expect below-average growth overall, depending on economic development.

### Air and ocean freight business influenced by the easing of the capacity situation

Particularly with regard to the core business of air and ocean freight, the further development will depend significantly on whether and when the capacity situation eases. In light of the uncertain market situation, this remains difficult to predict, but a recovery in demand is expected in the second half of the year at best. In light of the volatility in capacities and demand, uncertainty with regard to price will remain high.

Of additional significance for the air cargo market is how quickly passenger flights resume, which is also closely linked to how the global economy develops.

In the European road transport market, depending on economic development, we expect moderate volume growth in 2023 following a cautious start, with prices remaining at a consistently high level.

### Contract logistics ma[...]

Growth in omnicha[...] increase the comple[...] with the apparent vul[...] will increase the den[...] driving outsourcing. [...] logistics is likely to c[...] scarcity of labour and[...] tunity and a threat.

### Good growth prospe[...]

The trend of the incr[...] retail revenue will co[...] invest in the expansio[...] flows for the last m[...] affordable for our cus[...]

### Stable trends in the [...]

The German market f[...] will decline further as[...] part of the digital tran[...] Germany, we will con[...] to reflect the rise in o[...]

The German adv[...] slightly in 2023. The [...] to online marketing w[...]

According to cur[...] of goods shipments w[...] volumes of documen[...] the compensatory eff[...] on developments in c[...] freight capacity.

We expect development in e-commerce to stabilise and the German parcel market to grow again in 2023, and are therefore expanding our parcel network and our network of Packstations. We are also expanding our range of electronic communications services, securing our standing as a quality leader and, where possible, making our transport and delivery costs more flexible.

## Expected developments

### Declining income due to the economy still above levels of pre-pandemic years

The 2023 financial year should initially be characterised by economic headwinds: for the development of B2B volumes, at least in the first half of the year, this should mean a continuation of the weak trend from the fourth quarter of 2022. The development of B2C delivery volumes is also likely to be shaped by a certain level of caution on the part of consumers. Overall, the international transport markets should find an equilibrium with prices above those of the last year before the beginning of the pandemic. The start and the momentum behind any potential recovery will be crucial for development in the second half of the year.

To facilitate a better assessment of how an economic recovery in the second half of the year – as expected by many market observers – could impact earnings in 2023, we have considered different scenarios. If there is no significant recovery from the level of the first half of the year, we expect consolidated EBIT of at least €6.0 billion. In the event of only a modest economic recovery in the second

half of the year, we expect consolidated EBIT of around €6.5 billion. A scenario with a dynamic recovery across all markets would result in EBIT of around €7.0 billion.

### Expectations for consolidated EBIT

In the 2023 financial year, we anticipate consolidated EBIT between €6.0 billion and €7.0 billion. The DHL divisions are projected to generate total EBIT between €5.5 billion and €6.5 billion. In the Post & Parcel Germany division, EBIT is forecast to come in at around €1.0 billion. The earnings contributed by Group Functions are expected to amount to around €−0.45 billion.

### Proposed dividend: €1.85 per share

The Board of Management and the Supervisory Board will propose to the shareholders at the Annual General Meeting on 4 May 2023 a ⟩ **Dividend** of €1.85 per share for the 2022 financial year (previous year: €1.80).

### Group's credit rating remains the same

In consideration of the earnings projections for 2023, we expect no change or even an improvement in our current credit rating by rating agencies as a result.

### Liquidity remains very solid

Due to the dividend payment for the 2022 financial year in May 2023, our liquidity is expected to decrease up to mid-year 2023. Due to the usually good business development in the second half of the year, the liquidity situation will improve again towards the end of the year.

### Capital expenditure o

Even in the difficult e will make appropriate and future growth a with economic develo ture (excluding lease €3.9 billion in 2023, v in previous years.

### Expected EAC and fr

In view of the expecte with a predicted incre EAC to be down year at around €3.0 billion

### Limiting greenhouse

Development of GHG on the development volumes undergo we emissions to remain a if the economy prove GHG emissions to a m This includes decarbo of $CO_2$e which we pla expect a significant re half of the decade.

### Continued strong em

With regard to the Em indicator, we are strivi 80% across the Grou remain steady until 2

**Increase share of female executives**

In 2023, 27.7% of the positions in middle and upper management should be held by women; the share of women should rise to at least 30% by 2025.

**Reduce LTIFR**

We expect to be able to stabilise the LTIFR at 3.5 in 2023; by 2025 this figure should be reduced to less than 3.1.

**Conduct compliance-relevant training**

In the reporting year, the share of valid training certificates amongst middle- and upper-level management should remain at the high level and amount to 98%.

**External cybersecurity rating**

In the cybersecurity rating from BitSight, we strive for a position in the top quartile of our reference group, which means we expect a rating of at least 710 points. The external rating agency announced after the reporting date that it would be making changes to its method which will have an impact on the rating scale and which could influence our results.

## Opportunity and risk management

**Uniform reporting standard**

As an internationally operating logistics company, we are facing numerous changes. Our aim is to identify the resulting opportunities and risks at an early stage and take the necessary measures in the specific areas affected in due time to ensure that we achieve a sustained increase in enterprise value. Our Group-wide opportunity and risk management system (RMS) facilitates this aim. Each quarter, executives estimate the impact of future scenarios, evaluate opportunities and risks in their departments and present planned measures as well as those already taken. Queries are made and approvals given on a hierarchical basis to ensure that different managerial levels are involved in the process. Opportunities and risks can also be reported at any time on an ad-hoc basis.

We advanced the implementation of the recommendations of the Task Force on Climate-related Financial Disclosures (TCFD) in 2022 and supplemented them with the provisions of the EU Taxonomy. This involves discussing and assessing both transitory and physical risks stemming from climate change using various scenarios. The material risks identified during this process are explained in "Opportunity and risk categories".

Our early-identification process intertwines the RMS throughout the Group into a uniform reporting standard using a proprietary IT application that is constantly updated. Furthermore, we use a Monte Carlo simulation for the purpose of aggregating opportunities and risks in standard evaluations.

The simulation is a stochastic model that takes the probability of occurrence of the underlying risks and oppor-

tunities into conside

large numbers. Rando

opportunity and risk –

tribution functions fo

The most impor

management process

❶ **Identify and ass**

regions evaluate

a quarterly basis a

use scenarios to a

Each identified ris

who assesses and

procedures for g

The same applies

ment process use

be reported for e

cases where it is

tative assessmen

tive basis to ensu

tured. The results

conduct an annua

the Divisional Boa

process. Worksho

and risks of signi

same time, newly

subsequently inte

❷ **Aggregate and**

the results, evalu

sibility. If individ

noted in our data

compilation proc

sion risk owners,

level in the hiera

## Opportunity and risk management process



**❶ Identify and assess**
Assess
Define measures
Analyse
Identify

Corporate Audit reviews processes

**❷ Aggregate and report**
Review
Supplement and change
Aggregate
Report

**❺ Control**
Review results

Review measures

Monitor early warning indicators

**❺ Overall strategy / risk management / compliance**
Determine
Manage

**❹ Operating measures**
Plan
Implement

— Divisions — Opportunity and risk-controlling processes — Board of Management — Corporate Audit

Corporate Controlling reports to the Group Board of Management and the Supervisory Board on significant opportunities and risks as well as on the potential overall impact each division might experience. For this purpose, opportunities and risks are aggregated for the key organisational levels. We use two methods for this. In the first method, we calculate a possible spectrum of results for the divisions and combine the respective scenarios. The totals for "worst case" and "best case" indicate the total spectrum of results for the respective division. Within these extremes, the total "expected cases" shows current expectations. The second method makes use of a Monte Carlo simulation, the divisional results of which are regularly included in the opportunity and risk reports to the Board of Management and the Supervisory Board.

**❸ Overall strategy:** The Group Board of Management decides on the methodology that will be used to analyse and report on opportunities and risks. The reports created by Corporate Controlling provide the Board of Management with an additional, regular source of information for managing the Group as a whole. The Group Board of Management has defined the thresholds for risk tolerance and risk-bearing ability and uses the Monte Carlo simulation to review the necessity for strategic changes on a quarterly basis. The Board of Management is supported in its duties by a Risk Committee, which analyses individual risks on a quarterly basis and reviews the results from risk reporting. The Risk Committee also regularly discusses adjustments to the opportunity and risk management process.

**❹ Operating meas**
advantage of opp
mined within the
use cost–benefit
be avoided, mitig

**❺ Control:** With re
early-warning in
monitored const
Internal Audit ha
of Management's
reviews the qual
management op
analyse all parts
from Corporate
ent auditor, with
improvement an
where necessary

**Reporting and asses**
In the following, we
and opportunities wh
have a significant imp
cast period beyond th
business plan. In add
well as latent opportu
tunities have been as
of occurrence and the
classify opportunities
high. Medium and hi
sidered significant, a
following table. The
(measured on a net b

(57 of 262), Page 57 of 262  Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 57 of 262
Case 3:22-cv-07182-WHA  Document 39-1  Filed 10/18/23  Page 867 of 1025

COMBINED MANAGEMENT REPORT  EXPECTED DEVELOPMENTS, OPPORTUNITIES AND RISKS

Deutsche Post DHL Group –

### Classification of risks and opportunities



figures provided in the
a significant correlatic
economy and global
specified, a low rele
opportunities and ris
The opportunities and
unless indicated othe

The following assessment scale applies to qualitative risk (measured on a net basis):

### Assessing qualitative risk



High-impact risks tend to affect the entire Group, whereas medium-impact risks play out at a divisional level and low-impact risks at a local level. Qualitative risks can be assigned in terms of their impact to financial risk, reputational risk, operational risk and environmental risk.

The opportunities and risks described here are not necessarily the only ones the Group faces or is exposed to. Our business activities could also be influenced by additional factors of which we are currently unaware or which we do not yet consider to be material.

Opportunities and risks are identified and assessed decentrally at Deutsche Post DHL Group. Reporting on possible deviations from projections, as well as long-term and latent opportunities and risks, occurs primarily at the country or regional level. In view of the degree of detail provided in the internal reports, we have combined the decentrally reported opportunities and risks in categories for the purposes of this report. It should be noted that the

(58 of 262), Page 58 of 262   Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 58 of 262
Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 868 of 1025

COMBINED MANAGEMENT REPORT  EXPECTED DEVELOPMENTS, OPPORTUNITIES AND RISKS

Deutsche Post DHL Group –

# Opportunity and risk categories

## Overview of material opportunities and risks

As outlined on the pages that follow and listed in the over-
view below, we have assigned material opportunities and
risks to the following categories:

### Overview of material opportunities and risks

| Category | Opportunity/risk | Significance |
|---|---|---|
| Corporate strategy | Market pressure on pricing | Medium |
| Legal and compliance-related | – | – |
| Capital expenditure and projects | – | – |
| Operational | Risk of operational restrictions due to climate change | Medium |
| Human resources | Impact of collective bargaining | Medium |
| Information technology | IT security incident | Medium |
| Financial | Currency effects (opportunity and risk) | Medium |
| Tax-related | – | – |
| Real estate | – | – |
| Market- and customer-specific | Inflation | Medium |
|  | Customer insolvencies | Medium |
|  | Development of the global economy | Medium |
|  | Availability of sustainable aviation fuels (SAF) and renewable energy | Medium |
| Regulation | Regulatory framework of the German post and parcel market | Medium |
|  | Carbon taxation | Medium |
|  | Restriction of greenhouse gas emissions | Medium |
| Environment, catastrophes and epidemics | – | – |

### Opportunities and risks arising from corporate strategy

Over the past few years, the Group has ensured that its
business activities are well positioned in the world's fast-
est-growing regions and markets. We are also constantly
working to create efficient structures in all areas to enable
us to flexibly adapt capacities and costs to demand – a con-
dition for lasting, profitable business success. With respect
to our strategic orientation, we are focusing upon our core

competencies in the
with an eye towards
our processes for the
ings projections regu
opportunities arising

We take action ea
In so doing, it helps
supplier companies a
focus on profitable se
customer and produc
management and add

In the Express d
above all upon gener
petitive environment,
plus capacities and ar
to market pressure fro
could limit our pricing
of medium significa
our international busi
shipment volumes ov
upon this assumption
services, our employe

In the Global Fo
chase transport servi
ping companies and f
them ourselves. In th
transport services at
a margin. In the wors
not being able to pass
ers. The extent of ou
depends on trends in
transport services as

(59 of 262), Page 59 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 59 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 869 of 1025

COMBINED MANAGEMENT REPORT EXPECTED DEVELOPMENTS, OPPORTUNITIES AND RISKS          Deutsche Post DHL Group –

Comprehensive knowledge in the area of brokering transport services helps us to capitalise on opportunities and minimise risk.

In the Supply Chain division, our success is highly dependent on our customers' business performance. Since we offer companies a widely diversified range of products in different sectors all over the world, we are able to diversify our risk portfolio and thus counteract the incumbent risks. Our future success moreover depends on our ability to continuously improve our existing business, seamlessly integrate new business and grow in our most important markets and segments.

The eCommerce Solutions division is responsible for domestic and international non-time-definite standard parcel delivery services in various countries around the globe. It predominantly serves customers in the fast-growing e-commerce sector. Our goal is to leverage our international resources and services to build a cross-border solutions platform that can be connected to the most cost-efficient networks for last-mile delivery. We want to grow profitably in all sectors and segments. To counteract the fundamental risk of rising cost pressure, we took measures with which we intend to improve network efficiency and cost flexibility.

In the German mail and parcel business, we are responding to the challenges posed by the structural shift from a physical to a digital business and the continual decline in letter mail occurring parallel to the steady increase in volumes of parcels and merchandise mail items. We are counteracting the risk arising from changing demand by expanding our range of services. Due to the rise in e-commerce, we expect our parcel business to continue growing in the coming years and are therefore expanding our network of parcel and Packstations. We are also expanding our range of electronic communications services, securing our standing as a quality leader and, where possible, making our transport and delivery costs more flexible. We follow developments in the market very closely and take them into account in our earnings projections.

We currently do not see any further specific corporate strategy opportunities or risks of material significance, either for the Group or individual divisions.

**Legal and compliance-related opportunities and risks**

Legal disputes may arise in case of non-compliance with national or international laws and regulations as well as agreements. Examples are violations of antitrust and competition law or of regulatory, statutory or contractual requirements. Investigations of any such violations may result in considerable costs, penalties and damage to our company's reputation, which could have a disadvantageous impact on the business activities of the Group.

Compliance with external laws, regulations and agreements is a clearly formulated obligation of all employees of the Group, and ensuring this is one of the fundamental tasks of our managers. To support our employees and managers, we have established a corporate compliance unit differentiated according to relevant topics which, on the basis of our risk management system, monitors compliance with Group-wide standards at both Group and divisional level with respect to typical compliance risks. Thus, in addition to our compliance initiative aimed at fighting corruption and violations of cartel and competition law, we have introduced initiatives in all divisions intended to ensure compliance with data protection laws – for example, to ensure adherence to

the provisions of the E... tion Regulation (GDP... initiative aims to ens... national export contr... over, our compliance ... itors the observance ... environmental standa... in our external supply...

At present, we do... ance-related opportu...

**Opportunities and ris... expenditure and pro...**

The Group invests in... in buildings and techn... its fleet of vehicles an... investment projects is ... divisions in considera... efficiency and ESG.

The risks associa... marily to deviations in... complexity of the pro... This can lead to adver... continuity and quality...

The aforemention... project management ... targeted countermea... The status of investm... ular basis and reporte... and, for larger projec... the Group Board of M... any critical projects.

(60 of 262), Page 60 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 60 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 870 of 1025

COMBINED MANAGEMENT REPORT — EXPECTED DEVELOPMENTS, OPPORTUNITIES AND RISKS

Deutsche Post DHL Group –

We do not currently see any specific opportunities or risks of significance in the area of investment projects.

**Operational opportunities and risks**

Logistics services are generally provided in bulk and require a complex operational and external infrastructure with high quality standards. Any weaknesses with regard to the tendering, sorting, transport, warehousing, customs clearance or delivery of shipments could seriously compromise our competitive position. To consistently guarantee reliability and punctual delivery, processes must be organised so as to proceed smoothly with no technical or personnel-related glitches. We counteract potential operational risks, e.g. through efficient workflows and structures. We also take out insurance policies to guard against potential losses.

Most recently, the war in Ukraine and global pandemic in the past few years have revealed how external factors can restrict our transport routes and means or reduce the availability of our employees, and hence potentially impair our operating performance. For information on the measures we are taking to protect our employees, please refer to the categories titled "Human resources" and "Environment, catastrophes and epidemics".

A large number of internal processes must be aligned so that we can render our services. These include – in addition to our fundamental operating processes – supporting functions such as sales and purchasing. The extent to which we succeed in aligning our internal processes to meet customer needs whilst simultaneously lowering costs correlates with potential positive deviations from the current projections. Our earnings projections already incorporate the expected cost savings.

Increased restrictions imposed by law to combat climate change can be expected in the coming years, including limits on air transport or access to city centres. In certain cases this may also affect our business models. The resulting risk represents a risk of medium significance for us currently.

At this time we do not see any additional specific operational opportunities or risks of material significance.

**Opportunities and risks arising from human resources**

It is essential for us to have qualified and motivated employees in order to achieve long-term success. In some markets, however, demographic change and – depending on the region – a tight labour market situation may lead to a scarcity of available workers.

Our work in the area of human resources aims to avoid potential risk that may arise from the changing demographic and social structures. The goal is to motivate our personnel, to provide them with employee development opportunities and to foster their long-term loyalty to the company. Of particular importance in this context is training management and team leaders in our leadership attributes, which are applicable Group-wide and serve as a behavioural compass.

We keep a constant eye on developments in the job market, communicate directly with our employees and endeavour to further enhance our attractiveness to both existing and prospective employees.

The health and safety of our employees are of central importance for Deutsche Post DHL Group. We therefore place high value on health and occupational safety measures. With respect to occupational health, we make use of

initiatives tailored to
ating across division
initiatives, such as ap
grammes, options to h
a Group-wide emplo
we address risk in th
system for assessing

With approximat
as at 31 December 2
ritories, upholding hu
also reflected in our o
infringements are rep
ures for clarification.

Thanks to a targ
were able to limit so
pandemic in the year
significant repercussi
We foresee similar re
require it.

The developmen
due to the large num
current collective ba
be considered a risk o
not currently see any
opportunities or risks

**Opportunities and ri
technology**

The security of our i
important to us. The g
operation and preven
and databases. To th

standards and procedures based upon ISO 27001, the international standard for information security management. In addition, IT risks are monitored and assessed on an ongoing basis by Group Risk Management, Corporate Internal Audit, Data Protection and Corporate Security.

For our business processes to run smoothly at all times, the essential IT systems must be continuously available. We have therefore designed our systems to protect against complete system failure. All of our software is updated regularly to address potential bugs, close gaps in security and increase functionality. We employ a patch management process – a defined procedure for managing software upgrades – to control risks that could arise from outdated software or from software upgrades.

We limit access to our systems and data such that employees can only access the data they need to perform their duties. All systems and data are backed up on a regular basis, and critical data are replicated across data centres. In addition to outsourced data centres, we operate central data centres in the Czech Republic, Malaysia and the United States. Our systems are thus geographically separate and can be replicated locally.

To assess risks in the area of information security, we take a uniform Group-wide approach that factors in risks from the lack of availability, manipulation, misuse, spying and infection of data and information, as well as physical damage to IT facilities. In total, these represent a latent risk of medium significance.

We also take continuous action to minimise risk, such as holding regular training courses for our employees and monitoring all of our networks and IT systems globally via our Cyber Defence Centre, along with regular information security incident simulations.

We currently do not see any other specific IT-related opportunities or risks of material significance.

**Financial opportunities and risks**

As a global operator, we are exposed to financial opportunities and risks arising from fluctuating foreign exchange rates, interest rates and commodities prices, as well as the Group's capital requirements. Changes in pension obligations also impact our business. We attempt to reduce the volatility of our financial performance due to financial risk by implementing both operational and financial management measures.

With respect to currencies, opportunities and risks result from scheduled foreign currency transactions as well as those budgeted for the future. Any significant currency risks arising from budgeted transactions are quantified as a net position over a rolling 24-month period. Highly correlated currencies are consolidated in blocks. At the Group level, the most important net surpluses are budgeted for the US dollar block as well as for the pound sterling, the Japanese yen and the Australian dollar. The Czech koruna is the only currency with a considerable net deficit. As at the reporting date, there were no significant currency hedges for scheduled foreign currency transactions.

Any general depreciation of the euro presents an opportunity as regards the Group's earnings position. The main risk to the Group's earnings position would be a general appreciation of the euro.

We currently assess the aggregate effect of all foreign currency gains and losses both as an opportunity and a risk of medium relevance for the Group.

As a logistics group, our biggest commodity price risks result from changes in fuel prices (kerosene, diesel

and marine fuels). In t
are passed on to cust
surcharges).

The key control p
are the centrally avai
liquidity is secured
Moreover, the Group
markets on account
try and is well positio
requirements are fulf
risk to the Group at p

Further informat
and finance strategy
financial risks can be f
tion and in **◆ Note 43**
Detailed information
defined benefit retire
**to the consolidated finan**

Risk may also ari
accounting processes
monitor those proces
from materialising.

We do not curren
opportunities or risks

**Tax-related opportu**

Due to the internatio
subject to a variety of
arise from the introdu
changes and judicial r

We mitigate this
taxation authorities a
possible degree of le

(62 of 262), Page 62 of 262  Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 62 of 262
Case 3:22-cv-07182-WHA  Document 39-1  Filed 10/18/23  Page 872 of 1025

COMBINED MANAGEMENT REPORT — EXPECTED DEVELOPMENTS, OPPORTUNITIES AND RISKS

Deutsche Post DHL Group –

tax compliance requirements in the countries in which we operate to the best of our knowledge and belief. Our Group risk management system incorporates a tax risk management framework that enables us to monitor and avoid tax risk as far as possible.

Currently, we have not identified any significant tax-related opportunities or risks.

**Opportunities and risks related to real estate transactions**

Deutsche Post DHL Group is one of the world's largest corporate users of industrial properties. A large portion of the Group's industrial real estate portfolio consists of leased properties. Ownership solutions have additionally been implemented for a number of especially strategic properties. Our business may be impacted by opportunities and risks arising from the lease, purchase, sale, construction or use of real estate. A global team of real estate professionals manages the Group portfolio and ensures that any opportunities or risks are identified at an early stage and a suitable response is selected.

We negotiate suitable solutions early with our lessors, analyse real estate markets and identify suitable properties for expanding or optimising the current portfolio based on our divisions' business strategies and operational location planning. The main objective is to secure the availability of properties needed for our core business.

We do not currently see any specific opportunities or risks of significance in the area of real estate.

**Market- and customer-specific opportunities and risks**

Macroeconomic and sector-specific conditions are a key factor in determining the success of our business. In addition to the development of the global economy, growth in the logistics market and its interaction with our stakeholders – our customers, suppliers and competitors – is of particular importance in this regard. Changes in demand present both opportunities and risks.

As a provider of choice, our business is based on our customers' needs. Our customers are likewise exposed to macroeconomic trends that impact growth in their respective sectors. We monitor market developments on an ongoing basis and review the potential financial effects of relationships with business partners and suppliers at regular intervals to enable us to avert any risk that could arise from potential insolvencies, for example, at an early stage. Our Customer Solutions & Innovation unit uses a risk dashboard for this purpose. Due to the current economic situation, potential customer bankruptcies represent a risk of medium significance.

Global trade weakened significantly due to economic developments, the war in Ukraine, the energy crisis and the corresponding high levels of inflation. In addition, the easing of the previously heavily used market capacities for transport services is leading to a normalisation of freight rates. We expect moderate business performance in 2023. In spite of the expected weakening of global economic growth, we will see opportunities for growth, for instance through structural growth in e-commerce. The general trend of businesses outsourcing processes continues as well. In addition, our DHL divisions are benefitting from rising demand for complex and integrated

logistics solutions th… market leader.

Our strong positi… ate allows us to comp… lanes based on grow… our divisions different… point in time, which co… over, we have taken m… more flexible and to a… in market demand. H… nomic growth beyon… of medium significan…

Deutsche Post a… ready-established co… the market. Such com… customer base as we… in our markets. In the… key factors for succe… petitive prices. Thank… with the cost savings… we believe that we sh… keep any negative eff…

As a logistics con… the effects of fluctua… The current rise in in… significance.

The availability… importance for us to a… with our ESG Roadma… the total fuel we use f… sources (sustainable… sibility that the marke…

may not be sufficient therefore represents a risk of medium significance.

In addition, no significant opportunities or risks are seen at present in this risk category.

**Opportunities and risks arising from political, regulatory or legal conditions**

Our business is fundamentally intertwined with the political and legal environment in which we operate. The stability and security of international transport routes represent the first line in this framework, and they could be critically disrupted by events ranging from geopolitical developments to military conflicts such as the war in Ukraine. A number of the indirect effects of the war in Ukraine, such as the development of the global economy and inflation, have been taken into account for the corresponding risks. The remaining direct effects in Russia and Ukraine currently represent a risk of low significance.

In addition, the international transport of goods is subject to the import, export and transit regulations of more than 220 countries and territories as well as their applicable foreign trade laws. In recent years, not only has the number but also complexity of such laws and regulations increased significantly (including their extraterritorial application). Violations are also being pursued more aggressively by the competent authorities, with stricter penalties imposed. We have implemented, on the one hand, ongoing monitoring of the regulatory and legislative developments in the markets most relevant for us and, on the other, a Group-wide compliance programme in response to this development. This comprises the legally prescribed checking of all senders, recipients, suppliers and employees against current

embargo lists. In addition, this includes in particular the legally required review of shipments for the purpose of enforcing applicable export restrictions as well as country sanctions and embargos. Deutsche Post DHL Group also co-operates with the responsible authorities, both in working to prevent violations as well as in assisting in the investigation of any infringements in order to avoid or limit potential sanctions.

A number of risks arise primarily from the fact that the Group provides some of its services in regulated markets. Many of the postal services rendered by Deutsche Post AG and its subsidiaries (particularly the Post & Parcel Germany division) are subject to sector-specific regulation by the German federal network agency *(Bundesnetzagentur)*. The German federal network agency approves or reviews prices, formulates the terms of downstream access, has special supervisory powers to combat market abuse and guarantees the provision of universal postal services. This general regulatory risk could lead to a decline in revenue and earnings in the event of negative decisions.

The German federal government agreed in the coalition agreement that the Postal Act would again be amended. The aim is to further enhance social and environmental standards and strengthen fair competition. Depending upon the structure of the new regulatory framework and its application by the German federal network agency, opportunities and risks may arise for the company's regulated areas.

Revenue and earnings risk can arise in particular from the price cap procedure used to determine the rates for individual pieces of letter mail. Approval of the rates for the period from 1 January 2022 to 31 December 2024

was issued by the G[...] 29 April 2022. The C[...] expected to carry o[...] rates applicable from[...] version of the German[...] at the time.

An association fro[...] with the Cologne Adm[...] cap approval of the C[...] the years 2022 to 202[...]

The same CEP a[...] and other customers[...] Cologne Administrati[...] granted as part of th[...] 2019 to 2021. In a ru[...] Cologne Administrati[...] the years 2019 to 20[...] well as the postal ser[...] of the Federal Admi[...] due to a formal legal[...] ing legal ordinance. T[...] by the German gove[...] the German Postal A[...] The Cologne Admini[...] two customers beca[...] Administrative Court[...] four further major cu[...] have been adjourned[...] cation to be granted a[...] 2021 was also denied[...] The association has f[...] Federal Administrati[...]

(64 of 262), Page 64 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 64 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 874 of 1025

COMBINED MANAGEMENT REPORT — EXPECTED DEVELOPMENTS, OPPORTUNITIES AND RISKS

Deutsche Post DHL Group –

who were completely unsuccessful in their claims with the Cologne Administrative Court; the appeals with the Federal Administrative Court are still pending.

The rulings of the Cologne Administrative Court from 17 August 2022 are only applicable to the legal relationships with the respective plaintiffs and have no legal impact vis-à-vis other consumers.

One postal service provider, which had also filed an action against the pricing approval for the years 2019 to 2021 with the Cologne Administrative Court, also filed a civil suit for repayment of allegedly excessive conveyance fees for standard letters delivered in 2017. The action is based primarily on the claim that Deutsche Post charged postage whose approval is unlawful pursuant to the ruling of the Federal Administrative Court from 27 May 2020. The action was denied by the Cologne District Court in a ruling from 17 June 2021. The cartel court of the Düsseldorf Higher Regional Court denied the appeal of this ruling on 6 April 2022 and did not permit any further appeals of the ruling. On 2 May 2022, the plaintiff submitted an appeal against non-permission with Germany's Federal Court of Justice to have its appeal allowed.

It cannot currently be ruled out that the effects on existing pricing approvals, or on future price cap procedures, of the court's decisions, the change in the regulatory framework or the actions currently pending could be negative for Deutsche Post. According to current assessments, this represents a medium risk.

We describe other significant legal proceedings in **❯ Note 45 to the consolidated financial statements.**

The fight against climate change can result in increased regulatory and legal changes in the coming years. An increase in, or stepped up introduction of, carbon taxes and levies, certification regulations and other direct costs in conjunction with $CO_2$ emissions represents a risk of medium importance for us, as do increased restrictions on GHG emissions. We have implemented ongoing monitoring of the regulatory and legislative developments in the markets most relevant for us in response to this risk, but above all we constantly work to reduce our greenhouse gas emissions and have also set ourselves verified targets from the Science Based Targets Initiative to this end.

We have not identified any other significant opportunities or risks associated with the political, regulatory or statutory environment.

### Opportunities and risks arising from the environment, catastrophes and epidemics

Our business operations can be both positively and negatively impacted by natural disasters, epidemics and ecological factors, also including physical risks caused by climate change such as floods and storms.

The year 2022 was again shaped by the consequences of the COVID-19 pandemic. Measures aimed at containing the pandemic still led to economic restrictions and uncertainty about how the global economy as a whole and our business in particular will fare going forward. Our focus at all times was, and continues to be, on safeguarding the health of our employees. We are therefore making a collective effort to continue to contain the effects of the virus and thus confront the current situation by improving hygiene protocols, enabling mobile working and holding virtual meetings. Currently, the virological development can be given a rather more optimistic outlook. We nevertheless examine the impact o

COVID-19 is currently
longer a risk of mater
more virulent variants

Overall, we do no
nities or risks of mate

## Internal contro

**Structure of the inter**
Our internal control s
the internationally re
control systems (COS
izations of the Treadw
updated and improve

A Group-wide gu
and objectives of the
ICS and the underlyin

The scope of the
ICS is derived from a
risks identified and c
ments are defined w
implementation of su
works of the divisions

All companies a
the activities to be ca
depends on, amongs
entity for the consol
specific risks which
companies are analy

qualitative aspects and categorised into companies mate-rial to the ICS in consideration of relevant financial figures and functional KPIs.

### Internal control system in the functions
⌐⌐ Disclosures unrelated to the management report (unaudited), ❯ Reporting practice

The ICS of Deutsche Post DHL Group takes the Finance, Human Resources (HR), Compliance and IT functions into account as part of the functional design of the Group-wide risk landscape.

The Group-wide risk landscape is supplemented for the respective function as part of an extended risk analysis and regularly reviewed, also including the consideration of sustainability-related targets within the ESG Roadmap. Risks and controls in this regard are identified and assigned to the respective functions and covered by the control frameworks of the divisions. Self-assessments are carried out in all functions, documented and prepared in a central reporting tool.

From 2023, the Operations function will also be inte-grated into the ICS throughout the Group. The goal of taking all functions of the Group into account is to ensure compli-ance with applicable standards and internal Group regula-tions as well as divisional and local provisions in all business transactions and the core processes.

The compliance management system (CMS) is a major component of the monitoring system of Deutsche Post DHL Group. The CMS was established with the goal of creating rules, standards and processes for conduct compliant with laws and guidelines as well as measurable self-commitments.

It therefore serves to protect Deutsche Post DHL Group from financial risks and damage to its reputation, to minimise per-sonal liability risks of governing bodies, managers and other employees, and to avoid competitive disadvantages.

The CMS is organised according to divisions. The Com-pliance Committee acts as a joint decision-making body chaired by the Chief Compliance Officer. The Compliance Committee facilitates the exchange of information on developments in compliance management in the individ-ual divisions, co-ordinates fundamental strategic questions related to the CMS and ensures consistent implementation in the divisions.

Compliance management at Deutsche Post DHL Group is based on a values-oriented Code of Conduct which sets out a uniform Group-wide commitment to ethical, respon-sible and legally compliant conduct in business. Our man-agers act as role models and should set a good example to promote compliance. Deutsche Post DHL Group uses targeted communication and regular training sessions to help its employees and business partners understand and adhere to the compliance guidelines and regulations.

At Deutsche Post DHL Group, compliance risks are iden-tified and assessed on a regular basis and systematically across all divisions. The identified risks are assessed and analysed according to qualitative criteria and, if necessary, supplemented by further risk minimisation measures.

Our compliance programme comprises the preventive elements of guidelines, training sessions and business part-ner reviews. In addition, detective elements such as violation reporting and case processing management contribute to ensuring the business integrity of Deutsche Post DHL Group. ⌐

### Accounting-related i[...]
The accounting-relate[...] ing and financial re[...] included in the Group[...] ensure the complianc[...] reporting with gen[...] it is intended to ensu[...] promptly, accurately a[...] of the applicable norm[...] Group regulations. Ac[...] principle and materia[...] promptly.

Within the framew[...] and process-related r[...] in the Group. Centrall[...] govern the reconcili[...] statements and ensu[...] ing standards (EU IFR[...] ner throughout the G[...] accepted accounting[...] lished for Deutsche Po[...] subject to HGB reporti[...] accounts is required t[...] We immediately asse[...] accounting for relevan[...] tion in a timely manne[...] Often, accounting pro[...] centre in order to cen[...] financial statements o[...] recorded in a standar[...] cessed at a central lo[...] is performed. Other q[...]

automatic plausibility reviews and system validations of the accounting data. In addition, regular, manual checks are carried out centrally at the Corporate Center by Corporate Accounting & Controlling, Taxes and Corporate Finance. If necessary, we call in outside professionals with the requisite expertise. Finally, the Group's standardised process of preparing financial statements by using a centrally administered financial statements calendar guarantees a structured and efficient accounting process.

Both preventive and detective control mechanisms are used to ensure that existing risks are addressed and minimum requirements are met along with all division-specific and local requirements. To maintain the system's effectiveness and implement continuous improvements, the ICS is subjected to regular reviews. To this end, self-assessments are carried out using the dual-control principle and documented in a central IT application. If a self-assessment results in the finding of inadequate control implementation, an action plan must be created and the successful execution thereof must be confirmed by the person responsible for the process.

The results of the self-assessments are documented in a central reporting tool. The Supervisory Board, Board of Management and the functional bodies are regularly informed of the findings. In addition, this information is analysed with regard to potential improvements.

**Regular monitoring by Corporate Internal Audit**

Over and above the ICS and risk management, Corporate Internal Audit is an essential component of the Group's control and monitoring system. Using risk-based auditing procedures, Corporate Internal Audit regularly examines the processes related to financial reporting and reports its results to the Board of Management.

**⌐ Statement on the appropriateness and effectiveness of the RMS and ICS**
⌐ ⌐ Disclosures unrelated to the management report (unaudited), ❯ **Reporting practice**

Based on the regular reporting on the RMS and ICS, the analysis of the underlying results of the self-assessments and the appraisal of the reports from the internal audit department, the Board of Management is not aware of any circumstances which would cause it to believe that the design of the risk management system and the internal control system is not appropriate and effective for the risk situation of Deutsche Post DHL Group.

It should, however, always be taken into consideration that no ICS, regardless of how well designed, can offer absolute certainty that all material accounting misstatements will be avoided or detected. ⌐

## Overall assess

In the 2023 financial y
between €6.0 billion
are projected to gene
and €6.5 billion. In the
is forecast to come in
contributed by Group
around €–0.45 billion
opment in combinati
asset charge, we expe
Free cash flow is proj

The current busi
significant changes in
risk situation compar
risks with a potential
result have been ide
ments. Based upon th
in the estimation of it
no identifiable risks f
period which, individ
the Group's ability to
any such risks appare
ble to positive outlook
reflected in our ❯ **Cre**

# GOVERNANCE

## Annual Corporate Governance Statement

pursuant to Sections 289f and 315d HGB with respect to Deutsche Post AG and Deutsche Post DHL Group.

### Declaration of Conformity with the German Corporate Governance Code

Deutsche Post AG complied with the suggestions and recommendations of the German Corporate Governance Code in the year under review. This did not include the reserved limitation with regard to the CEO's chairmanship of the supervisory board of Deutsche Telekom AG. The Board of Management and Supervisory Board intend to comply with all suggestions and recommendations in the future. In December 2022, they issued the following declaration of conformity:

The Board of Management and the Supervisory Board of Deutsche Post AG declare that all recommendations of the Government Commission German Corporate Governance Code in the version dated 16 December 2019 have also been complied with after issuance of the Declaration of Conformity in December 2021 – except for the reserved partial restriction regarding recommendation C.5. In the future, all recommendations of the code in the version dated 28 April 2022 shall be complied with.

Dr Frank Appel is permitted to chair the supervisory board of Deutsche Telekom AG until he leaves the company in May 2023.

You can view the current Declaration of Conformity and the Annual Corporate Governance Statement along with the Declarations of Conformity for the past five years on the ◎ **Company's website.**

### Corporate governance principles and shared values

Our business relationships and activities are based upon responsible business practices that comply with applicable laws, international guidelines and ethical standards, and this also forms part of the Group's strategy. Equally, we require our suppliers to act in this way. We encourage relationships with our employees, customers and other stakeholders, as well as the shareholders, whose decisions to select Deutsche Post DHL Group as an employer, supplier or investment are increasingly also based upon the requirement that we apply good corporate governance criteria.

With the ◎ **Code of Conduct,** we have laid out the requirements of the conduct of our employees. It is applicable across all divisions and regions. In the Code of Conduct, we commit ourselves in particular to the principles set out in the United Nations (UN) Global Compact, comply with the principles of the Universal Declaration of Human Rights and follow additional recognised legal standards, including the applicable anti-corruption legislation and agreements. In addition, we take the International Labour Organization (ILO) Declaration on Fundamental Principles

and Rights at Work a
tional Enterprises into
of the United Nations,
Development Goals (

The Code of Cond
of diversity and inclus
respect promote co-o
contribute to econom
ment and professiona
exclusively their skill
of the Board of Mana
support the diversity
the Group's goal of i
management.

Doing business i
vice provider in the ma
benefit of society and
our employees to eng

Ensuring that our
shareholders and the
and within the bound
reputation. This is also
Group's lasting busine
ment system (CMS) is
as well as to prevent
duct in particular. Ins
and reported violation
and upgrade the CMS

Deutsche Post DHL Group –

**Co-operation between the Board of Management and the Supervisory Board, remuneration, retirement ages**

As a listed German public limited company, Deutsche Post AG has a two-tier board structure comprising the Board of Management and the Supervisory Board.

Members of the Board of Management are responsible for the management of the company. The Board of Management's principles governing its internal organisation, management and representation, as well as co-operation between its individual members are set out in rules of procedure. The members of the Board of Management manage their board departments independently, except where decisions of particular significance and consequence for the company or the Group must be made by all members of the Board of Management. They are obligated to subordinate the interests of their individual board departments to the collective interests of the company and to inform the full Board of Management about significant developments in their departments. The Board of Management ensures compliance with statutory provisions and internal guidelines within the company (compliance). The internal control system and the risk management system comprise a CMS aligned with the risk situation of the company and also include risks related to sustainability.

The CEO conducts Board of Management business, aligns board department activities with the company's collective goals and plans, and ensures that corporate policy is carried out. When making decisions, members of the Board of Management may not act in their own personal interest or exploit corporate business opportunities for their own

benefit. Any conflicts of interest must be disclosed to the chairs of the Supervisory Board and the Board of Management without delay; the other Board of Management members must also be informed.

The members of the Supervisory Board appoint, advise and oversee the Board of Management. They propose the remuneration system for Board of Management members to the Annual General Meeting, and – together with the Board of Management – are jointly responsible for the long-term succession planning for the Board of Management.

The retirement age for Board of Management members defined by the Supervisory Board is generally the year in which the Board of Management member reaches the age of 65. The Supervisory Board defined the retirement age for members of the Supervisory Board in such a way that, for nominations for the election of members of the Supervisory Board, attention shall be paid to the fact that the term of office shall end no later than the close of the Annual General Meeting after the Supervisory Board member reaches the age of 72. As a general rule, Supervisory Board members should not serve more than three terms of office.

The company's D&O (directors and officers) insurance for the members of the Board of Management provides for a deductible as set out in the AktG.

The principles governing the Supervisory Board's internal organisation, a catalogue of Board of Management transactions requiring approval and the work of the Supervisory Board committees are governed by the rules of procedure, which are available on the ◉ **Company's website.** The Chair elected by the members of the Supervisory Board

from their ranks co-o... Board and represents... Chair holds talks wit... Supervisory Board. T... company in respect of... Members of the Supe... remuneration of €100... the chairs (plenary an... the Deputy Chair of ... mittee members by 5... Board of Manageme... can be accessed alon... ◉ **company and Super...** those governing their... employment contract...

The Supervisory... year, regularly also ... present. Extraordina... held whenever decisi... or particular issues re... year, Supervisory Boa... ings, 22 committee m... meetings took place i... virtually, as describe... Not all members we... and four committee ... mitted in writing in a... of 96% is broken do... ◉ **Supervisory Board.**

(69 of 262), Page 69 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 69 of 262
Case 3:22-cv-07182-WHA    Document 39-1    Filed 10/18/23    Page 879 of 1025

COMBINED MANAGEMENT REPORT — GOVERNANCE                                                                Deutsche Post DHL Group –

The Board of Management and the Supervisory Board regularly discuss the Group's strategy, the divisions' objectives and strategies, the financial position and performance of the company and the Group, key business transactions, the progress of acquisitions and investments, compliance and compliance management, risk exposure and risk management, and all material business planning and related implementation issues.

The Board of Management informs the Supervisory Board promptly and in full about all issues of significance. The Chair of the Supervisory Board and the CEO maintain close contact about current issues; the Chair of the Finance and Audit Committee regularly discusses important matters with the Board member responsible for Finance, even outside of meetings.

Supervisory Board decisions are prepared in advance in separate meetings of the shareholder representatives and the employee representatives, and by the relevant committees. Each plenary Supervisory Board meeting includes a detailed report regarding the committees' work and the decisions made. Supervisory Board members are personally responsible for ensuring they receive training and professional development measures. They receive appropriate support from the company in the process. The core elements are the so-called Directors' Days, which took place in June and September 2022 and which centred around the topic of data analytics at Deutsche Post DHL Group, a follow-up presentation on the German Supply Chain Due Diligence Act (*Lieferkettensorgfaltspflichtengesetz*), the EU Taxonomy and the Corporate Sustainability Reporting Directive (CSRD).

**Succession planning for the Board of Management**

The search for suitable Board of Management members is primarily the responsibility of the Executive Committee. In the event of an upcoming vacancy, the Executive Committee selects suitable candidates for personal interviews, taking into account specific requirements for experience and qualifications to be met by the members and the composition of the Board of Management as a whole and, after discussing this list of candidates, submits it to the Supervisory Board.

Potential successors from within the Group are generally given the opportunity to give a presentation on topics from their own areas of responsibility before the Supervisory Board. In this way, the Supervisory Board continuously maintains an overview of promising managers within the Group. When appointing new members to the Board of Management, the Supervisory Board ensures that the different skills and experiences of the members supplements the Board of Management and that its membership is thus diverse. Great store is set by experience in various countries in addition to industry experience. The initial term of service for members of the Board of Management generally runs for three years.

**Independence of shareholder representatives on the Supervisory Board**

All Supervisory Board members are independent within the meaning of the German Corporate Governance Code. This exceeds the target of filling at least 60% of mandates on the shareholder side with independent members.

The largest shar
engruppe, currentl
Deutsche Post AG an
Accordingly, Luise Hö
independent.

The term of Stefa
of the board for over
pendence; it also fall
bership limit determi
terms. When determi
must also include co
with an overall view
the Supervisory Boar
be reached that othe
longer term of office.
visory Board in consi
Stefan Schulte contri
experience to the ben
of the Financial and A
of Management in dif

Lawrence Rosen'
department ended m
does not impair his i
profound knowledge
make it possible for h
ment as an experienc
the monitoring dutie

No Supervisory
mum age limit of 72,
the Group's main co

COMBINED MANAGEMENT REPORT  GOVERNANCE

services to, or maintains other personal relationships with, such competitors.

**Effectiveness of the Supervisory Board's advisory and monitoring duties**

The Supervisory Board carries out an annual review to determine how effectively it performs its duties. This review is carried out in intensive discussions of all relevant aspects as part of a Supervisory Board meeting, without the Board of Management, and is based upon a questionnaire at least once every three years. Suggestions made by individual members of the Supervisory Board are also taken up and implemented during the year. In the year under review, the Supervisory Board reviewed the effectiveness of its activities in its September meeting. One focus of the discussions was on ensuring and expanding the skills of the Supervisory Board with respect to digitalisation, cybersecurity and sustainability. As a result of these discussions, the Supervisory Board concluded that it had performed its monitoring and advisory duties effectively and efficiently. Constructive collaboration within the Supervisory Board and with Board of Management members in an atmosphere of trust enables duties to be performed in a proper and professional manner.

**Targets for the composition of the Supervisory Board (skills profile)**

In addition to legal requirements (notably Sections 100 and 107 AktG), the composition of the Supervisory Board is guided by recommendations C.1 and C.6 of the German Corporate Governance Code (DCGK). Overall, the Supervisory Board set the following targets for its composition which also reflect the skills profile it aspires to have:

❶ When proposing candidates to the Annual General Meeting for election as Supervisory Board members, the Supervisory Board is to be guided purely by the best interests of the company. Subject to this requirement, the Supervisory Board aims to ensure that the independent group of shareholder representatives as defined in C.6 of the German Corporate Governance Code is to account for at least 60% of the Supervisory Board, and that at least 30% of Supervisory Board members are women.

❷ The company's international activities are already adequately reflected in the current composition of the Supervisory Board. The Supervisory Board strives to maintain this and, for its future proposals to the Annual General Meeting, will consider candidates whose origins, education or professional experience equip them with particular international knowledge and experience.

❸ The Supervisory Board should collectively serve as a competent advisor to the Board of Management on future issues, in particular digital transformation and sustainability issues.

❹ The Supervisory [...] cient expertise in [...] cial statement a [...] international dev [...] Additionally, the [...] independence of [...] integrity of the a [...] independence of [...]

❺ Conflicts of intere [...] bers are an obsta [...] advice to, and su [...] ment. The Super [...] with potential or [...] by-case basis, in [...] due consideratio [...] ance Code.

❻ In accordance wi [...] visory Board and [...] for the Supervis [...] of Supervisory Bo [...] term of office en [...] Annual General M [...] sory Board mem [...] eral rule, Supervis [...] more than three [...]

The current Supervis [...] fils this skills profile. [...] and the skills profile i [...] it made to this year's [...]

COMBINED MANAGEMENT REPORT   GOVERNANCE                                             Deutsche Post DHL Group –

**Qualification matrix pursuant to C.1 of the German Corporate Governance Code**

Skills and qualifications of the individual Supervisory Board members can be found in the following overview.

**Qualification matrix**

| | Dr Nikolaus von Bomhard | Dr Mario Daberkow | Ingrid Deltenre | Dr Heinrich Hiesinger | Prof. Dr Luise Hölscher | Simone Menne | Lawrence Rosen | Dr Stefan Schulte |
|---|---|---|---|---|---|---|---|---|
| Member since/appointed until | 2016/2025 | 2018/2023 | 2016/2025 | 2019/2024 | 2022/2026 | 2014/2024 | 2020/2025 | 2009/2024 |
| Independence[1] | ● | ● | ● | ● | ● | ● | ● | ● |
| No overboarding[1] | ● | ● | ● | ● | ● | ● | ● | ● |
| Gender | Male | Male | Female | Male | Female | Female | Male | Male |
| Year of birth | 1956 | 1969 | 1960 | 1960 | 1971 | 1960 | 1957 | 1960 |
| Nationality | German | German | Dutch/Swiss | German | German | German | US American | German |
| International experience | | | | | | | | |
| Educational background | Legal expert | Mathematician | Journalist and educational researcher | Engineer | Business administration | Business administration | Economist | Business administration |
| Accounting | ● | ● | | | ● | ● | ● | ● |
| Financial expert in accordance with Section 100(5) AktG | ● | ● | | | ● | ●[2] | ●[2] | ●[2] |
| Risk management | ● | ● | | ● | | ● | ● | ● |
| Logistics | | | | | | ● | ● | ● |
| Strategy | ● | ● | ● | ● | ● | ● | ● | ● |
| Sustainability | ● | | | ● | ● | ● | | ● |
| Corporate governance/controlling | ● | ● | | ● | ● | ● | ● | ● |
| Digitalisation, IT | | ● | ● | ● | ● | | ● | ● |
| Cybersecurity and IT security | | ● | | ● | ● | ● | ● | |
| Human resources | ● | | ● | ● | ● | | | |

[1] In accordance with the German Corporate Governance Code.   [2] Expert in the fields of accounting and financial statement auditing within the meaning of Sections 100(5) and 107(4) AktG.

COMBINED MANAGEMENT REPORT  GOVERNANCE

Deutsche Post DHL Group –

## Board of Management and Supervisory Board committees

Business review meetings are held on a quarterly basis for each division, attended by representatives of management, once with the entire Board of Management and the other three times with the CEO and CFO. Additionally, quarterly review meetings are held for the cross-divisional functions with the CEO and CFO as well as representatives of management.

The review meetings involve discussions of strategic initiatives, operational matters and the budgetary situation in the divisions. In addition, all departments have Board committees where decisions are made on the fundamental strategic orientation of the respective department and prominent topics. Finally, the responsible Board departments resolve on investment, real estate and M&A plans within certain threshold limits using defined decision-making and approval processes.

The members of the Supervisory Board's committees prepare the resolutions to be taken in the plenary meetings and perform the duties assigned to them by the law, the company's Articles of Association and the rules of procedure for the Supervisory Board.

The Executive Committee prepares the resolutions to be taken in the plenary meetings regarding the appointment of members to the Board of Management, preparation of their service agreements (including remuneration), the system for remunerating Board of Management members, the establishment of variable remuneration targets, the establishment of variable remuneration according to degrees of target achievement, the review of the appropriateness of

## Committees of the Supervisory Board

### Executive Committee

Dr Nikolaus von Bomhard (Chair)
Andrea Kocsis (Deputy Chair)
Ingrid Deltenre
Thomas Held
Prof. Dr Luise Hölscher (since 6 April 2022)
Thorsten Kühn
Dr Jörg Kukies (until 9 March 2022)

### Personnel Committee

Andrea Kocsis (Chair)
Dr Nikolaus von Bomhard (Deputy Chair)
Ingrid Deltenre
Mario Jacubasch

### Finance and Audit Committee

Dr Stefan Schulte (Chair, independent and expert in the areas of accounting and auditing of financial statements as defined in Sections 100(5) and 107(4) AktG and D.3 of the German Corporate Governance Code)
Stephan Teuscher (Deputy Chair)
Jörg von Dosky (since 22 March 2022)
Prof. Dr Luise Hölscher (since 6 April 2022)
Dr Jörg Kukies (until 9 March 2022)
Simone Menne (independent and expert in the areas of accounting and auditing of financial statements as defined in Sections 100(5) and 107(4) AktG and D.3 of the German Corporate Governance Code)
Yusuf Özdemir
Lawrence Rosen (since 22 March 2022, independent and expert in the areas of accounting and auditing of financial statements as defined in Sections 100(5) and 107(4) AktG and D.3 of the German Corporate Governance Code)
Stefanie Weckesser

### Strategy and Sustainabili[...]

Dr Nikolaus von Bomhard
Andrea Kocsis (Deputy Cha[...]
Dr Günther Bräunig (until a[...]
Thomas Held
Dr Heinrich Hiesinger
Stephan Teuscher
Stefan B. Wintels (since 6 [...]

### Nomination Committee

Dr Nikolaus von Bomhard
Ingrid Deltenre
Prof. Dr Luise Hölscher (si[...]
Dr Jörg Kukies (until 9 Ma[...]

### Mediation Committee
(pursuant to Section 27(3[...]

Dr Nikolaus von Bomhard
Andrea Kocsis (Deputy Cha[...]
Dr Heinrich Hiesinger
Thorsten Kühn

Board of Management remuneration and the remuneration report to be prepared annually. In addition, it regularly focuses on long-term succession planning for the Board of Management.

The Finance and Audit Committee reviews the company's accounts, including sustainability reporting, and oversees its accounting process and the effectiveness of the internal control system, the risk management system and the internal audit system, as well as the audit of the annual financial statements, in particular with respect to audit quality and the independence of the auditors. Consultation with the auditor also takes place without the Board of Management members being present. The Finance and Audit Committee prepares the proposals of the Supervisory Board to be made to the Annual General Meeting concerning the choice of the audit firm and is responsible for carrying out the selection process. As an exception, the 2023 Annual General Meeting will not make a proposal for the appointment of an auditor for the financial year, as the 2022 Annual General Meeting has already appointed Deloitte GmbH Wirtschaftsprüfungsgesellschaft (Deloitte), Munich, as the auditors of the company and the Group for the 2023 financial year and for the audit review of interim financial reports which are compiled from 1 January 2023 until the 2024 Annual General Meeting. Following a selection process in 2020, Deloitte was proposed to the Supervisory Board as the preferred new audit firm by the Finance and Audit Committee. The Supervisory Board followed this recommendation in its proposal to the 2022 Annual General Meeting.

If the auditor is to be engaged to perform non-audit services, the Finance and Audit Committee must also approve any such engagement. It examines corporate compliance and discusses the half-yearly financial reports and the quarterly statements with the Board of Management prior to their publication. Based upon its own assessment, the committee submits proposals for the approval of the annual and consolidated financial statements to the Supervisory Board. As required, the Finance and Audit Committee is also responsible for issuing findings on the required Supervisory Board approvals of significant transactions between the company and related parties.

As previously described, the Chair of the Finance and Audit Committee, Stefan Schulte, is independent and, on account of his many years of experience as the CFO and CEO of Fraport AG and as Chair of the Finance and Audit Committee of Deutsche Post AG, an expert both in accounting as well as in the auditing of financial statements. Of the members of the Finance and Audit Committee, Simone Menne and Lawrence Rosen also have comprehensive expertise in accounting and the auditing of financial statements thanks to their many years of service as board members for finance of Deutsche Lufthansa AG (Menne) as well as Deutsche Post AG and Fresenius Medical Care AG & Co. KGaA (Rosen). In the year under review, two members were added to the Finance and Audit Committee, bringing the total number of members to eight.

An agreement has been reached with the auditor that the Chair of the Supervisory Board and the Chair of the Finance and Audit Committee will be informed without delay of any potential grounds for exclusion or for impair-

ment of the auditors' […] audit, to the extent […] impairment are not i[…] has been agreed that t[…] Board without delay o[…] occurring in the cours[…] tor must inform the Su[…] the financial statemen[…] to the Declaration of […] Management and Sup[…] Finance and Audit Co[…] of the financial staten[…] Finance and Audit Co[…] financial statements […] the plenary where the[…] statements are appro[…] Board closely examin[…] the financial stateme[…]

The Strategy and […] the Supervisory Boa[…] larly discusses imple[…] competitive position […] the divisions. In add[…] corporate acquisition[…] Supervisory Board's a[…] at ESG topics relevan[…] marily the implemen[…] in particular with re[…] emissions, the safety […] promotion of the sha[…] and the strengthenin[…]

expertise on the Supervisory Board can be found in the ❯ **Qualification matrix.**

The Nomination Committee presents the shareholder representatives of the Supervisory Board with recommendations for shareholder candidates for election to the Supervisory Board at the Annual General Meeting.

The Personnel Committee discusses human resources principles and material topics for the Group, such as safety, recruiting and equal opportunities.

The Mediation Committee carries out the duties assigned to it pursuant to the *Mitbestimmungsgesetz* (MitbestG – German Co-Determination Act): it makes proposals to the Supervisory Board on the appointment of members of the Board of Management in those cases in which the required majority of two-thirds of the votes of the Supervisory Board members is not reached. The committee did not meet in the past financial year.

Further information about the work of the Supervisory Board and its committees in the 2022 financial year is contained in the ❯ **Report of the Supervisory Board.** The members of the Board of Management and all additional offices held by them as well as the members of the Supervisory Board and all additional offices held by them can be found in ❯ **Boards and committees.** The Board members' curriculum vitae, information about their qualifications and the terms of their current appointments are also published on our ⊙ **Website.** The website also has current curriculum vitae of the shareholder representatives on the Supervisory Board along with information on their professional occupation, their membership on the Supervisory Board and their current term of office.

## Diversity

During succession planning and the selection of members for the Board of Management, the Supervisory Board pays close attention to ensuring that they complement each other in terms of their qualifications, skills and experience. Long-term succession planning in all divisions guarantees that there will be sufficient qualified internal candidates to fill Board of Management positions in future. The early promotion of women in the company also plays a key role. With two women on the Board of Management, the company has exceeded the minimum number applicable since August 2022 under Section 76(3a) AktG, which stipulates that listed companies to which the German Co-determination Act applies with more than three board of management members include at least one woman and one man on the board.

In addition, the target set by the Supervisory Board of a 25% share of women on the Board of Management, which exceeds the statutory participation requirement, to be reached by the end of 2024 will be achieved when Frank Appel leaves the company upon the conclusion of the 2023 Annual General Meeting.

For the period beginning 1 January 2020, the Board of Management set a target of 30% for the percentage of women at Deutsche Post AG at both executive tiers below the Board of Management. We aim to meet these targets by 31 December 2024. The two executive tiers are defined on the basis of their reporting lines: Tier 1 comprises executives assigned to the N-1 reporting line and tier 2 comprises executives from the N-2 reporting line. The share of women in both tiers was 31.7% as at 31 December 2022.

The company intends management globally of increasing the pe upper management t has risen continually at 31 December 2022

The diversity cri Board when consider in the list of its goals women of 40%, the S own target of 30%, w utory requirement.

## Shareholders and An

Shareholders exercis right to receive infor eral General Meeting to one vote. The agen the Annual General M be made available or the Annual General M vides information ab and functional exper their essential duties is published for each S for election. Moreove overview of the skills Board members.

We assist our sha rights not only by mak but also by appointin

COMBINED MANAGEMENT REPORT  GOVERNANCE                                    Deutsche Post DHL Group –

votes solely as instructed by the shareholders. Additionally, shareholders can authorise company proxies and submit postal votes via the online service offered by the company. Due to the pandemic, the 2022 Annual General Meeting was also held online in line with the applicable statutory provisions. Shareholders were able to submit their questions online up to one day prior to the AGM. They were able to vote either by absentee ballot or by authorising a company proxy to vote in their place. In addition, beyond the legal requirements, shareholders had the opportunity to ask questions and submit statements regarding the agenda in advance of the Annual General Meeting. The 2023 Annual General Meeting is planned as an in-person event.

The remuneration system applied to Board of Management members must be presented to the Annual General Meeting for approval in the event of significant changes, or at least every four years; the four-year interval also applies to the remuneration of the Supervisory Board members. The 2021 Annual General Meeting approved the Board of Management remuneration system with 93.39% and the Supervisory Board remuneration with 99.46% of the votes cast in favour. The resolution proposed to the Annual General Meeting on the remuneration of the members of the Supervisory Board was passed with an approval rate of 99.07%. The Board of Management remuneration system and the resolutions of the Annual General Meeting on the remuneration of Supervisory Board members can also be accessed on the ⊚ Company's website. Information regarding the remuneration of the individual members of the Board of Management and the Supervisory Board can be found in the remuneration reports available there.

## Disclosures required by takeover law

Disclosures required under Sections 289a and 315a HGB and explanatory report.

### Composition of issued capital, voting rights and transfer of shares

As at 31 December 2022, the company's share capital totalled €1,239,059,409 and was composed of the same number of no-par-value registered shares. Each share carries the same rights and obligations stipulated by law and/or in the company's Articles of Association and entitles the holder to one vote at the Annual General Meeting (AGM). There are no shares with special rights conveying powers of control.

The exercise of voting rights and the transfer of shares are based upon statutory provisions and the company's Articles of Association, which places no restrictions on the exercise of voting rights or transfer of shares. Under the Employee Share Plan share-based remuneration programme, stocks are subject to time-related trading restrictions during the two-year holding period. As at 31 December 2022, Deutsche Post AG held a total of 40,320,726 treasury shares, which are excluded from rights for the company in accordance with Section 71b AktG.

### Shareholdings exceeding 10% of voting rights

KfW Bankengruppe (KfW), Frankfurt am Main, is our largest shareholder, holding 20.49% of the share capital. The Federal Republic of Germany holds an indirect stake in Deutsche Post AG via KfW.

### Appointment and rep[...] Board of Management

The members of the B[...] and replaced in acc[...] provisions (cf. Secti[...] MitbestG). Article 6 [...] lates that the Board of [...] members. Beyond th[...] determined by the Su[...] agement is comprise[...] one woman and at lea[...] board, cf. Section 76 [...]

### Amendments to the A[...]

In accordance with S[...] tion 179 (1), Sentence [...] of Association are ac[...] accordance with Arti[...] tion in conjunction w[...] such amendments ge[...] the votes cast and a [...] represented on the da[...] where the law require[...] to the Articles of Asso[...]

COMBINED MANAGEMENT REPORT    GOVERNANCE

Deutsche Post DHL Group –

**Board of Management authorisation, particularly regarding the issue and buy-back of shares**

The Board of Management is authorised, subject to the consent of the Supervisory Board, to issue up to 130,000,000 new no-par-value registered shares (2021 Authorised Capital). Details may be found in Article 5 (2) of the Articles of Association. The Articles of Association can be accessed on the ⊚ Company's website or in the electronic company register. They may also be viewed in the commercial register of the Bonn Local Court.

The Board of Management has furthermore been authorised by resolution of the AGMs of 28 April 2017 (agenda item 7), 24 April 2018 (agenda item 6), 27 August 2020 (agenda item 7) and 6 May 2022 (agenda items 8 and 9) to issue Performance Share Units (PSUs). The authorisation resolutions are included in the notarised minutes of the AGM, which can be viewed in the commercial register. In order to service both current PSUs and those yet to be issued, the AGM approved contingent capital increases. Details may be found in Article 5 of the Articles of Association. As at 31 December 2022, the PSUs already issued conferred rights to up to 28,410,813 Deutsche Post AG shares, assuming the conditions are met. Under the authorisations granted, up to 57,197,508 additional PSUs may still be issued.

The AGM of 6 May 2021 authorised the company to buy back shares on or before 5 May 2026 up to an amount not to exceed 10% of the share capital existing as at the date of adoption of the resolution. Further details, including the option of using the treasury shares acquired on that basis or on the basis of a preceding authorisation, may be found in the authorisation resolution adopted by the AGM of 6 May 2021 (agenda item 8). In addition, the AGM of 6 May 2021 authorised the Board of Management to buy back shares within the scope specified in agenda item 8, including through the use of derivatives (agenda item 9). The company repurchased 29,608,323 shares in the financial year based upon the authorisation resolution.

**Significant agreements that are conditional upon a change of control following a takeover bid and agreements with members of the Board of Management or employees providing for compensation in the event of a change of control**

Deutsche Post AG holds a syndicated credit facility with a volume of €2 billion under an agreement entered into with a consortium of banks. If a change of control within the meaning of the agreement occurs, each member of the bank consortium is entitled, under certain conditions, to cancel its share of the credit facility as well as its share of any outstanding loans and to request repayment. The terms and conditions of the bonds issued under the Debt Issuance Programme established in March 2012 and those of the convertible bond issued in December 2017 also contain change-of-control clauses. In the event of a change of control within the meaning of those terms and conditions, creditors are, under certain conditions, granted the right to demand early redemption of the respective bonds.

In the event of a change of control, any member of the Board of Management is entitled to resign their office for good cause within a period of six months following the change of control after giving three months' notice to the

end of a given month,
agement contract (ri
associated with a seve
the Annual Bonus Pla
the holding period fo
immediate effect in th
company. The particip
number of matching
ment (or a cash equiv
the employer will be re
resulting from a redu
mally incurred after t
this provision. Under t
of control occurs, an
invested and for which
reimbursed. Effective
waived for shares tha

# INCOME STATEMENT

**1 January to 31 December**

| €m | | Note | 2021 | 2022 |
|---|---|---|---|---|
| Revenue | | 11 | 81,747 | 94,436 |
| Other operating income | | 12 | 2,291 | 2,925 |
| Changes in inventories and work performed and capitalised | | 13 | 348 | 511 |
| Materials expense | | 14 | −43,897 | −53,473 |
| Staff costs | | 15 | −23,879 | −26,035 |
| Depreciation, amortisation and impairment losses | | 16 | −3,768 | −4,177 |
| Other operating expenses | | 17 | −4,896 | −5,712 |
| Net income/expenses from investments accounted for using the equity method | | 25 | 32 | −39 |
| **Profit from operating activities (EBIT)** | | | **7,978** | **8,436** |
| Financial income | | | 191 | 427 |
| Finance costs | | | −746 | −847 |
| Foreign currency result | | | −64 | −105 |
| **Net finance costs** | | 18 | **−619** | **−525** |
| **Profit before income taxes** | | | **7,359** | **7,911** |
| Income taxes | | 19 | −1,936 | −2,194 |
| **Consolidated net profit for the period** | | | **5,423** | **5,717** |
| attributable to Deutsche Post AG shareholders | | | 5,053 | 5,359 |
| attributable to non-controlling interests | | | 370 | 358 |
| **Basic earnings per share (€)** | | 20 | **4.10** | **4.41** |
| **Diluted earnings per share (€)** | | 20 | **4.01** | **4.33** |

# STATEMENT OF COMPREHENSIVE INCOME

**1 January to 31 December**

| €m | |
|---|---|
| **Consolidated net profit for the period** | |
| **Items that will not be reclassified to profit or loss** | |
| Change due to remeasurements of net pension provisions | |
| Reserve for equity instruments without recycling | |
| Income taxes relating to components of other comprehensive income | |
| **Total, net of tax** | |
| **Items that may be reclassified subsequently to profit or loss** | |
| **Hedging reserves** | |
| Changes from unrealised gains and losses | |
| Changes from realised gains and losses | |
| **Currency translation reserve** | |
| Changes from unrealised gains and losses | |
| Changes from realised gains and losses | |
| Income taxes relating to components of other comprehensive income | |
| Share of other comprehensive income of investments accounted for using the equity method, net of tax | |
| **Total, net of tax** | |
| **Other comprehensive income, net of tax** | |
| **Total comprehensive income** | |
| attributable to Deutsche Post AG shareholders | |
| attributable to non-controlling interests | |

CONSOLIDATED FINANCIAL STATEMENTS  BALANCE SHEET                                   Deutsche Post DHL Group –

# BALANCE SHEET

| €m | Note | 31 Dec. 2021 | 31 Dec. 2022 |
|---|---|---|---|
| **ASSETS** | | | |
| Intangible assets | 22 | 12,076 | 14,096 |
| Property, plant and equipment | 23 | 24,903 | 28,688 |
| Investment property | 24 | 48 | 22 |
| Investments accounted for using the equity method | 25 | 111 | 76 |
| Non-current financial assets | 26 | 1,190 | 1,216 |
| Other non-current assets | 27 | 587 | 581 |
| Deferred tax assets | 28 | 1,943 | 1,440 |
| **Non-current assets** | | **40,858** | **46,119** |
| | | | |
| Inventories | 29 | 593 | 927 |
| Current financial assets | 26 | 3,088 | 1,355 |
| Trade receivables | 30 | 11,683 | 12,253 |
| Other current assets | 27 | 3,588 | 3,551 |
| Income tax assets | | 230 | 283 |
| Cash and cash equivalents | 31 | 3,531 | 3,790 |
| Assets held for sale | 32 | 21 | 0 |
| **Current assets** | | **22,734** | **22,159** |
| | | | |
| **TOTAL ASSETS** | | **63,592** | **68,278** |

| EQUITY AND LIABILITIES |
|---|
| Issued capital |
| Capital reserves |
| Other reserves |
| Retained earnings |
| Equity attributable to Deutsche Post AG shareholders |
| Non-controlling interests |
| **Equity** |
| |
| Provisions for pensions and similar obligations |
| Deferred tax liabilities |
| Other non-current provisions |
| Non-current financial liabilities |
| Other non-current liabilities |
| **Non-current provisions and liabilities** |
| |
| Current provisions |
| Current financial liabilities |
| Trade payables |
| Other current liabilities |
| Income tax liabilities |
| Liabilities associated with assets held for sale |
| **Current provisions and liabilities** |
| |
| **TOTAL EQUITY AND LIABILITIES** |

CONSOLIDATED FINANCIAL STATEMENTS   CASH FLOW STATEMENT                                    Deutsche Post DHL Group –

# CASH FLOW STATEMENT

**1 January to 31 December**

€ m

| | |
|---|---|
| Consolidated net profit for the period | |
| Income taxes | |
| Net finance costs | |
| **Profit from operating activities (EBIT)** | |
| Depreciation, amortisation and impairment losses | |
| Net income from disposal of non-current assets | |
| Non-cash income and expense | |
| Change in provisions | |
| Change in other non-current assets and liabilities | |
| Dividend received | |
| Income taxes paid | |
| **Net cash from operating activities before changes in working capital** | |
| | |
| **Changes in working capital** | |
| Inventories | |
| Receivables and other current assets | |
| Liabilities and other items | |
| **Net cash from operating activities** | |
| | |
| Subsidiaries and other business units | |
| Property, plant and equipment and intangible assets | |
| Investments accounted for using the equity method and other investments | |
| Other non-current financial assets | |
| Proceeds from disposal of non-current assets | |
| | |
| Subsidiaries and other business units | |
| Property, plant and equipment and intangible assets | |
| Investments accounted for using the equity method and other investments | |
| Other non-current financial assets | |
| **Cash paid to acquire non-current assets** | |
| | |
| Interest received | |
| Current financial assets | |
| **Net cash used in investing activities** | |

CONSOLIDATED FINANCIAL STATEMENTS  CASH FLOW STATEMENT                                    Deutsche Post DHL Group –

| | |
|---|---|
| Proceeds from issuance of non-current financial liabilities | |
| Repayments of non-current financial liabilities | |
| Change in current financial liabilities | |
| Other financing activities | |
| Cash paid for/proceeds from transactions with non-controlling interests | |
| Dividend paid to Deutsche Post AG shareholders | |
| Dividend paid to non-controlling interest holders | |
| Purchase of treasury shares | |
| Interest paid | |
| **Net cash used in financing activities** | |
| **Net change in cash and cash equivalents** | |
| Effect of changes in exchange rates on cash and cash equivalents | |
| Changes in cash and cash equivalents associated with assets held for sale | |
| Changes in cash and cash equivalents due to changes in consolidated group | |
| Cash and cash equivalents at beginning of reporting period | |
| **Cash and cash equivalents at end of reporting period** | |

(81 of 262), Page 81 of 262  Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 81 of 262
Case 3:22-cv-07182-WHA  Document 39-1  Filed 10/18/23  Page 891 of 1025
CONSOLIDATED FINANCIAL STATEMENTS  STATEMENT OF CHANGES IN EQUITY          Deutsche Post DHL Group –

# STATEMENT OF CHANGES IN EQUITY

**1 January to 31 December**

€m

| | Issued capital | Capital reserves | Hedging reserves | Reserve for equity instruments without recycling | Currency translation reserve | Retained earnings | attr to D share |
|---|---|---|---|---|---|---|---|
| Note | 33 | 34 | | | | 34 | |
| Balance as at 1 January 2021 | 1,239 | 3,519 | −17 | −27 | −1,622 | 10,685 | |
| Dividend | | | | | | −1,673 | |
| Transactions with non-controlling interests | | | 0 | 0 | 1 | −1 | |
| Changes in non-controlling interests due to changes in consolidated group | | | | | | | |
| Capital increase/decrease | −15 | 14 | | | | −981 | |
| **Total comprehensive income** | | | | | | | |
| Consolidated net profit for the period | | | | | | 5,053 | |
| Currency translation differences | | | | | 894 | | |
| Change due to remeasurements of net pension provisions | | | | | | 1,930 | |
| Other changes | | | 23 | 15 | | 0 | |
| **Total** | | | | | | | |
| **Balance as at 31 December 2021** | **1,224** | **3,533** | **6** | **−12** | **−727** | **15,013** | |
| Balance as at 1 January 2022 | 1,224 | 3,533 | 6 | −12 | −727 | 15,013 | |
| Dividend | | | | | | −2,205 | |
| Transactions with non-controlling interests | | | 0 | 0 | 0 | −145 | |
| Changes in non-controlling interests due to changes in consolidated group | | | | | | | |
| Capital increase/decrease | −25 | 10 | | | | −1,195 | |
| **Total comprehensive income** | | | | | | | |
| Consolidated net profit for the period | | | | | | 5,359 | |
| Currency translation differences | | | | | 154 | | |
| Change due to remeasurements of net pension provisions | | | | | | 2,185 | |
| Other changes | | | 52 | 9 | | 0 | |
| **Total** | | | | | | | |
| **Balance as at 31 December 2022** | **1,199** | **3,543** | **58** | **−3** | **−573** | **19,012** | |

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG

## Company information

Deutsche Post DHL Group is a global mail and logistics group. The Deutsche Post and DHL corporate brands represent a portfolio of logistics (DHL) and communication (Deutsche Post) services. The financial year of Deutsche Post AG and its consolidated subsidiaries is the calendar year. Deutsche Post AG, whose registered office is in Bonn, Germany, is entered in the commercial register of the Bonn Local Court under HRB 6792.

## Basis of preparation

As a listed company, Deutsche Post AG prepared its consolidated financial statements in accordance with Section 315e *Handelsgesetzbuch* (HGB – German Commercial Code) ("consolidated financial statements in accordance with International Financial Reporting Standards") in compliance with International Financial Reporting Standards (IFRSs) and related Interpretations of the International Accounting Standards Board (IASB) as adopted in the European Union in accordance with Regulation (EC) No. 1606/2002 of the European Parliament and of the European Council on the application of international accounting standards.

### 1   Basis of accounting

The requirements of the standards applied have been satisfied in full, and the consolidated financial statements therefore provide a true and fair view of the Group's net assets, financial position and results of operations.

The consolidated financial statements consist of the income statement and the statement of comprehensive income, the balance sheet, the cash flow statement, the statement of changes in equity and the notes. In order to improve the clarity of presentation, various items in the balance sheet and in the income statement have been combined. These items are disclosed and explained separately in the notes. The income statement has been classified in accordance with the nature-of-expense method.

The accounting policies and the explanations and disclosures in the notes to the IFRS consolidated financial statements for the 2022 financial year are generally based on the same accounting policies used in the 2021 consolidated financial statements. Exceptions to this are the changes in international financial reporting under the IFRSs described in ❯ Note 5 that have been required to be applied by the Group since 1 January 2022. The accounting policies are explained in ❯ Note 7.

These consolidated financial statements were authorised for issue by the Board of Management of Deutsche Post AG dated 17 February 2023.

The consolidated financial statements are prepared in euros (€). Unless otherwise stated, all amounts are given in millions of euros (€ million, €m).

### 2   Consolidated group

The consolidated group includes all companies controlled by Deutsche Post AG. Control exists if Deutsche Post AG has decision-making powers, is exposed, and has rights, to variable returns, and is able to use its decision-making powers to affect the amount of the variable returns. The Group companies are consolidated from the date on which Deutsche Post DHL Group is able to exercise control.

When Deutsche Post DHL Group holds less than the majority of voting rights, other contractual arrangements may result in the Group controlling the investee.

DHL Sinotrans International Air Courier Ltd. (Sinotrans), China, is a significant company that has been consolidated de-

spite Deutsche Post DH
rights. Sinotrans provid
delivery and transport
Express segment. The c
DHL network and oper
Group. Due to the arra
Deutsche Post DHL Gro
ing Sinotrans' relevant
consolidated although
than 50% of the compa

The complete list
ance with Section 313(2
in the ❯ List of shareho

The number of c
Post AG is shown in the

**Consolidated group**

**Number of fully consolida
(subsidiaries)**
German
Foreign

**Number of joint operation
German
Foreign

**Number of investments ac
the equity method**
German
Foreign

The increase in the nu
solidated group result
freight specialist J.F. Hi
fully consolidated com
formed, merged and lic
the acquisitions of the A

four companies, and the Netherlands-based Monta B.V. Group with a total of 21 companies.

### 2.1 Acquisitions in 2022

The following significant acquisitions occurred in the 2022 financial year:

| Name | Country | Segment | Equity interest % | Acquisition date |
|------|---------|---------|-------------------|------------------|
| J.F. Hillebrand Group (Hillebrand) | Germany (headquarters) | Global Forwarding, Freight | 100 | March 2022 |
| Glen Cameron Group (Cameron) | Australia | Supply Chain | 100 | August 2022 |
| Monta B.V. Group (Monta) | Netherlands | Supply Chain | 51 | October 2022 |

### Hillebrand Group

At the end of March 2022, Deutsche Post DHL Group acquired Hillebrand, including its around 90 companies. Hillebrand is a global service provider specialised in the ocean freight forwarding, transport and logistics of beverages, non-hazardous bulk liquids and other products that require special care. The acquisition enables Global Forwarding, Freight to expand its business in this market segment. Following the clearance of the transaction by the responsible competition authorities, the purchase price of €1,452 million was paid in full at the end of March 2022.

The final purchase price allocation resulted in non-tax-deductible goodwill of €1,211 million, which is allocated to the Global Forwarding, Freight division. It is mainly attributable to the synergies and network effects expected from the dynamic ocean freight forwarding market. The customer relationships are amortised over a period of 20 years and the brand name over a period of 30 years. The software has a useful life of five years. Current assets include trade receivables of €332 million. There was a difference of €21 million between the gross amount and the carrying amount.

### Opening balance of Hillebrand

| €m | Final fair value |
|----|------------------|
| Non-current assets | 672 |
| of which Customer relationship | 417 |
| Brand name | 60 |
| Software | 87 |
| Current assets | 484 |
| Cash and cash equivalents | 72 |
| **ASSETS** | **1,228** |
| Non-current provisions and liabilities | 488 |
| of which Deferred taxes | 171 |
| Current provisions and liabilities | 488 |
| **EQUITY AND LIABILITIES** | **976** |
| **Net assets** | **252** |
| Purchase price paid in cash | 1,452 |
| **Difference** | **1,200** |
| Non-controlling interests | 11 |
| **Goodwill** | **1,211** |

### Cameron Group

In August 2022, Deutsch[
based Glen Cameron Gr[
road freight and contra[
the logistics core busin[
include trade receivable[
of €1 million between th[
The final purchase price[
goodwill of €28 million.[
and network effects exp[
tics in Australia.

### Opening balance of Ca[

| €m | |
|----|----|
| Non-current assets | |
| Current assets | |
| Cash and cash equivalents | |
| **ASSETS** | |
| Non-current provisions and | |
| Current provisions and liabi[ | |
| **EQUITY AND LIABILITIES** | |
| **Net assets** | |
| Purchase price paid in cash | |
| **Difference** | |
| Non-controlling interests | |
| **Goodwill** | |

(84 of 262), Page 84 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 84 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 894 of 1025
CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG
Deutsche Post DHL Group –

**Monta Group**

DHL Supply Chain acquired a majority holding of 51% in the Netherlands-based e-commerce specialist Monta Group in October 2022. This partnership can support small and medium-sized online shops in e-fulfilment and online sales and, thanks to the international roll-out of Monta's logistics services, Deutsche Post DHL Group can better respond to the specific needs of SMEs and smaller web shops. The measurement of the assets acquired and liabilities assumed has not yet been completed due to time restrictions. The acquisition resulted in preliminary goodwill, which currently amounts to €92 million and cannot be deducted from tax. It is mainly attributable to the synergies and network effects expected from the e-commerce market in the Netherlands. There is an option to purchase the remaining 49% of shares which can be exercised at any time. Current assets include trade receivables of €16 million. There was no difference between the gross amount and the carrying amount. The final purchase price allocation will be presented at a later date.

**Preliminary opening balance of Monta**

| €m | Preliminary fair value |
|---|---|
| Non-current assets | 62 |
| Current assets | 18 |
| Cash and cash equivalents | 3 |
| **ASSETS** | **83** |
| Non-current provisions and liabilities | 51 |
| Current provisions and liabilities | 31 |
| **EQUITY AND LIABILITIES** | **82** |
| **Net assets** | **1** |
| Purchase price paid in cash | 103 |
| **Difference** | **102** |
| Fair value of the option | 10 |
| Non-controlling interests | 0 |
| **Preliminary goodwill** | **92** |

| €m | Hillebrand | Cameron | Monta |
|---|---|---|---|
| Group revenue since consolidation | 1,640 | 111 | 26 |
| Group EBIT since consolidation | 79 | 1 | 2 |
| Transaction costs (reported under other operating expenses) | 21 | 1 | 2 |

If the companies had already been consolidated as at 1 January 2022, Hillebrand would have additionally generated revenue of €437 million and EBIT of €20 million, Cameron revenue of €155 million and EBIT of €2 million and Monta revenue of €131 million and EBIT of €12 million.

**2.2  Disposal and deconsolidation effects**

The following companies were sold in the 2022 financial year:

**Disposals in 2022**

| Name | Country | Segment |
|---|---|---|
| **Significant disposals** | | |
| StreetScooter companies | Germany, Japan, Switzerland | Group Functions |
| **Insignificant disposals** | | |
| Greenplan GmbH | Germany | Group Functions |
| Véron Grauer AG | Switzerland | Global Forwarding, Freight |
| DHL Global Forwarding Cote d'Ivoire S.A. | Ivory Coast | Global Forwarding, Freight |
| DHL Global Forwarding (Senegal) S.A. | Senegal | Global Forwarding, Freight |

On 3 January 2022, Deutsche Post DHL Group sold the production rights and the complete ownership of the intangible assets for the production of StreetScooter electric vans, as well as all shares in StreetScooter Japan K.K. and StreetScooter Schweiz AG, to ODIN Automotive S.à r.l., Luxembourg. The assets and liabilities had previously been reported under assets held for sale and liabilities associated with assets held for sale. StreetScooter GmbH, which remains within the Group, continues to serve as a supplier of vehicle parts and batteries and focuses on repairing and maintaining the existing fleet.

| €m | StreetScooter |
| --- | --- |
| Non-current assets | 15 |
| Current assets | – |
| Cash and cash equivalents | 2 |
| **ASSETS** | **17** |
| Non-current provisions and liabilities | 1 |
| Current provisions and liabilities | 5 |
| **EQUITY AND LIABILITIES** | **6** |
| **Net assets** | **11** |
| Consideration | 67 |
| Equity interest in ODIN | 10 |
| **Deconsolidation gain** | **66** |

In addition, the sale of Greenplan GmbH, Germany, a provider of route-planning solutions, resulted in income of €3 million, whilst the sale of Véron Grauer AG, a provider of shipment services, generated income of €5 million. These gains are reported under other operating income. The sale of the two African companies led to a loss of less than €1 million reported under other operating expenses.

### 2.3 Joint operations

Joint operations are consolidated in accordance with IFRS 11, based on the interest held.

Aerologic GmbH (Aerologic), Germany, a cargo airline domiciled in Leipzig, is the only joint operation in this regard. Aerologic has been assigned to the Express segment. It was jointly established by Lufthansa Cargo AG and Deutsche Post Beteiligungen Holding GmbH, which each hold 50% of its capital and voting rights. Aerologic's shareholders are simultaneously its customers, giving them access to its freight aircraft capacity. Aerologic mainly serves the DHL Express network from Monday to Friday, and flies for the Lufthansa Cargo network at weekends. Individual aircraft are also used exclusively by the two respective shareholders. In contrast to its capital and voting rights, the company's assets and liabilities, as well as its income and expenses, are allocated based on this user relationship.

### 3 Significant transactions

In addition to the business combinations and disposals of shareholdings mentioned under ❷ **Note 2,** the following significant transactions occurred in the 2022 financial year:

#### Share buy-back of up to €3 billion

In February 2022, the Board of Management of Deutsche Post AG resolved a share buy-back programme for up to 50 million shares at a total purchase price of up to €2 billion. The repurchased shares will either be retired, used to service long-term executive remuneration plans and any future employee participation programmes or used to meet potential obligations if rights accruing under the 2017/2025 convertible bond are exercised. The repurchase via the stock exchange started on 8 April 2022 and will end no later than in December 2024. The buy-back programme is based on the authorisation resolved by the company's Annual General Meeting on 6 May 2021, ❷ **Note 33 and 34.**

On 14 February 20[...]
to expand the current sh[...]
of up to 105 million trea[...]
of now up to €3 billion [...]
remain unaffected.

**Business in Russia**

In the first half of the y[...]
that the Group would fu[...]
which resulted in impai[...]
to subsequent changes [...]
intended sale of the co[...]
therefore decided to dis[...]
ing, Freight division enti[...]
at year end. Liquidation [...]
the Express division, di[...]
has been decided, along[...]
exclusively humanitaria[...]
in total one-off effects [...]
division and of €−25 m[...]
division from impairme[...]
impairment losses, ❷ **N**[...]

#### 4 Adjustment of pr[...]

There were no adjustm[...]
financial year.

(86 of 262), Page 86 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 86 of 262

Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 396 of 1025

CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG   Deutsche Post DHL Group –

## 5   New developments in international accounting under IFRSs

**New accounting standards effective in the 2022 financial year**

The following standards, changes to standards and interpretations must be applied from 1 January 2022:

| Standard | Subject matter and significance |
|---|---|
| Amendment to IFRS 3, Reference to the Conceptual Framework | The amendments contain an update to IFRS 3 so that it refers to the 2018 revision of the Conceptual Framework. Additionally, for liabilities and contingent liabilities within the scope of IAS 37 or IFRIC 21, an acquirer applies IAS 37 or IFRIC 21 to identify liabilities assumed in a business combination in... liabilities are excluded from this requirement. IFRS 3 continues to prohibit recognition of contingent assets. The consolidated... |
| Amendments to IAS 16, Property, Plant and Equipment – Proceeds | The amendment prohibits deducting from the cost of an item of property, plant and equipment any proceeds from selling... location and condition necessary for it to be capable of operating in the manner intended. The consolidated financial state... |
| Amendments to IAS 37, Onerous Contracts – Cost of Fulfilling a Contract | The amendment defines the cost of fulfilling a contract. All costs that relate directly to the contract must be included when... consolidated financial statements were not materially affected. |
| Annual Improvements to IFRSs (2018–2020 Cycle) | The amendments relate to IFRS 1, First-Time Adoption of International Financial Reporting Standards, IFRS 9, Financial Inst... The consolidated financial statements were not materially affected. |

**New accounting standards adopted by the EU but only effective in future periods**

The following standards, changes to standards and interpretations have already been endorsed by the EU. However, they will only be required to be applied in future periods.

| Standard | Subject matter and significance |
|---|---|
| Amendments to IAS 1 and IFRS Practice Statement 2: Disclosure of Accounting Policies (issued on 12 February 2021 and applicable for financial years beginning on or after 1 January 2023) | The amendments serve to assist entities with deciding which accounting policies to disclose in their financial statements. Th... a disclosure of "material" rather than "significant" accounting policies must be made. To support this approach, the amendm... application of the concept of materiality to accounting policy disclosures. The effects on the consolidated financial statemen... |
| Amendments to IAS 8, Definition of Accounting Estimates (issued on 12 February 2021 and applicable for financial years beginning on or after 1 January 2023) | The amendments introduced a new definition of accounting estimates and explain how entities should distinguish changes in... policies. The effects on the consolidated financial statements are being assessed. |
| Amendments to IAS 12, Deferred Tax related to Assets and Liabilities arising from a Single Transaction (issued on 7 May 2021 and applicable for financial years beginning on or after 1 January 2023) | The amendment limits the exemption from the (initial) recognition of deferred tax in that it no longer applies to transactions... liability (e.g. leases and decommissioning obligations). In future, deferred tax assets and liabilities must be recognised for su... of deductible and taxable temporary differences arise. Application is not expected to have a material effect on the consolidated... |
| IFRS 17, Insurance Contracts (issued on 18 May 2017), including amendments to IFRS 17 (issued on 25 June 2020 and applicable for financial years beginning on or after 1 January 2023) | The standard will replace IFRS 4, Insurance Contracts, in future. It outlines the principles governing the recognition, measu... contracts. The objective of the standard is to ensure that the reporting entity provides relevant information that faithfully repr... on an entity's net assets, financial position, results of operations and cash flows. Application is not expected to have a mater... |
| Amendments to IFRS 17, First-Time Adoption of IFRS 17, and IFRS 9, Comparative Information (issued on 9 December 2021 and applicable for financial years beginning on or after 1 January 2023) | The narrow-scope amendment to IFRS 17 permits entities to apply an optional classification overlay, if certain conditions are... information on financial instruments for 2022. The amendment was issued because the initial application of IFRS 9 is not requi... IFRS 17. This can result in accounting mismatches for financial instruments. Application is not expected to have a material eff... |

(87 of 262), Page 87 of 262   Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 87 of 262
Case: 3:22-cv-07182-WHA   Document 39-1   Filed: 10/18/23   Page 397 of 1025

CONSOLIDATED FINANCIAL STATEMENTS   NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG                    Deutsche Post DHL Group –

**New accounting standards not yet adopted by the EU (endorsement procedure)**

The IASB and the IFRIC issued further standards, amendments to standards and interpretations in the 2022 financial year and in previous years whose application is not yet mandatory for the 2022 financial year. The application of these IFRSs is dependent on their adoption by the EU.

| Standard | Subject matter and significance |
|---|---|
| Amendments to IAS 1, Classification of Liabilities as Current or Non-current (issued on 23 January 2020 and applicable for financial years beginning on or after 1 January 2024) and Deferral of the Effective Date | The amendments to IAS 1 relate solely to the presentation of debt and other liabilities in the statement of financial position. non-current if the entity has a substantial right at the reporting date to defer settlement of the liability for at least 12 month is that such a substantial right exists; no intention to exercise that right is required. No material effects on the consolidated f date was deferred to 1 January 2024 due to the COVID-19 pandemic. |
| Amendments to IAS 1, Non-Current Liabilities with Covenants (issued on 31 October 2022 and applicable for financial years beginning on or after 1 January 2024) | The supplementary amendment to IAS 1 clarifies that, if the right to defer payment is subject to compliance with conditions these conditions do not affect the presentation as either current or non-current. Further information on liabilities classified a assessment. No material effects on the consolidated financial statements are expected. |
| Amendments to IFRS 16, Lease Liability in a Sale and Leaseback (issued on 22 September 2022 and applicable for financial years beginning on or after 1 January 2024) | This amendment adds provisions governing the subsequent measurement of a lease liability in the case of a sale-and-leaseb is to be measured so that no profit or loss on the right-of-use asset retained results from subsequent measurement. The eff being assessed. |

**6   Currency translation**

The financial statements of consolidated companies prepared in foreign currencies are translated into euros (€) in accordance with IAS 21 using the functional currency method. The functional currency of foreign companies is determined by the primary economic environment in which they mainly generate and use cash. Within the Group, the functional currency is predominantly the local currency. In the consolidated financial statements, assets and liabilities are therefore translated at the closing rates, whilst periodic income and expenses are generally translated at the monthly closing rates. The resulting currency translation differences are recognised in other comprehensive income. In the 2022 financial year, currency translation differences amounting to €153 million (previous year: €931 million) were recognised in other comprehensive income, see the ❯ **Statement of comprehensive income.**

Goodwill arising from business combinations after 1 January 2005 is treated as an asset of the acquired company and therefore carried in the functional currency of the acquired company.

(88 of 262), Page 88 of 262, Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 88 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 398 of 1025

CONSOLIDATED FINANCIAL STATEMENTS  NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG                Deutsche Post DHL Group –

The exchange rates for the currencies that are significant for the Group were as follows:

| | | Closing rates | | Average rates | |
|---|---|---|---|---|---|
| Currency | Country | 2021 1 EUR = | 2022 1 EUR = | 2021 1 EUR = | 2022 1 EUR = |
| AUD | Australia | 1.5622 | 1.5723 | 1.5781 | 1.5157 |
| CNY | China | 7.2024 | 7.3823 | 7.6120 | 7.0875 |
| GBP | United Kingdom | 0.8401 | 0.8866 | 0.8581 | 0.8549 |
| HKD | Hong Kong | 8.8351 | 8.3317 | 9.1859 | 8.2241 |
| INR | India | 84.2390 | 88.2947 | 87.3248 | 82.7138 |
| JPY | Japan | 130.4249 | 140.8789 | 130.3173 | 138.1186 |
| SEK | Sweden | 10.2528 | 11.1005 | 10.1551 | 10.6552 |
| USD | United States | 1.1328 | 1.0686 | 1.1816 | 1.0502 |

The carrying amounts of non-monetary assets recognised at significant consolidated companies operating in hyperinflationary economies are generally indexed in accordance with IAS 29 and thus reflect the current purchasing power at the reporting date. Turkey has met the criteria regarding a cumulative inflation rate of more than 100% over a period of three years since the beginning of 2022. As a result of the insignificant effects on the consolidated financial statements, it was decided also not to apply the principles of financial reporting in hyperinflationary economies for Turkish companies.

In accordance with IAS 21, receivables and liabilities in the financial statements of consolidated companies that have been prepared in local currencies are translated at the closing rate as at the reporting date. Currency translation differences are recognised in other operating income and expenses in the income statement. In the 2022 financial year, gains from sale-and-leaseback transactions came in at €696 million (previous year: €336 million) and expenses from currency translation

differences at €673 million (previous year: €321 million). In contrast, currency translation differences relating to net investments in a foreign operation are recognised in other comprehensive income.

### 7 Accounting policies

Uniform accounting policies are applied to the annual financial statements of the entities included in the consolidated financial statements. The consolidated financial statements are prepared under the historical cost convention, except for items that are required to be recognised at their fair value.

**Revenue and expense recognition**

Deutsche Post DHL Group's normal business operations consist of the provision of logistics services comprising express delivery, freight transport, supply chain management, e-commerce solutions and letter and parcel dispatch in Germany. All income relating to normal business operations is recognised as revenue

in the income statement [...] operating income.

Revenue is recog[...] vices transfers to the cu[...] ability to control the u[...] provided and generally [...] must be a contract with[...] amongst other things, t[...] taking into account the e[...] sponds to the transactio[...] be entitled. Variable con[...] price when it is highly p[...] amount of revenue rec[...] that the uncertainty ass[...] no longer exists. The G[...] where the period betw[...] and/or services to the c[...] exceeds one year. Acco[...] adjusted for the time va[...] gation, revenue is either[...] The obligation to perfor[...] and revenue is recognis[...]

The revenue gen[...] vices is recognised in th[...] was rendered.

Whenever third p[...] a service, a distinction [...] agent. If Deutsche Post[...] the gross amount of rev[...] the agent, the net amou[...] this specific service is li[...] be received. Deutsche P[...] when transport service[...]

Operating expens[...] the service is utilised o[...]

### Intangible assets

Intangible assets, which comprise internally generated and purchased intangible assets and purchased goodwill, are measured at amortised cost.

Internally generated intangible assets are recognised at cost if it is probable that their production will generate an inflow of future economic benefits and the costs can be reliably measured. In the Group, this concerns internally developed software. If the criteria for capitalisation are not met, the expenses are recognised immediately in income in the year in which they are incurred. In addition to direct costs, the production cost of internally developed software includes an appropriate share of allocable production overhead costs. Any borrowing costs incurred for qualifying assets are included in the production cost. Value added tax arising in conjunction with the acquisition or production of intangible assets is included in the cost to the extent that it cannot be deducted as input tax.

Intangible assets (excluding goodwill) are amortised using the straight-line method over their useful lives. Impairment losses are recognised in accordance with the principles described in the Impairment section. The useful lives of significant intangible assets are as follows:

#### Useful lives

| | Years[1] |
| --- | --- |
| Software | 5 to 15 |
| Licences | up to 5 |
| Customer relationships | up to 20 |

[1] The useful lives indicated represent maximum amounts specified by the Group. The actual useful lives may be shorter due to contractual arrangements or other specific factors such as time and location.

Intangible assets with uncertain useful lives are not amortised but are tested for impairment annually or whenever there are indications of impairment. This includes goodwill almost exclusively. Impairment testing is carried out in accordance with the principles described in the Impairment section.

### Property, plant and equipment

Property, plant and equipment is carried at cost, reduced by accumulated depreciation and valuation allowances. In addition to direct costs, production cost includes an appropriate share of allocable production overhead costs. Borrowing costs that can be allocated directly to the purchase, construction or manufacture of property, plant and equipment are capitalised. Value added tax arising in conjunction with the acquisition or production of items of property, plant or equipment is included in the cost to the extent that it cannot be deducted as input tax. Depreciation is charged using the straight-line method. The estimated useful lives applied to the major asset classes are presented in the table below:

#### Useful lives

| | Years[1] |
| --- | --- |
| Buildings | 20 to 50 |
| Technical equipment and machinery | 10 to 20 |
| Aircraft | 15 to 25 |
| IT equipment | 4 to 10 |
| Transport equipment and vehicle fleet | 5 to 20 |
| Other operating and office equipment | 7 to 10 |

[1] The useful lives indicated represent maximum amounts specified by the Group. The actual useful lives may be shorter due to contractual arrangements or other specific factors such as time and location.

If there are indications
be carried out; see the I

### Impairment losses

At each reporting date, t
property, plant and equ
reviewed for indication
indications, an impairm
determining the recove
comparing it with the c

In accordance wit
asset's fair value less c
value of the pre-tax fre
(the asset in future), wh
for the value in use is a
rent market conditions
determined for an ind
is determined for the s
which the asset in que
pendently generates ca
If the recoverable amo
ing amount, an impair
respect of the asset. If
value in use of the indi
carrying amount. If, aft
nised, a higher recover
or the CGU at a later da
a carrying amount that
The increased carrying
impairment loss is limi

(90 of 262), Page 90 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 90 of 262
Case 3:22-cv-07182-WHA Document 38-1 Filed 10/18/23 Page 900 of 1025
CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG
Deutsche Post DHL Group –

have been determined (net of amortisation or depreciation) if no impairment loss had been recognised in the past. The reversal of the impairment loss is recognised in the income statement. Impairment losses recognised in respect of goodwill may not be reversed. Since January 2005, goodwill has been accounted for using the impairment-only approach in accordance with IFRS 3. This stipulates that goodwill must be subsequently measured at cost, less any cumulative adjustments from impairment losses. Purchased goodwill is therefore no longer amortised and instead is tested for impairment annually in accordance with IAS 36, regardless of whether any indication of possible impairment exists, as in the case of intangible assets with an indefinite useful life. In addition, the obligation remains to conduct an impairment test if there is any indication of impairment. Goodwill resulting from company acquisitions is allocated to the CGUs or groups of CGUs that are expected to benefit from the synergies of the acquisition. These groups represent the lowest reporting level at which the goodwill is monitored for internal management purposes. The carrying amount of a CGU to which goodwill has been allocated is tested for impairment annually and whenever there is an indication that the unit may be impaired. Where impairment losses are recognised in connection with a CGU to which the goodwill has been allocated, the existing carrying amount of the goodwill is reduced first. If the amount of the impairment loss exceeds the carrying amount of the goodwill, the difference is allocated to the remaining non-current assets in the CGU.

### Leases

A lease is a contract in which the right to use an asset (the leased asset) is granted for an agreed-upon period in return for compensation.

### Lessee

In accordance with IFRS 16, the Group as lessee has recognised at present value assets for the right of use received and liabilities for the payment obligations entered into for all leases in the balance sheet. Lease liabilities include the following lease payments:

- fixed payments, less lease incentives offered by the lessor;
- variable payments linked to an index or interest rate;
- expected residual payments from residual-value guarantees;
- the exercise price of call options when exercise is estimated to be sufficiently likely; and
- contractual penalties for the termination of a lease if the lease term reflects the exercise of a termination option.

Lease payments are discounted at the interest rate implicit in the lease to the extent that this can be determined. Otherwise, they are discounted at the incremental borrowing rate of the respective lessee.

Right-of-use assets are measured at cost, which comprises the following:

- lease liability;
- lease payments made at or prior to delivery, less lease incentives received;
- initial direct costs; and
- restoration obligations.

Right-of-use assets are subsequently measured at amortised cost. They are depreciated over the term of the lease using the straight-line method.

The Group makes use of the relief options provided for leases of low-value assets and short-term leases (shorter than twelve months) and expenses the payments in the income statement using the straight-line method. Additionally, the requirements do not apply to leases of intangible assets. The

Group also exercises th[...] ing both lease and non-[...] components, except in t[...] In addition, under IFRS [...] nal management – are [...] in segment reporting.

Extension and te[...] leases, particularly for [...] the Group the greatest [...] determining lease term[...] economic incentives for [...] cising termination optio[...] to the exercise or non-e[...] determining the lease te[...]

### Lessor

For operating leases, th[...] tised cost as an asset un[...] it is the lessor. The lease[...] ognised under other op[...] to ordinary business ac[...]

Where the Group [...] nises the assets as leas[...] investment in the balan[...] in customer contracts a[...] lessor.

### Investments accounte[...]

Investments accounted [...] ciates and joint venture[...] method in accordance w[...] Joint Ventures. Based o[...]

purchase of the investments, the carrying amount of the investment is increased or reduced annually to reflect the share of earnings, dividends distributed and other changes in the equity of the associates and joint ventures attributable to the investments of Deutsche Post AG or its consolidated subsidiaries. An impairment loss is recognised on investments accounted for using the equity method, including the goodwill in the carrying amount of the investment, if the recoverable amount falls below the carrying amount. Gains and losses from the disposal of investments accounted for using the equity method are recognised in other operating income or other operating expenses. Impairment losses and their reversal are recognised in net income/loss from investments accounted for using the equity method.

### Financial instruments

A financial instrument is any contract that gives rise to a financial asset of one entity and a financial liability or equity instrument of another entity. Financial assets include in particular cash and cash equivalents, trade receivables, originated loans and receivables, and derivative financial assets. Financial liabilities include contractual obligations to deliver cash or another financial asset to another entity. These mainly comprise trade payables, liabilities to banks, liabilities arising from bonds and leases, and derivative financial liabilities.

### Measurement

The Group measures financial assets at fair value plus the transaction costs directly attributable to the acquisition of these assets on initial recognition if they are not subsequently measured at fair value through profit or loss. The transaction costs of assets measured at fair value through profit or loss are recognised as expenses. For financial liabilities measured according to the fair value option, the part of the change in fair value resulting from

changes in the Group's own credit risk is recognised in other comprehensive income rather than in the income statement.

### Classification

Financial assets are classified in the measurement categories below. The classification of debt instruments depends on the business model used to manage the financial assets and their contractual cash flows.

### DEBT INSTRUMENTS AT AMORTISED COST

Debt instruments that are assigned to the "hold to collect contractual cash flows" business model and whose cash flows exclusively comprise interest and principal are measured and recognised at amortised cost. Interest income from these financial assets is reported in financial income using the effective interest method.

### DEBT INSTRUMENTS AT FAIR VALUE THROUGH OTHER COMPREHENSIVE INCOME (FVOCI)

Debt instruments assigned to the "hold to collect and sell" business model must be measured and recognised at fair value. Gains and losses from fair value measurement are recognised in other comprehensive income. Cumulative gains and losses are reclassified to the income statement when the financial asset is derecognised.

### DEBT INSTRUMENTS, DERIVATIVES AND EQUITY INSTRUMENTS AT FAIR VALUE THROUGH PROFIT OR LOSS (FVTPL)

Debt instruments, derivatives and equity instruments acquired to maximise their cash flows by selling them in the short to medium term are assigned to the "sell" business model. They are measured at fair value. The resulting measurement gains and losses are reported in the income statement.

### EQUITY INSTRUMENTS O

Most of the equity ins
strategic reasons as as
gory. They are measure
in the fair value of thes
other comprehensive i
are not reclassified to
such instruments are r
statement.

### Impairment losses

The Group makes a forv
credit losses associat
ed-credit-loss model).

Expected credit lo
an estimate of credit los
instrument, weighted fo
is the difference betwee
the Group is entitled an
The expected credit los
ing of payments. Accor
Group expects paymen
contractually agreed da

The Group disting
assets, both of which ar
ables and contract asset
measured at amortised
alents are also subject t
the impairment loss ide

ECL is generally n
in exceptional cases, suc
credit risk characteristi
level. The Standard stip

(92 of 262), Page 92 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 92 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 902 of 1025

CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG    Deutsche Post DHL Group –

to determining credit loss for this process. This does not include trade receivables and contract assets.

In accordance with the three-stage model, debt instruments measured at amortised cost are initially recognised in Stage 1. The expected loss is equal to the loss that may occur due to possible default events in the 12 months following the reporting date. Financial assets that have experienced a significant increase in counterparty credit risk since initial recognition are transferred from Stage 1 to Stage 2. A significant increase includes situations in which debtors are no longer able to meet their payment obligations at short notice or when it appears that the debtor has experienced an actual or expected deterioration in business performance. The credit risk can then be measured using the probability of default (PD) over the instrument's lifetime (lifetime PD). The impairment loss is equivalent to the loss that may occur due to possible default events during the remaining term of the financial asset. Assets must be transferred from Stage 1 to Stage 2 when the contractual payments are more than 30 days past due. If there is objective evidence that a financial asset is impaired, it must be transferred to Stage 3. In cases where payments are more than 90 days past due, there is reason to believe that the debtor is experiencing significant financial difficulties. This constitutes objective evidence of a credit loss. The financial asset must therefore be transferred to Stage 3.

All debt instruments measured at amortised cost are considered to be at low risk of default. The impairment loss recognised in the period was therefore limited to the 12-month expected credit loss. Management considers listed bonds to meet the criteria for a low risk of default when they have been assigned an investment-grade rating by at least one major rating agency. Other instruments qualify for the low-default-risk category if the risk of non-performance is low and the debtor is at all times in a position to meet contractual payment obligations at short notice.

Trade receivables and contract assets are generally short term in nature and contain no significant financing components. According to the simplified impairment approach in IFRS 9, a loss allowance in an amount equal to the lifetime expected credit losses must be recognised for all instruments, regardless of their credit quality. The Group calculates the expected loss using impairment tables for the individual divisions. The loss estimate, documented by way of loss rates, encompasses all of the available information, including historical data, current economic conditions and reliable forecasts of future economic conditions (macroeconomic factors).

Impairment losses on trade receivables and contract assets are offset against gains on the reversal of impairment losses.

Further details are presented in ❷ **Note 43.**

### Derivatives and hedges

The Group began to apply the IFRS 9 hedge accounting requirements as at 1 January 2020. Derivative hedging instruments are used to minimise variations in earnings due to payments in foreign currencies and variable-rate borrowing. The gains and losses from the underlying and hedging transactions are recognised simultaneously in profit or loss (hedge accounting). Depending on the type of risk, the Group uses fair value hedges and cash flow hedges.

A fair value hedge hedges the fair value of recognised assets and liabilities. Changes in the fair value of both the derivatives and the hedged item are recognised in profit or loss simultaneously.

A cash flow hedge hedges the fluctuations in future cash flows from recognised assets and liabilities (in the case of interest rate risks), highly probable forecast transactions as well as unrecognised firm commitments that entail a currency risk. The effective portion of a cash flow hedge is recognised in the

hedging reserve in equ... changes in the fair value... nised directly in income... hedging transactions a... then reclassified to pro... cial asset acquired or f... or loss. If a hedge of a... in the recognition of a... recognised directly in e... amount of the asset (ba...

Net investment he... same way as cash flow... tive portion of the hedg... income, whilst the gain... tion is recognised direc... losses recognised in oth... until the disposal or pa...

### Recognition and derec...

Regular-way purchase... nised at the settlement... in particular. A financia... to receive the cash flo... been transferred, and t... risks and opportunitie... derecognised if the pa... have expired.

### Offsetting

Financial assets and lia... agreements (master n... an enforceable right of... intended as at the repo...

If the right of offset is not enforceable in the normal course of business, the financial assets and liabilities are recognised in the balance sheet at their gross amounts as at the reporting date. The master netting arrangement then creates only a conditional right of offset.

### Investment property

In accordance with IAS 40, investment property is property held to earn rentals or for capital appreciation or both, rather than for use in the supply of services, for administrative purposes or for sale in the normal course of the company's business. It is measured in accordance with the cost model. Depreciable investment property is depreciated over a period of between 20 and 50 years using the straight-line method. The fair value is determined on the basis of expert opinions. Impairment losses are recognised in accordance with the principles described in the Impairment section.

### Inventories

Inventories are assets that are held for sale in the ordinary course of business, are in the process of production or are consumed in the production process or in the rendering of services. They are measured at the lower of cost or net realisable value. Valuation allowances are charged for obsolete inventories and slow-moving goods.

### Government grants

In accordance with IAS 20, government grants are recognised at their fair value only when there is reasonable assurance that the conditions attached to them will be complied with and that the grants will be received. The grants are reported in the income statement and are generally recognised as income over the periods in which the costs they are intended to compensate for are

incurred. Where the grants relate to the purchase or production of assets, they are reported as deferred income and recognised in the income statement over the useful lives of the assets. Such deferred income is presented in other operating income.

### Assets held for sale and liabilities associated with assets held for sale

Assets held for sale are assets available for sale in their present condition and whose sale is highly probable. The sale must be expected to qualify for recognition as a completed sale within one year of the date of classification. Assets held for sale may consist of individual non-current assets, groups of assets (disposal groups), components of an entity or a subsidiary acquired exclusively for resale (discontinued operations). Liabilities intended to be disposed of together with the assets in a single transaction form part of the disposal group or discontinued operation and are also reported separately as liabilities associated with assets held for sale. Assets held for sale are no longer depreciated or amortised, but are recognised at the lower of their fair value less costs to sell and the carrying amount. Gains and losses arising from the remeasurement of individual non-current assets or disposal groups classified as held for sale are reported in profit or loss from continuing operations until the final date of disposal. Gains and losses arising from the measurement at fair value less costs to sell of discontinued operations classified as held for sale are reported in profit or loss from discontinued operations. This also applies to the profit or loss from operations and the gain or loss on disposal of these components of an entity.

### Cash and cash equivalents

Cash and cash equivalents comprise cash, demand deposits and other short-term liquid financial assets with an original maturity

of up to three months; t
Overdraft facilities use
amounts due to banks.

### Non-controlling intere

Non-controlling interes
ests in the equity of sub
rying amount. If an int
shareholders without
ship, this is presented a
between the proportion
other shareholders and
comprehensive income.
by the proportionate ne
proportionate net asset

### Share-based payment

Equity-settled share-ba
at fair value at the gran
recognised in staff costs
equity-settled share-ba
using internationally re

Cash-settled, sha
rights, SARs) are meas
model in accordance w
are measured on each r
The amount determine
probably be exercised
staff costs, to reflect t
during the vesting per
ognised for the same a
price movements occur
as other finance costs i

### Retirement benefit plans

There are arrangements (plans) in many countries under which the Group grants post-employment benefits to its employees. These benefits include pensions, lump-sum payments on retirement and other post-employment benefits and are referred to in these disclosures as retirement benefits, pensions and similar benefits, or pensions. A distinction must be made between defined benefit and defined contribution plans.

#### THE GROUP'S DEFINED BENEFIT RETIREMENT PLANS

Defined benefit obligations are measured using the projected unit credit method prescribed by IAS 19. This involves making certain actuarial assumptions. Most of the defined benefit retirement plans are at least partly funded via external plan assets. The remaining net liabilities are funded by provisions for pensions and similar obligations; net assets are presented separately as pension assets. Where necessary, an asset ceiling must be applied when recognising pension assets. With regard to the cost components, the service cost is recognised in staff costs, net interest cost in net finance costs and the remeasurements outside the income statement in other comprehensive income. Any rights to reimbursement are reported separately in financial assets.

#### DEFINED CONTRIBUTION RETIREMENT PLANS FOR CIVIL SERVANT EMPLOYEES IN GERMANY

In accordance with statutory provisions, Deutsche Post AG pays contributions for civil servants employees in Germany to retirement plans which are defined contribution retirement plans for the company. These contributions are recognised in staff costs.

Under the provisions of the *Gesetz zum Personalrecht der Beschäftigten der früheren Deutschen Bundespost* (PostPersRG – Former *Deutsche Bundespost* Employees Act), Deutsche Post AG provides retirement benefits and assistance benefits through the *Postbeamtenversorgungskasse* (PVK – Postal civil servant pension fund) at the *Bundesanstalt für Post und Telekommunikation* (BAnst PT – German federal post and telecommunications agency) to retired employees or their surviving dependants who are entitled to benefits on the basis of a civil service appointment. The amount of Deutsche Post AG's payment obligations is governed by Section 16 PostPersRG. This act obliges Deutsche Post AG to pay into the PVK an annual contribution of 33% of the gross compensation of its active civil servants and the notional gross compensation of civil servants on leave of absence who are eligible for a pension.

Under Section 16 PostPersRG, the federal government makes good the difference between the current payment obligations of the PVK on the one hand, and the funding companies' current contributions or other return on assets on the other, and guarantees that the PVK is able at all times to meet the obligations it has assumed in respect of its funding companies. Insofar as the federal government makes payments to the PVK under the terms of this guarantee, it cannot claim reimbursement from Deutsche Post AG.

#### DEFINED CONTRIBUTION RETIREMENT PLANS FOR THE GROUP'S HOURLY WORKERS AND SALARIED EMPLOYEES

Defined contribution retirement plans are in place for the Group's hourly workers and salaried employees, particularly in the United Kingdom, the United States and the Netherlands. The contributions to these plans are also reported in staff costs.

This also includes contributions to certain multi-employer plans which are basically defined benefit plans, especially in the United States and the Netherlands. However, the relevant institutions do not provide the participating companies with sufficient information to use defined benefit accounting. The plans are therefore accounted for as if they were defined contribution plans.

Regarding these [...] contributions are made [...] the employer and the [...] pension fund. There is [...] beyond the bargained [...] withdrawal meeting sp[...] a liability for other enti[...] law. The expected emp[...] are €77 million (actual [...] period: €81 million, in [...] the plans in which Deu[...] underfunded accordin[...] No information is avai[...] any change from the c[...] tive agreements. Deuts[...] a significant level to any[...] exception of one fund w[...] employer in terms of c[...]

Contribution rate[...] plan in the Netherland[...] agement body of the p[...] central bank of the Net[...] contribution rates are th[...] involved. There is no lia[...] beyond the contributio[...] obligations not met by [...] funding ultimately res[...] and/or no indexation [...] contributions to the f[...] employer contributions [...] the previous year: €28[...] coverage degree of plan[...] of approximately 105%

the fund. Deutsche Post DHL Group does not represent a significant portion of the fund in terms of contributions.

### Other provisions

Other provisions are recognised for all legal or constructive obligations to third parties existing at the reporting date that have arisen as a result of past events, that are expected to result in an outflow of future economic benefits and whose amount can be measured reliably. They represent uncertain obligations that are carried at the best estimate of the expenditure required to settle the obligation. Provisions with more than one year to maturity are discounted at market rates of interest that reflect the region and time to settlement of the obligation. The discount rates used in the financial year were between −0.00% and 10.75% (previous year: −0.30% to 10.00%). The effects arising from changes in interest rates are recognised in net financial income/net finance cost.

Provisions for restructurings are only established in accordance with the aforementioned criteria for recognition if a detailed, formal restructuring plan has been drawn up and communicated to those affected.

The technical reserves (insurance) consist mainly of outstanding loss reserves and IBNR (incurred but not reported claims) reserves. Outstanding loss reserves represent estimates of obligations in respect of actual claims or known incidents expected to give rise to claims, which have been reported to the company but which have yet to be finalised and presented for payment. Outstanding loss reserves are based on individual claim valuations carried out by the company or its ceding insurers. IBNR reserves represent estimates of obligations in respect of incidents taking place on or before the reporting date that have not been reported to the company. Such reserves also include provisions for potential errors in settling outstanding

loss reserves. The company carries out its own assessment of ultimate loss liabilities using actuarial methods and also commissions an independent actuarial study of these each year in order to verify the reasonableness of its estimates.

### Financial liabilities

Financial liabilities are carried at fair value less transaction costs on initial recognition. The price determined in an efficient and liquid market or a fair value determined using the treasury risk management system deployed within the Group is taken as the fair value. Financial liabilities are measured at amortised cost in subsequent periods. Any differences between the amount received and the amount repayable are recognised in the income statement over the term of the loan using the effective interest method.

Disclosures on financial liabilities under leases can be found in the Leases section.

### CONVERTIBLE BOND ON DEUTSCHE POST AG SHARES

The convertible bond on Deutsche Post AG shares is split into an equity and a debt component, in line with the contractual arrangements. The debt component, less the transaction costs, is reported under financial liabilities (bonds), with interest added back up to the issue amount over the term of the bond using the effective interest method (unwinding of the discount). The value of the call option, which allows Deutsche Post AG to redeem the bond early if a specified share price is reached, is attributed to the debt component in accordance with IAS 32.31. The conversion right is classified as an equity derivative and is reported in capital reserves. The carrying amount is calculated by assigning to the conversion right the residual value that results from deducting the amount calculated separately for the debt component from the fair value of the instrument as a whole. The transaction costs are deducted on a proportionate basis.

### Liabilities

Trade payables and othe
Most of the trade payab
The fair value of the liab
carrying amount.

### Deferred taxes

In accordance with IAS
temporary differences
IFRS financial statemer
entities. Deferred tax a
which arise from the ex
loss carryforwards and
erability of the tax redu
each entity's earnings p
Group projections and
The planning horizon is

In compliance with
tax assets or liabilities
ferences between the ta
statements and in the t
the differences arose
assets or liabilities are
resulting from initial di
Deutsche Post AG as at

In accordance wit
ties are calculated usin
ual countries at the rep
when the deferred tax
tax rate applied to Ger
30.5%. It comprises the
surcharge, as well as a r
as the average of the dif

Group companies use their individual income tax rates to calculate deferred tax items. The income tax rates applied for foreign companies amount to up to 38% (previous year: 38%).

### Income taxes

Income tax assets and liabilities are recognised when they are probable. They are measured at the amounts for which repayments from, or payments to, the tax authorities are expected to be received or made. If uncertain tax items are recognised because they are probable, they are measured at their most likely amount. Tax-related fines are recognised in income taxes if they are included in the calculation of income tax liabilities, due to their inclusion in the tax base and/or tax rate. All income tax assets and liabilities are current and have maturities of less than one year.

### Contingent liabilities

Contingent liabilities represent possible obligations whose existence will be confirmed only by the occurrence, or non-occurrence, of one or more uncertain future events not wholly within the control of the enterprise. Contingent liabilities also include certain obligations that will probably not lead to an outflow of resources embodying economic benefits, or where the amount of the outflow of resources embodying economic benefits cannot be measured with sufficient reliability. In accordance with IAS 37, contingent liabilities are not recognised in the balance sheet.

### 8 Exercise of judgement in applying the accounting policies

The preparation of IFRS-compliant consolidated financial statements requires the exercise of judgement by management. All estimates are reassessed on an ongoing basis and are based on historical experience and expectations with regard to future events that appear reasonable under the given circumstances.

For example, this applies to assets held for sale. In this case, management must determine whether the assets are available for sale in their present condition and whether their sale is highly probable. If that is the case, the assets and associated liabilities must be measured and recognised as assets held for sale or liabilities associated with assets held for sale.

### Estimates and assessments made by management

The preparation of the consolidated financial statements in accordance with IFRSs requires management to make certain assumptions and estimates that may affect the amounts of the assets and liabilities included in the balance sheet, the amounts of income and expenses, and the disclosures relating to contingent liabilities. Examples of the main areas where assumptions, estimates and the exercise of management judgement occur are the recognition of provisions for pensions and similar obligations, the calculation of discounted cash flows for impairment testing and purchase price allocations, taxes and legal proceedings. Disclosures regarding the assumptions made in connection with the Group's defined benefit retirement plans can be found in ● Note 37.

The Group has operating activities around the globe and is subject to local tax laws. Management can exercise judgement when calculating the amounts of current and deferred taxes in the relevant countries. Although management believes that it has made a reasonable estimate relating to tax matters that are inherently uncertain, there can be no guarantee that the actual outcome of these uncertain tax matters will correspond exactly to the original estimate made. Any difference between actual events and the estimate made could have an effect on tax liabilities and deferred taxes in the period in which the matter is finally decided. The amount recognised for deferred tax assets could be reduced if the estimates of planned taxable income or

changes to current tax
tax benefits can be real

Goodwill is regula
as a consequence of bus
is initially recognised i
all identifiable assets,
measured at their fair
the important estimate
fair values of these ass
tion. Land, buildings an
by independent expert
active market are reco
intangible assets are id
their measurement can
ent external expert val
asset and the complexi
The independent exper
priate valuation technic
cash flows. In addition
ment of future cash flow
affected by the discoun

Impairment testin
about the future. The G
also whenever there ar
impaired. The recovera
culated. This amount is
and value in use. Determ
and estimates to be ma
flows and the discoun
believes that the assur
lating the recoverable a
seeable changes in the
EBIT margin, an increas

long-term growth rate – could result in an impairment loss that could negatively affect the Group's net assets, financial position and results of operations.

Pending legal proceedings in which the Group is involved are disclosed in ❯ Note 45. The outcome of these proceedings could have a significant effect on the net assets, financial position and results of operations of the Group. Management regularly analyses the information currently available about these proceedings and recognises provisions for probable obligations including estimated legal costs. Internal and external legal advisors participate in making this assessment. In deciding on the necessity for a provision, management takes into account the probability of an unfavourable outcome and whether the amount of the obligation can be estimated with sufficient reliability. The fact that an action has been launched or a claim asserted against the Group, or that a legal dispute has been disclosed in the notes, does not necessarily mean that a provision is recognised for the associated risk.

It is possible that climate change will give rise to uncertainties and risks for the net assets, financial position and results of operations of the Group. Increased restrictions imposed by law to combat climate change are expected in the coming years, including limits on air transport or access to city centres. In certain cases this may also affect our existing business models and our ability to operate optimally. Moreover, Deutsche Post DHL Group considers itself to be exposed to an increasingly complex and uncertain macroeconomic and geopolitical environment. This includes potential increases in fuel, energy and gas prices, which can be at least partially compensated for or passed on to customers through strict cost management and the established levers such as price increases and price surcharge mechanisms. In addition, strong volatility is still expected on the goods and financial markets and in exchange rates, driven by rising interest

and inflation rates. Moreover, the risk of a potential decline in global economic growth, which could lead to an increased number of customer bankruptcies, can be observed.

All assumptions and estimates are based on the circumstances prevailing and assessments made at the reporting date. For the purpose of estimating the future development of the business, a realistic assessment was also made at that date of the economic environment likely to apply in the future to the different sectors and regions in which the Group operates. In the event of developments in these economic parameters that diverge from the assumptions made, the actual amounts may differ from the estimated amounts. In such cases, the assumptions made and, where necessary, the carrying amounts of the relevant assets and liabilities are adjusted accordingly.

At the date of preparation of the consolidated financial statements, there is no indication that any significant change in the assumptions and estimates made will be required, so that on the basis of the information currently available it is not expected that there will be significant adjustments in the 2023 financial year to the carrying amounts of the assets and liabilities recognised in the financial statements.

## 9  Consolidation methods

The consolidated financial statements are based on the IFRS financial statements of Deutsche Post AG and the subsidiaries, joint operations and investments accounted for using the equity method included in the consolidated financial statements and prepared in accordance with uniform accounting policies as at 31 December 2022.

Acquisition accounting for subsidiaries included in the consolidated financial statements uses the purchase method of accounting. The cost of the acquisition corresponds to the fair value of the assets given up, the equity instruments issued and

the liabilities assumed a[...]
costs are recognised as [...]
recognised at fair value [...]

The assets and lia[...]
of joint operations are [...]
statements in proportio[...]
in accordance with IFR[...]
share of the assets an[...]
measurement of goodw[...]
the consolidation of sub[...]

In accordance wit[...]
which the parent can ex[...]
are accounted for in ac[...]
the purchase method of [...]
under investments acco[...]

In the case of ste[...]
ously held is remeasure[...]
sition date, and the res[...]
income statement.

Intra-Group reven[...]
as well as receivables, li[...]
nies that are consolida[...]
eliminated. Intercompa[...]
deliveries and services [...]
eliminated. Unrealised [...]
tions with investments [...]
are eliminated on a pro[...]

## Segment reporting disclosures

**10   Segment reporting**

### Segments by division

€m

| 1 January to 31 December | Express 2021 | Express 2022 | Global Forwarding, Freight 2021 | Global Forwarding, Freight 2022 | Supply Chain 2021 | Supply Chain 2022 | eCommerce Solutions 2021 | eCommerce Solutions 2022 | Post & Parcel Germany 2021 | Post & Parcel Germany 2022 | Group Functions 2021 | Group Functions 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| External revenue | 23,704 | 26,986 | 21,553 | 28,770 | 13,760 | 16,333 | 5,792 | 6,004 | 16,895 | 16,309 | 44 | 35 |
| Internal revenue | 513 | 606 | 1,280 | 1,442 | 104 | 98 | 136 | 138 | 550 | 470 | 1,750 | 1,846 |
| Total revenue | 24,217 | 27,592 | 22,833 | 30,212 | 13,864 | 16,431 | 5,928 | 6,142 | 17,445 | 16,779 | 1,794 | 1,881 |
| Profit/loss from operating activities (EBIT) | 4,220 | 4,025 | 1,303 | 2,311 | 705 | 893 | 417 | 389 | 1,747 | 1,271 | −413 | −451 |
| of which: net income from investments accounted for using the equity method | −2 | 3 | −1 | −3 | 2 | −4 | 0 | 0 | 0 | 0 | 33 | −35 |
| Segment assets | 18,806 | 20,748 | 11,536 | 13,158 | 8,386 | 10,063 | 2,212 | 2,593 | 6,902 | 7,727 | 5,645 | 5,795 |
| of which: investments accounted for using the equity method | 6 | 8 | 20 | 19 | 15 | 9 | 0 | 0 | 0 | 0 | 71 | 40 |
| Segment liabilities | 5,233 | 5,437 | 5,012 | 5,157 | 3,505 | 4,003 | 876 | 896 | 2,631 | 2,673 | 1,718 | 1,772 |
| Net segment assets | 13,573 | 15,311 | 6,524 | 8,001 | 4,881 | 6,060 | 1,336 | 1,697 | 4,271 | 5,054 | 3,927 | 4,023 |
| Capex (assets acquired) | 1,707 | 1,528 | 132 | 159 | 483 | 504 | 245 | 431 | 883 | 1,043 | 445 | 459 |
| Capex (right-of-use assets) | 1,246 | 1,860 | 215 | 281 | 667 | 900 | 178 | 135 | 14 | 27 | 760 | 536 |
| Total capex | 2,953 | 3,388 | 347 | 440 | 1,150 | 1,404 | 423 | 566 | 897 | 1,070 | 1,205 | 995 |
| Depreciation and amortisation | 1,511 | 1,666 | 245 | 311 | 756 | 848 | 179 | 198 | 334 | 354 | 744 | 753 |
| Impairment losses | 0 | 24 | 0 | 7 | 0 | 11 | 0 | 0 | 0 | 0 | 0 | 5 |
| Total depreciation, amortisation and impairment losses | 1,511 | 1,690 | 245 | 318 | 756 | 859 | 179 | 198 | 334 | 354 | 744 | 758 |
| Other non-cash income (−) and expenses (+) | 524 | 386 | 158 | 215 | 245 | 270 | 5 | 24 | 302 | 263 | 51 | 107 |
| Employees² | 108,896 | 113,735 | 42,348 | 46,718 | 167,666 | 178,585 | 32,099 | 31,715 | 164,429 | 158,770 | 12,641 | 13,393 |

¹ Including rounding.   ² Average FTEs.

### Information about geographical regions

€m

| 1 January to 31 December | Germany 2021 | Germany 2022 | Europe (excluding Germany) 2021 | Europe (excluding Germany) 2022 | Americas 2021 | Americas 2022 | Asia Pacific 2021 | Asia Pacific 2022 |
|---|---|---|---|---|---|---|---|---|
| External revenue | 21,554 | 21,870 | 23,740 | 27,704 | 17,487 | 22,318 | 15,736 | 18,383 |
| Non-current assets | 11,043 | 12,485 | 11,308 | 13,061 | 8,943 | 10,781 | 5,213 | 5,985 |
| Capex | 2,347 | 2,392 | 1,746 | 1,932 | 2,085 | 2,321 | 606 | 1,023 |

## 10.1 Segment reporting disclosures

Deutsche Post DHL Group reports five operating segments for the 2022 financial year; these are managed independently by the responsible segment management bodies in line with the products and services offered and the brands, distribution channels and customer profiles involved. Components of the entity are defined as a segment on the basis of the existence of segment managers with bottom-line responsibility who report directly to Deutsche Post DHL Group's top management.

External revenue is the revenue generated by the divisions from non-Group third parties. Internal revenue is revenue generated with other divisions. If comparable external market prices exist for services or products offered internally within the Group, these market prices or market-oriented prices are used as transfer prices (arm's-length principle). The transfer prices for services for which no external market exists are generally based on incremental costs.

The expenses for services provided in the IT service centres are allocated to the divisions by their origin. The additional costs resulting from Deutsche Post AG's universal postal service obligation (nationwide retail outlet network, delivery every working day), and from its obligation to assume the remuneration structure as the legal successor to Deutsche Bundespost, are allocated to the Post & Parcel Germany division.

In keeping with internal reporting, capital expenditure (capex) is disclosed. Additions to intangible assets net of goodwill and to property, plant and equipment, including right-of-use assets, are reported in the capex figure. Depreciation, amortisation and impairment losses relate to the segment assets allocated to the individual divisions. Other non-cash income and expenses relate primarily to expenses from the recognition of provisions.

The profitability of the Group's operating divisions is measured as profit from operating activities (EBIT).

## 10.2 Segments by division

Reflecting the Group's predominant organisational structure, the primary reporting format is based on the divisions. The Group distinguishes between the following divisions:

### Express

The Express division offers time-definite courier and express services to business and private customers. The division comprises the Europe, Middle East and Africa, Americas and Asia Pacific regions.

### Global Forwarding, Freight

The Global Forwarding, Freight division comprises international air, ocean and overland freight forwarding services. The division's business units are Global Forwarding and Freight.

### Supply Chain

The Supply Chain division delivers customised supply chain solutions to its customers based on globally standardised modular services including warehousing, transport and value-added services. The division comprises the Europe, Middle East and Africa, Americas and Asia Pacific regions.

### eCommerce Solutions

The eCommerce Solutions division is home to the Group's international parcel delivery business. The core business activities are domestic parcel delivery in selected countries in Europe, the United States and Asia and non-TDI cross-border services.

### Post & Parcel Germany

The Post & Parcel Germany division transports, sorts and delivers documents and goods in and outside of Germany. Its business units are called Post Germany, Parcel Germany and International.

In addition to the repo[...] reporting comprises th[...]

### Group Functions

Group Functions inclu[...] Services (GBS) and Cus[...] profit/loss generated b[...] ments, whilst its assets[...] metrical allocation).

### Consolidation

The data for the divisio[...] interdivisional transact[...] sions are eliminated in [...]

## 10.3 Information abou[...]

The main geographica[...] are Germany, Europe ([...] Pacific and Middle East[...] assets and capex are dis[...] and capex are allocated [...] the domicile of the rep[...] prise intangible assets,[...] non-current assets (exc[...]

## 10.4 Reconciliation of[...] amounts

The following table show[...] Group's total assets to [...] ponents, income tax ass[...] alents and other asset [...]

(100 of 262), Page 100 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 100 of 262
Case 3:22-cv-07182-WHA Document 38-1 Filed 10/18/23 Page 910 of 1025

CONSOLIDATED FINANCIAL STATEMENTS — NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG     Deutsche Post DHL Group –

### Reconciliation to segment assets

€m

| | 2021 | 2022 |
|---|---|---|
| Total equity and liabilities | 63,592 | 68,278 |
| Investment property | −48 | −22 |
| Non-current financial assets | −1,006 | −1,040 |
| Other non-current assets | −421 | −355 |
| Deferred tax assets | −1,943 | −1,440 |
| Income tax assets | −230 | −283 |
| Receivables and other current assets | −9 | −15 |
| Current financial assets | −2,989 | −1,313 |
| Cash and cash equivalents | −3,531 | −3,790 |
| **Segment assets** | **53,415** | **60,020** |
| of which Group Functions | 5,645 | 5,795 |
| total for reported segments | 47,842 | 54,289 |
| Consolidation[1] | −72 | −64 |

[1] Including rounding.

The following table shows the reconciliation of Deutsche Post DHL Group's total liabilities to the segment liabilities. Components of the provisions and liabilities as well as income tax liabilities and deferred taxes are deducted.

### Reconciliation to segment liabilities

€m

| | 2021 | 2022 |
|---|---|---|
| Total equity and liabilities | 63,592 | 68,278 |
| Equity | −19,499 | −23,703 |
| **Consolidated liabilities** | **44,093** | **44,575** |
| Non-current provisions and liabilities | −21,513 | −20,402 |
| Current provisions and liabilities | −3,658 | −4,290 |
| **Segment liabilities** | **18,922** | **19,883** |
| of which Group Functions | 1,718 | 1,772 |
| total for reported segments | 17,257 | 18,166 |
| Consolidation | −53 | −55 |

The following table shows the reconciliation of the segment amounts to the income statement:

### Reconciliation to the income statement

€m

| | Total for reported segments | | Group Functions | | Reconc |
|---|---|---|---|---|---|
| | 2021 | 2022 | 2021 | 2022 | 20 |
| External revenue | 81,704 | 94,402 | 44 | 35 | |
| Internal revenue | 2,583 | 2,754 | 1,750 | 1,846 | −4,3 |
| **Total revenue** | **84,287** | **97,156** | **1,794** | **1,881** | **−4,3** |
| Other operating income | 2,236 | 2,836 | 1,607 | 1,856 | −1,5 |
| Changes in inventories and work performed and capitalised | 214 | 386 | 134 | 125 | |
| Materials expense | −46,955 | −56,768 | −1,325 | −1,436 | 4,3 |
| Staff costs | −22,778 | −24,860 | −1,112 | −1,182 | |
| Depreciation, amortisation and impairment losses | −3,025 | −3,419 | −744 | −758 | |
| Other operating expenses | −5,586 | −6,438 | −800 | −902 | 1,4 |
| Net expenses/income from investments accounted for using the equity method | −1 | −4 | 33 | −35 | |
| **Profit/loss from operating activities (EBIT)** | **8,392** | **8,889** | **−413** | **−451** | |
| Net finance costs | | | | | |
| **Profit before income taxes** | | | | | |
| Income taxes | | | | | |
| **Consolidated net profit for the period** | | | | | |
| of which attributable to | | | | | |
| Deutsche Post AG shareholders | | | | | |
| Non-controlling interests | | | | | |

[1] Including rounding.

(101 of 262), Page 101 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/19/23 Page 911 of 1025
CONSOLIDATED FINANCIAL STATEMENTS   NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG   Deutsche Post DHL Group –

# Income statement disclosures

## 11   Revenue by business unit

€m

| | 2021 | 2022 |
|---|---|---|
| **Express** | **23,704** | **26,986** |
| **Global Forwarding, Freight** | **21,553** | **28,770** |
| Global Forwarding | 17,795 | 24,523 |
| Freight | 3,758 | 4,247 |
| **Supply Chain** | **13,760** | **16,333** |
| **eCommerce Solutions** | **5,792** | **6,004** |
| **Post & Parcel Germany** | **16,895** | **16,309** |
| Post Germany | 7,952 | 7,844 |
| Parcel Germany | 6,756 | 6,388 |
| International | 2,036 | 1,936 |
| Other | 151 | 141 |
| **Group Functions/Consolidation** | **43** | **34** |
| **Total revenue** | **81,747** | **94,436** |

The total amount includes revenue from performance obligations in the amount of €47 million (previous year: €45 million) settled in prior periods. The following table shows the factors affecting revenue:

### Factors affecting revenue, 2022

€m

| | |
|---|---|
| Organic growth | 7,946 |
| Portfolio changes | 1,786 |
| Currency translation effects | 2,957 |
| **Total** | **12,689** |

The allocation of revenue to geographical regions is presented in the segment reporting.

## 12   Other operating income

€m

| | 2021 | 2022 |
|---|---|---|
| Income from currency translation | 336 | 696 |
| Insurance income | 301 | 340 |
| Income from the remeasurement of liabilities | 195 | 284 |
| Income from the reversal of provisions | 274 | 214 |
| Income from the disposal of assets | 85 | 175 |
| Operating lease income | 130 | 150 |
| Income from fees and reimbursements | 112 | 133 |
| Sublease income | 74 | 87 |
| Subsidies | 96 | 72 |
| Income from prior-period billings | 61 | 54 |
| Income from loss compensation | 30 | 47 |
| Income from the derecognition of liabilities | 25 | 40 |
| Reversals of impairment losses on receivables and other assets | 16 | 39 |
| Recoveries on receivables previously written off | 18 | 16 |
| Income from derivatives | 6 | 8 |
| Miscellaneous | 532 | 570 |
| **Total** | **2,291** | **2,925** |

The increase in income from currency translation results from the volatility on the currency markets. This income is offset by corresponding expenses.

Income from the d...
items, the gain on the d...

The reversals of ...
other assets amounting ...
non-current non-financ...
utable to the Express c...
❯ **Note 3.** A further €8 m...

Income from ope...
leasing of the aircraft fl...

Miscellaneous ot...
number of smaller indiv...

## 13   Changes in inven...
capitalised

€m

| | |
|---|---|
| Changes in inventories, expense (–)/income (+) | |
| Work performed and capita... | |
| **Total** | |

Changes in inventories...
development projects. T...
primarily to IT projects.

(102 of 262), Page 102 of 262
Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 102 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/13/23 Page 912 of 1025
Deutsche Post DHL Group –

CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG

## 14 Materials expense

| €m | 2021 | 2022 |
|---|---|---|
| **Cost of raw materials, consumables and supplies, and of goods purchased and held for resale** | | |
| Aircraft fuel | 1,833 | 3,808 |
| Fuel | 762 | 1,253 |
| Packaging material | 401 | 466 |
| Goods purchased and held for resale | 302 | 443 |
| Spare parts and repair materials | 150 | 165 |
| Branch and office expenses | 96 | 85 |
| Other expenses | 250 | 313 |
| | **3,794** | **6,533** |
| **Cost of purchased services** | | |
| Transport costs | 32,434 | 38,783 |
| Cost of temporary staff and services | 2,559 | 2,704 |
| Maintenance costs | 1,586 | 1,887 |
| IT services | 773 | 850 |
| Lease expenses | | |
| Short-term leases | 506 | 535 |
| Leases (incidental expenses) | 110 | 249 |
| Low-value asset leases | 74 | 98 |
| Variable lease payments | 21 | 24 |
| Commissions paid | 637 | 622 |
| Other purchased services | 1,403 | 1,188 |
| | **40,103** | **46,940** |
| **Materials expense** | **43,897** | **53,473** |

The increase in materials expense resulted mainly from a rise in transport costs in the Global Forwarding, Freight division, higher aircraft fuel costs in the Express division and price increases in heating and fuels.

The other expenses item includes furthermore a large number of individual items.

## 15 Staff costs / employees

| €m | 2021 | 2022 |
|---|---|---|
| Wages, salaries and compensation | 18,987 | 20,794 |
| Social security contributions | 2,921 | 3,192 |
| Retirement benefit expenses | 1,031 | 1,027 |
| Cost of other services for employees | 940 | 1,022 |
| **Staff costs** | **23,879** | **26,035** |

Staff costs relate mainly to wages, salaries and compensation, as well as all other benefits paid to employees of the Group for their services in the financial year. The rise was due largely to salary increases and new hires, as well as the acquisitions of companies in the financial year.

Social security contributions relate, in particular, to statutory social security contributions paid by employers.

Retirement bene related to the defined b expenses also include retirement plans for c of €308 million (previ the Group's hourly wor €470 million (previous

The average num period, broken down by

### Employees

| Headcount (annual averag | | |
|---|---|---|
| Hourly workers and salarie | | |
| Civil servants | | |
| Trainees | | |
| **Total** | | |
| **Full-time equivalents**[1] | | |
| As at 31 December | | |
| Average for the year | | |

[1] Including trainees.

The employees of comp financial year were incl equivalents at joint oper cial statements as at 31 proportionate basis (pr

(103 of 262), Page 103 of 262

CONSOLIDATED FINANCIAL STATEMENTS  NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG        Deutsche Post DHL Group –

## 16  Depreciation, amortisation and impairment losses

| €m | 2021 | 2022 |
|---|---|---|
| **Amortisation of and impairment losses on intangible assets (excluding goodwill),** **of which impairment losses: 1 (previous year: 0)** | **201** | **230** |
| **Depreciation of and impairment losses on property, plant and equipment acquired,** **of which impairment losses: 22 (previous year: 0)** | | |
| Land and buildings | 235 | 256 |
| Technical equipment and machinery | 401 | 449 |
| Transport equipment | 311 | 354 |
| Aircraft | 459 | 502 |
| IT equipment | 147 | 145 |
| Operating and office equipment | 95 | 99 |
| | **1,648** | **1,805** |
| **Depreciation of and impairment losses on right-of-use assets,** **of which impairment losses: 24 (previous year: 0)** | | |
| Land and buildings | 1,347 | 1,513 |
| Technical equipment and machinery | 43 | 48 |
| Transport equipment | 223 | 259 |
| Aircraft | 296 | 320 |
| IT equipment | 1 | 1 |
| Investment property | 9 | 1 |
| | **1,919** | **2,142** |
| **Impairment of goodwill** | **0** | **0** |
| **Depreciation, amortisation and impairment losses** | **3,768** | **4,177** |

The increase in depreciation, amortisation and impairment losses is due directly to capital expenditure on the one hand and, on the other, the result of the business combinations in the financial year, ❷ **Note 22 and 23.**

The impairment losses are spread amongst the various asset classes and segments as follows:

### Impairment losses

| €m | 2021 | 2022 |
|---|---|---|
| **Express** | **0** | **24** |
| Intangible assets | 0 | 1 |
| Acquired property, plant and equipment | 0 | 12 |
| Right-of-use assets | 0 | 11 |
| **Global Forwarding, Freight** | **0** | **7** |
| Acquired property, plant and equipment | 0 | 1 |
| Right-of-use assets | 0 | 6 |
| **Supply Chain** | **0** | **11** |
| Acquired property, plant and equipment | 0 | 8 |
| Right-of-use assets | 0 | 3 |
| **Group Functions** | **0** | **5** |
| Right-of-use assets | 0 | 5 |
| **Impairment losses** | **0** | **47** |

The impairment losses in the Express and Global Forwarding, Freight divisions relate solely to the impairment losses on assets and liabilities of the Russian companies, ❷ **Note 3.**

The impairment losses from the previous year were spread amongst different asset classes and each amounted to less than €1 million after rounding.

## 17  Other operating e

| €m | | |
|---|---|---|
| Currency translation expens | | |
| Cost of purchased cleaning services | | |
| Warranty expenses, refunds compensation payments | | |
| Expenses for advertising an | | |
| Other business taxes | | |
| Travel and training costs | | |
| Office supplies | | |
| Insurance costs | | |
| Telecommunication costs | | |
| Entertainment and corporate expenses | | |
| Write-downs and remeasuren | | |
| Customs clearance-related | | |
| Consulting costs (including | | |
| Monetary transaction costs | | |
| Voluntary social benefits | | |
| Services provided by the *Bur und Telekommunikation* (Ge and telecommunications ag | | |
| Commissions paid | | |
| Legal costs | | |
| Losses on disposal of assets | | |
| Contributions and fees | | |
| Audit costs | | |
| Donations | | |
| Expenses from prior-period | | |
| Expenses from derivatives | | |
| Miscellaneous | | |
| **Total** | | |

(104 of 262), Page 104 of 262

Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/19/23   Page 914 of 1025

CONSOLIDATED FINANCIAL STATEMENTS   NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG   Deutsche Post DHL Group –

The increase in expenses from currency translation results from the volatility on the currency markets. These expenses are offset by corresponding income.

The travel and training costs increased due to loosening of the pandemic-related restrictions.

Taxes other than income taxes are either recognised in the related expense item or, if no specific allocation is possible, in other operating expenses.

Miscellaneous other operating expenses include a large number of smaller individual items.

## 18   Net finance costs

| €m | 2021 | 2022 |
|---|---|---|
| **Financial income** | | |
| Interest income | 101 | 180 |
| Gains on changes in fair value of financial assets | 80 | 191 |
| Other financial income | 10 | 56 |
| | **191** | **427** |
| **Finance costs** | | |
| Interest expense from unwinding discounts on provisions | −46 | 29 |
| Interest expense on leases | −383 | −452 |
| Other interest expenses | −142 | −176 |
| Losses on changes in fair value of financial assets | −107 | −222 |
| Other finance costs | −68 | −26 |
| | **−746** | **−847** |
| **Foreign currency result** | **−64** | **−105** |
| **Net finance costs** | **−619** | **−525** |

Of interest income, €21 million (previous year: €16 million) relates to income from finance lease receivables. The improvement in financial income is also the result of the change in fair value of the stock appreciation rights (SARs).

The expense from the unwinding of discounts on bonds resulting from the application of the effective interest method amounted to €12 million (previous year: €12 million).

Interest income and interest expenses result from financial assets and liabilities that were not measured at fair value through profit or loss.

Information on interest expenses from unwinding discounted net pension provisions can be found in ❱ **Note 37**. Positive effects on the interest expense resulted from changes in the discount rate for other non-current provisions.

## 19   Income taxes

| €m | 2021 | 2022 |
|---|---|---|
| Current income tax expense | −1,459 | −1,701 |
| Current recoverable income tax | 47 | 19 |
| | **−1,412** | **−1,682** |
| Deferred tax expense (previous year: tax income) from temporary differences | 13 | −17 |
| Deferred tax expense from tax loss carryforwards | −537 | −495 |
| | **−524** | **−512** |
| **Income taxes** | **−1,936** | **−2,194** |

The reconciliation to the consolidated net profit income tax expense is a

### Reconciliation

| €m | |
|---|---|
| Profit before income taxes | |
| Expected income taxes | |
| Deferred tax assets not rec differences | |
| Deferred tax assets of Germ companies not recognised f carryforwards and tempora | |
| Deferred tax assets of forei companies not recognised f carryforwards and tempora | |
| Effect from previous years | |
| Tax-exempt income and no expenses | |
| Differences in tax rates at fo | |
| **Income taxes** | |

The difference from def differences is due to dif in the opening tax acc rying amounts in the I ary 1995 (initial differe and IAS 12.24(b), the G assets in respect of the mainly to property, pla provisions and similar differences between th

of accumulated depreciation or amortisation, and the tax base amounted to €99 million as at 31 December 2022 (previous year: €107 million).

The effects from deferred tax assets of German Group companies not recognised for tax loss carryforwards and temporary differences relate primarily to Deutsche Post AG and members of its consolidated tax group. Effects from deferred tax assets of foreign companies not recognised for tax loss carryforwards and temporary differences relate primarily to the Americas region.

Effects from deferred tax assets not recognised for tax loss carryforwards and temporary differences in the amount of €3 million (previous year: €7 million) relate to the reduction of the effective income tax expense due to the utilisation of tax loss carryforwards and temporary differences for which deferred tax assets had previously not been recognised. In addition, the recognition of deferred tax assets previously not recognised for tax loss carryforwards and of deductible temporary differences from a prior period (and resulting mainly from the Americas region) reduced the deferred tax expense by €274 million (previous year: €323 million). Effects from unrecognised deferred tax assets included income of €12 million (previous year: expenses of €4 million) due to a valuation allowance recognised for a deferred tax asset. Other effects from unrecognised deferred tax assets relate primarily to tax loss carryforwards for which no deferred taxes were recognised.

A deferred tax asset in the amount of €20 million was recognised in the balance sheet for companies that reported a loss in the previous year or in the current period as, based on tax planning, realisation of the tax asset is probable.

In the 2022 financial year, there was no effect from tax rate changes for domestic Group companies. Tax rate changes in some tax jurisdictions abroad also had no material effects.

The effective income tax expense includes prior-period tax expenses from German and foreign companies in the amount of €2 million (tax income) (previous year: expense of €13 million).

The following table presents the tax effects on the components of other comprehensive income:

**Other comprehensive income**

| €m | Befo... |
|---|---|
| **2022** | |
| Change due to remeasurements of net pension provisions | |
| Hedging reserves | |
| Reserve for equity instruments without recycling | |
| Currency translation reserve | |
| Share of other comprehensive income of investments accounted for using the equity method | |
| **Other comprehensive income** | |
| **2021** | |
| Change due to remeasurements of net pension provisions | |
| Hedging reserves | |
| Reserve for equity instruments without recycling | |
| Currency translation reserve | |
| Share of other comprehensive income of investments accounted for using the equity method | |
| **Other comprehensive income** | |

## 20  Earnings per share

Basic earnings per share are computed in accordance with IAS 33, Earnings per Share, by dividing consolidated net profit by the weighted average number of shares outstanding. Outstanding shares relate to issued capital less any treasury shares held.

Basic earnings per share for the 2022 financial year were €4.41 (previous year: €4.10).

### Basic earnings per share

|  |  | 2021 | 2022 |
|---|---|---|---|
| Consolidated net profit for the period attributable to Deutsche Post AG shareholders | €m | 5,053 | 5,359 |
| Weighted average number of shares outstanding | number | 1,232,451,264 | 1,214,024,931 |
| **Basic earnings per share** | € | **4.10** | **4.41** |

### Diluted earnings per share

|  |  | 2021 | 2022 |
|---|---|---|---|
| Consolidated net profit for the period attributable to Deutsche Post AG shareholders | €m | 5,053 | 5,359 |
| Plus interest expense on the convertible bond | €m | 8 | 8 |
| Less income taxes | €m | 1 | 1 |
| Adjusted consolidated net profit for the period attributable to Deutsche Post AG shareholders | €m | 5,060 | 5,366 |
| Weighted average number of shares outstanding | number | 1,232,451,264 | 1,214,024,931 |
| Potentially dilutive shares | number | 29,645,735 | 24,475,019 |
| Weighted average number of shares for diluted earnings | number | 1,262,096,999 | 1,238,499,950 |
| **Diluted earnings per share** | € | **4.01** | **4.33** |

To compute diluted earnings per share, the weighted average number of shares outstanding is adjusted for the number of all potentially dilutive shares. This item includes the executives' rights to shares under the Performance Share Plan and Share Matching Scheme (as at 31 December 2022: 6,292,011 shares; previous year: 11,678,092) and the maximum number of ordinary shares that can be issued on exercise of the conversion rights under the convertible bond issued in December 2017. Consolidated net profit for the period attributable to Deutsche Post AG shareholders was increased by the amounts spent for the convertible bond.

Diluted earnings per share in the reporting period were €4.33 (previous year: €4.01).

## 21  Dividend per share

A dividend per share of €1.85 is being proposed for the 2022 financial year (previous year: €1.80 paid). Further details on the dividend distribution can be found in ❯ **Note 35.**

# Balance sheet disclosures

## 22 Intangible assets

### 22.1 Overview

| €m | Internally generated intangible assets | Purchased brand names | Purchased customer lists | Other purchased intangible assets | Goodwill | Adv... inta... |
|---|---|---|---|---|---|---|
| **Cost** | | | | | | |
| **Balance as at 1 January 2021** | **1,273** | **450** | **41** | **1,565** | **12,040** | |
| Additions from business combinations | 0 | 0 | 0 | 0 | 0 | |
| Additions | 43 | 0 | 0 | 60 | 0 | |
| Reclassifications | 66 | 0 | 0 | 81 | 0 | |
| Disposals | −73 | 0 | 0 | −139 | −14 | |
| Currency translation differences | 4 | 30 | 2 | 33 | 392 | |
| **Balance as at 31 December 2021/1 January 2022** | **1,313** | **480** | **43** | **1,600** | **12,418** | |
| Additions from business combinations | 13 | 64 | 432 | 99 | 1,366 | |
| Additions | 53 | 0 | 0 | 77 | 0 | |
| Reclassifications | 67 | 0 | 0 | 76 | 0 | |
| Disposals | −22 | 0 | 0 | −105 | −4 | |
| Currency translation differences | −3 | −23 | −2 | 13 | 11 | |
| **Balance as at 31 December 2022** | **1,421** | **521** | **473** | **1,760** | **13,791** | |
| **Amortisation and impairment losses** | | | | | | |
| **Balance as at 1 January 2021** | **1,098** | **422** | **26** | **1,247** | **1,042** | |
| Additions from business combinations | 0 | 0 | 0 | 0 | 0 | |
| Amortisation | 65 | 0 | 3 | 133 | 0 | |
| Impairment losses | 0 | 0 | 0 | 0 | 0 | |
| Reclassifications | −1 | 0 | 0 | 1 | 0 | |
| Reversals of impairment losses | 0 | 0 | 0 | 0 | 0 | |
| Disposals | −59 | 0 | 0 | −120 | −13 | |
| Currency translation differences | 2 | 28 | 2 | 27 | 36 | |
| **Balance as at 31 December 2021/1 January 2022** | **1,105** | **450** | **31** | **1,288** | **1,065** | |
| Additions from business combinations | 7 | 0 | 0 | 11 | 0 | |
| Amortisation | 74 | 2 | 19 | 134 | 0 | |
| Impairment losses | 0 | 0 | 0 | 1 | 0 | |
| Reclassifications | 0 | 0 | 0 | 4 | 0 | |
| Reversals of impairment losses | 0 | 0 | 0 | 0 | 0 | |
| Disposals | −21 | 0 | 0 | −86 | 0 | |
| Currency translation differences | −2 | −24 | −1 | 10 | −4 | |
| **Balance as at 31 December 2022** | **1,163** | **428** | **49** | **1,362** | **1,061** | |
| **Carrying amount as at 31 December 2022** | **258** | **93** | **424** | **398** | **12,730** | |
| **Carrying amount as at 31 December 2021** | **208** | **30** | **12** | **312** | **11,353** | |

(108 of 262), Page 108 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 108 of 262
Case 1:22-cv-07662-WHA Document 35-1 Filed 10/19/23 Page 918 of 1025

CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG

Deutsche Post DHL Group –

The increase in intangible assets results from the business combinations in the 2022 financial year and the corresponding goodwill, as well as the disclosing of hidden reserves primarily from customer relationships and brand names of Hillebrand, Cameron and Monta, ❯ Note 2. The disposals of goodwill mainly concern the companies Greenplan and Véron Grauer.

Purchased software, concessions, industrial rights, licences and similar rights and assets are reported under purchased intangible assets. Internally generated intangible assets relate to development costs for internally developed software.

**22.2 Allocation of goodwill to CGUs**

For the purposes of annual impairment testing in accordance with IAS 36, the Group determines the recoverable amount of a CGU on the basis of its value in use. This calculation is based on projections of free cash flows that are initially discounted at a rate corresponding to the post-tax cost of capital. Pre-tax discount rates are determined iteratively.

**€ m**

| | 31 Dec. 2021 | 31 Dec. 2022 |
|---|---|---|
| Express | 3,910 | 3,913 |
| Global Forwarding, Freight | | |
|   Global Forwarding | 4,072 | 5,329 |
|   Freight | 279 | 280 |
| Supply Chain | 1,977 | 2,095 |
| eCommerce Solutions | 159 | 159 |
| Post & Parcel Germany | 956 | 954 |
| **Total goodwill** | **11,353** | **12,730** |

The cash flow projections are based on the detailed planning for EBIT, depreciation and amortisation / investment planning adopted by management, as well as changes in net working capital, and take both internal historical data and external macroeconomic data into account. From a methodological perspective, the detailed planning phase covers a three-year planning horizon from 2023 to 2025. Planning is supplemented by a perpetual annuity representing the value added from 2026 onwards. This is calculated using a long-term growth rate, which is determined for each CGU separately and is shown in the table below. The growth rates applied are based on long-term real growth figures for the relevant economies, growth expectations for the relevant sectors and long-term inflation forecasts for the countries in which the CGUs operate. The cash flow forecasts are based both on past experience and on the effects of the anticipated future general market trend. In addition, the forecasts take into account growth in the respective geographical sub-markets and in global trade, and the ongoing trend towards outsourcing logistics activities. Cost trend forecasts for the transport network and services also have an impact on value in use. A key planning assumption for the impairment test is the EBIT margin for the perpetual annuity.

The pre-tax cost of capital is based on the weighted average cost of capital. The (pre-tax) discount rates for the significant CGUs and the growth rates assumed in each case for the perpetual annuity are shown in the following table:

**%**

| | 20... |
|---|---|
| Express | |
| Global Forwarding, Freight | |
|   Global Forwarding | |
|   Freight | |
| Supply Chain | |
| eCommerce Solutions | |
| Post & Parcel Germany | |

The increase in the dis...
the interest rates in ger...
risk premium.

On the basis of th...
tests carried out for the...
allocated, it was establ...
all CGUs exceed their c...
were recognised on goo...
ber 2022.

When performing...
Group conducted sensi...
in accordance with IAS...
margin, the discount ra...
which included varyin...
within an appropriate r...
ment to goodwill.

## 23 Property, plant and equipment

**Overview of property, plant and equipment, including right-of-use assets**

| €m | Land and buildings | Technical equipment and machinery | IT equipment, operating and office equipment | Aircraft | Transport equipment |
|---|---|---|---|---|---|
| **Cost** | | | | | |
| **Balance as at 1 January 2021** | **16,672** | **6,605** | **2,495** | **6,352** | **4,071** |
| Additions from business combinations[1] | 0 | 0 | 0 | 35 | 5 |
| Additions | 2,428 | 240 | 125 | 719 | 738 |
| Reclassifications | 360 | 520 | 129 | 881 | 101 |
| Disposals | −1,457 | −198 | −335 | −187 | −355 |
| Currency translation differences | 330 | 124 | 61 | 343 | 64 |
| **Balance as at 31 December 2021/1 January 2022** | **18,333** | **7,291** | **2,475** | **8,143** | **4,624** |
| Additions from business combinations[1] | 165 | 26 | 60 | −22 | 91 |
| Additions | 2,558 | 296 | 163 | 1,123 | 799 |
| Reclassifications | 515 | 638 | 98 | 490 | 83 |
| Disposals | −591 | −185 | −263 | −357 | −429 |
| Currency translation differences | −11 | 30 | 22 | 282 | −2 |
| **Balance as at 31 December 2022** | **20,969** | **8,096** | **2,555** | **9,659** | **5,166** |
| **Depreciation and impairment losses** | | | | | |
| **Balance as at 1 January 2021** | **5,896** | **3,845** | **1,845** | **2,247** | **1,956** |
| Additions from business combinations[1] | 0 | 0 | 0 | 8 | 5 |
| Depreciation | 1,582 | 444 | 243 | 755 | 534 |
| Impairment losses | 0 | 0 | 0 | 0 | 0 |
| Reclassifications | 1 | −15 | 8 | 0 | 12 |
| Reversals of impairment losses | −10 | 0 | 0 | 0 | 0 |
| Disposals | −757 | −171 | −325 | −156 | −306 |
| Currency translation differences | 142 | 72 | 45 | 98 | 35 |
| **Balance as at 31 December 2021/1 January 2022** | **6,854** | **4,175** | **1,816** | **2,952** | **2,236** |
| Additions from business combinations[1] | 22 | 12 | 34 | 0 | 32 |
| Depreciation | 1,742 | 491 | 241 | 822 | 604 |
| Impairment losses | 27 | 6 | 4 | 0 | 9 |
| Reclassifications | 1 | −1 | −3 | 0 | 0 |
| Reversals of impairment losses | −18 | −4 | −3 | 0 | −9 |
| Disposals | −447 | −160 | −250 | −298 | −377 |
| Currency translation differences | 12 | 20 | 17 | 78 | 4 |
| **Balance as at 31 December 2022** | **8,193** | **4,539** | **1,856** | **3,554** | **2,499** |
| **Carrying amount as at 31 December 2022** | **12,776** | **3,557** | **699** | **6,105** | **2,667** |
| **Carrying amount as at 31 December 2021** | **11,479** | **3,116** | **659** | **5,191** | **2,388** |

[1] Including proportionate change from joint operations.

Deutsche Post DHL Group –

Disclosures on right-of-use assets are contained in ❯ **Note 41.**

Property, plant and equipment increased both due to capital expenditure as well as from the acquisition of companies. In the previous year, a portion of disposals was attributable to the reclassification of subleases embedded in customer contracts to financial assets, ❯ **Note 7.**

Advance payments relate only to advance payments on items of property, plant and equipment for which the Group has paid advances in connection with incomplete transactions. They relate in particular to the renewal of the Express air fleet. Advances for this purpose amounted to €616 million in the financial year (previous year: €412 million). Assets under development relate to items of property, plant and equipment in progress at the reporting date for whose production internal or third-party costs have already been incurred.

### 24 Investment property

The investment property largely comprises leased property encumbered by heritable building rights and developed and undeveloped land.

| €m | 2021 | 2022 |
|---|---|---|
| **Cost** | | |
| Balance as at 1 January | 28 | 71 |
| Additions | 4 | 8 |
| Reclassifications | 39 | −44 |
| Disposals | −1 | −4 |
| Currency translation differences | 1 | 0 |
| **Balance as at 31 December** | **71** | **31** |
| **Depreciation and impairment losses** | | |
| Balance as at 1 January | 16 | 23 |
| Depreciation and impairment losses | 9 | 1 |
| Disposals | −1 | −3 |
| Reclassifications | −1 | −12 |
| **Balance as at 31 December** | **23** | **9** |
| **Carrying amount as at 31 December** | **48** | **22** |
| of which right-of-use assets | 41 | 9 |

### 25 Investments acco...

The following table is a...
consolidated financial s...
those companies which...
are not of material sign...

Companies acco...
decreased due to the r...
surement as well as due...
the British joint venture...
Limited. The company is...
the previous year, the di...
of the shares in Global-...
of €39 million.

| €m | Associates | | Joint v... | |
|---|---|---|---|---|
| | 2021 | 2022 | 2021 | |
| Balance as at 1 January | 58 | 95 | 15 | |
| Additions | 2 | 7 | 0 | |
| Disposals | 0 | 0 | 0 | |
| Impairment losses | −3 | 0 | 0 | |
| Changes in Group's share of equity | | | | |
| Changes recognised in profit or loss | 34 | −34 | 1 | |
| Profit distributions | −2 | −2 | 0 | |
| Changes recognised in other comprehensive income | 6 | 4 | 0 | |
| **Balance as at 31 December** | **95** | **70** | **16** | |
| Aggregate financial data | | | | |
| Profit after income taxes | −11 | −34 | 1 | |
| Other comprehensive income | 6 | 4 | 0 | |
| Total comprehensive income | −5 | −30 | 1 | |

(111 of 262), Page 111 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 111 of 262
Case 1:23-cv-07729-JHR Document 39-1 Filed 10/13/23 Page 921 of 1025
CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG Deutsche Post DHL Group –

## 26 Financial assets

| €m | | Non-current | | Current | | Total | |
|---|---|---|---|---|---|---|---|
| | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 |
| Assets measured at cost | 834 | 788 | 1,257 | 1,272 | **2,091** | **2,060** |
| Assets at fair value through other comprehensive income | 46 | 65 | 0 | 0 | **46** | **65** |
| Assets at fair value through profit or loss | 310 | 363 | 1,831 | 83 | **2,141** | **446** |
| **Financial assets** | **1,190** | **1,216** | **3,088** | **1,355** | **4,278** | **2,571** |

Assets measured at cost include €700 million (previous year: €579 million) in receivables from finance leases. This relates primarily to receivables from certain embedded subleases, ❯ Note 7. The notional amounts of the outstanding lease payments have the following maturity dates:

Assets measured at fair value decreased, largely on account of the sale of money market fund units during the year. For details on impairment losses, default risk, maturity structures and restraints on disposal, see ❯ Note 43.

### Maturities of undiscounted lease payments

| €m | 2021 | 2022 |
|---|---|---|
| Up to 1 year | 160 | 168 |
| More than 1 year to 2 years | 139 | 159 |
| More than 2 years to 3 years | 108 | 120 |
| More than 3 years to 4 years | 70 | 91 |
| More than 4 years to 5 years | 46 | 64 |
| More than 5 years | 100 | 209 |
| **Total undiscounted lease payments** | **623** | **811** |
| Interest component included over entire term | −44 | −111 |
| **Receivable from leasing** | **579** | **700** |
| of which current | 160 | 168 |
| non-current | 419 | 532 |

## 27 Other assets

| €m | |
|---|---|
| Prepaid expenses | |
| Tax receivables | |
| Pension assets, non-current | |
| Receivables from cost abso | |
| Contract assets | |
| Recoverable start-up costs, | |
| Other assets from insuranc | |
| Receivables from insurance | |
| Receivables from private po | |
| Creditors with debit balanc | |
| Receivables from loss comp (recourse claims) | |
| Receivables from employee | |
| Receivables from cash on d | |
| Miscellaneous of which non-current: 92 (p | |
| **Other assets** | |
| of which current | |
| non-current | |

The decrease in prepaid
Global Forwarding, Fre
ments for transport ser
  Of the tax receivab
lion) relates to VAT, €13
customs and duties and
to other tax receivables
  Pension assets de
ments in the United Kin
  Miscellaneous oth
vidual items.

## 28 Deferred taxes

**Breakdown by balance sheet item and maturity**

€m

| | 2021 | | 2022 | |
|---|---|---|---|---|
| | Deferred tax assets | Deferred tax liabilities | Deferred tax assets | Deferred tax liabilities |
| Intangible assets | 13 | 145 | 15 | 362 |
| Property, plant and equipment | 479 | 2,102 | 789 | 2,904 |
| Non-current financial assets | 3 | 34 | 13 | 29 |
| Other non-current assets | 16 | 44 | 18 | 70 |
| Other current assets | 67 | 102 | 85 | 99 |
| Provisions | 640 | 159 | 626 | 147 |
| Financial liabilities | 1,700 | 24 | 2,124 | 40 |
| Other liabilities | 244 | 13 | 300 | 21 |
| Tax loss carryforwards | 1,267 | | 806 | |
| **Gross amount** | **4,429** | **2,623** | **4,776** | **3,672** |
| of which current | 1,029 | 231 | 986 | 429 |
| non-current | 3,400 | 2,392 | 3,790 | 3,243 |
| Netting | −2,486 | −2,486 | −3,336 | −3,336 |
| **Carrying amount** | **1,943** | **137** | **1,440** | **336** |

A total of €98 million (previous year: €438 million) of the deferred taxes on tax loss carryforwards relates to tax loss carryforwards in Germany and €708 million (previous year: €829 million) to foreign tax loss carryforwards (mainly from the Americas region).

Deferred taxes have not been recognised for loss carryforwards expected to not be usable in the amount of around €1.4 billion (previous year, adjusted: €2.8 billion). Of these, around €0.6 billion (previous year: €1.5 billion) is attributable to loss carryforwards from US subsidiaries for state taxes. The tax loss carryforwards from the Americas region for which no deferred tax assets were recognised do not expire prior to 2028. Moreover, deferred taxes have not been recognised for temporary differences expected to not be usable in the amount of around €0.2 billion (previous year: €3.0 billion).

Deferred taxes have not been recognised for temporary differences of €675 million (previous year: €568 million) for accrued earnings of German and foreign subsidiaries, because these temporary differences will probably not reverse in the foreseeable future.

## 29 Inventories

€m

| | 2021 | 2022 |
|---|---|---|
| Work in progress | 254 | 490 |
| Raw materials, consumables and supplies | 222 | 243 |
| Finished goods and goods purchased and held for resale | 106 | 181 |
| Advance payments | 11 | 13 |
| **Inventories** | **593** | **927** |

The increase in finishe
butable mainly to real
valuation allowances w

## 30 Trade receivable

For information on impa
structures, see ❯ Note 4

€m

| | |
|---|---|
| Trade receivables | |
| Deferred revenue | |
| **Trade receivables** | |

## 31 Cash and cash eq

€m

| | |
|---|---|
| Cash equivalents | |
| Bank balances/cash in tran |
| Cash | |
| Other cash and cash equiva |
| **Cash and cash equivalents** | |

Of the €3,790 million i
lion was not available
reporting date (previo
€1,880 million (previo
to countries where exch
apply (mostly China, In
lion (previous year: €8
non-controlling-interes

### 32 Assets held for sale and liabilities associated with assets held for sale

The sale of the assets held for sale recognised under this item in the previous year was completed in the 2022 financial year, ➋ Note 2. For the companies reported here during the year, see ➋ Note 3.

### 33 Issued capital and purchase of treasury shares

As at 31 December 2022, KfW Bankengruppe (KfW) held a 20.49% interest, unchanged from the previous year, in the share capital of Deutsche Post AG. Free float accounts for 76.26% of the shares and the remaining 3.25% of shares are owned by Deutsche Post AG. KfW holds the shares in trust for the Federal Republic of Germany.

#### 33.1 Changes in issued capital

The issued capital amounts to €1,239 million. It is composed of 1,239,059,409 no-par-value registered shares (ordinary shares) with a notional interest in the share capital of €1 per share and is fully paid up.

**Changes in issued capital and treasury shares**

| €m | 2021 | 2022 |
|---|---|---|
| **Issued capital** | | |
| Balance as at 1 January | 1,239 | 1,239 |
| **Balance as at 31 December** | **1,239** | **1,239** |
| **Treasury shares** | | |
| Balance as at 1 January | 0 | −15 |
| Purchase of treasury shares | −20 | −30 |
| Issue / sale of treasury shares | 5 | 5 |
| **Balance as at 31 December** | **−15** | **−40** |
| **Total as at 31 December** | **1,224** | **1,199** |

#### 33.2 Authorised and contingent capital

The Articles of Association may be viewed on the ◉ Company's website or in the electronic company register. They may also be viewed in the commercial register of the Bonn Local Court.

**Authorised / contingent capital as at 31 December 2022**

| | Amount €m | Purpose |
|---|---|---|
| Authorised Capital 2021 (Annual General Meeting from 6 May 2021) | 130 | Increase in share capital against cash / non-cash contributions (authorisation until 5 May 2026) |
| Contingent Capital 2017 (Annual General Meeting from 28 April 2017) | 75 | Issue of options / conversion rights (authorisation until 7 May 2018) |
| Contingent Capital 2018/1 (Annual General Meeting from 24 April 2018) | 12 | Issue of Performance Share Units to executives (authorisation until 8 October 2020) |
| Contingent Capital 2020/1 (Annual General Meeting from 27 August 2020) | 12 | Issue of Performance Share Units to executives (authorisation until 26 August 2023) |
| Contingent Capital 2022/1 (Annual General Meeting from 6 May 2022) | 20 | Issue of Performance Share Units to executives (authorisation until 5 May 2027) |
| Contingent Capital 2022/2 (Annual General Meeting from 6 May 2022) | 40 | Issue of options / conversion rights (authorisation until 5 May 2027) |

**Authorised Capital 2021**

The Board of Management is authorised, subject to the consent of the Supervisory Board, to issue up to 130 million new, no-par-value registered shares until 5 May 2026 in exchange for cash and / or non-cash contributions and thereby increase the company's share capital by up to €130 million. The authorisation may be used in full or for partial amounts. Shareholders generally have pre-emptive rights. However, subject to the approval of the Supervisory Board, the Board of Management may disapply the shareholders' pre-emptive rights to the shares covered by the authorisation. No use was made of the authorisation in the financial year under review.

**Contingent Capital 20**

The contingent capital i
rants, convertible bond
participation certificate
gate principal amount o
or conversion rights fo
tionate interest in the s
The new shares partici
financial year in which
exercised in part in De
bond 2017/2025 in an a
The share capital was
to €75 million. Contin
financial year.

**Contingent Capital 20**

The contingent capital
Share Units (PSUs) to se
participate in profit fro
which they are issued.
contingent basis by up
to 12 million no-par-va
was not utilised in the 2

**Contingent Capital 20**

The contingent capital
Share Units (PSUs) to
capital was increased o
through the issue of up
shares. The new shares
of the financial year in w
was not utilised in the 2

**Contingent Capital 20**

The contingent capital
Share Units (PSUs) to
capital was increased o
through the issue of up

(114 of 262), Page 114 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 114 of 262
Case 1:22-cv-07662-DLC   Document 39-1   Filed 10/18/23   Page 924 of 1025

CONSOLIDATED FINANCIAL STATEMENTS  NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG
Deutsche Post DHL Group –

shares. The new shares participate in profit from the beginning of the financial year in which they are issued. Contingent capital was not utilised in the 2022 financial year.

### Contingent Capital 2022/2

The contingent capital increase serves to issue bonds with warrants, convertible bonds and/or income bonds as well as profit participation certificates, or a combination thereof, in an aggregate principal amount of up to €2 billion, and to grant options or conversion rights for up to 40 million shares with a proportionate interest in the share capital not to exceed €40 million. The new shares participate in profit from the beginning of the financial year in which they are issued. The share capital was increased on a contingent basis by up to €40 million. Contingent capital was not utilised in the 2022 financial year.

### 33.3  Authorisation to acquire treasury shares

By way of a resolution adopted by the Annual General Meeting on 6 May 2021, the company is authorised to acquire treasury shares in the period to 5 May 2026 of up to 10% of the share capital existing when the resolution was adopted. The authorisation permits the Board of Management to exercise it for every purpose permitted by law, and in particular to pursue the goals mentioned in the resolution by the Annual General Meeting. In addition, the Board of Management is authorised to acquire treasury shares totalling up to 5% of the share capital existing when the resolution was adopted by means including using derivatives.

### Share buy-back programme

In February 2022, the Board of Management resolved a share buy-back programme for up to 50 million Deutsche Post AG shares at a total purchase price of up to €2 billion. The repurchased shares will either be retired, used to service long-term executive remuneration plans and any future employee participation programmes or used to meet potential obligations if rights accruing under the 2017/2025 convertible bond are exercised. The repurchase via the stock exchange started on 8 April 2022 and will end no later than in December 2024.

The first tranche of the share buy-back programme with a buy-back volume (excluding transaction costs) of €790 million was carried out in the period from 8 April 2022 to 3 October 2022. The buy-back volume of the second tranche amounted to €225 million between 9 November 2022 and 31 December 2022. The maximum total volume of this tranche amounts to €500 million and ends on 31 March 2023. In total, 27,963,429 shares had been repurchased for €1,015 million as at 31 December 2022 as part of the share buy-back programme (excluding transaction costs) at an average price of €36.28 per share.

In the 2022 fina[...] acquired and issued to e[...] claims to matching sha[...] lion shares were acquire[...] for a total of €73 million[...]

A total of 1.4 milli[...] concerned to settle the [...] to settle the Employee [...]

Deutsche Post AG[...] 31 December 2022 (pre[...]

### 33.4  Disclosures on co[...]

In the 2022 financial ye[...] year: 30.7%). The comp[...] gearing ratio, which is d[...] equity and net debt.

#### Corporate capital

| €m | |
| --- | --- |
| Financial liabilities | |
| Less operating financial liab[...] | |
| Less cash and cash equivale[...] | |
| Less current financial assets[...] | |
| Less non-current derivative[...] instruments | |
| **Net debt** | |
| Plus total equity | |
| **Total capital** | |
| Net gearing ratio (%) | |

[1] Relates to liabilities from over[...]

### Prior tranches of the share buy-back programme 2022

| | Total volume €m | Maximum duration | Buy-back Number | Buy-back volume (excluding transaction costs) €m |
| --- | --- | --- | --- | --- |
| Tranche I | 800[1] | 8 April 2022 to 7 November 2022 | 21,931,589 | 790 |
| Tranche II | 500 | 9 November 2022 to 31 March 2023 | 6,031,840[2] | 225[2] |

[1]  The total volume was increased by €300 million from €500 million on 29 June 2022.   [2]  Until 31 December 2022.

(115 of 262), Page 115 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 115 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/19/23 Page 925 of 1025
CONSOLIDATED FINANCIAL STATEMENTS  NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG            Deutsche Post DHL Group –

## 34 Reserves

### 34.1 Capital reserves

The capital increases or decreases in capital reserves relate to the following items:

| €m | 2021 | 2022 |
|---|---|---|
| Balance as at 1 January | 3,519 | 3,533 |
| Change due to Share Matching Scheme | 5 | 8 |
| Change due to Performance Share Plan | −3 | 3 |
| Change due to Employee Share Plan | 3 | −1 |
| Differences between purchase and issue prices of treasury shares | 9 | 0 |
| **Balance as at 31 December** | **3,533** | **3,543** |

### 34.2 Retained earnings

In addition to the items evident in the statement of changes in equity, retained earnings also include changes due to capital increases/decreases:

**Capital increase/decrease**

| €m | 2021 | 2022 |
|---|---|---|
| Obligation share buy-back 2022 under tranche II | 0 | −275 |
| Share buy-back 2022 under tranche II | 0 | −219 |
| Share buy-back 2022 under tranche I | 0 | −768 |
| Share buy-back 2021 | −982 | 0 |
| Change due to Share Matching Scheme | −19 | 39 |
| Change due to Performance Share Plan | 26 | 23 |
| Change due to Employee Share Plan | 0 | 16 |
| Differences between purchase and issue prices of treasury shares | −9 | 0 |
| Other | 3 | −11 |
| **Total** | **−981** | **−1,195** |

The second tranche of the share buy-back programme, with a total volume of up to €500 million, began on 9 November 2022 and is being implemented by an independent financial services provider until 31 March 2023 on the basis of an irrevocable agreement. At the time the agreement was concluded, the resulting obligation was charged in full to retained earnings and recognised as a financial liability. It was reduced by the buy-back transactions carried out by 31 December 2022. The obligation to repurchase shares after 31 December 2022 is included in the amount of €275 million.

## 35 Equity attributable to Deutsche Post AG shareholders

The equity attributable to Deutsche Post AG shareholders in the 2022 financial year amounted to €23,236 million (previous year: €19,037 million).

### Dividends

Dividends paid to the shareholders of Deutsche Post AG are based on the net retained profit of €10,635 million reported in Deutsche Post AG's annual financial statements in accordance with the HGB. The Board of Management is proposing a dividend of €1.85 per no-par-value share carrying dividend rights (proposed and distributed in the previous year: €1.80). This corresponds to a total dividend of €2,205 million. Moreover, the Board of Management is proposing to transfer €2,000 million from net retained profit to other revenue reserves. The amount of €6,430 million remaining after deduction of the planned total dividend and the transfer to other revenue reserves will be carried forward to new account. The final total dividend will be based on the number of shares carrying dividend rights at the time the Annual General Meeting resolves upon the appropriation of net retained profit on the date of the Annual General Meeting.

| | |
|---|---|
| Dividend distributed in the year for the year 2021 | |
| Dividend distributed in the year for the year 2020 | |

## 36 Non-controlling i

This balance sheet item non-Group shareholder accounting, as well as lowing table shows the interests relate:

| €m | |
|---|---|
| DHL Sinotrans International China | |
| Blue Dart Express Limited, I | |
| DHL Aero Expreso S.A., Pan | |
| PT. Birotika Semesta, Indon | |
| DHL Global Forwarding (Vie Vietnam | |
| Other companies | |
| **Non-controlling interests** | |

There are material non-companies:

DHL Sinotrans In China, which is assign domestic and internatio vices. Deutsche Post DH pany. Deutsche Post AG

Limited (Blue Dart), India, which is assigned to the eCommerce Solutions segment. Blue Dart is a courier service provider. The following table gives an overview of their aggregated financial data:

**Financial data for material non-controlling interests**

| €m | | Sinotrans | | Blue Dart |
|---|---|---|---|---|
| | 2021 | 2022 | 2021 | 2022 |
| **Balance sheet** | | | | |
| **ASSETS** | | | | |
| Non-current assets | 149 | 178 | 122 | 124 |
| Current assets | 966 | 826 | 125 | 153 |
| **Total ASSETS** | **1,115** | **1,004** | **247** | **277** |
| | | | | |
| **EQUITY AND LIABILITIES** | | | | |
| Non-current provisions and liabilities | 35 | 57 | 28 | 22 |
| Current provisions and liabilities | 391 | 343 | 100 | 100 |
| **Total EQUITY AND LIABILITIES** | **426** | **400** | **128** | **122** |
| **Net assets** | **689** | **604** | **119** | **155** |
| Non-controlling interests | 345 | 302 | 25 | 34 |
| | | | | |
| **Income statement** | | | | |
| Revenue | 2,720 | 2,867 | 482 | 619 |
| Profit before income taxes | 753 | 713 | 49 | 78 |
| Income taxes | 189 | 180 | 13 | 16 |
| **Profit after income taxes** | **564** | **533** | **36** | **62** |
| Other comprehensive income | 58 | 0 | 4 | −7 |
| **Total comprehensive income** | **622** | **533** | **40** | **55** |
| attributable to non-controlling interests | 311 | 267 | 10 | 14 |
| Dividend distributed to non-controlling interests | 162 | 309 | 1 | 4 |
| Consolidated net profit attributable to non-controlling interests | 282 | 267 | 9 | 15 |
| | | | | |
| **Cash flow statement** | | | | |
| Net cash from operating activities | 610 | 500 | 84 | 53 |
| Net cash from/used in investing activities | 17 | −17 | −46 | −14 |
| Net cash used in financing activities | −343 | −642 | −34 | −37 |
| Net change in cash and cash equivalents | 284 | −159 | 4 | 2 |
| Cash and cash equivalents at 1 January | 370 | 711 | 9 | 15 |
| Effect of changes in exchange rates on cash and cash equivalents | 57 | −2 | 2 | 0 |
| **Cash and cash equivalents as at 31 December** | **711** | **550** | **15** | **17** |

The portion of other c
non-controlling interes
lation reserve. The char

| €m | |
|---|---|
| Balance as at 1 January | |
| Transactions with non-cont | |
| Total comprehensive income | |
| Changes from unrealised | |
| Changes from realised g | |
| **Currency translation reser** | |
| **31 December** | |

## 37 Provisions for pe

The Group's most signi
are in Germany and the
defined benefit retirem
in the Netherlands, Sw
number of other count
with these plans along

### 37.1 Plan features

**Germany**

In Germany, Deutsche
benefit arrangement ba
open to new hourly wor
on the weekly working h
benefit components a
worker and salaried em
sion account. A 2.5% in
every newly allocated c
falls due, the hourly wor
whether to receive paym
lifelong monthly benefi
The large majority of D

vested entitlements of hourly workers and salaried employees from a previous agreement, and to legacy pension commitments towards former hourly workers and salaried employees who have left or retired from the company. In addition, retirement benefit arrangements can, in principle, be available to executives below the Board of Management level and to specific employee groups through deferred compensation in particular. For information on the pension scheme for the Board of Management, see ❯ Note 47.2.

The prime source of external funding for Deutsche Post AG's respective retirement benefit obligations is a contractual trust arrangement, which also includes a pension fund. The trust is funded on a case-by-case basis in line with the Group's finance strategy. In the case of the pension fund, the regulatory funding requirements can, in principle, be met without additional employer contributions. Part of the plan assets consists of real estate that is leased out to the Group on a long-term basis. In addition, *Versorgungsanstalt der Deutschen Bundespost* (VAP – *Deutsche Bundespost* institution for supplementary retirement pensions), a shared pension fund for successor companies to *Deutsche Bundespost*, is used for some of the legacy pension commitments.

Individual subsidiaries in Germany have retirement benefit plans that were acquired in the context of acquisitions and transfers of operations and that are closed to new entrants. Contractual trust arrangements are in place for two subsidiaries for external funding.

**United Kingdom**

In the United Kingdom, the Group's defined benefit pension arrangements are closed to new entrants and for further service accrual. With regard to some of the arrangements, a full commutation exercise was carried out during the previous year, which entailed offering certain members with small pensions the opportunity to exchange their pension for a lump-sum payment. This led to settlement payments in the year under review.

The Group's defined benefit pension arrangements in the United Kingdom have mainly been consolidated into a Group plan with different sections for the participating divisions. These are funded mainly via a Group trust. The amount of the employer deficit contributions must be negotiated with the trustee in the course of funding valuations, which are carried out every three years and most recently in the previous year. Normal contribution amounts no longer accrue because the arrangements have been closed.

**Other**

In the Netherlands, collective agreements require that those employees who are not covered by a sector-specific plan participate in a dedicated defined benefit retirement plan. The dedicated plan provides for annual accruals which are subject to a pensionable salary cap. The plan provides for monthly benefit payments that are indexed in line with inflation, on the one hand, and the funds available for such indexation, on the other. In

Switzerland, employees with statutory requirements on the contributions pa certain annuity factors separate plan providi lifelong pension payme ponents. In the United retirement plans have b entitlements have been small pensions there w

The Group compa fit retirement plans in t respective joint funding Switzerland, both empl funding. In the United St are currently made in t limited employer defici the year under review.

(118 of 262), Page 118 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 118 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 928 of 1025
CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG
Deutsche Post DHL Group –

### 37.2 Financial performance of the plans and determination of balance sheet items

The present value of defined benefit obligations, the fair value of plan assets and net pension provisions changed as follows:

| €m | Present value of the defined benefit obligations | | Fair value of plan assets² | | Effect of asset | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2021 | 2022 | 2021 | 2022 | 2021 | |
| Balance as at 1 January | 19,664 | 18,503 | 13,854 | 14,785 | 5 | |
| Current service cost, excluding employee contributions | 274 | 251 | – | – | – | |
| Past service cost | −6 | −13 | – | – | – | |
| Settlement gains (−)/losses (+) | −4 | – | – | – | – | |
| Other administration costs in accordance with IAS 19.130 | – | – | −10 | −11 | – | |
| **Service cost¹** | **264** | **238** | **−10** | **−11** | **–** | |
| Interest cost on defined benefit obligations | 192 | 301 | – | – | – | |
| Interest income on plan assets | – | – | 140 | 241 | – | |
| Interest on the effect of asset ceilings | – | – | – | – | – | |
| **Net interest cost** | **192** | **301** | **140** | **241** | **–** | |
| Income and expenses recognised in the income statement | 456 | 539 | 130 | 230 | – | |
| Actuarial gains (−)/losses (+) – changes in demographic assumptions | −180 | 43 | – | – | – | |
| Actuarial gains (−)/losses (+) – changes in financial assumptions | −1,209 | −4,752 | – | – | – | |
| Actuarial gains (−)/losses (+) – experience adjustments | 112 | 110 | – | – | – | |
| Return on plan assets excluding interest income | – | – | 769 | −2,304 | – | |
| Change in the effect of asset ceilings excluding interest | – | – | – | – | 41 | |
| **Remeasurements recognised in the statement of comprehensive income** | **−1,277** | **−4,599** | **769** | **−2,304** | **41** | |
| Employer contributions | – | – | 48 | 90 | – | |
| Employee contributions | 28 | 30 | 28 | 30 | – | |
| Benefit payments | −729 | −741 | −417 | −568 | – | |
| Settlement payments | −55 | −15 | −54 | −14 | – | |
| Transfers | −13 | – | 1 | 3 | – | |
| Acquisitions/divestitures | – | −2 | – | −6 | – | |
| Currency translation effects | 429 | −264 | 426 | −269 | – | |
| **Balance as at 31 December** | **18,503** | **13,451** | **14,785** | **11,977** | **46** | |

¹ Including other administration costs in accordance with IAS 19.130 from plan assets.   ² In the 2021 annual report, for simplified presentation the fair value of plan assets was reduced by the effects of asset ceilings.

There were settlement payments in the United Kingdom in particular in the reporting period. Moreover, in Germany, the proportion of benefit payments paid directly by the company decreased. There were settlement payments in the United States in particular in the previous year. The remeasurements caused net pension provisions to fall significantly once again. Total payments amounting to €396 million are expected with regard to

net pension provisions in 2023. Of this amount, €328 million is attributable to the Group's expected direct benefit payments and €68 million to expected employer contributions to pension funds.

The disaggregation of the present value of defined benefit obligations, fair value of plan assets and net pension provisions, as well as the determination of the balance sheet items, is as follows:

| €m | Germany | UK | |
|---|---|---|---|
| **31 December 2022** | | | |
| Present value of defined benefit obligations | 7,254 | 3,735 | |
| Fair value of plan assets | −5,665 | −4,054 | |
| Effect of asset ceilings | 0 | 0 | |
| **Net pension provisions** | **1,589** | **−319** | |
| | | | |
| **Reported separately** | | | |
| Pension assets | 0 | 319 | |
| Provisions for pensions and similar obligations | 1,589 | 0 | |
| **31 December 2021** | | | |
| Present value of defined benefit obligations | 9,927 | 5,497 | |
| Fair value of plan assets[1] | −6,229 | −5,895 | |
| Effect of asset ceilings[1] | 0 | 0 | |
| **Net pension provisions** | **3,698** | **−398** | |
| | | | |
| **Reported separately** | | | |
| Pension assets | 0 | 400 | |
| Provisions for pensions and similar obligations | 3,698 | 2 | |

[1]  In the 2021 annual report, for simplified presentation the fair value of plan assets was reduced by the effects of asset ceilings.

In the "Other" area, the Netherlands, Switzerland and the United States account for a share in the corresponding present value of the defined benefit obligations of 47%, 19% and 9%, respectively (previous year: 48%, 18% and 9%, respectively).

Additionally, rights to reimbursement from former Group companies existed in the Group in Germany in the amount of

€10 million (previous year: €13 million), which had to be reported separately under financial assets. Corresponding benefit payments are being made directly by the former Group companies.

### 37.3 Additional information on the present value of defined benefit obligations

The significant financial assumptions are as follows:

| % | Germany | UK | |
|---|---|---|---|
| **31 December 2022** | | | |
| Discount rate (defined benefit obligations) | 4.00 | 4.90 | |
| Expected annual rate of future salary increase | 3.00 | n.a. | |
| Expected annual rate of future pension increase | 2.25 | 3.00 | |
| **31 December 2021** | | | |
| Discount rate (defined benefit obligations) | 1.50 | 1.90 | |
| Expected annual rate of future salary increase | 2.50 | n.a. | |
| Expected annual rate of future pension increase | 1.75 | 3.15 | |

The discount rates for defined benefit obligations in the euro-zone and the United Kingdom were each derived from an individual yield curve comprising the yields of AA-rated corporate bonds and taking into account membership composition and duration. For other countries, the discount rate for defined benefit obligations was determined in a similar way, provided there was a deep market for AA-rated (or, in some cases, AA- and AAA-rated) corporate bonds. By contrast, government bond yields were used for countries without a deep market for such corporate bonds. The determination of the discount rates was modified for the eurozone at the end of 2022. The generation of the yield curve taking into account corporate bonds with a rating of AA was further developed in the current market environment. This development resulted in detailed changes to the derivation of interest rates.

As a result of the changes made, the discount rate used to calculate the present value of the defined benefit obligations in the eurozone as at 31 December 2022 was 0.60% lower, which resulted in a higher present value of the defined benefit obligations for the Group and the corresponding deterioration in other comprehensive income (before taxes) of around €379 million; for 2023, the adjustments result in an expected minor increase in both service cost and net interest cost.

For the annual pension increase in Germany, fixed rates in particular must be taken into account, in addition to the assumptions shown. The effective weighted average therefore amounts to approximately 1.00% (previous year: 1.00%).

The most significant demographic assumptions made relate to life expectancy and/or mortality. For the Group companies in Germany, they are based on the HEUBECK RICHTTAFELN 2018 G mortality tables. Life expectancy for the retirement benefit plans in the United Kingdom was based mainly on the S3PMA_H/S3PFA_H tables of the Continuous Mortality Investigation (CMI) of the Institute and Faculty of Actuaries, adjusted to reflect plan-specific mortality according to the latest funding valuation. Future mortality improvements were taken into account based on the current CMI projections model and an updated long-term trend assumption. For other countries, their own country-specific current standard mortality tables were used.

If one of the significant financial assumptions were to change, the present value of the defined benefit obligations would change as follows:

| | Change in assumption percentage points | Change in present value of defined benefit obligations % | |
|---|---|---|---|
| | | Germany | UK |
| **31 December 2022** | | | |
| Discount rate (defined benefit obligations) | 1.00 | −8.36 | −10.99 |
| | −1.00 | 10.64 | 13.48 |
| Expected annual rate of future salary increase | 0.50 | 0.10 | n.a. |
| | −0.50 | −0.08 | n.a. |
| Expected annual rate of future pension increase | 0.50 | 0.29 | 4.20 |
| | −0.50 | −0.25 | −4.05 |
| **31 December 2021** | | | |
| Discount rate (defined benefit obligations) | 1.00 | −12.50 | −13.76 |
| | −1.00 | 16.00 | 17.53 |
| Expected annual rate of future salary increase | 0.50 | 0.14 | n.a. |
| | −0.50 | −0.13 | n.a. |
| Expected annual rate of future pension increase | 0.50 | 0.34 | 5.32 |
| | −0.50 | −0.31 | −5.12 |

These are effective weighted changes in the respective present value of the defined benefit obligations, e.g. taking into account the largely fixed nature of the pension increase for Germany.

A one-year increase in life expectancy for a 65-year-old beneficiary would increase the present value of the defined benefit obligations by 3.95% in Germany (previous year: 4.87%) and by 3.19% in the United Kingdom (previous year: 4.77%). The corresponding increase for other countries would be 2.75% (previous year: 3.37%) and the total increase would be 3.52% (previous year: 4.59%).

When determining the sensitivity disclosures, the present values were calculated using the same methodology used to calculate the present values at the reporting date. The presentation does not take into account interdependencies between the assumptions; rather, it supposes that the assumptions change in isolation. This would be unusual in practice, since assumptions are often correlated.

The weighted average duration of the Group's defined benefit obligations as at 31 December 2022 was 9.8 years in Germany (previous year: 14.3 years) and 13.0 years in the United Kingdom (previous year: 15.6 years). In the other countries it was 16.1 years (previous year: 18.6 years), and in total it was 11.8 years (previous year: 15.4 years).

A total of 29.2% (previous year: 30.5%) of the present value of the defined benefit obligations was attributable to active beneficiaries, 19.3% (previous year: 20.6%) to formerly employed beneficiaries and 51.5% (previous year: 48.9%) to retirees.

### 37.4 Additional information on the fair value of plan assets

The fair value of the plan assets can be disaggregated as follows:

| €m | Germany | UK | Others[2] | Total |
|---|---|---|---|---|
| **31 December 2022** | | | | |
| Equities | 426 | 57 | 636 | **1,119** |
| Fixed income securities | 855 | 3,053 | 1,018 | **4,926** |
| Real estate | 1,821 | 272 | 329 | **2,422** |
| Alternatives[1] | 481 | 255 | 50 | **786** |
| Insurances | 510 | 0 | 132 | **642** |
| Cash | 1,552 | 83 | 40 | **1,675** |
| Other | 20 | 334 | 53 | **407** |
| **Fair value of plan assets** | **5,665** | **4,054** | **2,258** | **11,977** |
| **31 December 2021** | | | | |
| Equities | 1,153 | 564 | 783 | **2,500** |
| Fixed income securities | 2,080 | 4,554 | 1,237 | **7,871** |
| Real estate | 1,785 | 309 | 357 | **2,451** |
| Alternatives[1] | 434 | 277 | 57 | **768** |
| Insurances | 519 | 0 | 158 | **677** |
| Cash | 230 | 151 | 25 | **406** |
| Other | 28 | 40 | 44 | **112** |
| **Fair value of plan assets[2]** | **6,229** | **5,895** | **2,661** | **14,785** |

[1] Primarily includes absolute return products and private equity investments.
[2] In the 2021 annual report, for simplified presentation the fair value of plan assets was reduced by the effects of asset ceilings.

Quoted market prices in an active market exist for around 58% (previous year: 68%) of the total fair values of plan assets. The remaining assets for which no such quoted market prices exist are attributable as follows: 18% (previous year: 14%) to real estate, 12% (previous year: 10%) to fixed income securities, 6% (previous year: 5%) to insurances, 3% (previous year: 2%) to alternatives and 3% (previous year: 1%) to other. The majority of the investments on the active markets are globally diversified, with certain country-specific focus areas.

Real estate included in plan assets in Germany with a fair value of €1,689 million (previous year: €1,653 million) is occupied by Deutsche Post DHL Group.

In the year under review, hedging measures triggered by developments on the capital markets in 2022 resulted in a decrease in the proportion of equity and fixed-income holdings and an increase in the proportion of the cash holdings.

Asset–liability studies are performed at regular intervals in Germany, the United Kingdom and, amongst other places, the Netherlands, Switzerland and the United States, for the purpose of matching assets and liabilities; the strategic allocation of plan assets is adjusted accordingly.

Sustainable approaches based mainly on an integration of ESG criteria are increasingly being used when investing plan assets.

### 37.5 Risk

Specific risks are assoment plans. This can re
Deutsche Post DHL Grouincome, whose overall
In contrast, a low relevaon staff costs and net f
applied depending on t

**INTEREST RATE RISK**

A decrease (increase) in
to an increase (decreas
gation and would in pr
(decrease) in the fair v
tained in the plan assets
in some cases using de

**INFLATION RISK**

Pension obligations – esor schemes involving i
phase – can be linked di
The risk of increasing i
value of the defined ben
case of Germany, for exment benefit componen
by closing the defined
rates of increase have l
and/or lump-sum pay
also a positive correlati

(123 of 262), Page 123 of 262

Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 123 of 262

Case 1:22-cv-07662-DLC Document 39-1 Filed 10/13/23 Page 933 of 1025

CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG    Deutsche Post DHL Group –

**INVESTMENT RISK**

The investment is in principle subject to a large number of risks; in particular, it is exposed to the risk that market prices may change. This is managed primarily by ensuring broad diversification and the use of hedging instruments.

**LONGEVITY RISK**

Longevity risk may arise in connection with the benefits payable in the future due to a future increase in life expectancy. This is mitigated in particular by using current standard mortality tables when calculating the present value of the defined benefit obligations. The mortality tables used in Germany and the United Kingdom, for example, include an allowance for expected future increases in life expectancy.

## 38  Other provisions

Other provisions break down into the following main types of provision:

| €m | | Non-current | | Current |
|---|---|---|---|---|
| | 2021 | 2022 | 2021 | 2022 |
| Other employee benefits | 799 | 670 | 160 | 114 |
| Technical reserves (insurance) | 517 | 571 | 250 | 178 |
| Aircraft maintenance | 209 | 200 | 98 | 73 |
| Tax provisions | – | – | 275 | 278 |
| Restructuring provisions | 25 | 10 | 50 | 45 |
| Miscellaneous provisions | 396 | 450 | 375 | 471 |
| **Other provisions** | **1,946** | **1,901** | **1,208** | **1,159** |

### 38.1  Changes in other provisions

| €m | Other employee benefits | Restructuring provisions | Technical reserves (insurance) | Aircraft maintenance | Tax provisions |
|---|---|---|---|---|---|
| Balance as at 1 January 2022 | 959 | 75 | 767 | 307 | 275 |
| Changes in consolidated group | 3 | 0 | 0 | −9 | 1 |
| Utilisation | −596 | −34 | −68 | −91 | −33 |
| Currency translation differences | 29 | 1 | 4 | 8 | 3 |
| Reversal | −50 | −21 | −25 | −5 | −50 |
| Unwinding of / changes in discount rate | −51 | 0 | −30 | −1 | 0 |
| Reclassification | 3 | 0 | 0 | 0 | 0 |
| Addition | 487 | 34 | 101 | 64 | 82 |
| **Balance as at 31 December 2022** | **784** | **55** | **749** | **273** | **278** |

(124 of 262), Page 124 of 262

Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 934 of 1025

CONSOLIDATED FINANCIAL STATEMENTS   NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG          Deutsche Post DHL Group –

The provision for other employee benefits primarily covers work-force reduction expenses such as severance payments, partial retirement, early retirement, stock appreciation rights (SARs) and jubilee payments. The decrease results primarily from higher utilisation compared to the previous year and lower additions to the obligations for partial retirement and pension plans in the United States.

Technical reserves (insurance) mainly consist of outstanding loss reserves and IBNR (incurred but not reported) reserves, ❯ Note 7.

The provision for aircraft maintenance relates to obligations for major aircraft and engine maintenance by third-party companies.

Of the tax provisions, €140 million (previous year: €131 million) relates to VAT, €31 million (previous year: €45 million) to customs and duties, and €107 million (previous year: €99 million) to other tax provisions.

Miscellaneous provisions, which include a large number of individual items, break down as follows:

| €m | 2021 | 2022 |
|---|---|---|
| Litigation costs of which non-current: 53 (previous year: 56) | 114 | 130 |
| Risks from business activities of which non-current: 35 (previous year: 6) | 45 | 129 |
| Miscellaneous other provisions of which non-current: 362 (previous year: 334) | 612 | 662 |
| **Miscellaneous provisions** | **771** | **921** |

### 38.2 Maturity structure

The maturity structure of the provisions recognised in the 2022 financial year is as follows:

| €m | Up to 1 year | More than 1 year to 2 years | More than 2 years to 3 years | More than 3 years to 4 years | More than 4 years to 5 years |
|---|---|---|---|---|---|
| **2022** | | | | | |
| Other employee benefits | 114 | 130 | 48 | 33 | 34 |
| Technical reserves (insurance) | 178 | 243 | 82 | 38 | 28 |
| Aircraft maintenance | 73 | 120 | 20 | 13 | 9 |
| Tax provisions | 278 | 0 | 0 | 0 | 0 |
| Restructuring provisions | 45 | 4 | 4 | 2 | 0 |
| Miscellaneous provisions | 471 | 183 | 70 | 47 | 34 |
| **Total** | **1,159** | **680** | **224** | **133** | **105** |

## 39  Financial liabilities

| €m | | Non-current | | Current | |
|---|---|---|---|---|---|
| | 2021 | 2022 | 2021 | 2022 |
| Bonds | 6,167 | 5,680 | 502 | 500 |
| Amounts due to banks | 356 | 342 | 188 | 188 |
| Lease liabilities[1] | 9,841 | 11,316 | 1,964 | 2,198 |
| Liabilities at fair value through profit or loss | 1 | 5 | 12 | 129 |
| Other financial liabilities | 249 | 316 | 617 | 1,144 |
| **Financial liabilities** | **16,614** | **17,659** | **3,283** | **4,159** |

[1]  Explanations under ❯ **Note 41.**

The amounts due to banks comprise mainly current overdraft facilities and long-term loans due to various banks. The amounts reported under liabilities at fair value through profit or loss relate mainly to the negative fair values of derivative financial instruments. Other financial liabilities includes the obligation of €275 million for the repurchases still to be carried out from tranche II of the share buy-back programme and the obligation of €138 million for the acquisition of the remaining shares in the Monta Group.

### Bonds

The 2012/2022 bond of Deutsche Post Finance B.V. was fully repaid in June 2022.

**Significant bonds**

| | Nominal coupon % | Notional volume €m | Issuer | Carrying amount €m | Fa |
|---|---|---|---|---|---|
| Bond 2012/2022 | 2.950 | 500 | Deutsche Post Finance B.V. | 500 | |
| Bond 2012/2024 | 2.875 | 700 | Deutsche Post AG | 699 | |
| Bond 2013/2023 | 2.750 | 500 | Deutsche Post AG | 499 | |
| Bond 2016/2026 | 1.250 | 500 | Deutsche Post AG | 498 | |
| Bond 2017/2027 | 1.000 | 500 | Deutsche Post AG | 497 | |
| Bond 2018/2028 | 1.625 | 750 | Deutsche Post AG | 743 | |
| Bond 2020/2026 | 0.375 | 750 | Deutsche Post AG | 746 | |
| Bond 2020/2029 | 0.750 | 750 | Deutsche Post AG | 748 | |
| Bond 2020/2032 | 1.000 | 750 | Deutsche Post AG | 747 | |
| Convertible bond 2017/2025[1] | 0.050 | 1,000 | Deutsche Post AG | 974 | |

[1]  Fair value of the debt component; the fair value of the convertible bond 2017/2025 is €956 million (previous year: €1,200 million).

### Convertible bond

The convertible bond issued carries a conversion right that allows holders to convert the bond into a predetermined number of Deutsche Post AG shares.

In addition, Deutsche Post AG was granted a call option allowing it to repay the bond early at face value plus accrued interest if Deutsche Post AG's share price more than temporarily exceeds 130% of the conversion price applicable at that time. The convertible bond has a debt component and an equity component. In subsequent years, interest will be added to the carrying amount of the bond, up to the issue amount, using the effective interest method and recognised in profit or loss.

#### Convertible bond

| | 2017/2025 |
|---|---|
| Issue date | 13 Dec. 2017 |
| Issue volume | €1 billion |
| Outstanding volume | €1 billion |
| Exercise period, conversion right | 13 Dec. 2020 to 13 June 2025[1] |
| Exercise period, call option | 2 Jan. 2023 to 10 June 2025 |
| Value of debt component at issue date[2] | €946 million |
| Value of equity component at issue date[3] | €53 million |
| Transaction costs (debt/equity component) | €4.7/€0.3 million |
| Conversion price at issue | €55.69 |
| | |
| Conversion price after adjustment[4] | |
| in 2018 | €55.61 |
| in 2019 | €55.63 |
| in 2020 | €55.74 |
| in 2021 | €55.66 |
| in 2022 | €55.00 |

[1] Excluding possible contingent conversion periods according to the bond terms.
[2] Including transaction costs and call option granted.
[3] Recognised in capital reserves.
[4] After dividend payment.

### 40  Other liabilities

€m

| | 2021 | 2022 |
|---|---|---|
| Tax liabilities | 1,622 | 1,709 |
| Incentive bonuses | 1,157 | 1,267 |
| Compensated absences | 446 | 517 |
| Contract liabilities of which non-current: 62 (previous year: 30) | 360 | 516 |
| Wages, salaries, severance payments | 342 | 343 |
| Deferred income of which non-current: 136 (previous year: 95) | 210 | 274 |
| Payables to employees and members of executive bodies | 241 | 240 |
| Social security liabilities | 210 | 212 |
| Postage stamps (contract liabilities) | 107 | 144 |
| Overtime claims | 128 | 138 |
| Debtors with credit balances | 149 | 135 |
| Insurance liabilities | 58 | 113 |
| Liabilities from cheques issued | 43 | 77 |
| Liabilities for damages of which non-current: 2 (previous year: 0) | 45 | 62 |
| Other compensated absences | 45 | 49 |
| COD liabilities | 54 | 43 |
| Liabilities from the sale of residential building loans of which non-current: 22 (previous year: 30) | 40 | 31 |
| Accrued insurance premiums for damages and similar liabilities | 18 | 21 |
| Accrued rentals | 14 | 16 |
| Miscellaneous other liabilities of which non-current: 99 (previous year: 149) | 1,153 | 926 |
| **Other liabilities** | **6,442** | **6,833** |
| of which current | 6,138 | 6,512 |
| non-current | 304 | 321 |

Of the tax liabilities, €7... relates to VAT, €767 mil... toms and duties and €2... to other tax liabilities.

Miscellaneous oth... individual items.

### Maturity structure

There is no significant d... and the fair values of the... ities or near-market inte... rate risk because most... of interest at market rat...

€m

| | |
|---|---|
| Up to 1 year | |
| More than 1 year to 2 years | |
| More than 2 years to 3 year... | |
| More than 3 years to 4 year... | |
| More than 4 years to 5 year... | |
| More than 5 years | |
| **Other liabilities** | |

# Lease disclosures

## 41   Lease disclosures

Currency translation income on lease liabilities totalled €41 million (previous year: €16 million), whilst the related expenses amounted to €51 million (previous year: €49 million). Gains from sale-and-leaseback transactions came in at €84 million (previous year: €105 million) with €39 million (previous year: €96 million) attributable to real estate development projects. The right-of-use assets carried as non-current assets resulting from leases are presented separately in the following table:

**Right-of-use assets**

€m

| | Land and buildings | Technical equipment and machinery | IT equipment, operating and office equipment | Aircraft | Transport equipment | Advance payments and assets under development | Total |
|---|---|---|---|---|---|---|---|
| **31 December 2021** | | | | | | | |
| Accumulated cost | 12,472 | 236 | 9 | 3,016 | 1,098 | 251 | **17,082** |
| of which additions | 2,116 | 24 | 1 | 543 | 310 | 86 | **3,080** |
| Accumulated depreciation and impairment losses | 4,318 | 117 | 7 | 961 | 511 | 0 | **5,914** |
| **Carrying amount** | **8,154** | **119** | **2** | **2,055** | **587** | **251** | **11,168** |
| **31 December 2022** | | | | | | | |
| Accumulated cost | 14,344 | 244 | 11 | 4,096 | 1,297 | 264 | **20,256** |
| of which additions | 2,260 | 40 | 3 | 987 | 366 | 83 | **3,739** |
| Accumulated depreciation and impairment losses | 5,462 | 132 | 7 | 1,202 | 613 | 0 | **7,416** |
| **Carrying amount** | **8,882** | **112** | **4** | **2,894** | **684** | **264** | **12,840** |

In the real estate area, office buildings and ma are predominantly dep segment. The additions fleet. Leased transport cle fleet. The real estate The Group had 77 real e of more than 20 years 79 leases). Aircraft leas 14 years. Leases may in ❯ **Note 7.** The leases ar wide range of different in the following table:

€m

| | |
|---|---|
| Non-current lease liabilities | |
| Current lease liabilities | |
| **Total** | |

Future cash outflows a €14 billion) as at the re cash outflows amounti lion) were not included sonably certain that th nated). Leases that the that have not yet comm outflows totalling €2.6 primarily result from th information on the less in ❯ **Note 12, 14, 18 and 4**

CONSOLIDATED FINANCIAL STATEMENTS  NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG          Deutsche Post DHL Group –

# Cash flow disclosures

### 42  Cash flow disclosures

The following table shows the reconciliation of changes in lia-
bilities arising from financing activities in accordance with the
IFRS requirements:

**Liabilities arising from financing activities**

| €m | Bonds | Amounts due to banks | Lease liabilities | Other financial liabilities[1] | Total |
|---|---|---|---|---|---|
| Balance as at 1 January 2021 | 7,410 | 479 | 10,459 | 324 | **18,672** |
| Cash changes[2] | −845 | 21 | −2,395 | 12 | **−3,207** |
| | | | | | |
| Non-cash changes | | | | | |
| Leases | 0 | 0 | 3,408 | 0 | **3,408** |
| Currency translation | 1 | 32 | 309 | 8 | **350** |
| Changes in consolidated group | 0 | 0 | 23 | 3 | **26** |
| Other changes | 103 | 12 | 1 | 14 | **130** |
| Balance as at 31 December 2021/1 January 2022 | **6,669** | **544** | **11,805** | **361** | **19,379** |
| Cash changes[2] | −589 | −371 | −2,735 | −68 | **−3,763** |
| | | | | | |
| Non-cash changes | | | | | |
| Leases | 0 | 0 | 4,263 | 0 | **4,263** |
| Currency translation | 1 | 27 | 74 | 1 | **103** |
| Changes in consolidated group | 0 | 322 | 107 | 4 | **433** |
| Other changes | 99 | 8 | 0 | 447 | **554** |
| Balance as at 31 December 2022 | **6,180** | **530** | **13,514** | **745** | **20,969** |

[1] Differences from the financial liabilities presented in ❯ **Note 39** (other financial liabilities and financial liabilities at fair value through profit or loss) in the amount of €849 million
(previous year: €518 million) are due to factors presented in other cash flow items, e.g. derivatives or operating financial liabilities.

[2] Differences in cash changes from the total amount of net cash used in financing activities (€−7,411 million; previous year: €−6,224 million) are due primarily to interest payments in
addition to payments relating to equity transactions. The interest payments reported in the cash flow statement also include payments that do not relate to liabilities from financ-
ing activities.

As at the reporting date,
to the liabilities arising
cash flows from hedge
activities" cash flow iter

### 42.1  Net cash from op

At €10,965 million, net
€972 million higher th
lion. Income taxes paid
Cash inflow from the c
Cash inflow from the c
€215 million, compared
the prior year.

Non-cash income

**Non-cash income and c**

| €m | |
|---|---|
| Expense from the remeasure |
| Income from the remeasure |
| Staff costs relating to equity |
| share-based payments |
| Net income from investment |
| using the equity method |
| Other |
| **Non-cash income (−) and e** |

### 42.2 Net cash used in investing activities

Net cash used in investing activities fell from €4,824 million to €3,179 million. Payments of €1,613 million were made for the acquisition of subsidiaries and other business units, primarily for the acquisition of Hillebrand in the net amount of €1,379 million. Cash paid to acquire property, plant and equipment and intangible assets increased by €176 million to €3,912 million. Investing activities focused on, for example, the ongoing expansion and renewal of the road vehicle and air fleet. Amongst other things, the sale of money market funds resulted in a cash inflow of €1,664 million from the change in current financial assets. In the previous year, the purchase of money market funds totalling €950 million was the primary contributor to cash outflow for the acquisition of current financial assets amounting to €1,508 million.

The assets acquired and liabilities assumed in the course of acquisitions of material and immaterial companies undertaken in the 2022 financial year are presented in the following table:

**Assets acquired and liabilities assumed**

| €m | 2022 |
| --- | --- |
| Non-current assets | 283 |
| Current assets (excluding cash and cash equivalents) | 547 |
| Cash and cash equivalents | 82 |
| Non-current provisions and liabilities | −422 |
| Current provisions and liabilities | −557 |

### 42.3 Net cash used in financing activities

At €7,411 million, net cash used in financing activities came in €1,187 million higher than the prior-year figure of €6,224 million. The repayment of non-current financial liabilities increased from €2,903 million to €3,169 million due to lease liabilities and the repayment of the 2012/2022 bond. The dividend payment to the shareholders also increased, rising by €532 million to €2,205 million. Share buy-backs led to payments in the amount of €1,099 million for the acquisition of treasury shares, thereby coming in slightly below the level of the previous year (€1,115 million).

## Other disclosures

## 43   Risks and financial instruments of the Group

### 43.1 Risk management

As a result of its operating activities, the Group is exposed to financial risks that may arise from changes in exchange rates, commodity prices and interest rates. Deutsche Post DHL Group manages these risks centrally through the use of non-derivative and derivative financial instruments. Derivatives are used exclusively to mitigate non-derivative financial risks, and fluctuations in their fair value should not be assessed separately from the underlying transaction.

The Group's internal risk guidelines govern the universe of actions, responsibilities and necessary controls regarding the use of derivatives. Financial transactions are recorded, assessed and processed using proven risk management software, which

also regularly documen
ships. Portfolios of deri
banks concerned.

To limit counterpa
Group may only enter in
banks. The conditions
assigned to the banks a
Board of Management
vals about existing fina
deployed to mitigate the
for and measured and h
ance with IFRS 9.

Disclosures regar
defined benefit retirem
found in ● Note 37.5.

**Liquidity managemen**
The ultimate objective
solvency of Deutsche P
Consequently, liquidity
possible in cash pools a

The centrally availa
ity), consisting of centr
committed credit lines,
is to have at least €2 bi

As at 31 Decembe
reserves of €4 billion (p
central financial investr
dicated credit facility of

(130 of 262), Page 130 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 130 of 262
Case 1:22-cv-07182-WFK Document 39-1 Filed 10/13/23 Page 940 of 1025
CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG Deutsche Post DHL Group –

The maturity structure of non-derivative financial liabilities within the scope of IFRS 7 based on cash flows is as follows:

**Maturity structure of financial liabilities**

| €m | Up to 1 year | More than 1 year to 2 years | More than 2 years to 3 years | More than 3 years to 4 years |
|---|---|---|---|---|
| **As at 31 December 2022** | | | | |
| Non-current financial liabilities[1] | 60 | 847 | 1,215 | 1,327 |
| Non-current lease liabilities | 0 | 2,244 | 1,916 | 1,610 |
| Other non-current financial liabilities | 0 | 7 | 6 | 4 |
| **Non-current financial liabilities** | **60** | **3,098** | **3,137** | **2,941** |
| Current financial liabilities | 1,846 | | | |
| Current lease liabilities | 2,662 | | | |
| Trade payables | 9,933 | | | |
| Other current financial liabilities | 409 | | | |
| **Current financial liabilities** | **14,850** | | | |
| **As at 31 December 2021** | | | | |
| Non-current financial liabilities[1] | 74 | 745 | 798 | 1,076 |
| Non-current lease liabilities | 0 | 1,993 | 1,603 | 1,350 |
| Other non-current financial liabilities | 0 | 8 | 7 | 6 |
| **Non-current financial liabilities** | **74** | **2,746** | **2,408** | **2,432** |
| Current financial liabilities | 1,321 | | | |
| Current lease liabilities | 2,355 | | | |
| Trade payables | 9,556 | | | |
| Other current financial liabilities | 339 | | | |
| **Current financial liabilities** | **13,571** | | | |

[1] The convertible bond 2025 is contained in the "More than 2 years to 3 years" range.

(131 of 262), Page 131 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 131 of 262

Case 3:22-cv-07182-WHA Document 39-1 Filed 10/13/23 Page 941 of 1025

CONSOLIDATED FINANCIAL STATEMENTS  NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG    Deutsche Post DHL Group –

The maturity structure of the derivative financial instruments based on cash flows is as follows:

**Maturity structure of derivative financial instruments**

| €m | Up to 1 year | More than 1 year to 2 years | More than 2 years to 3 years | More than 3 years to 4 years |
|---|---|---|---|---|
| **As at 31 December 2022** | | | | |
| **Derivative receivables – gross settlement** | | | | |
| Cash outflows | −2,299 | −141 | −20 | −14 |
| Cash inflows | 2,369 | 168 | 29 | 23 |
| **Net settlement** | | | | |
| Cash inflows | 3 | 0 | 0 | 0 |
| **Derivative liabilities – gross settlement** | | | | |
| Cash outflows | −4,505 | −1 | −1 | 0 |
| Cash inflows | 4,399 | 1 | 1 | 0 |
| **Net settlement** | | | | |
| Cash outflows | −12 | −4 | 0 | 0 |
| **As at 31 December 2021** | | | | |
| **Derivative receivables – gross settlement** | | | | |
| Cash outflows | −2,944 | −15 | −1 | 0 |
| Cash inflows | 3,008 | 16 | 1 | 0 |
| **Net settlement** | | | | |
| Cash inflows | 8 | 0 | 0 | 0 |
| **Derivative liabilities – gross settlement** | | | | |
| Cash outflows | −1,195 | −20 | −19 | −6 |
| Cash inflows | 1,183 | 21 | 21 | 7 |
| **Net settlement** | | | | |
| Cash outflows | 0 | 0 | 0 | 0 |

The contract terms stipulate how the parties must meet their obligations arising from derivative financial instruments, either by net or by gross settlement.

(132 of 262), Page 132 of 262
Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 942 of 1025
CONSOLIDATED FINANCIAL STATEMENTS   NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG

Deutsche Post DHL Group –

**CURRENCY RISK AND CURRENCY MANAGEMENT**

The international business activities of Deutsche Post DHL Group expose it to currency risks from recognised or planned future transactions:

On-balance-sheet currency risks arise from the measurement and settlement of recognised foreign currency items if the exchange rate on the measurement or settlement date differs from the rate at initial recognition. The resulting foreign exchange differences directly impact profit or loss. In order to mitigate this impact as far as possible, all significant on-balance-sheet currency risks within the Group are centralised in Deutsche Post AG's in-house bank function. The centralised currency risks are aggregated by Corporate Treasury to calculate a net position per currency and hedged externally based on value-at-risk limits. The currency-related value at risk (95% / one-month holding period) for the portfolio totalled €6 million (previous year: €5 million) at the reporting date; the limit is currently a maximum of €5 million. The notional amount of the currency forwards and currency swaps used to manage on-balance-sheet currency risks amounted to €6,101 million at the reporting date (previous year: €4,078 million); the fair value was €−86 million (previous year: €46 million). Hedge accounting was not applied. Derivatives are accounted for as trading derivatives (free-standing derivatives).

Currency risks arise from planned foreign currency transactions if the future transactions are settled at exchange rates that differ from the originally projected rates. These currency risks are also captured centrally in Corporate Treasury. Currency risks from planned transactions and transactions with existing contracts are only hedged in selected cases. The relevant hedged items and derivatives used for hedging purposes are accounted for using cash flow hedge accounting. ❷ **Note 43.3.**

Currency risks also result from translating assets and liabilities of foreign operations into the Group's currency (translation risk). No translation risks were hedged at the reporting date.

Currency forwards and currency swaps in a notional amount of €7,130 million (previous year: €4,270 million) were outstanding at the reporting date. The corresponding fair value was €−55 million (previous year: €49 million).

Of the unrealised gains or losses from currency derivatives recognised in equity as at 31 December 2022, €20 million (previous year: €4 million) is expected to be recognised in profit or loss in the course of the following year.

IFRS 7 requires the disclosure of quantitative risk data, showing how profit or loss and equity are affected by changes in exchange rates at the reporting date. The impact of these changes in exchange rates on the portfolio of foreign currency financial instruments is assessed by means of a value-at-risk

calculation (95% confi[...]
assumed that the portf[...]
ative for the full year. T[...]
basis for the sensitivity [...]

Primary financial [...]
by Group companies are [...]
bank. Deutsche Post A[...]
and guarantees these t[...]
related changes therefo[...]
equity of the Group com[...]
permitted to participat[...]
their currency risks fro[...]
hedged locally through [...]
have no impact on the G[...]

The following tab[...]
value at risk:

**Risk data on currency risk**

€m

| | Profit or loss effects | Equity effects | |
|---|---|---|---|
| | | 2021 | |
| Primary financial instruments and free-standing derivatives | 4 | | |
| Derivative instruments (cash flow hedges) | | 5 | |
| Total value at risk[1] | | 6 | |

[1] The total amount is lower than the sum of the individual amounts, owing to interdependencies.

**INTEREST RATE RISK AND INTEREST RATE MANAGEMENT**

As at the reporting date, interest rate hedging instruments with a notional amount of €500 million (previous year: €0 million) and a fair value of €57 million (previous year: €0 million) were outstanding and are accounted for as cash flow hedges. ❯ **Note 43.3.**

If the interest rates underlying the derivatives had been 100 basis points higher as at the reporting date, this would have increased fair values and equity by €30 million (previous year: €0 million). A corresponding decrease in the interest rates would have had an effect of €−33 million (previous year: €0 million). The proportion of financial liabilities with short-term interest lock-ins, ❯ **Note 39,** amounts to 19% (previous year: 16%) of the total financial liabilities as at the reporting date. The effect of potential interest rate changes on the Group's financial position remains insignificant.

**MARKET RISK**

Most of the risks arising from commodity price fluctuations, in particular fluctuating prices for kerosene and marine diesel fuels, were passed on to customers via operating measures. As the impact of the related fuel surcharges is delayed by one to two months, earnings may be affected temporarily if there are significant short-term fuel price variations.

The remaining fuel price risk is partly hedged with swap transactions in the notional amount of €1 million (previous year: €13 million) and a fair value of €1 million (previous year: €7 million) running until the end of 2023.

Commodity price risks also result from the ongoing purchase of natural gas. Swap transactions with a notional amount of €24 million (previous year: €0 million) were outstanding as at the reporting date. The corresponding fair value was €−9 million (previous year: €0 million). A 10% increase in the commodity prices underlying the derivatives as at the reporting date would have increased fair values and equity by €1 million (previous year: €2 million). A corresponding decline in commodity prices would have had the opposite effect.

The Group received share price options as part of the conclusion of contracts from operational and M&A transactions. As at the reporting date, share price options with a notional amount of €252 million (previous year: €0 million) and a term of two to six years were outstanding. The corresponding fair value was €33 million (previous year: €0 million).

A 10% increase in the share prices underlying the derivatives as at the reporting date would have thus increased fair values and the financial result by €8 million (previous year: €0 million). A corresponding decrease in the share prices would have had an effect of €−7 million (previous year: €0 million).

**CREDIT RISK**

Credit risk arises for the Group from operating activities and from financial transactions. The aggregate carrying amount of financial assets represents the maximum default risk.

In an effort to minimise credit risk from operating activities and financial transactions, counterparties are assigned individual limits, the utilisation of which is regularly monitored. The Group's heterogeneous customer structure means that there is no risk concentration. Financial transactions are only entered into with prime-rated counterparties. A test is performed at the reporting dates to establish whether an impairment loss needs to be charged on financial assets and the positive fair values of derivatives due to changes in credit quality. This was not the case for any of the counterparties as at 31 December 2022.

The credit risk of financial assets arising from operations is managed by the divisions.

As a rule, the expected credit loss associated with financial assets must be determined. Based on the expected credit loss model (impairment model), a loss allowance must be anticipated for the possible credit loss, ❯ **Note 7.**

The impairment model is applicable to non-current and current debt instruments recognised at amortised cost and to lease receivables. Debt instruments comprise mainly deposits, collateral provided and loans to third parties.

The gross amount...
ment model are presen...

**Stage 1 – 12-month EC...**

| €m |
|---|
| Balance as at 1 January 20... |
| Newly originated financial... assets |
| Impairment loss |
| Disposal |
| Reversal of loss allowance |
| Increase in loss allowance |
| Currency translation differences |
| Changes in consolidated group/reclassifications |
| **Balance as at 31 December 2021/ 1 January 2022** |
| Newly originated financial... assets |
| Impairment loss |
| Disposal |
| Reversal of loss allowance |
| Increase in loss allowance |
| Currency translation differences |
| Changes in consolidated group/reclassifications |
| **Balance as at 31 December 2022** |

No cash flows from deb...
cial year and no change...
ing risk parameters. Th...

All debt instruments and lease receivables were recognised in Stage 1 at the reporting date; they were neither past due nor impaired. There were no indications at the reporting date of any poor performance of the debt instruments and lease receivables. There was no reclassification between the stages in the financial year.

Trade receivables from customer relationships amounting to €12,253 million were due within one year at the reporting date (previous year: €11,683 million). They are held primarily with the aim of collecting the principal amount of the receivables. These items are therefore assigned to the "held to collect contractual cash flows" business model and measured at amortised cost. Trade receivables changed as follows:

### Changes in receivables

€m

| | 2021 | 2022 |
|---|---|---|
| **Gross receivables** | | |
| Balance as at 1 January | 9,213 | 11,971 |
| Changes | 2,758 | 610 |
| **Balance as at 31 December** | 11,971 | 12,581 |
| | | |
| **Loss allowances** | | |
| Balance as at 1 January | −228 | −288 |
| Changes | −60 | −40 |
| **Balance as at 31 December** | −288 | −328 |
| **Carrying amount as at 31 December** | 11,683 | 12,253 |

The following table provides an overview of loss rates by age band that were used in the Group for the financial year under review:

### Loss rates by age band

%

| | 2021 | 2022 |
|---|---|---|
| 1 to 60 days | 0.1–0.2 | 0.03–1.3 |
| 61 to 120 days | 1.4–3.1 | 0.8–22.4 |
| 121 to 180 days | 8.0–25.0 | 6.0–56.0 |
| 181 to 360 days | 40.0–75.0 | 19.0–100.0 |
| More than 360 days | 80.0–100.0 | 80.0–100.0 |

Trade receivables are derecognised when a reasonable assessment indicates they are no longer recoverable. The relevant indicators include a delay in payment of more than 360 days.

In the 2022 financial year, there were factoring agreements in place that obliged the banks to purchase existing and future trade receivables. The banks' purchase obligations were limited to a maximum portfolio of receivables of €501 million (previous year: €616 million). Deutsche Post DHL Group can decide at its discretion whether, and to what extent, the revolving notional volume is utilised. The risks relevant to the derecognition of the receivables include credit risk and the risk of delayed payment (late payment risk).

Credit risk represents primarily all the risks and rewards associated with ownership of the receivables. This risk is transferred in full to the bank against payment of a fixed fee for doubtful accounts. A significant late payment risk does not exist. All of the receivables were therefore derecognised. In the 2022 financial year, the Group recognised programme fees (interest, allowances for doubtful accounts) of €0.5 million (previous year: €2 million) as an expense in the context of its continuing exposure. The notional volume of receivables factored as at 31 December 2022 amounted to €15 million (previous year: €90 million).

## 43.2 Collateral

### Collateral provided

€m

| | | |
|---|---|---|
| Non-current collateral | | |
| of which for assets for the s… | | |
| residential buildin… | | |
| for sureties paid | | |
| Current collateral | | |
| of which for restricted cash | | |
| for sureties paid | | |

The collateral provided … restricted cash.

## 43.3 Derivative financ…

### FAIR VALUE HEDGES
There were no fair valu… the previous year.

### CASH FLOW HEDGES
The Group uses currenc… the cash flow risk from… nue and expenses. The … wards and currency swa… year: €192 million) at a… €3 million). The hedged… by 2028.

The following tabl… at the reporting date in … positions and their weig…

(135 of 262), Page 135 of 262
Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 135 of 262
Case 1:22-cv-07182-WFK-AYA    Document 39-1    Filed 10/18/23    Page 945 of 1025

CONSOLIDATED FINANCIAL STATEMENTS   NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG

Deutsche Post DHL Group –

**Notional volume of hedging instruments**

| €m | | Remaining term | |
|---|---|---|---|
| | Total notional volume | Up to 1 year | 1 year to 5 years |
| **31 December 2022** | | | |
| Hedges of currency risk | | | |
| Currency forwards buy EUR/GBP | 546 | 546 | |
| Currency forwards sell EUR/CZK | 364 | 204 | 158 |
| Currency forwards buy EUR/HUF | 47 | 47 | |
| **31 December 2021** | | | |
| Hedges of currency risk | | | |
| Currency forwards buy EUR/CZK | 132 | 65 | 66 |
| Currency forwards sell EUR/USD | 21 | 21 | |
| Currency forwards buy USD/CNY | 16 | 16 | |

Interest rate risks from the planned refinancing of a maturing bond were hedged via payer interest rate swaps with a term until 2031. The notional amount of the swaps as at the reporting date was €500 million (previous year: €0 million) at a fair value of €57 million (previous year: €0 million).

In addition, as part of cash flow hedging, fuel and natural gas price risks were hedged with corresponding swap transactions in the notional amount of €25 million (previous year: €13 million) and a fair value of €−8 million (previous year: €7 million) running until the end of 2024. Only the product price component of the fuel price was designated as the hedged item. In the financial year under review, €17 million in realised gains from cash flow hedges for fuel and natural gas price risk were recognised in materials expense.

The total gains and losses on open hedging instruments recognised in equity at the reporting date amounted to €82 million (previous year: €10 million).

As in the previous year, carrying amounts of derivative assets amounting to €91 million (previous year: €11 million) and derivative liabilities amounting to €−10 million (previous year: €−1 million) included in cash flow hedges did not result in

**Reserve for cash flow hedges**

| €m | | OCI I Effective portion of the hedge |
|---|---|---|
| | 2021 | |
| Balance as at 1 January | −20 | 12 |
| Gains and losses on effective hedges | 28 | 70 |
| Reclassification due to the recognition of hedged items | 2 | −10 |
| **Balance as at 31 December[1]** | **10** | **72** |

[1] Excluding deferred taxes.

ineffectiveness within the period. This is because the changes in the fair value of the hedged items (€−60 million) and hedging transactions (€60 million) offset each other (previous year: €30 million and €−30 million, respectively).

**NET INVESTMENT HEDGES**

Currency risks resulting from the translation of foreign operations were not hedged in 2022. At the reporting date, there was still a positive amount of €25 million from terminated net investment hedges in th[…]
previous year.

**43.4 Additional disclo[…]**
**used in the Grou[…]**
The Group classifies fina[…]
balance sheet items. T[…]
cial instruments to the […]
reporting date:

(136 of 262), Page 136 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 136 of 262
Case 3:22-cv-07182-WHA Document 39-1 Filed 10/19/23 Page 946 of 1025

CONSOLIDATED FINANCIAL STATEMENTS  NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG          Deutsche Post DHL Group –

**Reconciliation of carrying amounts in accordance with IFRS 9 and level classification**

€m

| | 31 December 2021 | | | | | | | 31 De |  |
| | | | | | Level classification financial instruments within the scope of IFRS 9 | | | | |
| | Carrying amount | Financial instruments within the scope of IFRS 9 | Other financial instruments outside IFRS 9[1] | IFRS 7 fair value | Level 1 | Level 2 | Level 3 | Carrying amount | Financial instruments within the scope of IFRS 9 | Ot... finan... instrume... outsi... IFR... |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| **Debt instruments measured at cost** | **17,724** | **17,157** | **567** | **846** | | **436** | | **18,579** | **17,889** | **6** |
| Non-current financial assets | 834 | 424 | 410 | 846 | | 436 | | 788 | 263 | 5 |
| Current financial assets[2] | 1,257 | 1,100 | 157 | n.a. | | | | 1,272 | 1,106 | 1 |
| Other current assets[2] | 419 | 419 | | n.a. | | | | 476 | 476 | |
| Trade receivables[2] | 11,683 | 11,683 | | n.a. | | | | 12,253 | 12,253 | |
| Cash and cash equivalents[2] | 3,531 | 3,531 | | n.a. | | | | 3,790 | 3,790 | |
| **Equity instruments at fair value through other comprehensive income** | **46** | **46** | | **46** | **46** | | | **65** | **65** | |
| Non-current financial assets | 46 | 46 | | 46 | 46 | | | 65 | 65 | |
| Reserve for equity instruments without recycling | 46 | 46 | | 46 | 46 | | | 65 | 65 | |
| Current financial assets | | | | | | | | | | |
| Reserve for equity instruments without recycling | | | | | | | | | | |
| **Debt instruments and equity instruments at fair value through profit or loss** | **2,141** | **2,141** | | **2,141** | **2,072** | **69** | | **446** | **446** | |
| Non-current financial assets | 310 | 310 | | 310 | 310 | 0 | | 363 | 363 | |
| Debt instruments | 309 | 309 | | 309 | 309 | | | 261 | 261 | |
| Equity instruments | 1 | 1 | | 1 | 1 | | | 1 | 1 | |
| Fair value option | | | | | | | | | | |
| Trading derivatives | | | | | | | | 33 | 33 | |
| Derivatives designated as hedges | 0 | 0 | | 0 | | 0 | | 68 | 68 | |
| Current financial assets | 1,831 | 1,831 | | 1,831 | 1,762 | 69 | | 83 | 83 | |
| Debt instruments | 1,762 | 1,762 | | 1,762 | 1,762 | | | 23 | 23 | |
| Trading derivatives | 58 | 58 | | 58 | | 58 | | 37 | 37 | |
| Derivatives designated as hedges | 11 | 11 | | 11 | | 11 | | 23 | 23 | |
| **Not IFRS 7** | **3,756** | | | **n.a.** | | | | **3,654** | | |
| Other non-current assets | 587 | | | n.a. | | | | 581 | | |
| Other current assets | 3,169 | | | n.a. | | | | 3,073 | | |
| **TOTAL ASSETS** | **23,667** | **19,344** | **567** | **3,033** | **2,118** | **505** | | **22,744** | **18,400** | **6** |

| | 31 December 2021 | | | | Level classification financial instruments within the scope of IFRS 9 | | | 31 De... | | |
| | Carrying amount | Financial instruments within the scope of IFRS 9 | Other financial instruments outside IFRS 9¹ | IFRS 7 fair value | Level 1 | Level 2 | Level 3 | Carrying amount | Financial instruments within the scope of IFRS 9 | Other financial instruments outside IFR... |
|---|---|---|---|---|---|---|---|---|---|---|
| **EQUITY AND LIABILITIES** | | | | | | | | | | |
| **Liabilities measured at cost** | **29,853** | **18,048** | **11,805** | **7,343** | **6,689** | **653** | | **32,049** | **18,535** | **13,5...** |
| Non-current financial liabilities³ | 16,613 | 6,772 | 9,841 | 7,313 | 6,689 | 623 | | 17,655 | 6,339 | 11,3... |
| Other non-current liabilities | 30 | 30 | | 30 | | 30 | | 22 | 22 | |
| Current financial liabilities² | 3,271 | 1,307 | 1,964 | n.a. | | | | 4,030 | 1,832 | 2,1... |
| Trade payables² | 9,556 | 9,556 | | n.a. | | | | 9,933 | 9,933 | |
| Other current liabilities² | 383 | 383 | | n.a. | | | | 409 | 409 | |
| **Liabilities at fair value through profit or loss** | **13** | **13** | | **13** | | **13** | | **134** | **134** | |
| Non-current financial liabilities³ | 1 | 1 | | 1 | | 1 | | 5 | 5 | |
| Earn-out obligation | | | | | | | | | | |
| Trading derivatives | | | | | | | | | | |
| Derivatives designated as hedges | 1 | 1 | | 1 | | 1 | | 5 | 5 | |
| Current financial liabilities | 12 | 12 | | 12 | | 12 | | 129 | 129 | |
| Earn-out obligation | | | | | | | | | | |
| Trading derivatives | 12 | 12 | | 12 | | 12 | | 123 | 123 | |
| Derivatives designated as hedges | 0 | 0 | | 0 | | 0 | | 6 | 6 | |
| **Not IFRS 7** | **6,029** | | | **n.a.** | | | | **6,402** | | |
| Other non-current liabilities | 274 | | | n.a. | | | | 299 | | |
| Other current liabilities | 5,755 | | | n.a. | | | | 6,103 | | |
| **TOTAL EQUITY AND LIABILITIES** | **35,895** | **18,061** | **11,805** | **7,356** | **6,689** | **666** | | **38,585** | **18,669** | **13,5...** |

¹ Relates to lease receivables or liabilities.

² The fair value is assumed to be equal to the carrying amount (IFRS 7.29a). Levels are not disclosed for these financial instruments.

³ The Deutsche Post AG and Deutsche Post Finance B.V. bonds included in non-current financial liabilities are carried at amortised cost. The convertible bond issued by Deutsche Post AG in December 2017 had a fair value o... of the debt component at the reporting date was €914 million. The convertible bond issued by Deutsche Post AG in December 2017 had a fair value of €1,200 million as at 31 December 2021. The fair value of the debt com...

If there is an active market for a financial instrument (e. g. a stock exchange), its fair value is determined by reference to the market or quoted exchange price at the reporting date. If no fair value is available in an active market, quoted market prices for similar instruments or recognised valuation models are used to determine fair value.

IFRS 13 requires financial assets to be assigned to the appropriate level of the fair value hierarchy:

Level 1 comprises equity and debt instruments measured at fair value and debt instruments measured at amortised cost whose fair values can be determined based on quoted market prices.

In addition to financial assets and financial liabilities measured at amortised cost, commodity, interest rate and currency derivatives are reported under Level 2. The fair values of assets measured at amortised cost are determined using the multiplier method, amongst other things. The fair values of the derivatives are measured on the basis of discounted expected future cash flows, taking into account forward rates for currencies, interest rates and commodities (market approach). For this purpose,

price quotations observable in the market (exchange rates, interest rates and commodity prices) are imported from standard market information platforms into the treasury management system. The price quotations reflect actual transactions involving similar instruments on an active market. All significant inputs used to measure derivatives are observable in the market.

As at the reporting date, a call option and warrants are recognised under Level 3 which entitle the holder to acquire further shares in the company. The fair values of the derivative financial instruments are determined on the basis of the Black Scholes option pricing model. If possible, parameters observable on the market or derived from market data are used to determine the value. A volatility of 41% is taken into account for the call option and a volatility of 39% for the warrants. The volatilities are based on the volatilities of a comparable group of companies. No major fluctuations in earnings are to be expected with regard to the call option in future. Because the warrants are based on a listed underlying share, there could be earnings fluctuations in the subsequent years.

As in the previous year, [...] between levels in the 2 [...] documents the net gain [...] instruments:

**Net gains and losses b[...]**

| €m | |
|---|---|

| **Net gains / losses on financ[...]** | |
| Debt instruments at amorti[...] | |
| Net gains (+) / losses (−) [...] | |
| | |
| Debt instruments at fair val[...] (FVTPL) | |
| Net gains (+) / losses (−) [...] | |
| **Net gains / losses on financ[...]** | |
| Debt instruments at fair val[...] (FVTPL) | |
| Net gains (+) / losses (−) [...] | |
| | |
| Debt instruments at amorti[...] | |
| Net gains (+) / losses (−) [...] | |

[1] Only effects from impairment[...]

The net gains and losse[...] measurement, impairm[...] Dividends and interest a[...] instruments measured [...] est income and expense[...] ments relating to finan[...] cost are recognised sep[...]

**Unobservable inputs (Level 3)**

€m

| | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|
| | Assets | | Liabilities | Assets | | Liabilities |
| | Equity instruments | Debt instruments | Derivatives, of which equity derivatives | Equity instruments | Debt instruments | Derivatives, of which equity derivatives |
| Balance as at 1 January | 0 | 0 | 0 | 0 | 0 | 0 |
| Profit recognised in the income statement | 0 | 0 | 0 | 18 | 0 | 0 |
| Losses recognised in the income statement | 0 | 0 | 0 | −43 | 0 | 0 |
| Additions | 0 | 0 | 0 | 58 | 0 | 0 |
| Disposal | 0 | 0 | 0 | 0 | 0 | 0 |
| Currency translation effects | 0 | 0 | 0 | 0 | 0 | 0 |
| **Balance as at 31 December** | **0** | **0** | **0** | **33** | **0** | **0** |

Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/19/23   Page 949 of 1025

The following tables show the impact of netting agreements based on master netting arrangements or similar agreements on financial assets and financial liabilities as at the reporting date:

**Offsetting – assets**

| €m | Gross amount of assets | Gross amount of liabilities offset | Recognised net amount of assets offset | Assets and… Liabilities that do not meet offsetting criteria |
|---|---|---|---|---|
| **As at 31 December 2022** | | | | |
| Derivative financial assets | 128 | 0 | 128 | 64 |
| Trade receivables | 12,281 | 28 | 12,253 | 0 |
| Funds | 578 | 562 | 16 | 0 |
| **As at 31 December 2021** | | | | |
| Derivative financial assets | 69 | 0 | 69 | 12 |
| Trade receivables | 11,793 | 110 | 11,683 | 12 |
| Funds | 550 | 462 | 88 | 0 |

**Offsetting – liabilities**

| €m | Gross amount of liabilities | Gross amount of assets offset | Recognised net amount of liabilities offset | Assets and… Assets that do not meet offsetting criteria |
|---|---|---|---|---|
| **As at 31 December 2022** | | | | |
| Derivative financial liabilities | 134 | 0 | 134 | 64 |
| Trade payables | 9,961 | 28 | 9,933 | 0 |
| Funds | 562 | 562 | 0 | 0 |
| **As at 31 December 2021** | | | | |
| Derivative financial liabilities | 13 | 0 | 13 | 12 |
| Trade payables | 9,666 | 110 | 9,556 | 18 |
| Funds | 462 | 462 | 0 | 0 |

To hedge cash flow and fair value risks, Deutsche Post AG enters into financial derivative transactions with a large number of financial services institutions. These contracts are subject to a standardised master agreement for financial derivative transactions. This agreement provides for a conditional right of offset, resulting in the recognition of the gross amount of the financial derivative transactions at the reporting date. The conditional right of offset is presented in the tables.

Settlement processes arising from services related to postal deliveries are subject to the Universal Postal Convention and the Letter-mail INTERCONNECT Remuneration Agreement Europe (LIRAE). These agreements, particularly the settlement conditions, are binding on all public postal operators in respect of the specified contractual arrangements. Imports and exports between the parties to the agreement during a calendar year are summarised in an annual statement of account and presented on a net basis in the final annual statement. Receivables and payables covered by the Universal Postal Convention and the LIRAE are presented on a net basis at the reporting date. In addition, funds are presented on a net basis if a right of offset exists in the normal course of business. The tables show the receivables and payables before and after offsetting.

### 44 Contingent liabilities and other financial obligations

In addition to provisions and liabilities, the Group has contingent liabilities and other financial obligations. The contingent liabilities are broken down as follows:

### Contingent liabilities

**€m**

| | 2021 | 2022 |
|---|---|---|
| Guarantee obligations | 132 | 119 |
| Warranties | 8 | 11 |
| Liabilities from litigation risks | 213 | 258 |
| Other contingent liabilities | 470 | 523 |
| **Total** | **823** | **911** |

The obligation for settlement payments in the United States, which was still recognised here in the previous year, no longer applies due to new estimates. In addition, contingent liabilities include tax-related obligations.

Other financial obligations such as the purchase obligation for investments in non-current assets amounted to €2,668 million (previous year: €1,190 million). The relates primarily to the delivery of additional cargo aircraft as well as obligations from fleet management.

### 45 Litigation

Many of the postal services rendered by Deutsche Post AG and its subsidiaries (particularly the Post & Parcel Germany division) are subject to sector-specific regulation on the basis of the German Postal Act (Postgesetz) by the German federal network agency (Bundesnetzagentur). The German federal network agency approves or reviews prices, formulates the terms of downstream access, has special supervisory powers to combat market abuse and guarantees the provision of universal postal services. This general regulatory risk could lead to a decline in revenue and earnings in the event of negative decisions.

Revenue and earn[...] cedure used to determin[...] mail. Approval of the ra[...] 31 December 2024 was [...] agency on 29 April 202[...] filed an action with the C[...] price cap approval of the[...] years 2022 to 2024. Th[...]

The aforementio[...] service providers and c[...] action with the Cologn[...] approval granted as par[...] 2019 to 2021. In a ruling[...] Administrative Court on [...] to 2021 in relation to the[...] providers as a result o[...] Court from 27 May 202[...] text of the underlying le[...] rectified by the German[...] the German Postal Act [...] Cologne Administrative [...] ers because they had ex[...] has not yet ruled on the[...] because the proceeding[...] additional application to[...] 2019 to 2021 was also [...] Court. The association h[...] Federal Administrative [...] were completely unsuc[...] Administrative Court; t[...] tive Court are still pend[...]

Case 3:22-cv-07182-WHA    Document 39-1    Filed 10/18/23    Page 951 of 1025

The rulings of the Cologne Administrative Court from 17 August 2022 are only applicable to the legal relationships with the respective plaintiffs and have no legal impact vis-à-vis other consumers.

One postal service provider, which had also filed an action against the pricing approval for the years 2019 to 2021 with the Cologne Administrative Court, also filed a civil suit for repayment of allegedly excessive conveyance fees for standard letters delivered in 2017. The action is based primarily on the claim that Deutsche Post charged postage whose approval is unlawful pursuant to the ruling of the Federal Administrative Court from 27 May 2020. The action was denied by the Cologne District Court in a ruling from 17 June 2021. The cartel court of the Düsseldorf Higher Regional Court denied the appeal of this ruling on 6 April 2022 and did not permit any further appeals of the ruling. On 2 May 2022, the plaintiff submitted an appeal against non-permission with Germany's Federal Court of Justice to have its appeal allowed.

Possible negative effects on Deutsche Post of these court rulings and the proceedings underway cannot be ruled out.

Since 1 July 2010, as a result of the revision of the relevant tax exemption provisions, the VAT exemption has only applied to those specific universal services in Germany that are not subject to individually negotiated agreements or provided on special terms (discounts etc.). Deutsche Post AG and the tax authorities hold different opinions on the VAT treatment of certain products. In the interest of resolving these issues, proceedings have been initiated by Deutsche Post AG at the tax court with jurisdiction in this matter, **❯ Note 44**.

In view of the ongoing or announced legal proceedings mentioned above, no further details are given on their presentation in the financial statements.

### 46 Share-based payment

Assumptions regarding the price of Deutsche Post AG's shares and assumptions regarding employee fluctuation are taken into account when measuring the value of share-based payments for executives. All assumptions are reviewed on a quarterly basis. The staff costs are recognised pro rata in profit or loss to reflect the services rendered as consideration during the vesting period (lock-up period). In the financial year, a total of €140 million (previous year: €184 million) was recognised for share-based payments, €40 million (previous year: €105 million) of which were cash-settled and €100 million (previous year: €79 million) of which were equity-settled.

#### 46.1 Share-based payment for executives (Share Matching Scheme)

Under the share-based payment system for executives (Share Matching Scheme), certain executives receive part of their variable remuneration for the financial year in the form of shares of Deutsche Post AG in the following year (deferred incentive shares). All Group executives can specify an increased equity component individually by converting a further portion of their variable remuneration for the financial year (investment shares). After a four-year lock-up period during which the executive must be employed by the Group, they again receive the same number of Deutsche Post AG shares (matching shares). Assumptions are

made regarding the co
respect to their relev
arrangements are enter
respective year and 1 A
dates for each year's tra
and matching shares are
payments, investment
ments and the debt an
separately. However, i
debt component is mea
Matching Scheme. The
as cash-settled share-b

Of the expenses
€57 million (previous
equity-settled share-ba
to cash-settled payment
€54 million), all of which

Additional informa
rights can be found in ❯

(142 of 262), Page 142 of 262

Case 3:22-cv-07182-WHA Document 35-1 Filed 10/19/23 Page 952 of 1025

CONSOLIDATED FINANCIAL STATEMENTS NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG          Deutsche Post DHL Group –

**Share Matching Scheme**

| | | 2017 tranche | Alternative programme 2018 tranche | 2019 tranche | 2020 tranche |
|---|---|---|---|---|---|
| Grant date of deferred incentive shares and associated matching shares | | 1 December 2017 | – | 1 December 2019 | 1 December 2020 |
| Grant date of matching shares awarded for investment shares | | 1 April 2018 | 1 March 2019 | 1 April 2020 | 1 April 2021 |
| Term | months | 52 | 52 | 52 | 52 |
| End of term | | March 2022 | June 2023 | March 2024 | March 2025 |
| Share price at grant date (fair value) | | | | | |
| Deferred incentive shares and associated matching shares | € | 39.26 | n.a. | 33.29 | 40.72 |
| Matching shares awarded for investment shares | € | 34.97 | 27.30 | 23.83 | 46.52 |
| Number of deferred incentive shares | thousands | 256 | n.a. | 369 | 246 |
| Number of matching shares expected | | | | | |
| Deferred incentive shares | thousands | 230 | n.a. | 332 | 222 |
| Investment shares | thousands | 864 | 854 | 1,343 | 1,007 |
| Matching shares issued | thousands | 1,057 | | | |

[1]  Estimated provisional amount; the final amount will be determined on 1 April 2023.

[2]  Expected number.

### 46.2 Long-Term Incentive Plan (2006 LTIP) for members of the Board of Management

Since the 2006 financial year, the company has granted members of the Board of Management cash remuneration linked to the company's long-term share price performance through the issue of stock appreciation rights (SARs) as part of a Long-Term Incentive Plan (LTIP). Participation in the LTIP requires Board of Management members to make a personal investment of 10% of their annual base salary by the grant date of each tranche, primarily in shares.

The SARs granted can be fully or partly exercised after the expiration of a four-year lock-up period at the earliest, provided absolute or relative performance targets have been achieved at the end of this lock-up period. After expiration of the lock-up period, the SARs must be exercised within a period of two years (exercise period); any SARs not exercised expire.

How many, if any, of the SARs granted can be exercised is determined in accordance with four (absolute) performance targets based on the share price and two (relative) performance targets based on a benchmark index. One-sixth of the SARs granted are earned each time the closing price of Deutsche Post shares exceeds the issue price by at least 10, 15, 20 or 25% at the end of the waiting period (absolute performance targets). Both relative performance targets are tied to the performance of the shares in relation to the STOXX Europe 600 Index (SXXP; ISIN EU0009658202). They are met if the share price equals the index performance or if it outperforms the index by more than 10%. Performance is determined by comparing the average price of

Deutsche Post shares an[...] ence and a performance[...] the last 20 consecutive[...] performance period is t[...] the lock-up period. The[...] the average closing pri[...] Börse AG's Xetra tradi[...] mance targets are not m[...] SARs attributable to th[...] compensation. Each SA[...] ment member to receive[...] the five trading days pr[...] price of the SAR.

**LTIP 2006**

|  | Issue date | Issue price € | Waiting period expires |
|---|---|---|---|
| 2017 tranche | 1 September 2017 | 34.72 | 31 August 2021 |
| 2018 tranche | 1 September 2018 | 31.08 | 31 August 2022 |
| 2019 tranche | 1 September 2019 | 28.88 | 31 August 2023 |
| 2020 tranche | 1 September 2020 | 37.83 | 31 August 2024 |
| 2021 tranche | 1 September 2021 | 58.68 | 31 August 2025 |
| 2022 tranche | 1 September 2022 | 39.06 | 31 August 2026 |

The Board of Management members received a total of 1,176,006 SARs (previous year: 862,272 SARs) with a total value, at the time of issue, of €9.3 million (previous year: €8.3 million).

A stochastic simulation model is used to determine a fair value for the SARs from the 2006 LTIP. The result in the 2022 financial year was an income of €24 million (previous year: expense of €52 million) and a provision at the reporting date of €14 million (previous year: €44 million). The provision for the rights exercisable by the Board of Management amounted to €4 million at the reporting date (previous year: €14 million).

For further disclosures on share-based payment for members of the Board of Management, see ❯ Note 47.2.

**46.3  Performance Share Plan (PSP) for executives**
The Annual General Meeting on 27 May 2014 resolved to introduce the Performance Share Plan (PSP) for executives. Under the PSP, shares are issued to participants at the end of the waiting period. The granting of the shares at the end of the waiting period is linked to the achievement of demanding performance targets. The performance targets under the PSP are identical to the performance targets under the LTIP for members of the Board of Management.

Performance Share Units (PSUs) were issued to selected executives for the first time on 1 September 2014. It is not planned that members of the Board of Management will participate in the PSP. The Long-Term Incentive Plan (2006 LTIP) for members of the Board of Management remains unchanged.

In the consolidated financial statements as at 31 December 2022, a total of €27 million (previous year: €25 million) has been appropriated to capital reserves for the purposes of the plan, with an equal amount recognised in staff costs.

The value of the PSP is measured using actuarial methods based on option pricing models (fair value measurement). Future dividends were taken into account, based on a moderate increase in dividend distributions over the respective measurement period.

The average remaining maturity of the outstanding PSUs as at 31 December 2022 was 25 months.

**Performance Share Plan**

| | 2018 tranche | 2019 tranche | 2020 tranche |
|---|---|---|---|
| Grant date | 1 September 2018 | 1 September 2019 | 1 September 2020 |
| Exercise price | 31.08 € | 28.88 € | 37.83 € |
| Waiting period expires | 31 August 2022 | 31 August 2023 | 31 August 2024 |
| Risk-free interest rate | −0.39% | −0.90% | −0.72% |
| Initial dividend yield of Deutsche Post shares | 3.70% | 3.98% | 3.57% |
| Yield volatility of Deutsche Post shares | 22.39% | 21.38% | 24.89% |
| Yield volatility of Dow Jones EURO STOXX 600 Index | 16.29% | 14.79% | 16.62% |
| Covariance of Deutsche Post shares to Dow Jones EURO STOXX 600 Index | 2.66% | 2.21% | 3.05% |
| **Number** | | | |
| Rights outstanding as at 1 January 2022 | 2,952,402 | 3,326,664 | 2,596,194 |
| Rights granted | 0 | 0 | 0 |
| Rights lapsed | 1,500,240 | 114,534 | 91,956 |
| Rights settled at the end of the waiting period | 1,452,162 | 0 | 0 |
| Rights outstanding as at 31 December 2022 | 0 | 3,212,130 | 2,504,238 |

**46.4  Employee Share Plan (ESP) for executives**

The Employee Share Plan (ESP) was introduced for another selected group of executives starting on 1 September 2021. Participation in the ESP is voluntary. Executives participating in the ESP can acquire shares of Deutsche Post AG at a discount of 25% from the market price, up to an annual cap of €10,000 or €15,000, depending on their level. The ESP is offered quarterly. Prior to every savings period, the participating executives can choose the share of their remuneration they wish to invest in the ESP during the upcoming three-month savings period. At the beginning of the following quarter, executives receive shares at a discount of 25% from the market price. The shares acquired under the ESP are subject to a two-year lock-up period.

In the consolidated financial statements as at 31 December 2022, a total of €16 million (previous year: €3 million) has been appropriated to capital reserves for the purposes of the ESP, with an equal amount recognised in staff costs.

**47  Related-party disclosures**

**47.1  Related-party disclosures (companies and Federal Republic of Germany)**

All companies that are controlled by the Group or with which a joint arrangement exists, or over which the Group can exercise significant influence, are recorded in the 🔴 **List of shareholdings.**

Deutsche Post AG maintains a variety of relationships with the Federal Republic of Germany (Federal Republic) and other companies controlled by the Federal Republic of Germany.

The Federal Republic is a customer of Deutsche Post AG and as such uses the company's services. Deutsche Post AG has direct business relationships with the individual public authorities and other government agencies as independent individual customers. The services provided for these customers are insignificant in respect of Deutsche Post AG's overall revenue.

**RELATIONSHIPS WITH K**

KfW supports the Fede companies such as Deu In 1997, KfW, together "placeholder model" as companies. Under this these state-owned co chased shares of Deut part of its investments in several stages since ket transactions using Deutsche Post AG's sha is thus considered to be

**RELATIONSHIPS WITH THE *BUNDESANSTALT FÜR POST UND TELEKOMMUNIKATION* (BANST PT)**

The *Bundesanstalt für Post und Telekommunikation* (BAnst PT) is a government agency and falls under the technical and legal supervision of the German Federal Ministry of Finance. The BAnst PT continues to manage the social facilities such as the postal civil servant health insurance fund, the recreation programme, the *Postbeamtenversorgungskasse* (PVK – Postal civil servant pension fund), the *Versorgungsanstalt der Deutschen Bundespost* (VAP – *Deutsche Bundespost* institution for supplementary retirement pensions) and the welfare service for Deutsche Post AG, Deutsche Bank AG (as legal successor to Deutsche Postbank AG) and Deutsche Telekom AG. Tasks are performed on the basis of agency agreements. In 2022, Deutsche Post AG was invoiced for €85 million (previous year: €142 million) in instalment payments relating to services provided by the BAnst PT. Further disclosures on the PVK and the VAP can be found in ❯ **Note 7 and 37.**

**RELATIONSHIPS WITH THE GERMAN FEDERAL MINISTRY OF FINANCE**

Deutsche Post AG entered into an agreement with the German Federal Ministry of Finance dated 30 January 2004 relating to the transfer of civil servants to German federal authorities. Under this agreement, civil servants are seconded, with the aim of transferring them, initially for 6 months, and are then transferred permanently if they successfully complete their probation. Once a permanent transfer is completed, Deutsche Post AG contributes to the cost incurred by the Federal Republic by paying a flat fee. In 2022, this initiative resulted in 5 permanent transfers (previous year: 8) and 2 secondments with the aim of a permanent transfer in 2023 (previous year: 4).

**RELATIONSHIPS WITH THE GERMAN FEDERAL EMPLOYMENT AGENCY**

Deutsche Post AG and the German Federal Employment Agency entered into an agreement dated 12 October 2009 relating to the transfer of Deutsche Post AG civil servants to the Federal Employment Agency. In 2022, this initiative resulted in no permanent transfer (previous year: 1).

**RELATIONSHIPS WITH DEUTSCHE BAHN AG AND ITS SUBSIDIARIES**

Deutsche Bahn AG is wholly owned by the Federal Republic. Owing to this control relationship, Deutsche Bahn AG is a related party to Deutsche Post AG. Deutsche Post DHL Group has various business relationships with the Deutsche Bahn Group. These mainly consist of transport service agreements.

**RELATIONSHIPS WITH PENSION FUNDS**

The real estate with a fair value of €1,689 million (previous year: €1,653 million) – which can be offset as plan assets – of which Deutsche Post Pensions-Treuhand GmbH & Co. KG, Deutsche Post Altersvorsorge Sicherung e.V. & Co. Objekt Gronau KG and Deutsche Post Grundstücks-Vermietungsgesellschaft beta mbH Objekt Leipzig KG are the legal owners, is let almost exclusively to

the Group via Deutsche ... ments led to lease liab... ber 2022 (previous ye... year, Deutsche Post Imm... (previous year: €25 mil... lion (previous year: €19... sions-Treuhand GmbH ... Pensionsfonds AG. Furt... found in ❯ **Note 7 and 37.**

**RELATIONSHIPS WITH U... INVESTMENTS ACCOUNT... AND JOINT OPERATIONS**

In addition to the conso... ect and indirect relatio... investments accounted ... operations deemed to ... course of its ordinary b...

Transactions wer... with major related par... the consolidated financ...

| €m | Investments accounted f... the equity ... | | |
|---|---|---|---|
| | 2021 | | |
| Trade receivables | 16 | | |
| Loans | 1 | | |
| Receivables from in-house banking | 0 | | |
| Financial liabilities | 0 | | |
| Trade payables | 5 | | |
| Income[1] | 91 | | |
| Expenses[2] | 1 | | |

[1] Relates to revenue and other operating income.   [2] Relates to materials expense, staff costs and other operating expenses.

Deutsche Post AG issued letters of commitment in the amount of €2 million (previous year: €7 million) for these companies. Of this amount, €1 million (previous year: €1 million) was attributable to investments accounted for using the equity method and €1 million (previous year: €6 million) to joint operations.

### 47.2 Related-party disclosures (individuals)

Effective as of 1 July 2022, Nikola Hagleitner assumed responsibility on the Board of Management for Post & Parcel Germany from Dr Tobias Meyer, who is now responsible for Global Business Services. Ken Allen left the company upon the expiration of his term of appointment on 31 July 2022. Pablo Ciano has been the new Board of Management member responsible for eCommerce Solutions since 1 August 2022. John Pearson has been responsible for Customer Solutions & Innovation (CSI) since 1 August 2022.

In accordance with IAS 24, the Group also reports on transactions between the Group and related parties or members of their families. Related parties are defined as the Board of Management, the Supervisory Board and the members of their families. There were no reportable transactions or legal transactions involving these related parties in the 2022 financial year. In particular, the company granted no loans to these related parties.

The remuneration of key management personnel of the Group requiring disclosure under IAS 24 comprises the remuneration of the active members of the Board of Management and the Supervisory Board. The active members of the Board of Management and the Supervisory Board were remunerated as follows:

| €m | 2021 | 2022 |
| --- | --- | --- |
| Short-term employee benefits (excluding share-based payment) | 18 | 22 |
| Post-employment benefits | 4 | 3 |
| Termination benefits | 0 | 0 |
| Share-based payment | 45 | −23 |
| **Total** | **67** | **2** |

The employee representatives on the Supervisory Board employed by the Group also receive their normal salaries for their work in the company in addition to the aforementioned benefits for their work on the Supervisory Board. These salaries are determined at levels that are commensurate with the salary appropriate for the function or work performed in the company.

Post-employment benefits are recognised as the service cost resulting from the pension provisions for active members of the Board of Management. The corresponding liability amounted to €42 million at the reporting date (previous year: €42 million).

Starting in 2008, newly appointed Board of Management members began receiving a defined contribution pension commitment. This entails the company crediting an annual amount totalling 35% of each Board of Management member's base salary to a virtual pension account. This capital bears interest until eligibility to receive benefits begins. The pension benefit is paid out as capital in the amount of the accumulated pension balance. Pension eligibility is triggered at the earliest when retirement age is reached, in the event of invalidity during the term of office or upon death. When eligible for the pension benefit, the beneficiary may choose an annuity option. The Chairman of the Board of Management is still entitled to a legacy commitment in the form of a direct pension based on his final salary.

### 47.3 Remuneration di

**BOARD OF MANAGEMEN**

The remuneration pai
ment (excluding share
year totalled €17.6 mill
performance-related c
accounted for €9.3 mill
of €4.4 million (previou
the annual bonus paid
along with €3.9 million
nent (previous year: €2
component). An additio
lion) of the annual bon
component in 2022 and
that payout is that the E
ity target is met. In the
members also received
862,272 SARs), which a
lion (previous year: €8.3

**FORMER MEMBERS OF T**

Benefits paid to former
and beneficiaries amo
€5.2 million). The defin
pensions calculated und
€92 million).

**REMUNERATION OF THE**

The total remuneration
financial year amounte
lion); €3.5 million (prev
was attributable to a fi
€0.2 million to attendan

Further informati
Board of Management a
no later than at the time
in the remuneration rep

**SHAREHOLDINGS OF THE BOARD OF MANAGEMENT AND SUPERVISORY BOARD**

As at 31 December 2022, shares held by the Board of Management and the Supervisory Board of Deutsche Post AG amounted to less than 1% of the company's share capital.

**REPORTABLE TRANSACTIONS**

The transactions of Board of Management and Supervisory Board members involving securities of the company and notified to Deutsche Post AG in accordance with Article 19 of the Market Abuse Regulation can be viewed on the ⊗ **Company's website.**

## 48   Auditing fee

The fee for the auditing services provided by Pricewaterhouse-Coopers GmbH Wirtschaftsprüfungsgesellschaft amounted to €11 million in the 2022 financial year and was recognised as an expense.

### Auditing fee

| €m | 2022 |
| --- | --- |
| Audit services | 10 |
| Other assurance services[1] | 0 |
| Tax advisory services | 0 |
| Other services | 1 |
| **Total** | **11** |

[1]  Rounded below €1 million.

The audit services category includes the fees for auditing the consolidated financial statements and for auditing the annual financial statements prepared by Deutsche Post AG and its German subsidiaries. The fees for reviewing the interim reports and the fees for voluntary audits beyond the statutory audit engagement, such as audits of the internal control system (ICS), are also reported in this category.

Other assurance services related in particular to attestation reports relating to the internal control system and the issuing of comfort letters. Other services were comprised mainly of general consulting in areas outside of accounting.

## 49   Exemptions under the HGB

For the 2022 financial year, the following German subsidiaries have exercised the simplification options under Section 264(3) HGB or Section 264b HGB and, if applicable, Section 291 HGB:

- Agheera GmbH
- Albert Scheid GmbH
- ALTBERG GmbH
- Betreibergesellschaft Verteilzentrum GmbH
- Danzas Deutschland Holding GmbH
- Deutsche Post Adress Beteiligungsgesellschaft mbH
- Deutsche Post Assekuranz Vermittlungs GmbH
- Deutsche Post Beteiligungen Holding GmbH
- Deutsche Post Customer Service Center GmbH
- Deutsche Post DHL Beteiligungen GmbH
- Deutsche Post DHL Corporate Real Estate Management GmbH & Co. Logistikzentren KG
- Deutsche Post DHL Express Holding GmbH
- Deutsche Post DHL Facility Management Deutschland GmbH (formerly: CSG.TS GmbH)
- Deutsche Post DHL Real Estate Deutschland GmbH
- Deutsche Post DHL Research and Innovation GmbH
- Deutsche Post Dialog Solutions GmbH
- Deutsche Post Direkt GmbH
- Deutsche Post E-POST Solutions GmbH
- Deutsche Post Expansion GmbH
- Deutsche Post Fleet GmbH
- Deutsche Post Immobilien GmbH
- Deutsche Post InHaus Services GmbH
- Deutsche Post Investments GmbH
- Deutsche Post IT Services GmbH
- Deutsche Post Mobility GmbH
- Deutsche Post Shop Essen GmbH
- Deutsche Post Shop Hannover GmbH
- Deutsche Post Shop München GmbH
- Deutsche Post Transport GmbH (formerly: DHL Delivery GmbH)

- Deutsche Post Verma…
- Deutsche Post Zahlun…
- DHL 2-Mann-Handlin…
- DHL Airways GmbH
- DHL Automotive Gmb…
- DHL Automotive Offe…
- DHL Consulting Gmb…
- DHL Express Custome…
- DHL Express Germany…
- DHL Express Network…
- DHL FoodLogistics Gr…
- DHL Freight Germany…
- DHL Freight GmbH
- DHL Freight Grundstü…
- DHL Global Event Log…
- DHL Global Forwardin…
- DHL Global Forwardin…
- DHL Global Managem…
- DHL Home Delivery G…
- DHL Hub Leipzig Gmb…
- DHL International Gm…
- DHL Paket GmbH
- DHL Solutions GmbH
- DHL Sorting Center G…
- DHL Supply Chain (Le…
- DHL Supply Chain Ma…
- DHL Supply Chain Op…
- DHL Supply Chain VAS…
- Erste End of Runway …
- Erste Logistik Entwick…
- European Air Transpo…
- Gerlach Zolldienste G…
- interServ Gesellschaf…
  Beraterdienstleistung…
- it4logistics GmbH
- Saloodo! GmbH
- StreetScooter GmbH

(148 of 262), Page 148 of 262

Case 3:22-cv-07182-WHA Document 39-1 Filed 10/18/23 Page 958 of 1025

CONSOLIDATED FINANCIAL STATEMENTS   NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS OF DEUTSCHE POST AG
RESPONSIBILITY STATEMENT
INDEPENDENT AUDITOR'S REPORT

Deutsche Post DHL Group –

## 50 Declaration of Conformity with the German Corporate Governance Code

Deutsche Post AG complied with the suggestions and recommendations of the German Corporate Governance Code in the 2022 financial year. This did not include the reserved limitation with regard to the CEO's chairmanship of the supervisory board of Deutsche Telekom AG. The Board of Management and Supervisory Board intend to comply with all suggestions and recommendations in future. This Declaration of Conformity required by Section 161 AktG can be accessed on the ⊙ Company's website.

## 51 Significant events after the reporting date and other disclosures

On 14 February 2023, the Board of Management resolved to expand the current share buy-back programme so that a total of up to 105 million treasury shares are to be purchased at a price of now up to €3 billion through the end of 2024. The purposes remain unaffected, ❯ Note 3.

Beyond that, there were no reportable events after the reporting date.

# RESPONSIBILITY STATEMENT

To the best of our knowledge, and in accordance with the applicable reporting principles, the consolidated financial statements give a true and fair view of the assets, liabilities, financial position and profit or loss of the Group, and the management report of the Group, which is combined with the management report of Deutsche Post AG, includes a fair review of the development and performance of the business and the position of the Group, together with a description of the principal opportunities and risks associated with the expected development of the Group.

Bonn, 17 February 2023

Deutsche Post AG
The Board of Management

Dr Frank Appel            Pablo Ciano

Oscar de Bok             Melanie Kreis

Nikola Hagleitner        Dr Thomas Ogilvie

Dr Tobias Meyer          Tim Scharwath

John Pearson

# INDEPEN
AUDITOR

To Deutsche Post AG, B

## Report on the A
## Financial State
## Management R

**Audit opinions**

We have audited the
Deutsche Post AG, Bonn
comprise the consolida
31 December 2022, an
prehensive income, co
consolidated statement
statement of cash flow
to 31 December 2022,
statements, including
policies. In addition, w
report of Deutsche Pos
pany's management re
ary to 31 December 20
requirements, we have
the group managemen
section of our auditor's

In our opinion, on
the audit,

• the accompanying c
  ply, in all material re
  the EU and the addi
  cial law pursuant to §

(149 of 262), Page 149 of 262

Case 1:22-cv-07662-VM-OTW ase: 24-880, 07/10/2024, DktEntry: 16.5, Page 149 of 262
Document 39-1   Filed 10/18/23   Page 959 of 1025

CONSOLIDATED FINANCIAL STATEMENTS   INDEPENDENT AUDITOR'S REPORT                    Deutsche Post DHL –

[*Handelsgesetzbuch*: German Commercial Code] and, in compliance with these requirements, give a true and fair view of the assets, liabilities, and financial position of the Group as at 31 December 2022, and of its financial performance for the financial year from 1 January to 31 December 2022, and

• the accompanying group management report as a whole provides an appropriate view of the Group's position. In all material respects, this group management report is consistent with the consolidated financial statements, complies with German legal requirements and appropriately presents the opportunities and risks of future development. Our audit opinion on the group management report does not cover the content of those parts of the group management report listed in the "Other Information" section of our auditor's report.

Pursuant to § 322 Abs. 3 Satz [sentence] 1 HGB, we declare that our audit has not led to any reservations relating to the legal compliance of the consolidated financial statements and of the group management report.

**Basis for the Audit Opinions**
We conducted our audit of the consolidated financial statements and of the group management report in accordance with § 317 HGB and the EU Audit Regulation (No. 537/2014, referred to subsequently as "EU Audit Regulation") in compliance with German Generally Accepted Standards for Financial Statement Audits promulgated by the Institut der Wirtschaftsprüfer [Institute of Public Auditors in Germany] (IDW). We performed the audit of the consolidated financial statements in supplementary compliance with the International Standards on Auditing (ISAs). Our responsibilities under those requirements, principles and standards are further described in the "Auditor's Responsibilities for the Audit of the Consolidated Financial Statements and of the Group Management Report" section of our auditor's report. We are independent of the group entities in accordance with the requirements of European law and German commercial

and professional law, and we have fulfilled our other German professional responsibilities in accordance with these requirements. In addition, in accordance with Article 10 (2) point (f) of the EU Audit Regulation, we declare that we have not provided non-audit services prohibited under Article 5 (1) of the EU Audit Regulation. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinions on the consolidated financial statements and on the group management report.

**Key Audit Matters in the Audit of the Consolidated Financial Statements**
Key audit matters are those matters that, in our professional judgment, were of most significance in our audit of the consolidated financial statements for the financial year from 1 January to 31 December 2022. These matters were addressed in the context of our audit of the consolidated financial statements as a whole, and in forming our audit opinion thereon; we do not provide a separate audit opinion on these matters.

In our view, the matters of most significance in our audit were as follows:

❶ Recoverability of goodwill
❷ Pension obligations and plan assets

Our presentation of these key audit matters has been structured in each case as follows:

① Matter and issue
② Audit approach and findings
③ Reference to further information

Hereinafter we present the key audit matters:

❶ **Recoverability of goodwill**
① In the consolidated financial statements of Deutsche Post AG, goodwill amounting to EUR 12.7 billion is reported under

the balance sheet
approximately 19%
reported equity.
EUR 1.2 billion fro
Group in the fin
allocated to the c
Goodwill is teste
annual basis or if
be impaired. The
the recoverable a
a measurement
method. This mat
audit, because the
a large extent on
the Company's ex
used, and is theref

② We satisfied ours
future cash inflov
comparing this da
year plan prepared
by the Company'
against general a
With the knowled
in the discount ra
recoverable amou
focused our testir
the discount rate a
cost of capital, an
procedure. Due to
that its measureme
which are outside
we carried out our
found that the resp
the discounted fu
ment parameters
directors to be rep

③ The Company's disclosures regarding goodwill are contained in note 22, the disclosures regarding acquisitions in note 2 of the notes to the consolidated financial statements.

**❷  Pension obligations and plan assets**

① In the consolidated financial statements of Deutsche Post AG a total of EUR 1.9 billion is reported under the balance sheet item "Provisions for pensions and similar obligations". As a result of pension scheme surpluses in some defined benefit plans, pension assets of EUR 0.36 billion are reported under the balance sheet item "Other non-current assets". The net pension provisions of EUR 1.6 billion were calculated on the basis of the present value of the obligations amounting to EUR 13.5 billion, less the plan assets of EUR 12.0 billion, which were measured at fair value, as well as an asset ceiling effect of EUR 0.1 billion. The obligations from defined benefit pension plans were measured using the projected unit credit method in accordance with IAS 19. This requires in particular that assumptions are made as to the long-term salary and pension trend as well as average life expectancy. Furthermore, the discount rate must be determined as of the balance sheet date by reference to the yield on high-quality corporate bonds with matching currencies and consistent terms. Changes to these measurement assumptions are recognized directly in equity as actuarial gains or losses. Changes in the financial measurement parameters and experience adjustments resulted in actuarial gains of EUR 4.6 billion. The plan assets are measured at fair value, which in turn involves making estimates that are subject to estimation uncertainties. Deviations from the planned development of the fair value of the plan assets are also recognized directly in equity. These deviations resulted in losses of EUR 2.3 billion.

In our view, these matters were of particular significance, as the measurement of the pension obligations and plan assets is to a large extent based on the estimates and assumptions made by the Company's executive directors.

② With the knowledge that estimated values bear an increased risk of accounting misstatements and that the executive directors' measurement decisions have a direct and significant effect on the consolidated financial statements, we assessed the appropriateness of the values adopted, in particular the measurement parameters used in the calculation of the pension provisions, inter alia on the basis of actuarial reports made available to us and taking into account the expert knowledge of our internal specialists for pension valuations. Our evaluation of the fair values of plan assets was in particular based on bank confirmations submitted to us, as well as other statements of assets and real estate appraisals.

On the basis of our audit procedures, we were able to satisfy ourselves that the estimates and assumptions made by the executive directors were sufficiently documented and supported to justify the recognition and measurement of the material pension provisions.

③ The Company's disclosures relating to provisions for pensions and similar obligations as well as pension assets are contained in note 37 of the notes to the consolidated financial statements.

**Other Information**

The executive directors are responsible for the other information. The other information comprises the following non-audited parts of the group management report:

• the statement on cor
   HGB and § 315 d HGB
   group management r

• the non-financial stat
   HGB and with §§ 315
   financial statement" c

• the passages "interna
   "statement on the ap
   RMS and ICS" in the
   the section "Expected

The other information
of the annual report –
information – with the
financial statements, th
our auditor's report.

Our audit opinio
ments and on the grou
other information, and
opinion or any other for

In connection wit
the other information n
sider whether the othe

• is materially inconsist
   ments, with the group
   terms of content or wi

• otherwise appears to

If, based on the work
there is a material miss
are required to report
this regard.

**Responsibilities of the Executive Directors and the Supervisory Board for the Consolidated Financial Statements and the Group Management Report**

The executive directors are responsible for the preparation of the consolidated financial statements that comply, in all material respects, with IFRSs as adopted by the EU and the additional requirements of German commercial law pursuant to § 315 e Abs. 1 HGB and that the consolidated financial statements, in compliance with these requirements, give a true and fair view of the assets, liabilities, financial position, and financial performance of the Group. In addition, the executive directors are responsible for such internal control as they have determined necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud (i.e., fraudulent financial reporting and misappropriation of assets) or error.

In preparing the consolidated financial statements, the executive directors are responsible for assessing the Group's ability to continue as a going concern. They also have the responsibility for disclosing, as applicable, matters related to going concern. In addition, they are responsible for financial reporting based on the going concern basis of accounting unless there is an intention to liquidate the Group or to cease operations, or there is no realistic alternative but to do so.

Furthermore, the executive directors are responsible for the preparation of the group management report that, as a whole, provides an appropriate view of the Group's position and is, in all material respects, consistent with the consolidated financial statements, complies with German legal requirements, and appropriately presents the opportunities and risks of future development. In addition, the executive directors are responsible for such arrangements and measures (systems) as they have considered necessary to enable the preparation of a group management report that is in accordance with the applicable German legal requirements, and to be able to provide sufficient appropriate evidence for the assertions in the group management report.

The supervisory board is responsible for overseeing the Group's financial reporting process for the preparation of the consolidated financial statements and of the group management report.

**Auditor's Responsibilities for the Audit of the Consolidated Financial Statements and of the Group Management Report**

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and whether the group management report as a whole provides an appropriate view of the Group's position and, in all material respects, is consistent with the consolidated financial statements and the knowledge obtained in the audit, complies with the German legal requirements and appropriately presents the opportunities and risks of future development, as well as to issue an auditor's report that includes our audit opinions on the consolidated financial statements and on the group management report.

Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with § 317 HGB and the EU Audit Regulation and in compliance with German Generally Accepted Standards for Financial Statement Audits promulgated by the Institut der Wirtschaftsprüfer (IDW) and supplementary compliance with the ISAs will always detect a material misstatement. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements and this group management report.

We exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess th[...] consolidated financial s[...] report, whether due to [...] procedures responsive[...] that is sufficient and ap[...] opinions. The risk of [...] resulting from fraud is [...] as fraud may involve c[...] misrepresentations, o[...]

- Obtain an understandi[...] of the consolidated fin[...] and measures (syste[...] management report i[...] are appropriate in the [...] of expressing an audi[...] systems.

- Evaluate the appropria[...] executive directors an[...] by the executive direc[...]

- Conclude on the appr[...] use of the going conce[...] audit evidence obtaine[...] related to events or co[...] on the Group's ability [...] clude that a material u[...] attention in the audito[...] consolidated financia[...] ment report or, if suc[...] our respective audit op[...] audit evidence obtaine[...] However, future even[...] cease to be able to co[...]

- Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements present the underlying transactions and events in a manner that the consolidated financial statements give a true and fair view of the assets, liabilities, financial position and financial performance of the Group in compliance with IFRSs as adopted by the EU and the additional requirements of German commercial law pursuant to § 315 e Abs. 1 HGB.
- Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express audit opinions on the consolidated financial statements and on the group management report. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinions.
- Evaluate the consistency of the group management report with the consolidated financial statements, its conformity with German law, and the view of the Group's position it provides.
- Perform audit procedures on the prospective information presented by the executive directors in the group management report. On the basis of sufficient appropriate audit evidence we evaluate, in particular, the significant assumptions used by the executive directors as a basis for the prospective information, and evaluate the proper derivation of the prospective information from these assumptions. We do not express a separate audit opinion on the prospective information and on the assumptions used as a basis. There is a substantial unavoidable risk that future events will differ materially from the prospective information.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit

and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide those charged with governance with a statement that we have complied with the relevant independence requirements, and communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, actions taken to eliminate threats or safeguards applied.

From the matters communicated with those charged with governance, we determine those matters that were of most significance in the audit of the consolidated financial statements of the current period and are therefore the key audit matters. We describe these matters in our auditor's report unless law or regulation precludes public disclosure about the matter.

## Other legal and regulatory requirements

**Report on the Assurance on the Electronic Rendering of the Consolidated Financial Statements and the Group Management Report Prepared for Publication Purposes in Accordance with § 317 Abs. 3a HGB**

### Assurance Opinion

We have performed assurance work in accordance with § 317 Abs. 3a HGB to obtain reasonable assurance as to whether the rendering of the consolidated financial statements and the group management report (hereinafter the "ESEF documents") contained in the electronic file DP_AG_KA_KLB_ESEF-2022-12-31.zip and prepared for publication purposes complies in all material respects with the requirements of § 328 Abs. 1 HGB for the electronic reporting format ("ESEF format"). In accordance with German legal requirements, this assurance work extends only to the conversion of the information contained in the con-

solidated financial sta...
report into the ESEF for...
information contained in...
information contained in...

In our opinion, th...
cial statements and th...
in the electronic file id...
lication purposes com...
requirements of § 328...
format. Beyond this ass...
the accompanying con...
accompanying group m...
from 1 January to 31 De...
on the Audit of the Cor...
the Group Managemen...
assurance opinion on t...
renderings or on the o...
tronic file identified ab...

**Basis for the Assuran...**
We conducted our assu...
solidated financial state...
contained in the electron...
§ 317 Abs. 3a HGB and t...
Work on the Electronic...
Management Reports,...
Accordance with § 317...
and the International Sta...
(Revised). Our responsi...
described in the "Group...
ance Work on the ESEF D...
the IDW Standard on Qu...
Quality Management in...

**Responsibilities of the Executive Directors and the Supervisory Board for the ESEF Documents**

The executive directors of the Company are responsible for the preparation of the ESEF documents including the electronic renderings of the consolidated financial statements and the group management report in accordance with § 328 Abs. 1 Satz 4 Nr. [number] 1 HGB and for the tagging of the consolidated financial statements in accordance with § 328 Abs. 1 Satz 4 Nr. 2 HGB.

In addition, the executive directors of the Company are responsible for such internal control as they have considered necessary to enable the preparation of ESEF documents that are free from material non-compliance with the requirements of § 328 Abs. 1 HGB for the electronic reporting format, whether due to fraud or error.

The supervisory board is responsible for overseeing the process for preparing the ESEF documents as part of the financial reporting process.

**Group Auditor's Responsibilities for the Assurance Work on the ESEF Documents**

Our objective is to obtain reasonable assurance about whether the ESEF documents are free from material non-compliance with the requirements of § 328 Abs. 1 HGB, whether due to fraud or error. We exercise professional judgment and maintain professional skepticism throughout the assurance work. We also:

- Identify and assess the risks of material non-compliance with the requirements of § 328 Abs. 1 HGB, whether due to fraud or error, design and perform assurance procedures responsive to those risks, and obtain assurance evidence that is sufficient and appropriate to provide a basis for our assurance opinion.
- Obtain an understanding of internal control relevant to the assurance work on the ESEF documents in order to design assurance procedures that are appropriate in the circum-

stances, but not for the purpose of expressing an assurance opinion on the effectiveness of these controls.

- Evaluate the technical validity of the ESEF documents, i.e., whether the electronic file containing the ESEF documents meets the requirements of the Delegated Regulation (EU) 2019/815 in the version in force at the date of the consolidated financial statements on the technical specification for this electronic file.
- Evaluate whether the ESEF documents provide an XHTML rendering with content equivalent to the audited consolidated financial statements and to the audited group management report.
- Evaluate whether the tagging of the ESEF documents with Inline XBRL technology (iXBRL) in accordance with the requirements of Articles 4 and 6 of the Delegated Regulation (EU) 2019/815, in the version in force at the date of the consolidated financial statements, enables an appropriate and complete machine-readable XBRL copy of the XHTML rendering.

**Further Information pursuant to Article 10 of the EU Audit Regulation**

We were elected as group auditor by the annual general meeting on 6 May 2022. We were engaged by the supervisory board on 2 November 2022. We have been the group auditor of the Deutsche Post AG, Bonn, without interruption since the company first met the requirements of a public-interest entity within the meaning of 316a Satz 2 Nr. 1 HGB in financial year 2000.

We declare that the audit opinions expressed in this auditor's report are consistent with the additional report to the audit committee pursuant to Article 11 of the EU Audit Regulation (long-form audit report).

**Reference to an**
**use of the audit**

Our auditor's report m
audited consolidated fin
management report as v
consolidated financial s
report converted to the
be filed in the company
ings of the audited con
audited group managem
In particular, the "Rep
Rendering of the Cons
Group Management Rep
Accordance with § 317 A
contained therein are to
ESEF documents made

**German Public**
**for the engagem**

The German Public Aud
Dietmar Prümm.

Düsseldorf, 17 February

PricewaterhouseCoope
Wirtschaftsprüfungsge

Dietmar Prümm
*Wirtschaftsprüfer*
(German Public Auditor

(154 of 262), Page 154 of 262 Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 154 of 262
Case 3:22-cv-07182-WHO Document 39-1 Filed 10/18/23 Page 964 of 1025
CONSOLIDATED FINANCIAL STATEMENTS INDEPENDENT PRACTITIONER'S REPORT
Deutsche Post DHL Group –

# INDEPENDENT PRACTITIONER'S REPORT

## on a Limited and Reasonable Assurance Engagement on Non-financial Reporting

PricewaterhouseCoopers GmbH has performed a limited assurance engagement on the German version of the combined non-financial statement and issued an independent practitioner's report in German language, which is authoritative. The following text is a translation of the independent practitioner's report.

To Deutsche Post AG, Bonn

We have performed an assurance engagement on the combined non-financial statement of Deutsche Post AG, Bonn, (hereinafter the "Company") for the period from 1 January to 31 December 2022 (hereinafter the "Combined Non-financial Statement") included in section "Non-financial Statement" of the combined management report. In accordance with our engagement we have divided the level of assurance to be obtained by us and

• performed a reasonable assurance engagement on the indicators
◦ Absolute logistics-related GHG emissions 2022 in the second paragraph of the section "Decarbonisation avoids 1 million tonnes of $CO_2e$"
◦ GHG emissions by mode of transport in the second paragraph of the section "Decarbonisation avoids 1 million tonnes of $CO_2e$"
◦ Realised Decarbonisation Effects 2022 in the third paragraph of the section "Decarbonisation avoids 1 million tonnes of $CO_2e$"
◦ Total GHG emissions (million tonnes of $CO_2e$), thereof Scope 1, Scope2, Scope 3 in the table "GHG emissions (well-to-wheel)"

◦ Share of sustainable fuels (%) 2022 in the third paragraph of the section "Using sustainable technologies and fuels"
◦ Share of electricity from renewable sources 2022 in the third paragraph of the section "Using sustainable technologies and fuels"
◦ Disclosures for 2022 in the table "Energy consumption in the company's own fleet and buildings (Scopes 1 and 2)"
◦ Number of employees: Headcount average for the year 2022 in the table "Workforce development"
◦ Number of employees: Full-time equivalents at year-end 2022 in the table "Workforce development"
◦ Number of employees: Full-time equivalents average for the year 2022 in the table "Workforce development"
◦ Share of female employees (%) 2022 in the table "Workforce development"
◦ Share of unplanned employee turnover (%) 2022 in the table "Workforce development"
◦ Disclosures for 2022 in the table "Selected results from the Employee Opinion Survey"
◦ Share of women in middle and upper management in the fourth paragraph of the section "Diversity, Equity, Inclusion & Belonging"
◦ Disclosures in the table "Work-related accident statistics"
◦ Sickness rate in the seventh paragraph of the section "Occupational health and safety"
◦ Approval rate for pride of the Group's contribution to society in the third paragraph of the section "Partnerships and initiatives"
◦ Compliance training certification rate in middle and upper management 2022 in the eighth paragraph of the section "Trusted business partner thanks to compliance"
◦ Number of audits by Corporate Internal Audit in the ninth paragraph of the section "Trusted business partner thanks to compliance"
◦ Number of audits relating to respect for human rights by Corporate Internal Audit in the fourth paragraph of the section "Respecting human rights"

◦ Number of on-site rev[...]
  in the second paragra[...]
  rights violations in the[...]
◦ Certification rate in n[...]
  training to raise empl[...]
  rights in the third para[...]
  rights violations in the[...]
◦ Share of valid training[...]
  agement for the Inforr[...]
  fourth paragraph of th[...]
◦ Cybersecurity rating [...]
  "Cybersecurity") and
  disclosed in the Combi[...]
  the "Indicators") and
• performed a limited a[...]
  tion other than the In[...]
  Statement.

Not subject to our ass[...]
sources of documentat[...]
Combined Non-financia[...]

**Responsibility of the E[...]**
The executive directors [...]
preparation of the Comb[...]
ance with §§ (Articles) 3[...]
("*Handelsgesetzbuch*": [...]
8 of regulation (EU) 20[...]
of the Council of 18 Jur[...]
facilitate sustainable inv[...]
2019/2088 (hereinaft[...]
the Delegated Acts add[...]
their own interpretation[...]
the EU Taxonomy Regu[...]
thereunder, as set out in[...]
Non-financial Statemen[...]

This responsibility includes the selection and application of appropriate non-financial reporting methods and making assumptions and estimates about individual non-financial disclosures of the Company that are reasonable in the circumstances. Furthermore, the executive directors are responsible for such internal controls as they consider necessary to enable the preparation of a Combined Non-financial Statement that is free from material misstatement whether due to fraud or error.

The EU Taxonomy Regulation and the Delegated Acts issued thereunder contain wording and terms that are still subject to considerable interpretation uncertainties and for which clarifications have not yet been published in every case. Therefore, the executive directors have disclosed their interpretation of the EU Taxonomy Regulation and the Delegated Acts adopted thereunder in section "EU Taxonomy" of the Combined Non-financial Statement. They are responsible for the defensibility of this interpretation. Due to the immanent risk that indeterminate legal terms may be interpreted differently, the legal conformity of the interpretation is subject to uncertainties.

**Independence and Quality Control of the Audit Firm**
We have complied with the German professional provisions regarding independence as well as other ethical requirements.

Our audit firm applies the national legal requirements and professional standards – in particular the Professional Code for German Public Auditors and German Chartered Auditors *("Berufssatzung für Wirtschaftsprüfer und vereidigte Buchprüfer": "BS WP/vBP")* as well as the Standard on Quality Control 1 published by the Institut der Wirtschaftsprüfer (Institute of Public Auditors in Germany; IDW): Requirements to quality control for audit firms *(IDW Qualitätssicherungsstandard 1: Anforderungen an die Qualitätssicherung in der Wirtschaftsprüferpraxis – IDW QS 1)* – and accordingly maintains a comprehensive system of quality control including documented policies and procedures regarding compliance with ethical requirements,

professional standards and applicable legal and regulatory requirements.

**Responsibility of the Assurance Practitioner**
Our responsibility is to express a conclusion with reasonable assurance on the Indicators disclosed in the Company's Combined Non-financial Statement and a limited assurance on all information other than the Indicators in the Combined Non-financial Statement based on our assurance engagement.

We conducted our assurance engagement in accordance with International Standard on Assurance Engagements (ISAE) 3000 (Revised): Assurance Engagements other than Audits or Reviews of Historical Financial Information, issued by the IAASB. This Standard requires that we plan and perform the assurance engagement to

- obtain reasonable assurance whether the Indicators disclosed in the Company's Combined Non-financial Statement for the period from 1 January to 31 December 2022 have been prepared, in all material respects, in accordance with §§ 315 c in conjunction with 289c to 289e HGB by the executive directors and
- obtain limited assurance about whether any matters have come to our attention that cause us to believe that all information other than the Indicators in the Company's Combined Non-financial Statement, other than the external sources of documentation or expert opinions mentioned in the Combined Non-financial Statement, has not been prepared, in all material respects, in accordance with §§ 315 c in conjunction with 289c to 289e HGB and the EU Taxonomy Regulation and the Delegated Acts issued thereunder as well as the interpretation by the executive directors disclosed in section "EU Taxonomy" of the Combined Non-financial Statement.

The procedures performed for the limited assurance engagement part are less extensive than those performed for the reasonable assurance engagement part, and accordingly a substantially lower

level of assurance is obt[...]
cedures is subject to the [...]
practitioner.

In the course of [...]
amongst other things, [...]
cedures and other activi[...]
- Gain an understandin[...]
  tainability organizatio[...]
- Inquiries of the execu[...]
  involved in the prepa[...]
  Statement about the [...]
  control system relating [...]
  in the Combined Non-[...]
- Identification of likely [...]
  Combined Non-financ[...]
- Analytical procedures [...]
  Non-financial Stateme[...]
- Reconciliation of sele[...]
  data in the consolidat[...]
  agement report
- Evaluation of the pro[...]
  taxonomy-aligned ec[...]
  disclosures in the Con[...]
- Inquiries on the releva[...]
- Evaluation of the pres[...]
  Statement

In the course of our reaso[...]
Indicators disclosed in [...]
Statement, we have p[...]
cedures and other activi[...]
- Evaluation of the inter[...]
- Inspection of processe[...]
  aggregation of selecte[...]
  on the basis of sample[...]

**CONSOLIDATED FINANCIAL STATEMENTS** INDEPENDENT PRACTITIONER'S REPORT Deutsche Post DHL Group –

In determining the disclosures in accordance with Article 8 of the EU Taxonomy Regulation, the executive directors are required to interpret undefined legal terms. Due to the immanent risk that undefined legal terms may be interpreted differently, the legal conformity of their interpretation and, accordingly, our assurance engagement thereon are subject to uncertainties.

**Assurance Opinion**

In our opinion the Indicators disclosed in the Company's Combined Non-financial Statement for the period from 1 January to 31 December 2022 have been prepared, in all material respects, in accordance with §§ 315 c in conjunction with 289c to 289e HGB by the executive directors.

Based on the assurance procedures performed and evidence obtained, nothing has come to our attention that causes us to believe that all information other than the Indicators in the Combined Non-financial Statement of the Company for the period from 1 January to 31 December 2022 has not been prepared, in all material respects, in accordance with §§ 315 c in conjunction with 289c to 289e HGB and the EU Taxonomy Regulation and the Delegated Acts issued thereunder as well as the interpretation by the executive directors disclosed in section "EU Taxonomy" of the Combined Non-financial Statement. We do not express an assurance opinion on the external sources of documentation or expert opinions mentioned in the Combined Non-financial Statement.

**Restriction of Use**

We draw attention to the fact that the assurance engagement was conducted for the Company's purposes and that the report is intended solely to inform the Company about the result of the assurance engagement. Consequently, it may not be suitable for any other purpose than the aforementioned. Accordingly, the report is not intended to be used by third parties for making (financial) decisions based on it. Our responsibility is to the Company. We do not accept any responsibility to third parties. Our assurance opinion is not modified in this respect.

Düsseldorf, 17 February 2023

PricewaterhouseCoopers GmbH
Wirtschaftsprüfungsgesellschaft

Hendrik Fink                    ppa. Thomas Groth
*Wirtschaftsprüfer*
[German Public Auditor]

# FINANCIAL CALENDAR



| | |
|---|---|
| **2023** | |
| 3 May | **Results of the first quarter of 2023** |
| 4 May | **2023 Annual General Meeting** |
| 9 May | **Dividend payment** |
| 1 August | **Results of the first half of 2023** |
| 7 November | **Results of the first nine months of 2023** |
| **2024** | |
| 6 March | **Results of financial year 2023** |
| 3 May | **2024 Annual General Meeting** |
| 7 May | **Results of the first quarter of 2024** |
| 8 May | **Dividend payment** |
| 1 August | **Results of the first half of 2024** |
| 5 November | **Results of the first nine months of 2024** |

Updates to the financial calendar as well as information
on live webcasts can be found on our ◎ **Reporting hub.**

# CONTACTS

**Deutsche Post AG**
Headquarters
53250 Bonn
Germany

**Investor Relations**                    **Press**
◎ ir@dpdhl.com                           ◎ pre

**Deutsche Post AG**
**Headquarters**
**Investor Relations**
**53250 Bonn**
**Germany**

# EXHIBIT AE

# Black, female, and a Silicon Valley 'trade secret'



*A CNNMoney investigation of 20 of the largest tech companies found that the few firms willing to share data about workplace diversity have mostly white and Asian males in their ranks.*

## How diverse is Silicon Valley? Most tech companies really, really don't want you to know, and the U.S. government isn't helping shed any light on the issue.

In an investigation that began in August 2011, CNNMoney probed 20 of the most influential U.S. technology companies, the Department of Labor, and the Equal Employment Opportunity Commission, filing two Freedom of Information Act requests for workforce diversity data.



See the five companies'
diversity data

A year and a half, a pile of paperwork, and dozens of interviews later, we have a little more insight -- but not much.

Most of the companies stonewalled us, but the data we were able to get showed what one might expect: Ethnic minorities and women are generally underrepresented, sometimes severely so -- particularly in management roles. White and Asian males often dominate their fields.

Our investigation demonstrated how difficult -- and sometimes impossible -- gaining any insight into Silicon Valley's employee diversity can be. It shows a general lack of transparency in an industry known for its openness.

**First attempt:** In 2011, as part of CNN's *Black in America* series, CNNMoney reached out to 20 tech companies: the industry's 10 largest firms by annual sales and 10 smaller but prominent companies. We asked each for information about the race and sex makeup of their staff.

Only Dell (DELL), Ingram Micro (IM) and Intel (INTC) played ball. Intel, in stark contrast to the rest of the tech industry, actually makes its employment diversity information public on its website.

"Intel believes that transparency with our data is the best way to have a genuine dialogue," Intel chief diversity officer Rosalind Hudnell told CNNMoney last week. "We are tech companies and data drives our business; we need to get beyond our fears that the numbers are a poor reflection on our individual organizations and work together to address the issue collectively. "

The other 17 companies refused to turn over their data. Having made little headway by asking the companies ourselves, the only way to compel them to release the data was through a Freedom of Information Act (FOIA) request.

Every U.S. company with more than 100 employees is required to fork over an annual report to the government, called the EEO-1, that categorizes U.S. workers by their race and sex. An independent federal agency called the Equal Employment Opportunity Commission (EEOC) collects the data, using it to play watchdog: It keeps a close eye on companies' hiring practices and occasionally assists in investigations.

We sent the EEOC a FOIA request on Aug. 18, 2011, and three weeks later it was denied. The EEOC said it is legally prohibited from releasing EEO-1 reports.

Read CNNMoney's FOIA requests and the government's responses

**Second attempt:** After consulting with experts and CNN's legal team, we learned the Department of Labor has access to EEOC data for some companies -- and unlike the EEOC, no federal statute bars the DOL from releasing the reports.

We re-filed the FOIA request to the Department of Labor on Nov. 1, 2011. It took more than a year for that request to be processed.

On Dec. 7, 2012, we finally received the data, but for only five companies: Cisco (CSCO), Dell, eBay (EBAY), Ingram Micro and Intel.

What happened to the other 15 companies' information is complicated.

The Labor Department has no authority to release EEO-1 reports for companies that aren't federal contractors. That knocked out 10 companies: Amazon (AMZN), Facebook, Groupon (GRPN), Hulu, LinkedIn (LNKD), LivingSocial, Netflix (NFLX), Twitter, Yelp (YELP) and Zynga (ZNGA).

But even contractors may block the release of their data. Apple (AAPL), Google (GOOG), Hewlett-Packard (HPQ), IBM (IBM) and Microsoft (MSFT) all submitted written objections, successfully petitioning the Department of Labor for their data to be excluded on the basis that doing so would cause "competitive harm."

Those five companies declined or ignored CNNMoney's requests for comment on their unwillingness to turn over their data.

**The information gap:** "It's absolutely preposterous," said John Sims, a FOIA expert and law professor at the University of the Pacific. "Knowing how many white male sales workers a company has is a trade secret? Absurd."

Sims questioned why five companies consider these reports trade secrets, while the other five allowed them to be released.

The data show diversity in Silicon Valley remains a serious issue. Some companies cite a "pipeline problem," saying too few minorities and women are graduating with technical degrees. Others argue that people tend to hire people like themselves, and in tech, that's largely white and Asian males.

But the biggest obstacle, according to industry experts, is that few are talking about the problem.

"This data is a just a baseline for discussion, but we can't end the problem if we can't start the conversation," said Aditi Mohapatra, associate tech sector director at BSR, a consulting group that works with companies on social and sustainability issues. "For the tech industry to remain silent about diversity is so not aligned with what they preach."

The Department of Labor said it does sometimes go back to companies and demand defense of their claims.

In "rare" situations, the DOL said, this can escalate into lawsuits between the government and the companies.

But lawsuits and appeals take time and money, and there's no guarantee of data waiting at the end of the road. Mike Swift, a reporter with the *San Jose Mercury News,* began probing the topic in 2008 by sending similar FOIA requests for data from the region's 15 largest employers.

His inquiry sparked a two-year legal battle, resulting in access to data from just one company -- HP -- that had opposed its release.

The Black Economic Council and the National Asian American Coalition have also attempted to uncover diversity data at major companies, but most of those requests have turned up little information.

"Companies are happy to hide behind a law that provides so little access to this data," said Sims, the law professor. "Tech is the most vibrant sector of the American economy, and rather than trying to fix problems, they want to keep secrets."

Are you a minority and/or woman working for a large technology company? Want to share your story? E-mail julianne.pepitone@turner.com for the chance to be included in an upcoming story.

CNNMoney (New York) First published March 17, 2013: 5:38 PM ET

# Five Silicon Valley companies fought release of employment data, and won

Google, the company that wants to make the world's information accessible, says the race and gender of its work force is a trade secret that cannot be released.

So do Apple, Yahoo, Oracle and Applied Materials. These five companies waged an 18-month Freedom of Information battle with the Mercury News, convincing federal regulators who collect the data that its release would cause "commercial harm" by potentially revealing the companies' business strategy to competitors. A sixth company, Hewlett-Packard, fought the release and lost.

But many of their industry peers see the issue differently. The Mercury News initially set out to obtain race and gender data on the valley's 15 largest companies, and nine — including Intel, Cisco Systems, eBay, AMD, Sanmina and Sun Microsystems — agreed to allow the U.S. Department of Labor to provide it.

"There's nothing to hide, in our view," said Chuck Mulloy, a spokesman for Intel, which contacted the Mercury News to share its employment data after learning of the newspaper's federal FOIA request filed in early 2008. "We just felt that we're very proud of the (diversity) programs we have in place and the efforts we put forth, and we don't have any trouble sharing it."

Experts in the area of equal employment law scoffed at the idea that public disclosure of race and gender data — for example, the number of black men or Asian women in job categories such as "professionals," "officials & managers" and "service workers" — could really allow competitors to discern a big tech company's business strategy. A bigger issue, they said, is the social cost of allowing large, influential corporations to hide their race and gender data.

"One of the main ways that we track how society is doing in terms of race relations, in terms of eliminating discrimination, in terms of promoting diversity, is by looking at statistics," said Richard Ford, a Stanford University law professor who is an expert in civil rights and anti-discrimination law. "But if we can't get the data, we can't know if it's a problem or not."

John Sims, a law professor at the University of the Pacific and an expert in FOIA law, called the objections of Google, Apple and other companies "absurd."

"The whole debate on affirmative action is based on the question, 'Is racial discrimination a thing of the past, or is it still going on?' " Sims said. "These companies are very interesting to look at, because they are new and they are not just in the rut of what they were doing 50 years ago, because they didn't exist 50 years ago."

The Labor Department data ultimately obtained by the Mercury News shows that while the collective work force of 10 of the valley's largest companies grew by 16 percent from 1999 to 2005, an already small population of black workers dropped by 16 percent, while the number of Hispanic workers declined by 11 percent. By 2005, only about 2,200 of the 30,000 Silicon Valley-based workers at those 10 companies were black or Hispanic.

In addition, among the roughly 5,900 managers at those companies in 2005, about 300 were either black or Hispanic — a 20 percent dip from five years earlier. Women slipped to 26 percent of managers in 2005, from 28 percent in 2000.

Companies such as Google and Apple are particularly crucial to study, Ford said, because many of the nation's civil rights laws were written in the 1960s for a different workplace than the information-driven jobs of today.

The Mercury News initially asked the Labor Department to release so-called EEO-1 race and gender data for the 15 largest companies ranked by sales in the newspaper's SV150 Index.

Following an appeal lodged by the Mercury News against the six companies that objected, the Labor Department released Hewlett-Packard's data after the company failed, government lawyers said, to provide a detailed objection "when we requested its views."

But the Labor Department accepted arguments filed by lawyers for Google, Apple, Yahoo, Oracle and Applied Materials that release of the information would cause commercial harm. The department declined to share the text of the detailed arguments made by the companies.

"Such data can demonstrate a company's evolving business strategy," William W. Thompson II, an associate solicitor with the Labor Department, wrote in the agency's notification of its final action.

"The companies have articulated to us that they are in a highly competitive environment in which less mature corporations can use this EEO-1 data to assist in structuring their business operations to better compete against more established competitors."

Google recently announced that it donated $8 million over the last two weeks of 2009 to help underrepresented minorities follow careers in technology, including the donation of laptops to more than 600 high schools, and donations to groups such as the National Society of Black Engineers.

Still, the company declined to release any racial or gender breakdown of its 20,000 workers.

"As we've previously said, we don't release this information for competitive reasons," a spokeswoman said.

Contact Mike Swift at 408-271-3648. Follow him at Twitter.com/swiftstories and view his Google+ profile.

# Five Silicon Valley companies fought release of employment data, and won

Google, the company that wants to make the world's information accessible, says the race and gender of its work force is a trade secret that cannot be released.

So do Apple, Yahoo, Oracle and Applied Materials. These five companies waged an 18-month Freedom of Information battle with the Mercury News, convincing federal regulators who collect the data that its release would cause "commercial harm" by potentially revealing the companies' business strategy to competitors. A sixth company, Hewlett-Packard, fought the release and lost.

But many of their industry peers see the issue differently. The Mercury News initially set out to obtain race and gender data on the valley's 15 largest companies, and nine — including Intel, Cisco Systems, eBay, AMD, Sanmina and Sun Microsystems — agreed to allow the U.S. Department of Labor to provide it.

"There's nothing to hide, in our view," said Chuck Mulloy, a spokesman for Intel, which contacted the Mercury News to share its employment data after learning of the newspaper's federal FOIA request filed in early 2008. "We just felt that we're very proud of the (diversity) programs we have in place and the efforts we put forth, and we don't have any trouble sharing it."

Experts in the area of equal employment law scoffed at the idea that public disclosure of race and gender data — for example, the number of black men or Asian women in job categories such as "professionals," "officials & managers" and "service workers" — could really allow competitors to discern a big tech company's business strategy. A bigger issue, they said, is the social cost of allowing large, influential corporations to hide their race and gender data.

"One of the main ways that we track how society is doing in terms of race relations, in terms of eliminating discrimination, in terms of promoting diversity, is by looking at statistics," said Richard Ford, a Stanford University law professor who is an expert in civil rights and anti-discrimination law. "But if we can't get the data, we can't know if it's a problem or not."

John Sims, a law professor at the University of the Pacific and an expert in FOIA law, called the objections of Google, Apple and other companies "absurd."

"The whole debate on affirmative action is based on the question, 'Is racial discrimination a thing of the past, or is it still going on?' " Sims said. "These companies are very interesting to look at, because they are new and they are not just in the rut of what they were doing 50 years ago, because they didn't exist 50 years ago."

The Labor Department data ultimately obtained by the Mercury News shows that while the collective work force of 10 of the valley's largest companies grew by 16 percent from 1999 to 2005, an already small population of black workers dropped by 16 percent, while the number of Hispanic workers declined by 11 percent. By 2005, only about 2,200 of the 30,000 Silicon Valley-based workers at those 10 companies were black or Hispanic.

In addition, among the roughly 5,900 managers at those companies in 2005, about 300 were either black or Hispanic — a 20 percent dip from five years earlier. Women slipped to 26 percent of managers in 2005, from 28 percent in 2000.

Companies such as Google and Apple are particularly crucial to study, Ford said, because many of the nation's civil rights laws were written in the 1960s for a different workplace than the information-driven jobs of today.

The Mercury News initially asked the Labor Department to release so-called EEO-1 race and gender data for the 15 largest companies ranked by sales in the newspaper's SV150 Index.

Following an appeal lodged by the Mercury News against the six companies that objected, the Labor Department released Hewlett-Packard's data after the company failed, government lawyers said, to provide a detailed objection "when we requested its views."

But the Labor Department accepted arguments filed by lawyers for Google, Apple, Yahoo, Oracle and Applied Materials that release of the information would cause commercial harm. The department declined to share the text of the detailed arguments made by the companies.

"Such data can demonstrate a company's evolving business strategy," William W. Thompson II, an associate solicitor with the Labor Department, wrote in the agency's notification of its final action.

"The companies have articulated to us that they are in a highly competitive environment in which less mature corporations can use this EEO-1 data to assist in structuring their business operations to better compete against more established competitors."

Google recently announced that it donated $8 million over the last two weeks of 2009 to help underrepresented minorities follow careers in technology, including the donation of laptops to more than 600 high schools, and donations to groups such as the National Society of Black Engineers.

Still, the company declined to release any racial or gender breakdown of its 20,000 workers.

"As we've previously said, we don't release this information for competitive reasons," a spokeswoman said.

Contact Mike Swift at 408-271-3648. Follow him at Twitter.com/swiftstories and view his Google+ profile.

# EXHIBIT AF

🏠 Home   @DiversityData                                              Co



# Open Diversity Data

Companies already collect data about their employee demographics, lets ask them to publish it. Open diversity data will make it easier for everyone to better understand the diversity landscape and work toward solutions.

Don't see a company you're interested in? You'd help by submitting a pull request or issue. Or email open.diversity.data at gmail dot com.

| Technology | Data | EEO-1 | Updated | Tweet |
|---|---|---|---|---|
| ⚛ Airbnb | 🔗 | ✓ | 2017 | ⎯ THANK THEM! |
| a Amazon | 🔗 | ✓ | 2016 | THANK THEM! |
| 🍎 Apple | 🔗 | ✓ | 2016 | THANK THEM! |
| ⧖ Atlassian | 🔗 | | 2016 | THANK THEM! |
| ◉ Canonical | 🔗 | | 2014 | THANK THEM! |
| Cisco Cisco | 🔗 | ✓ | 2014 | THANK THEM! |
| Ⓒ Cloudera | | | | ⎯ TELL THEM TO RELEASE THEIR DIVERSITY DATA |
| DELL Dell | 🔗 | ✓ | 2011 | ⎯ TELL THEM TO UPDATE |
| ebay eBay | 🔗 | | 2014 | THANK THEM! |
| f Facebook | 🔗 | ✓ | 2016 | THANK THEM! |
| ▢ Fog Creek | | | | ⎯ TELL THEM TO RELEASE THEIR DIVERSITY DATA |

SER-1068



🏠 Home   @DiversityData                                                    Co

| | | | | |
|---|---|---|---|---|
| 📘 Stack Exchange | 🐦 TELL THEM TO RELEASE THEIR DIVERSITY DATA | | | |
| ⓣ Tesla | 🐦 TELL THEM TO RELEASE THEIR DIVERSITY DATA | | | |
| Ⓣ Trello | 🐦 TELL THEM TO RELEASE THEIR DIVERSITY DATA | | | |
| 🐦 Twitter | ↗ | ✔ | 2016 | 🐦 THANK THEM! |
| Ⓥ Veeva Systems | 🐦 TELL THEM TO RELEASE THEIR DIVERSITY DATA | | | |
| 🔲 VMware | 🐦 TELL THEM TO RELEASE THEIR DIVERSITY DATA | | | |
| 🅨 Yahoo | ↗ | ✔ | 2014 | 🐦 THANK THEM! |
| 🅈 Yelp | ↗ | ✔ | 2014 | 🐦 THANK THEM! |
| Ⓩ Zynga | 🐦 TELL THEM TO RELEASE THEIR DIVERSITY DATA | | | |

## Services

| Services | Data | EEO-1 | Updated | Tweet |
|---|---|---|---|---|
| ⬢ Buffer | ↗ | | 2015 | 🐦 THANK THEM! |
| 🌊 DigitalOcean | 🐦 TELL THEM TO RELEASE THEIR DIVERSITY DATA | | | |
| Ⓔ Etsy | ↗ | | 2014 | 🐦 THANK THEM! |
| GO Indiegogo | ↗ | | 2014 | 🐦 THANK THEM! |
| Ⓚ KickStarter | 🐦 TELL THEM TO RELEASE THEIR DIVERSITY DATA | | | |
| Ⓟ Pandora | ↗ | | 2014 | 🐦 THANK THEM! |
| 📌 Pinterest | ↗ | | 2015 | 🐦 THANK THEM! |
| 🌈 Slack | ↗ | | 2015 | 🐦 THANK THEM! |

## Banking / Finance

| Banking / Finance | Data | EEO-1 | Updated | Tweet |
|---|---|---|---|---|

Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 171 of 262
Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 981 of 1025



# EXHIBIT AG

 The Keyword

DIVERSITY AND INCLUSION

# Getting to work on diversity at Google

May 28, 2014 · 1 min read

Share

L

**Laszlo Bock**
SVP of People Operations

We've always been reluctant to publish numbers about the diversity of our workforce at Google. We now realize we were wrong, and that it's time to be candid about the issues. Put simply, Google is not where we want to be when it comes to diversity, and it's hard to address these kinds of challenges if you're not prepared to discuss them openly, and with the facts. So, here are our numbers:



There are lots of reasons why technology companies like Google struggle to recruit and retain women and minorities. For example, women earn roughly 18 percent of all computer science degrees in the United States. Blacks and Hispanics each make up under 10 percent of U.S. college grads and each collect fewer than 10 percent of degrees in CS majors. So we've invested a lot of time and energy in education.

Among other things, since 2010 we've given more than $40 million to organizations working to bring computer science education to women and girls. And we've been working with historically black colleges and universities to elevate coursework and attendance in computer science. For example, this year Google engineer Charles Pratt was in-residence at Howard University, where he revamped the school's Intro to CS curriculum.

But we're the first to admit that Google is miles from where we want to be—and that being totally clear about the extent of the problem is a really important part of the solution. To learn more about our work on diversity—for our workforce, for the web and for the tech leaders of the future—visit google.com/diversity.

**Update** *May 31:* We updated the language of this post to correct the number of degrees black and Hispanic students earn in CS majors, which are 8 percent and 6 percent respectively, according to the National Science Foundation.

**POSTED IN:**

Diversity And Inclusion          Inside Google

# EXHIBIT AH

# Behind the EEO Curtain[*]

**Thomas Bourveau**[†]       **Rachel W. Flam**[‡]       **Anthony Le**[§]

July 14, 2023

## Abstract

We leverage the release of standardized Equal Employment Opportunity (EEO-1) reports for over 800 federal contractors to provide empirical evidence on public firms' diversity practices. Using unique data for 2016-2020, we first document that public firms significantly lack diversity, especially in their first and middle managerial ranks. Second, we find robust evidence that imbalances in workforce diversity are associated with the decision to withhold the public release of firms' EEO-1 forms. Overall our results suggest that market forces have not achieved unraveling and that a disclosure mandate may be necessary for investors to observe the DEI practices of all firms, rather than just the more diverse ones.

## Abstract

**Keywords:** EEO Form; Diversity Metrics; Strategic Disclosure

**JEL Classification:** J15, M14, M51

[*]We thank Qingkai (Kai) Dong, Emmanuel DeGeorge, Raphael Duguay, Alex Edmans, Stephen Glaeser, Jon Glover, John Kepler, Mirko Heinle, Sinja Leonelli, Christian Leuz, Sara Malik, Maximilian Muhn, Venky Nager, Gaizka Ormazabal, Paul Rissman, Gabriel Smagghue, Sameer Srivastava, Robert Stoumbos, Daniel Wolfenzon, Li Yang and Frank Zhou for helpful discussions and suggestions. We acknowledge excellent research assistance from Chandresh Gupta. All errors are ours.

[†]Columbia University, Columbia Business School - tb2797@columbia.edu
[‡]London Business School - rflam@london.edu
[§]Columbia University, Columbia Business School - ale25@gsb.columbia.edu

Electronic copy available at: https://ssrn.com/abstract=4452298

# 1  Introduction

Rising interest in diversity, equity, and inclusion (DEI) practices has increased calls from investors and other stakeholders for firms to publicly disclose workforce composition and DEI metrics. Regulators are also taking notice, as the lack of consistency across existing disclosures has led the SEC to consider "further enhancements" to its rules on human capital disclosures (Gensler, 2022).[1] In this paper, we leverage the April 2023 release of standardized EEO-1 reports for a large sample of federal contractors to provide empirical evidence on public firms' diversity practices across various levels, particularly middle management. We use this data to answer two questions: (1) how diverse are U.S. public firms, and (2) do firms strategically disclose diversity metrics based on their underlying level of diversity?

In the United States, all firms with more than 100 employees must annually file comprehensive data on their workforce diversity with the Equal Employment Opportunity Commission (EEOC) in a standardized EEO-1 report. While the EEOC requires certain firm disclosures (see Leibbrandt and List, 2018), EEO-1 reports are filed confidentially. Some firms voluntarily disclose these reports to the public, but the vast majority do not. Firms have typically resisted the call to share their EEO-1 reports on the grounds that their workforce composition is akin to a trade secret and its disclosure could hurt their competitive position (Williams, 2019), similar to the proprietary costs argument documented in the context of financial information (Verrecchia, 1983). This behavior has contributed to a lack of publicly available information about DEI practices (e.g., Dobbin and Kalev, 2022).[2] Investors also face data constraints, with over two-thirds of U.S. public firms not disclosing a single diversity-related metric in their 10-K filings (Bourveau et al., 2022).

The universe of publicly available firm diversity-related information expanded signifi-

---

[1]Legal scholars have argued that pursuing DEI policies is consistent with the traditional fiduciary duties of executives and directors (e.g., Brummer and Strine, 2022).

[2]To study workforce diversity outside of senior management, scholars have had to rely on data provided by employers (e.g., Holzer et al., 2006), occasional confidential agreements with the Equal Employment Opportunity Commission (e.g., Kalev et al., 2006; Tomaskovic-Devey et al., 2006), or third-party information providers such as Glassdoor and Revelio Labs (e.g., Baker et al., 2022; Cai et al., 2022).

1

Electronic copy available at: https://ssrn.com/abstract=4452298

cantly with the recent release of EEO-1 reports for over 18,000 federal contractors. Although EEO-1 reports are confidential, firms with federal contracts can be subject to the Freedom of Information Act (FOIA). In 2018, a reporter from The Center for Investigative Reporting submitted FOIA requests for the EEO-1 reports of all firms with federal contracts from 2016–2020. After extended litigation, these data were released in April 2023 for all firms that did not object to disclosure. Because these forms were initially filed confidentially and are subject to regulatory oversight (and hence less prone to manipulation), the release presents a uniquely powerful setting for examining firm diversity (see Bailey et al., 2022). Focusing on a constant panel of the 2,500 largest public firms from 2016–2020, we identify federal contractors in this sample and determine which of them permitted or objected to the release of their EEO-1 reports. We find that EEO-1 forms were released for approximately two-thirds of the government contractors in our sample, indicating that one in three objected to the release of their EEO-1 reports. Using these data, we seek to achieve two objectives.

The first aim of our study is to depict the landscape of workforce diversity (or lack thereof) among public firms that are federal contractors. These firms are important economic players and employ millions of people in the United States. EEO-1 forms typically include a breakdown of gender and race by occupation types, including executives, managers, and sales workers, among other categories. This breakdown is unique, as other sources of data (e.g., Bureau of Labor Statistics and the U.S. Census) are typically pooled across all employees. We primarily focus on the first- and middle-manager levels because studies have argued that managerial diversity is firms' primary diversity challenge (Dobbin and Kalev, 2022).

Our data quantify the lack of diversity in our sample. With respect to gender diversity, we find that women hold 35% of the first- and middle-level managerial positions while accounting for 39% of the workforce. The racial composition of the workforce presents even more striking patterns. White individuals hold 71% of the first- and middle-level manager positions, while they only account for 63% of the total workforce. Asian individuals hold 8% of the first- and middle-level positions while accounting for 9% of the workforce. On the other hand, Hispanic

2

Electronic copy available at: https://ssrn.com/abstract=4452298

and Black employees only account for 6% and 4% of the first- and middle-level managers while accounting for 10% and 8% of the total workforce in our sample. We also observe significant heterogeneity in the distribution of minority employees across firms: while 17% of the firms in our sample employ fewer than 10% minority managers, half of them employ less than 20% minority managers. This finding confirms longstanding results in sociology that firm-initiated diversity training has not led to increased representation of minorities in managerial roles (Dobbin and Kalev, 2022).

After providing descriptive evidence on workforce diversity, we turn to our second objective: examining whether a firm's decision to voluntarily disclose its EEO-1 form is associated with the diversity of its workforce. Around 7% of the EEO-1 reports in our sample were voluntarily disclosed by the firm, and the number of firms disclosing in our sample rose from 0.8% in 2016 to 15% in 2020.[3] By revealed preferences, firms operate in a partial disclosure equilibrium where only some firms disclose their EEO-1 form publicly. This indicates that firms play a strategic disclosure game, trading off costs and benefits associated with disclosure. On the benefit side, EEO-1 forms can inform investors about a firm's material risks (Balakrishnan et al., 2023a), as well as consumers (Balakrishnan et al., 2023b) and prospective employees (Choi et al., 2023). Conversely, revealing a lack of workforce diversity might have adverse consequences for firms in capital, labor, and consumer markets.

Our setting is unique in that we are able to observe the underlying performance of the firm (here about workforce diversity) regardless of the voluntary disclosure choice. This feature departs from the typical voluntary disclosure setting where firms' underlying data is inferred from public disclosure. We examine firms' disclosure decision with a focus on employees in first- and middle-level managerial positions (Dobbin and Kalev, 2022; Richard et al., 2021). Our results reveal that a firm's gender imbalance in managerial ranks does not seem to correlate with the decision to publicly disclose its EEO-1 form. In contrast, racial composition seems to play a major role. A 10 percentage point increase in the share

---

[3]For clarity, we refer to voluntary disclosure by the firm as "disclosure" and the release of the data under the FOIA request as "release."

3

Electronic copy available at: https://ssrn.com/abstract=4452298

of minority managers increases a firm's probability of sharing its EEO-1 report by just over one percentage point, or 16.4% of the mean disclosure rate.

We next test whether the decision to publicly disclose an EEO-1 report is associated with firms' managerial diversity relative to the diversity of lower rank employees. While we again find no evidence that gender diversity influences disclosure, our results indicate that firms are more likely to disclose as the ratio of racial minority managers to lower-level racial minority employees increases. Firms with above-median proportions of racial minority managers relative to lower-level racial minority employers are 4 percentage points more likely to disclose their EEO-1 reports voluntarily, an economically sizeable effect of 60% of the sample mean.[4]

Finally, we re-run our analyses benchmarking firms' levels of managerial diversity against their industry's average level of managerial diversity. We assess whether a firm being above or below its industry's average diversity level correlates with its disclosure decision. We again fail to find any association based on gender. However, our results suggest that having a higher share of diverse managers than the industry average increases the likelihood of the public disclosure of the EEO-1 report by close to 5 percentage points. This association is robust and statistically significant for all Blacks and Hispanics. Our findings are consistent with recent research suggesting that firms both learn and are influenced by the non-financial disclosures of industry peers (e.g., Bochkay et al., 2022; Keeve, 2022; Tomar, 2023).

Our paper makes two contributions to the literature. First, it contributes to the literature on workforce diversity. Scholars in sociology and management have studied how to improve workforce diversity (e.g., Barrios et al., 2020; Benson et al., 2022; Dobbin and Kalev, 2022). Following the seminal work of Becker (1957), a cross-disciplinary body of research focuses on the (positive) externalities created by having either a more diverse workforce overall (e.g., Nishii, 2013; Edmans et al., 2023) or more diversity within firms' governance institutions

---

[4]When we consider specific ethnicities, we find that these results hold for both Black and Hispanic employees. We do not find evidence that this association holds for the share of Asian managers to total employees, perhaps because this distribution exhibits less variation.

4

Electronic copy available at: https://ssrn.com/abstract=4452298

(e.g., Cai et al., 2022).Our study contributes to this literature by providing unique, up-to-date statistics on the workforce diversity of some of the largest publicly traded U.S. federal contractors. Despite past efforts and increased attention by various stakeholders, our data reveals that under-representation of racial minorities persists, especially among Black and Hispanic employees at the managerial level.

Second, our paper contributes to the literature on strategic disclosure. A growing body of work studies firms' decision to voluntarily disclose information on the social aspects of their actions.[5] In a recent survey, Christensen et al. (2021) argue that similar market forces are driving the strategic voluntary disclosure of both financial and non-financial information. Since firms disclose this information privately to the government, our results do not reflect an information endowment friction (Dye, 1985). We find that firms with below-average representation of minority managers are significantly less likely to disclose their EEO-1 form, consistent with the potential costs of disclosure influencing this decision (Verrecchia, 1983). Our paper also complements two recent studies. Balakrishnan et al. (2023b) find that consumers perceive firms that disclose their EEO-1 forms more positively, while Baker et al. (2022) find that companies engage in "diversity washing." That is, they disclose ambitious public commitments about diversity targets but fall short of reaching those targets in their hiring practices. In contrast, our results show that private knowledge about their lack of workforce diversity leads firms to withhold the EEO-1 form.

Finally, our results have clear policy implications. Investors increasingly view the lack of diversity as a material source of risk for public companies (Balakrishnan et al., 2023a; Shelby, 2023) and have called for the SEC to mandate disclosure to obtain comprehensive and comparable public data on DEI practices (Augustine et al., 2021; Mennie, 2021). Our findings based on a sample of public federal contractors offer useful insights for this discussion. First, we provide timely information about the distribution of diversity metrics that would

---

[5]Topics range from human capital broadly defined (Bourveau et al., 2022) and general social policies (Cyr-Jones et al., 2022) to more specific topics, including the gender pay gap (e.g., Bennedsen et al., 2022; Huang and Lu, 2022), workplace safety (Christensen et al., 2017), and forced labor (e.g., She, 2022).

Electronic copy available at: https://ssrn.com/abstract=4452298

be observable to investors with a mandate in place. This is important because actual DEI practices cannot be derived from commonly observable diversity characteristics of boards (Edmans et al., 2023). Second, our results quantify the differences in workforce diversity between the growing sample of firms that choose to voluntarily release this data and those that remain silent. In the short term, market forces seem unable to achieve unraveling, allowing firms with less workforce diversity to stay silent. If investors continue to want information on workforce diversity, our results suggest that a disclosure mandate may be necessary (Leuz and Wysocki, 2016).

## 2   Data

Obtaining data on the workforce composition of U.S. firms is very challenging. Employers with at least 100 employees must annually submit EEO-1 reports to the Equal Employment Opportunity Commission (EEOC) and the U.S. Department of Labor (DOL).[6] EEO-1 reports contain data on the gender and racial/ethnic composition of the firm's workforce by job category. These forms are filed confidentially, and the EEOC does not make them public.

In 2018, The Center for Investigative Reporting (CIR) submitted Freedom of Information Act (FOIA) requests for the official EEO-1 reports of several technology firms that had qualified as federal contractors. Most firms requested that the FOIA requests be blocked, arguing that their diversity data qualified as a trade secret and was therefore exempt. When the federal government agreed with these arguments, CIR sued, alleging a violation of FOIA. It won the suit in 2019 and subsequently requested EEO-1 reports from 2016-2020 for *all* federal contractors. In April 2023, this data was released publicly for approximately 18,000 companies that agreed to the disclosure or simply did not object.

We use the CRSP-Compustat universe as of December 31, 2022, as the basis for our sample. We require that firms be present in the sample for all fiscal years between 2016 and 2020, and we restrict our sample to a balanced panel of the 2,500 largest firms that fit these

---

[6]Facing a lower threshold, federal contractors must submit reports if they have at least 50 employees.

Electronic copy available at: https://ssrn.com/abstract=4452298

criteria. We then manually match federal contractors whose EEO-1 reports were released with our sample of public firms, obtaining 830 unique firms. Of the remaining 1,670 firms, we identify 482 federal contractors using USAspending.gov, suggesting that approximately one-third of the federal contractors in our sample objected to the release of their data.

We face two potential forms of bias in our sample of EEO-1 reports relative to the population of public firms. First, there may be systemic differences between government contractors that object and do not object to the release of their EEO-1 reports. Second, given that firms choose to bid to obtain federal contracts, there may be differences between government contractors and other firms. To help us assess potential concerns about selection bias, we quantify the similarities and differences along various dimensions across our group of federal contractors with EEO-1 reports available, our group of federal contractors without EEO-1 reports available, and our group of other firms.

As shown in Figure 1, the geographical distribution of the three groups is largely similar. Table 1 Panel A reveals some differences in industry composition. For example, government contractors in finance and insurance are more likely to permit the release of their EEO-1 reports, while those in the information industry are more likely to object. Compared to non-contractors, manufacturers and utilities are more likely to be federal contractors, while firms in the mining, oil and gas, and real estate industries are less likely to be federal contractors.

Table 1 Panel B displays descriptive statistics by groups. We first examine the differences between federal contractors that permitted the disclosure of their EEO-1 forms and those that objected. Our data reveal that contractors permitting the release of their EEO-1 filings are slightly smaller and more profitable than those that objected. We next consider the differences between federal contractors and other firms. Federal contractors that permit the release of their EEO-1 reports are larger, more profitable, and have a higher market-to-book ratio and percentage of institutional ownership, relative to the other firms. Federal contractors further exhibit a lower leverage ratio and a lower ratio of capital expenditures. These descriptive statistics are largely consistent with those in the recent study of federal contrac-

7

Electronic copy available at: https://ssrn.com/abstract=4452298

tors by Samuels (2021).[7]  On average, the differences are more significant between federal contractors and other firms than between objecting and non-objecting federal contractors. Further, our finding that federal contractors that permit the release of their EEO-1 reports are more profitable than objecting contractors is more consistent with objectors hiding poor DEI practices rather than protecting valuable trade secrets (Williams, 2019).

While EEO-1 reports are filed confidentially, a growing number of firms choose to separately disclose their EEO-1 reports to the public.[8]  We exploit this dimension by manually searching companies' websites using the WayBack machine to identify whether firms disclosed their EEO-1 form annually throughout our sample period.[9]  We find that, on average, 7% of the federal contractors in our sample disclosed their EEO-1 report voluntarily (See Table 2).  This rate increased from 0.8% to 15% between 2016 and 2020.

Equipped with our data, we turn to our two empirical objectives.  First, we use EEO-1 report data to comprehensively depict the degree of workforce diversity among federal contractors (Section 3).  Next we assess whether firms' decision to publicly disclose their EEO filings on their websites relates to their degree of workforce diversity (Section 4).

## 3   Workforce Composition

Table 2 presents descriptive statistics for the EEO data for firms in our sample.  From 2016–2020, we obtain just over 3,000 EEO-1 reports for our sample of Compustat firms. Only 7% of the reports in our sample were voluntarily disclosed by the firms directly (i.e., made available on their websites).  Thus the majority of our data were not publicly available prior to the mass release of the EEO-1 reports in April 2023.

When we consider employees at all levels, we observe that 37% of them belong to a racial

---

[7]The two dimensions along which our sample differs from that of Samuels (2021), leverage and market-to-book ratio, are due to the different sample periods.  Samuels (2021) uses the period of FY 2000 - 2016, while our sample spans from FY 2016 - 2020.

[8]The number of firms in the Russell 1000 disclosing an EEO-1 report tripled from 11% in 2021 to 34% in 2022.  See the 2023 Just Capital Report.

[9]The use of the WayBack machine is becoming popular to collect information disclosed on public and private firms' websites (e.g., Boulland et al., 2021).

Electronic copy available at: https://ssrn.com/abstract=4452298

minority group while 63% are nonminority White. For the purposes of comparison, the 2020 U.S. Census identified 59.3% of the U.S. population as White (U.S. Census Bureau, 2020). We present data for Black, White, Hispanic, and Asian employees, as these ethnic groups are disclosed in EEO metrics. Black employees comprise 8% of the workforce, Hispanic employees 10%, and Asian employees 9%. When we compare the labor force to the population, we find that Black and Hispanic employees are most underrepresented relative to their representation in the population: 18.9% (13.6%) of the population is Hispanic (Black), but only 10% (8%) of public firm employees are Hispanic (Black).

The last section of Table 2 presents the diversity of managers in our sample. Here we observe that diversity in managerial roles declines compared to the full sample. For example, 39% of all employees are female, but only 35% of managers are female. Racial minorities show an even steeper decline: they comprise 37% of all employees but only 29% of managers. Further, ethnic minorities are less represented in managerial positions across all minority ethnic groups in our data. The most significant underrepresentation occurs for Black managers, as the share of Black employees in managerial roles declines by half compared to the share of Black employees in all roles.

The data presented in Table 2 demonstrate a lack of workplace diversity on average, particularly at the managerial level. However, these averages mask significant heterogeneity across firms, so we turn to Figure 2 to explore the data in more detail.

Figure 2 presents shares of female and minority employees across the various job titles. The distributions for both females and ethnic minorities are right-skewed, with many firms employing a lower proportion of female and ethnic minority employees. The skewness of the distributions becomes much more pronounced as we move up the hierarchy from all employees (Panel A) to first- and middle-level managers (Panel B) to executives (Panel C). For example, very few firms employ fewer than 5% women across all job titles, but approximately one in 20 firms employ fewer than 5% women at the executive level. These patterns become even more striking when we examine ethnic diversity. Considering all levels

Electronic copy available at: https://ssrn.com/abstract=4452298

of employment, around 3% of firms employ fewer than 5% ethnic minority employees. This proportion rises to over 5% for first- and middle-level managers. However, the most drastic disparities are at the executive level, where one-quarter of firms employ fewer than 5% minority executives. Our data also reveal that 17% of firms employ zero ethnic minorities at the executive level (untabulated). This lack of diversity at the executive level is consistent with the findings of prior research (Hekman et al., 2017).

Given the granularity of our data, we consider variation in the diversity of specific ethnic groups. Figure 3 presents the distribution of ethnic minority groups across the public firms in our sample. We observe a left-skewed distribution for White employees, where more firms employ a higher proportion of White employees (Panel A). We also observe severe skewness at the executive level: at least 85% of executives are white for most firms in our sample.

In contrast, we observe right-skewed distributions for Black, Hispanic, and Asian employees (Panels B–D). The skewness of the distributions for individual ethnic minorities is consistent with the distributions for pooled ethnic minorities in Figure 2. Black employees experience the lowest levels of representation at the managerial and executive levels, with nearly 70% of firms employing fewer than 5% Black managers and over 85% of firms employing fewer than 5% Black executives (Panel B). Similarly, slightly less than half of firms employ fewer than 5% Hispanic managers, and over 70% of firms employ less than 5% Hispanic executives. The center of these distributions for management and executive roles is also quite far from the population average. The distribution of Asian employees (Panel D) is also skewed but slightly differently. Just under half of firms employ fewer than 5% Asian employees. However, the disparities between the percentage of all employees and the percentage of employees in managerial roles are less severe for this ethnic group.

Overall we find the firms in our sample exhibit a lack of diversity which becomes more pronounced as we move up the managerial hierarchy. Our findings confirm longstanding results in sociology that firm-initiated diversity training has not led to minority representation in managerial roles in proportions similar to their proportions in the population (Dobbin and

<div align="center">10</div>

Electronic copy available at: https://ssrn.com/abstract=4452298

Kalev, 2022). However, our findings are subject to the caveat that EEO-1 form data does not account for pre-market differences (e.g., education or skill) or selection in employees' decisions to enter the labor market and subsequently obtain a job in a large public company, both of which may be correlated with minority status (Neal and Johnson, 1996).

# 4  The Strategic Disclosure of EEO-1 Reports

Having established the landscape of diversity for public firms, we next turn to whether a firm's absolute or relative diversity influences its decision to publicly disclose its EEO-1 report. We focus on managers for the remainder of our tests because research argues that diversifying at the management level is the primary diversity challenge for firms (Dobbin and Kalev, 2022). As discussed in Section 2, public disclosure of EEO-1 reports has risen drastically in recent years, as investors and other stakeholders have demanded more information on DEI practices and outcomes. For the firms in our sample, the number publicly disclosing the EEO-1 report rose from 0.8% in 2016 to 15% in 2020. This drastic increase notwithstanding, the vast majority of firms continue not to disclose their EEO-1 reports. The release of this data to the public permits us to investigate whether firms that disclose their EEO-1 reports do so strategically as well as to explore which diversity metrics appear to have the greatest influence on the decision to disclose.

Table 3 presents the results of these tests. In Panel A, we first investigate whether the proportion of female or minority managers influences the choice to disclose. We first examine the proportion of female managers in Column (1), finding no evidence that the proportion of female managers is associated with public disclosure of EEO-1 reports. This result likely reflects that the imbalances across gender are less severe relative to imbalances across ethnicity, as shown in Figure 2. We next turn to the proportion of ethnic minority managers. In Column (2), our independent variable of interest is the proportion of employees belonging to any racial minority. We find a positive and significant coefficient on the proportion of racial

11

Electronic copy available at: https://ssrn.com/abstract=4452298

(189 of 262), Page 189 of 262
Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 189 of 262
Case 3:22-cv-07182-WHA   Document 39-1   Filed 10/18/23   Page 999 of 1025

minority employees, indicating that firms are more likely to disclose as the percentage of racial minority managers increases. Economically, a one standard deviation increase in the proportion of racial minority managers is associated with a 36% increase in the probability of disclosure relative to the mean.[10] When we consider specific ethnic groups in Columns (3)–(5), our results suggest that this association is partially driven by Black and Hispanic managers. However, we do not find evidence that this association holds for the share of Asian managers to total employees (although the sign is also positive), perhaps because there is less variation in this distribution.[11]

Next we test whether the representation of minority managers relative to lower-rank minority employees influences the decision to publicly disclose an EEO-1 report. Table 3 Panel B presents the results of these tests. As in Panel A, we again find no evidence that gender diversity influences the disclosure decision. However, our results indicate that firms are more likely to disclose as the representation of racial minority employees who are managers increases. When we consider specific ethnicities, we again find that these results hold for both Black and Hispanic employees.

With Table 3 Panel C, we move from absolute to relative workforce diversity. Specifically, we consider whether a firm's decision to disclose relates to its workforce diversity versus its industry peers (defined using four-digit NAICS codes).[12] As with our tests of absolute workforce diversity, we find no evidence in Column (1) that gender diversity influences the disclosure decision. However, the results presented in Columns (2)–(5) indicate that a firm's *relative* ethnic diversity among industry peers is associated with the choice to disclose, and these results are driven by the proportion of Black and Hispanic managers.

---

[10]We acknowledge that the economic magnitude of our results is large. We believe that this is due to (i) a relatively small (though growing) sample mean and (ii) the fact that we likely capture a first-order factor (i.e. firms' underlying workforce diversity) in firms' decision to disclose their EEO-1 forms publicly.

[11]Our results also reveal a positive and robust correlation between a firm's size and its probability of releasing its EEO-1 form, consistent with the argument that large public firms face more scrutiny on ESG issues than do smaller ones (Christensen et al., 2021) and that profitability is associated with more public disclosure (Miller, 2002). The positive association between profitability and EEO-1 form disclosure is inconsistent with the argument that EEO-1 data are kept confidential to hide valuable trade secrets (Williams, 2019).

[12]These findings are robust to using GICS industry codes to define industry peers.

Electronic copy available at: https://ssrn.com/abstract=4452298

Taken together, our results are consistent with firms strategically disclosing their diversity metrics when they appear more ethnically diverse, particularly compared to their industry peers. We view our results as responding to the call from Gow et al. (2016) for descriptive studies on first-order questions. Our partial disclosure equilibrium reveals that full unravelling has not been achieved yet through market forces (Grossman, 1981; Milgrom, 1981). While we do not formally test a disclosure theory, we argue that our disclosure equilibrium is not driven by uncertainty about the information endowment since firms must file this information privately to the government Dye (1985). Instead, our partial equilibrium is consistent with diversity disclosure being costly (Verrecchia, 1983). This cost could arise from reputational concerns if investors and other stakeholders notice firms' lack of workforce diversity. Given that the number of firms publicly disclosing their EEO-1 forms is growing steadily in recent years, this could provide a valuable setting for future research to test a dynamic disclosure game.

## 5    Conclusion

Using a recently released dataset based on government contractors' EEO-1 reports, we provide evidence on the lack of racial diversity among U.S. public firms, particularly among the first and middle managerial ranks. We further document that the lack of workforce diversity at the middle management level is negatively associated with the public disclosure of firms' EEO-1 reports, suggesting that firms with greater imbalances hide their lack of diversity from investors and other stakeholders. To the extent that this information is material to shareholders, the lack of unraveling through market forces suggests that a disclosure mandate might be necessary to inform and protect investors (Leuz and Wysocki, 2016).

13

Electronic copy available at: https://ssrn.com/abstract=4452298

# References

Augustine, A., M. Frerichs, S. Wooden, and B. Murphy, 2021, Letter to the SEC, *(Link)* .

Bailey, M., S. Glaeser, J. Omartian, and A. Raghunandan, 2022, Misreporting of mandatory ESG disclosures: Evidence from gender pay gap information, *Working Paper (Link)* .

Baker, A., D. Larcker, C. McClure, D. Saraph, and E. Watts, 2022, Diversity washing, *Working Paper (Link)* .

Balakrishnan, K., R. Copat, D. De La Parra, and K Ramesh, 2023a, Racial diversity exposure and firm responses following the murder of George Floyd, *Journal of Accounting Research* 61, 737–804.

Balakrishnan, M., J. Nam, and R. Buell, 2023b, Differentiating on diversity: How disclosing workforce diversity improves brand attitudes, *Working Paper (Link)* .

Barrios, J., L. Giuliano, and A. Leone, 2020, In living color: Does in-person screening affect who gets hired?, *Working Paper (Link)* .

Becker, G., 1957, *The Economics of Discrimination* (University of Chicago Press).

Bennedsen, M., E. Simintzi, M. Tsoutsoura, and D. Wolfenzon, 2022, Do firms respond to gender pay gap transparency?, *Journal of Finance* 77, 2051–2091.

Benson, A., D. Li, and K. Shue, 2022, "Potential" and the gender promotion gap, *Working Paper (Link)* .

Bochkay, K., S. Choi, and J. Hales, 2022, 'Mere puffery' or credible disclosure? The real effects of adopting voluntary ESG disclosure standards, *Working Paper (Link)* .

Boulland, R., T. Bourveau, and M. Breuer, 2021, Corporate websites: A new measure of voluntary disclosure, *Working Paper (Link)* .

Bourveau, T., M. Chowdhury, A. Le, and E. Rouen, 2022, Human capital disclosures, *Working Paper (Link)* .

Brummer, C., and L. Strine, 2022, Duty and diversity, *Vanderbilt Law Review* 75, 1–92.

Cai, W., A. Dey, J. Grennan, J. Pacelli, and L. Qiu, 2022, Do diverse directors influence DEI outcomes?, *Working Paper (Link)* .

Choi, J., J. Pacelli, K. Rennekamp, and S. Tomar, 2023, Do jobseekers value diversity information? Evidence from a field experiment and human capital disclosures, *Journal of Accounting Research* 61, 695–735.

Christensen, H., E. Floyd, and M. Liu, L. Maffett, 2017, The real effects of mandated information on social responsibility in financial reports: Evidence from mine-safety records, *Journal of Accounting and Economics* 64, 284–304.

14

Electronic copy available at: https://ssrn.com/abstract=4452298

Christensen, H., L. Hail, and C. Leuz, 2021, Mandatory CSR and sustainability reporting: Economic analysis and literature review, *Review of Accounting Studies* 26, 1176–1248.

Cyr-Jones, A., S. Malik, and M. Ringgenberg, 2022, Testing the separability condition: Do investors price social policy disclosures correctly?, *Working Paper (Link)* .

Dobbin, A., and F. Kalev, 2022, *Getting to Diversity* (Harvard University Press).

Dye, R., 1985, Disclosure of nonproprietary information, *Journal of Accounting Research* 23, 123–145.

Edmans, A., C. Flammer, and S. Glossner, 2023, Diversity, equity, and inclusion, *Working Paper (Link)* .

Gensler, G., 2022, Remarks to the investor advisory committee, *(Link)* .

Gow, I., D. Larcker, and P. Reiss, 2016, Causal inference in accounting research, *Journal of Accounting Research* 54, 477–523.

Grossman, S., 1981, The informational role of warranties and private disclosure about product quality, *Journal of Law & Economics* 24, 461–483.

Hekman, D., S. Johnson, M. Foo, and Y. Wei, 2017, Does diversity-valuing behavior result in diminished performance ratings for non-white and female leaders?, *Academy of Management Journal* 60, 771–797.

Holzer, H., S. Raphael, and A. Stoll, 2006, Perceived criminality, criminal background checks, and the racial hiring practices of employers, *Journal of Law & Economics* 49, 451–480.

Huang, J., and S. Lu, 2022, ESG performance and voluntary ESG disclosure: Mind the (gender pay) gap, *Working Paper (Link)* .

Kalev, A., F. Dobbin, and E. Kelly, 2006, Best practices or best guesses? Assessing the efficacy of corporate affirmative action and diversity policies, *American Sociological Review* 71, 589–617.

Keeve, T., 2022, Peer effects in ESG ratings: Evidence from gender pay gap disclosures, *Working Paper (Link)* .

Leibbrandt, A., and J.A. List, 2018, Do equal employment opportunity statements backfire? evidence from a natural field experiment on job-entry decisions, *Working Paper (Link)* .

Leuz, C., and P. Wysocki, 2016, The economics of disclosure and financial reporting regulation: Evidence and suggestions for future research, *Journal of Accounting Research* 54, 525–622.

Mennie, P., 2021, Letter to the SEC, *(Link)* .

Milgrom, P., 1981, Good news and bad news: Representation theorems and applications, *Bell Journal of Economics* 12, 380–391.

Electronic copy available at: https://ssrn.com/abstract=4452298

Miller, G., 2002, Earnings performance and discretionary disclosure, *Journal of Accounting Research* 40, 173–204.

Neal, D.A., and W.R. Johnson, 1996, The role of premarket factors in Black-White wage differences, *Journal of Political Economy* 104, 869–895.

Nishii, L., 2013, The benefits of climate for inclusion for gender-diverse groups, *Academy of Management Journal* 56, 1754–1774.

Richard, O.C., M.d.C. Triana, and M. Li, 2021, The effects of racial diversity congruence between upper management and lower management on firm productivity, *Academy of Management Journal* 64, 1355–1382.

Samuels, D., 2021, Government procurement and changes in firm transparency, *The Accounting Review* 96, 401–430.

She, G., 2022, The real effects of mandatory nonfinancial disclosure: Evidence from supply chain transparency, *The Accounting Review* 97, 399–425.

Shelby, C. M., 2023, Racism and systemic risk, *Northwestern University Law Review* 118.

Tomar, S., 2023, Greenhouse gas disclosure and emissions benchmarking, *Journal of Accounting Research* 61, 451–492.

Tomaskovic-Devey, D., K. Stainback, T. Taylor, C. Zimmer, C. Robinson, and T. McTague, 2006, Documenting desegregation: Segregation in American workplaces by race, ethnicity, and sex, 1966-2003, *American Sociological Review* 71, 565–588.

U.S. Census Bureau, 2020, Population, Census, April 1, 2020, *(Link)* .

Verrecchia, R., 1983, Discretionary disclosure, *Journal of Accounting and Economics* 5, 179–194.

Williams, J., 2019, Diversity as a trade secret, *Georgetown Law Journal* 107, 1685–1732.

16

Electronic copy available at: https://ssrn.com/abstract=4452298

**Figure 1:** Geographic Distribution of Sample

This figure shows the geographic distribution across the United States for three groups of firms in our sample: CRSP-Compustat firms which are not government contractors, CRSP-Compustat firms which are government contractors and objected to the release of their EEO-1 data, and CRSP-Compustat firms which are government contractors and agreed to or did not object to the release of their EEO-1 data. Panel A shows the proportion of the non-government contractor CRSP-Compustat firms in each state. Panel B shows the proportion of firms that refused disclosure of their EEO-1 data in each state. Panel C shows the proportion of firms that agreed to or did not object to the release of their EEO-1 data in each state.



**Panel A**: Share of Non-Government Contractors in Each State



**Panel B**: Share of Government Contractors that Withheld in Each State



**Panel C**: Share of Government Contractors that Disclosed in Each State

17

Electronic copy available at: https://ssrn.com/abstract=4452298

**Figure 2:** Histograms of Female and Racial Minority Shares for Public Firms

This figure shows the distribution of racial minority shares and female shares across the CRSP-Compustat firms that permitted the release of their EEO-1 data. The distribution of the share of racial minorities is shaded in blue, while the distribution of the share of women is shaded in red. Panel A shows the distributions across all employees. Panel B shows the distributions across first- and middle-level managers. Panel C shows the distributions across executives.



**Panel A**: All Employees          **Panel B**: First- and Middle-Level Managers



**Panel C**: Executives

18

Electronic copy available at: https://ssrn.com/abstract=4452298

**Figure 3:** Distribution of Racial Minority Groups in Public Firms

This figure shows the distribution of racial groups across the CRSP-Compustat firms that permitted the release of their EEO data. Panel A shows the distribution of White employee shares within firms. Panel B shows the distribution of Black employee shares within firms. Panel C shows the distribution of Hispanic employee shares within firms. Panel D shows the distribution of Asian employee shares within firms. In each panel, the blue-shaded bars denote the representation of that group among all employees, the red-shaded bars denote the representation of that group among first and middle-level managers, and the green-shaded bars denote the representation of that group among executives. In each panel, the dashed black line represents the proportion of that racial group across the U.S. population in 2020.



**Panel A**: White Employees          **Panel B**: Black Employees



**Panel C**: Hispanic Employees        **Panel D**: Asian Employees

19

Electronic copy available at: https://ssrn.com/abstract=4452298

## Table 1: Descriptive Statistics of FOIA Sample

This table shows the descriptive statistics for the firms that did not object to or agreed to release their EEO-1 data relative to the firms that either refused to disclose their data or were not federal contractors. Panel A shows the industry breakdown of the firms in each sample. "Gov't Contractors who Disclosed" refers to firms that did not object to, or agreed to release their EEO-1 data. "Gov't Contractors who Withheld" refer to firms that refused to disclose their data and were government contractors. "Non-Gov't Contractors" refers to firms that were not federal contractors. Panel B compares these two groups along key financial dimensions. All continuous variables are winsorized at the 1st and 99th percentile. Detailed variable definitions are provided in Appendix 2.

**Panel A: Industry Distribution of Financial Characteristics Of Contractor Disclosers, Contractor Non-Disclosers, and Non-Contractors**

| 2-Digit NAICS | Gov't Contractors who Disclosed | Gov't Contractors who Withheld | Non-Gov't Contractors |
|---|---|---|---|
| 11: Agriculture, Forestry, Fishing, and Hunting | 0.12 | 0.00 | 0.42 |
| 21: Mining, Quarrying, and Oil and Gas Extraction | 3.38 | 1.45 | 7.07 |
| 22: Utilities | 4.47 | 5.19 | 1.35 |
| 23: Construction | 1.69 | 1.45 | 1.68 |
| 31: Manufacturing | 3.74 | 3.53 | 3.28 |
| 32: Manufacturing | 10.74 | 15.77 | 8.41 |
| 33: Manufacturing | 28.35 | 23.86 | 11.77 |
| 42: Wholesale Trade | 2.05 | 5.19 | 2.44 |
| 44: Retail Trade | 1.57 | 1.24 | 3.45 |
| 45: Retail Trade | 0.36 | 0.83 | 2.35 |
| 48: Transportation and Warehousing | 3.26 | 2.28 | 4.96 |
| 49: Transportation and Warehousing | 0.36 | 0.00 | 0.00 |
| 51: Information | 6.63 | 10.79 | 7.82 |
| 52: Finance and Insurance | 20.63 | 9.34 | 28.34 |
| 53: Real Estate and Rental and Leasing | 4.10 | 5.81 | 9.08 |
| 54: Professional, Scientific, and Technical Services | 3.62 | 4.77 | 1.68 |
| 56: Administrative and Support and Waste Management | 1.81 | 2.70 | 0.93 |
| 61: Educational Services | 0.24 | 1.45 | 0.42 |
| 62: Health Care and Social Assistance | 1.33 | 2.07 | 0.93 |
| 71: Arts, Entertainment, and Recreation | 0.24 | 0.21 | 0.59 |
| 72: Accommodation and Food Services | 1.09 | 0.83 | 2.52 |
| 81: Other Services (except Public Administration) | 0.12 | 0.41 | 0.34 |
| 99: Public Administration | 0.12 | 0.83 | 0.17 |
| Total | 100.00 | 100.00 | 100.00 |

Electronic copy available at: https://ssrn.com/abstract=4452298

**Panel B:** Comparison of Financial Characteristics Of Contractor Disclosers, Contractor Non-Disclosers, and Non-Contractors

| Variables | (1) Gov't Contractors who Disclosed | | | | | | (2) Gov't Contractors who Withheld | | | | | | (3) Non-Gov't Contractors | | | | | | t-test of (2) - (1) | | t-test of (3) - (1) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Obs | Mean | SD | p25 | p50 | p75 | Obs | Mean | SD | p25 | p50 | p75 | Obs | Mean | SD | p25 | p50 | p75 | Diff. in Means | p-value | Diff. in Means | p-value |
| Log(Total Assets) | 4,145 | 8.26 | 1.82 | 6.98 | 8.03 | 9.37 | 2,410 | 8.53 | 2.02 | 7.07 | 8.41 | 9.95 | 5,944 | 7.94 | 1.82 | 6.59 | 7.80 | 9.12 | 0.27 | <0.01 | -0.32 | <0.01 |
| Return on Assets | 4,145 | 0.03 | 0.09 | 0.01 | 0.03 | 0.07 | 2,410 | 0.01 | 0.12 | 0.00 | 0.03 | 0.06 | 5,943 | 0.02 | 0.09 | 0.00 | 0.02 | 0.06 | -0.01 | <0.01 | -0.01 | <0.01 |
| Market to Book | 3,944 | 3.25 | 6.71 | 1.34 | 2.25 | 3.91 | 2,091 | 3.42 | 7.09 | 1.46 | 2.42 | 4.17 | 4,869 | 2.61 | 6.86 | 1.01 | 1.69 | 3.14 | 0.17 | 0.36 | -0.63 | <0.01 |
| Capex to Sales | 4,136 | 0.07 | 0.11 | 0.02 | 0.03 | 0.06 | 2,408 | 0.07 | 0.11 | 0.01 | 0.03 | 0.07 | 5,909 | 0.09 | 0.18 | 0.01 | 0.03 | 0.07 | -0.00 | 0.32 | 0.02 | <0.01 |
| COGS to Sales | 4,145 | 0.55 | 0.35 | 0.33 | 0.58 | 0.73 | 2,410 | 0.67 | 0.54 | 0.45 | 0.64 | 0.77 | 5,943 | 0.59 | 0.44 | 0.34 | 0.58 | 0.75 | 0.12 | <0.01 | 0.03 | <0.01 |
| Leverage | 4,128 | 0.27 | 0.20 | 0.10 | 0.25 | 0.39 | 2,402 | 0.30 | 0.21 | 0.14 | 0.28 | 0.42 | 5,919 | 0.29 | 0.24 | 0.08 | 0.26 | 0.46 | 0.03 | <0.01 | 0.03 | <0.01 |
| Institutional Ownership | 3,990 | 0.74 | 0.25 | 0.63 | 0.82 | 0.92 | 2,294 | 0.70 | 0.29 | 0.55 | 0.78 | 0.92 | 5,489 | 0.61 | 0.32 | 0.34 | 0.69 | 0.89 | -0.04 | <0.01 | -0.13 | <0.01 |

21

Electronic copy available at: https://ssrn.com/abstract=4452298

**Table 2:** Descriptive Statistics of EEO Variables

This table shows the descriptive statistics for various workforce diversity metrics obtained from firms' disclosed EEO-1 data for the sample of Compustat firms who did not object to, or agreed to release their EEO data. All continuous variables are winsorized at the 1st and 99th percentile. Detailed variable definitions are provided in Appendix 2.

| | Obs | Mean | SD | p25 | p50 | p75 |
|---|---|---|---|---|---|---|
| **Disclosure Decision** | | | | | | |
| Public EEO Disclosure | 3,076 | 0.07 | 0.25 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| **Overall Diversity** | | | | | | |
| Proportion of Female Employees | 3,076 | 0.39 | 0.19 | 0.00 | 0.00 | 1.00 |
| Proportion of Racial Minority Employees | 3,076 | 0.37 | 0.21 | 0.00 | 0.00 | 0.00 |
| Proportion of White Employees | 3,076 | 0.63 | 0.21 | 1.00 | 1.00 | 1.00 |
| Proportion of Black Employees | 3,076 | 0.08 | 0.06 | 0.00 | 0.00 | 0.00 |
| Proportion of Hispanic Employees | 3,076 | 0.10 | 0.08 | 0.00 | 0.00 | 0.00 |
| Proportion of Asian Employees | 3,076 | 0.09 | 0.11 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| **Diversity of Managers** | | | | | | |
| Proportion of Female Managers | 3,076 | 0.35 | 0.18 | 0.21 | 0.30 | 0.47 |
| Proportion of Racial Minority Managers | 3,076 | 0.29 | 0.22 | 0.13 | 0.21 | 0.37 |
| Proportion of White Managers | 3,076 | 0.71 | 0.22 | 0.63 | 0.79 | 0.87 |
| Proportion of Black Managers | 3,076 | 0.04 | 0.04 | 0.02 | 0.04 | 0.06 |
| Proportion of Hispanic Managers | 3,076 | 0.06 | 0.05 | 0.03 | 0.05 | 0.08 |
| Proportion of Asian Managers | 3,076 | 0.08 | 0.09 | 0.02 | 0.05 | 0.10 |
| | | | | | | |
| **Diversity of Lower-Level Employees** | | | | | | |
| Proportion of Female Lower-Level Employees | 3,076 | 0.41 | 0.21 | 0.00 | 0.00 | 1.00 |
| Proportion of Racial Minority Lower-Level Employees | 3,076 | 0.39 | 0.22 | 0.00 | 0.00 | 1.00 |
| Proportion of White Lower-Level Employees | 3,076 | 0.61 | 0.22 | 0.00 | 1.00 | 1.00 |
| Proportion of Black Lower-Level Employees | 3,076 | 0.09 | 0.07 | 0.04 | 0.08 | 0.12 |
| Proportion of Hispanic Lower-Level Employees | 3,076 | 0.11 | 0.09 | 0.05 | 0.09 | 0.14 |
| Proportion of Asian Lower-Level Employees | 3,076 | 0.09 | 0.11 | 0.02 | 0.05 | 0.12 |
| | | | | | | |
| **Other Variables** | | | | | | |
| Female Manager Share to Female Lower-Level Employee Share | 3,076 | 0.90 | 0.26 | 0.74 | 0.87 | 1.01 |
| Racial Minority Manager Share to Racial Minority Lower-Level Employee Share | 3,061 | 0.70 | 0.32 | 0.51 | 0.67 | 0.86 |
| Black Manager Share to Black Lower-Level Employee Share | 3,018 | 0.53 | 0.38 | 0.31 | 0.46 | 0.66 |
| Hispanic Manager Share to Hispanic Lower-Level Employee Share | 3,022 | 0.62 | 0.36 | 0.41 | 0.59 | 0.78 |
| Asian Manager Share to Asian Lower-Level Employee Share | 3,012 | 0.97 | 0.77 | 0.57 | 0.83 | 1.13 |

22

Electronic copy available at: https://ssrn.com/abstract=4452298

**Table 3:** Strategic Disclosure of EEO Reports

This table reports the estimates for the associations between firms' underlying workforce diversity and their decision to publicly disclose their EEO-1 form. Panel A reports the results for measures of manager diversity on the public disclosure decision. Panel B reports the results for whether a firm's minority manager share relative to its lower-level workforce minority share is associated with their disclosure decision. Panel C reports the results for whether a firm being above or below the industry average level of manager diversity is associated with their decision to disclose their EEO-1 form publicly. All columns include industry and year fixed effects. Standard errors are clustered on the industry level. ***, **, and * indicate statistical significance at the 1%, 5%, and 10% level, respectively.

**Panel A**: Proportion of Minority Managers and Public Disclosure of EEO-1 Reports

|  | Public EEO Disclosure | | | | |
|---|---|---|---|---|---|
|  | (1) | (2) | (3) | (4) | (5) |
| Proportion of Female Managers | 0.061 |  |  |  |  |
|  | (0.075) |  |  |  |  |
| Proportion of Female Lower-Level Employees | -0.071 |  |  |  |  |
|  | (0.076) |  |  |  |  |
| Proportion of Racial Minority Managers |  | 0.115** |  |  |  |
|  |  | (0.049) |  |  |  |
| Proportion of Racial Minority Lower-Level Employees |  | -0.026 |  |  |  |
|  |  | (0.034) |  |  |  |
| Proportion of Black Managers |  |  | 0.478** |  |  |
|  |  |  | (0.208) |  |  |
| Proportion of Black Lower-Level Employees |  |  | -0.166 |  |  |
|  |  |  | (0.156) |  |  |
| Proportion of Hispanic Managers |  |  |  | 0.354** |  |
|  |  |  |  | (0.157) |  |
| Proportion of Hispanic Lower-Level Employees |  |  |  | -0.150** |  |
|  |  |  |  | (0.075) |  |
| Proportion of Asian Managers |  |  |  |  | 0.144 |
|  |  |  |  |  | (0.135) |
| Proportion of Asian Lower-Level Employees |  |  |  |  | 0.089 |
|  |  |  |  |  | (0.152) |
| Log(Total Assets) | 0.053*** | 0.052*** | 0.052*** | 0.052*** | 0.051*** |
|  | (0.007) | (0.007) | (0.007) | (0.007) | (0.006) |
| ROA | 0.137* | 0.137* | 0.135* | 0.137* | 0.134* |
|  | (0.076) | (0.076) | (0.075) | (0.076) | (0.076) |
| Market to Book | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 |
|  | (0.002) | (0.002) | (0.002) | (0.002) | (0.002) |
| Capex to Sales | 0.036 | 0.038 | 0.043 | 0.041 | 0.032 |
|  | (0.093) | (0.096) | (0.094) | (0.096) | (0.097) |
| COGS to Sales | -0.016 | -0.018 | -0.019 | -0.018 | -0.015 |
|  | (0.033) | (0.031) | (0.031) | (0.032) | (0.028) |
| Inst. Ownership | -0.071 | -0.073 | -0.068 | -0.072* | -0.072 |
|  | (0.044) | (0.044) | (0.044) | (0.043) | (0.044) |
| N | 2,834 | 2,834 | 2,834 | 2,834 | 2,834 |
| Adj. R-squared | 0.183 | 0.185 | 0.184 | 0.184 | 0.188 |
| Year FE | Yes | Yes | Yes | Yes | Yes |
| Industry FE | Yes | Yes | Yes | Yes | Yes |
| Clusters | Industry | Industry | Industry | Industry | Industry |

23

Electronic copy available at: https://ssrn.com/abstract=4452298

**Panel B**: Above Median Ratio of Minority Managers to Minority Employees and Public Disclosure of EEO-1 Reports

| | Public EEO Disclosure | | | | |
|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) |
| Above Median Female Manager to Lower-Level Employee Share | 0.010 | | | | |
| | (0.012) | | | | |
| Proportion of Female Lower-Level Employees | -0.024 | | | | |
| | (0.056) | | | | |
| Above Median Racial Minority Manager to Lower-Level Employee Share | | 0.041** | | | |
| | | (0.016) | | | |
| Proportion of Racial Minority Lower-Level Employees | | 0.046* | | | |
| | | (0.026) | | | |
| Above Median Black Manager to Lower-Level Employee Share | | | 0.022* | | |
| | | | (0.013) | | |
| Proportion of Black Lower-Level Employees | | | 0.059 | | |
| | | | (0.130) | | |
| Above Median Hispanic Manager to Lower-Level Employee Share | | | | 0.027** | |
| | | | | (0.012) | |
| Proportion of Hispanic Lower-Level Employees | | | | 0.046 | |
| | | | | (0.039) | |
| Above Median Asian Manager to Lower-Level Employee Share | | | | | 0.011 |
| | | | | | (0.012) |
| Proportion of Asian Lower-Level Employees | | | | | 0.207** |
| | | | | | (0.095) |
| Log(Total Assets) | 0.053*** | 0.052*** | 0.052*** | 0.053*** | 0.052*** |
| | (0.007) | (0.007) | (0.007) | (0.007) | (0.007) |
| ROA | 0.137* | 0.135* | 0.133* | 0.131* | 0.121 |
| | (0.076) | (0.076) | (0.077) | (0.077) | (0.074) |
| Market to Book | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 |
| | (0.002) | (0.002) | (0.002) | (0.002) | (0.002) |
| Capex to Sales | 0.036 | 0.034 | 0.035 | 0.035 | 0.030 |
| | (0.093) | (0.092) | (0.096) | (0.096) | (0.100) |
| COGS to Sales | -0.016 | -0.016 | -0.017 | -0.017 | -0.016 |
| | (0.033) | (0.030) | (0.032) | (0.032) | (0.027) |
| Inst. Ownership | -0.071 | -0.070 | -0.067 | -0.065 | -0.063 |
| | (0.043) | (0.044) | (0.044) | (0.043) | (0.043) |
| N | 2,834 | 2,824 | 2,786 | 2,788 | 2,780 |
| Adj. R-squared | 0.183 | 0.188 | 0.184 | 0.187 | 0.190 |
| Year FE | Yes | Yes | Yes | Yes | Yes |
| Industry FE | Yes | Yes | Yes | Yes | Yes |
| Clusters | Industry | Industry | Industry | Industry | Industry |

24

Electronic copy available at: https://ssrn.com/abstract=4452298

**Panel C**: Above Average Proportions of Minority Managers and Public Disclosure of EEO-1 Reports

|  | Public EEO Disclosure | | | | |
|---|---|---|---|---|---|
|  | (1) | (2) | (3) | (4) | (5) |
| Above Average Proportion of Female Managers | 0.017 | | | | |
|  | (0.016) | | | | |
| Proportion of Female Lower-Level Employees | -0.080 | | | | |
|  | (0.076) | | | | |
| Above Average Proportion of Minority Managers | | 0.048** | | | |
|  | | (0.024) | | | |
| Proportion of Racial Minority Lower-Level Employees | | -0.009 | | | |
|  | | (0.035) | | | |
| Above Average Proportion of Black Managers | | | 0.025*** | | |
|  | | | (0.010) | | |
| Proportion of Black Lower-Level Employees | | | -0.089 | | |
|  | | | (0.139) | | |
| Above Average Proportion of Hispanic Managers | | | | 0.024** | |
|  | | | | (0.011) | |
| Proportion of Hispanic Lower-Level Employees | | | | -0.068 | |
|  | | | | (0.057) | |
| Above Average Proportion of Asian Managers | | | | | 0.018 |
|  | | | | | (0.012) |
| Proportion of Asian Lower-Level Employees | | | | | 0.148 |
|  | | | | | (0.103) |
| Log(Total Assets) | 0.053*** | 0.052*** | 0.052*** | 0.052*** | 0.050*** |
|  | (0.007) | (0.007) | (0.007) | (0.007) | (0.007) |
| ROA | 0.134* | 0.141* | 0.137* | 0.140* | 0.136* |
|  | (0.075) | (0.075) | (0.076) | (0.076) | (0.075) |
| Market to Book | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 |
|  | (0.002) | (0.002) | (0.002) | (0.002) | (0.002) |
| Capex to Sales | 0.032 | 0.032 | 0.043 | 0.043 | 0.040 |
|  | (0.093) | (0.097) | (0.093) | (0.095) | (0.098) |
| COGS to Sales | -0.017 | -0.018 | -0.019 | -0.017 | -0.015 |
|  | (0.032) | (0.031) | (0.032) | (0.032) | (0.027) |
| Inst. Ownership | -0.072 | -0.069 | -0.072 | -0.070 | -0.072 |
|  | (0.044) | (0.043) | (0.044) | (0.043) | (0.045) |
| N | 2,834 | 2,834 | 2,834 | 2,834 | 2,834 |
| Adj. R-squared | 0.184 | 0.187 | 0.185 | 0.184 | 0.188 |
| Year FE | Yes | Yes | Yes | Yes | Yes |
| Industry FE | Yes | Yes | Yes | Yes | Yes |
| Clusters | Industry | Industry | Industry | Industry | Industry |

25

Electronic copy available at: https://ssrn.com/abstract=4452298

# Appendix 1    Example of EEO-1 Report

CO= D140290
u= D140290

**EQUAL EMPLOYMENT OPPORTUNITY**
2021 EMPLOYER INFORMATION REPORT EEO-1
CONSOLIDATED REPORT

**SECTION B – COMPANY IDENTIFICATION**

1. APPLE INC.
   ONE APPLE PARK WAY
   CUPERTINO, CA 95014

2.a. APPLE INC.
   ONE APPLE PARK WAY
   CUPERTINO, CA 95014

c. EIN= 942404110

**SECTION C – TEST FOR FILING REQUIREMENT**

1- Y  2- N  3- Y   DUNS= 060704780

**SECTION E - ESTABLISHMENT INFORMATION**

NAICS: 334111 - Electronic Computer Manufacturing

**SECTION D - EMPLOYMENT DATA**

| JOB CATEGORIES | HISPANIC OR LATINO | | NOT-HISPANIC OR LATINO | | | | | | | | | | | | OVERALL TOTALS |
| | | | * * * * * * * * * * * MALE * * * * * * * * * * * * | | | | | | * * * * * * * * * * * FEMALE * * * * * * * * * * * | | | | | | |
| | MALE | FEMALE | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXECUTIVE/SR OFFICIALS & MGRS | 2 | 0 | 77 | 0 | 0 | 17 | 0 | 1 | 21 | 2 | 0 | 6 | 0 | 0 | 126 |
| FIRST/MID OFFICIALS & MGRS | 602 | 305 | 5184 | 235 | 13 | 2926 | 16 | 109 | 1888 | 173 | 9 | 1122 | 4 | 74 | 12660 |
| PROFESSIONALS | 1694 | 898 | 13170 | 697 | 79 | 14058 | 47 | 608 | 4393 | 436 | 26 | 5918 | 25 | 338 | 42387 |
| TECHNICIANS | 870 | 625 | 2335 | 554 | 18 | 484 | 12 | 148 | 1070 | 339 | 16 | 320 | 2 | 96 | 6889 |
| SALES WORKERS | 3367 | 1975 | 6344 | 2239 | 103 | 1097 | 68 | 567 | 2854 | 1343 | 46 | 607 | 39 | 413 | 21062 |
| ADMINISTRATIVE SUPPORT | 1377 | 1054 | 3476 | 924 | 36 | 537 | 34 | 216 | 2356 | 1194 | 30 | 595 | 31 | 269 | 12129 |
| CRAFT WORKERS | 22 | 2 | 42 | 2 | 2 | 13 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 84 |
| OPERATIVES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LABORERS & HELPERS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SERVICE WORKERS | 211 | 292 | 78 | 24 | 7 | 86 | 3 | 15 | 33 | 17 | 2 | 37 | 3 | 7 | 815 |
| TOTAL | 8145 | 5151 | 30706 | 4675 | 258 | 19218 | 180 | 1664 | 12616 | 3504 | 129 | 8605 | 104 | 1197 | 96152 |
| PREVIOUS REPORT TOTAL | 8162 | 5064 | 31766 | 4651 | 274 | 17930 | 185 | 1679 | 12927 | 3485 | 136 | 7860 | 109 | 1218 | 95446 |

**SECTION F - REMARKS**

DATES OF PAYROLL PERIOD: 12/16/2021 THRU 12/31/2021
**SECTION G - CERTIFICATION**
CERTIFYING OFFICIAL: Lenai Butterfield
EMAIL: Lenai@apple.com
EEO1 REPORT CONTACT PERSON: Lenai Butterfield
EMAIL: Lenai@apple.com

CERTIFIED DATE [EST]: 5/16/2022 10:19 PM

TITLE: Senior Manager, Global EEO & Affirmative Action
PHONE: 4088620893
TITLE: Senior Manager, Global EEO & Affirmative Action
PHONE: 4088620893

26

Electronic copy available at: https://ssrn.com/abstract=4452298

# Appendix 2 Variable Definitions

| Variable | Definition | Source |
|---|---|---|
| Public EEO Disclosure | An indicator variable that takes on the value of one if the firm publicly discloses their EEO-1 report | Corporate Websites, ESG Reports |
| Proportion of Female Employees | The total number of female employees divided by the total numbers of employees | EEO-1 Forms |
| Proportion of Racial Minority Employees | The total number of racial minorities (i.e., non-white employees) divided by the total numbers of employees | EEO-1 Forms |
| Proportion of Black Employees | The total number of Black employees divided by the total numbers of employees | EEO-1 Forms |
| Proportion of Hispanic Employees | The total number of Hispanic employees divided by the total numbers of employees | EEO-1 Forms |
| Proportion of Asian Employees | The total number of Asian and Pacific Islander employees divided by the total numbers of employees | EEO-1 Forms |
| Proportion of Female Lower-Level Employees | The total number of female non-manager employees divided by the total number of non-manager employees | EEO-1 Forms |
| Proportion of Racial Minority Lower-Level Employees | The total number of racial minority (i.e., non-white employees) non-managers divided by the total number of non-manager employees | EEO-1 Forms |
| Proportion of Black Lower-Level Employees | The total number of Black non-manager employees divided by the total number of non-manager employees | EEO-1 Forms |
| Proportion of Hispanic Lower-Level Employees | The total number of non-manager Hispanic employees divided by the total number of non-manager employees | EEO-1 Forms |
| Proportion of Asian Lower-Level Employees | The total number of non-manager Asian and Pacific Islander employees divided by the total number of non-manager employees | EEO-1 Forms |
| Proportion of Female Managers | The total number of female first/mid-level managers divided by the total numbers of first/mid-level officials and managers | EEO-1 Forms |
| Proportion of Racial Minority Managers | The total number of racial minority first/mid-level managers, (i.e., non-white managers) divided by the total numbers of first/mid-level officials and managers | EEO-1 Forms |
| Proportion of Black Managers | The total number of Black first/mid-level managers divided by the total numbers of first/mid-level officials and managers | EEO-1 Forms |
| Proportion of Hispanic Managers | The total number of Hispanic first/mid-level managers divided by the total numbers of first/mid-level officials and managers | EEO-1 Forms |
| Proportion of Asian Managers | The total number of Asian and Pacific Islander first/mid-level managers divided by the total numbers of first/mid-level officials and managers | EEO-1 Forms |
| Female Manager to Female Lower-Level Employee Share | An indicator that takes on a value of one if the firm has an above-median ratio of female managers to female employees. This ratio captures the share of female managers relative to the share of women among all employees. | EEO-1 Forms |
| Racial Minority Manager to Racial Minority Lower-Level Employee Share | An indicator that takes on a value of one if the firm has an above-median ratio of racial minority managers to racial minority employees. This ratio captures the share of racial minority managers relative to the share of racial minorities among all employees. | EEO-1 Forms |
| Black Manager to Black Lower-Level Employee Share | An indicator that takes on a value of one if the firm has an above-median ratio of Black managers to Black employees. This ratio captures the share of black managers relative to the share of Blacks among all employees. | EEO-1 Forms |
| Hispanic Manager to Hispanic Lower-Level Employee Share | An indicator that takes on a value of one if the firm has an above-median ratio of Hispanic managers to Hispanic employees. This ratio captures the share of Hispanic managers relative to the share of Hispanics among all employees. | EEO-1 Forms |
| Asian Manager to Asian Lower-Level Employee Share | An indicator that takes on a value of one if the firm has an above-median ratio of Asian managers to Asian employees. This ratio captures the share of Asian managers relative to the share of Asians among all employees. | EEO-1 Forms |
| Above Average Proportion of Female Managers | An indicator that takes on a value of one if the firm has a proportion of female managers that is above the average proportion in their 4-digit NACE industry and zero otherwise | EEO-1 Forms |
| Above Average Proportion of Racial Minority Managers | An indicator that takes on a value of one if the firm has a proportion of racial minority managers that is above the average proportion in their 4-digit NACE industry and zero otherwise | EEO-1 Forms |
| Above Average Proportion of Black Managers | An indicator that takes on a value of one if the firm has a proportion of Black managers that is above the average proportion in their 4-digit NACE industry and zero otherwise | EEO-1 Forms |
| Above Average Proportion of Hispanic Managers | An indicator that takes on a value of one if the firm has a proportion of Hispanic managers that is above the average proportion in their 4-digit NACE industry and zero otherwise | EEO-1 Forms |
| Above Average Proportion of Asian Managers | An indicator that takes on a value of one if the firm has a proportion of Asian and Pacific Islander managers that is above the average proportion in their 4-digit NACE industry and zero otherwise | EEO-1 Forms |
| Return on Assets (ROA) | Net income before extraordinary items divided by total assets | Compustat |
| Market to Book (MTB) | Market capitalization divided by total assets | Compustat |
| CapEx/Sales | Capital expenditures divided by sales | Compustat |
| COGS/Sales | Cost of goods sold divided by sales | Compustat |
| Leverage | (Long Term Debt + Short-Term Debt)/Total Assets | Compustat |
| Institutional Ownership | Percentage of outstanding shares held by institutional investors | Thomson Reuters 13F |

27

Electronic copy available at: https://ssrn.com/abstract=4452298

# Top Companies for Diversity & Inclusion

These days most companies know how important diversity is — after all, diversity can boost innovation, productivity and even financial performance. But despite that, many companies still struggle when it comes to diversity and inclusion. Some companies don't view it as a top business priority, some don't know how to start and still others are paying lip service only without taking real action. But make no mistake — there are companies out there that are getting it right.

To identify and honor these forward-thinking companies, we're highlighting some of the best companies for diversity and inclusion. If you're looking for a company where you can bring your whole self to work, check out their job opportunities and apply today!

## Rush University Medical Center

**D&I Details:** "Rush's commitment to recruit and hire qualified individuals with disabilities, veterans, and people who live on the West Side of Chicago serves its goal of having a diverse workforce that reflects the communities that Rush serves. Rush understands that its employees will provide the best services possible when they can bring their authentic selves to work and feel valued and supported. To support the inclusion of our diverse team members, Rush has active and engaged Employee Resource Groups or affinity groups for LGBTQ employees, women, veterans, individuals with disabilities and Chicago's West Side residents."

**Where Hiring:** Chicago, IL

**What Employees Say:** "They perform annual employee satisfaction surveys to identify staff concerns/complaints and makes strides to improve what they can. Great opportunity for advancement and lateral transfers. Great benefits." —*Current RN Staff Nurse*

See Open Jobs

## Visa

**D&I Details:** "It takes all of us to make Visa a place where everyone feels they belong. So, we provide our people with tools and training to become more aware and informed professionals … and people. Our Executive Committee is responsible for overseeing our diversity and inclusion efforts together with our CEO and Chief Diversity Officer. At least quarterly, the Committee meets to review, recommend and develop opportunities to enhance our D&I initiatives, model diverse and inclusive behaviors and drive accountability for our program and results. Our Diversity & Inclusion College within Visa University includes tools, trainings and resources to help employees become more aware and informed. It's available to every employee, everywhere. We also instituted Unconscious Bias Training to help identify and eliminate hidden stereotypes and biases. And, all people managers are encouraged to complete Inclusive Leadership Training to drive inclusion on an individual, team and company level."

**Where Hiring:** Foster City, CA; San Francisco, CA; Denver, CO; Austin, TX; Ashburn, VA; Phoenix, AZ; Miami, FL & more.

**What Employees Say:** "Encourages innovation, best IT techs ever, great benefits and compensation, promotes diversity, gives back to the community. CEO is engaged with the people, customers, and the

Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 206 of 262

market. Great place to work. —*Current Director*

See Open Jobs

# Here Technologies

**D&I Details:** "HERE's vision is to enable an Autonomous World for everyone. To achieve this, we're committed to creating a culture that embraces inclusion, diversity and belonging for everyone. Inclusion not only makes our employees feel welcomed and supported, but the inclusion of diverse perspectives helps drive innovation and create the world we want to live in. We foster a culture where the uniqueness and creativity from individual employees fuels our success and allows each of us to Be True to who we are. As we drive innovation to realize an Autonomous World for everyone… we want our employees, our partners and our customers to always feel "I belong HERE"."

**Where Hiring:** Boston, MA; Amsterdam, Netherlands; Boulder, CO; Berkeley, CA; Chicago, IL; Alpharetta, GA; Seattle, WA & more.

**What Employees Say:** "I've really come to appreciate how flexible our company is in terms of working hours, work from home, time off (we just switched to a new unlimited time off policy which has been great). In speaking with other friends they are quite blown away by the work/life balance that HERE provides. Also, I feel as though the company is really trying to tackle some hard and complex problems which I appreciate. It's not always easy and some projects can be quite grueling, but I'd rather work on something meaningful and challenging." —*Current Employee*

See Open Jobs

# Accenture

**D&I Details:** "Equality in the workplace has never been more relevant than it is today. In fact, our research shows that equality is a powerful multiplier of innovation and growth. It drives creativity and inspires a sense of belonging. It's why we're committed to championing a culture of equality. One where our people are empowered to be their best, professionally and personally. Our diversity helps us bring unique perspectives and skills to the table. And our culture ensures we can all leverage these unique contributions to the benefit of our clients and our communities. As equals, anything is possible."

**Where Hiring:** San Francisco, CA; New York, NY; San Antonio, TX; Atlanta, GA; Denver, CO & more

**What Employees Say:** "Accenture definitely fosters a healthy working environment across the board from challenging you, having diverse projects, promoting a very diverse work place, having flexibility in how you complete your work, and always pushing you in regards to professional and personal growth." —*Current Business Analyst*

See Open Jobs



## Novartis

**D&I Details:** Elena Rodriguez, Global Head of Diversity & Inclusion at Novartis shares: "My vision is that we live D&I at Novartis. I want everyone to feel heard, respected and valued. Our culture aspiration as a company is to become more self-aware, more curious about each other, with more inspiring and empowering leaders. I see D&I at the heart of this aspiration, and it starts with listening. Taking time to listen to someone is a powerful act of inclusion; it shows that you are curious about them, it creates an opportunity to learn something new, it says: "I hear you. I value you. You matter." When leaders take time to do this, it can have a particularly strong impact, even if it is only a brief hallway conversation. This small act of caring may inspire a person to find a new solution to bring medicine to patients faster, or simply make them feel recognized for who they are. From a strategic perspective, D&I is a key enabler. Our business needs diverse people working in an inclusive environment in order to spark more innovation, improve our productivity and be sustainable. Our employees expect the same to enable their personal and professional growth, and increase their impact in the world. I want D&I to be a fundamental part of how we serve our people, patients, and customers."

**Where Hiring:** Cambridge, MA; San Diego, CA; Morris Plains, NJ; Raleigh, NC; Melville, NY & more

**What Employees Say:** "Great science and good group of people. Compensation was generous. Amazing work-life balance. Great resources to learn from." —*Former Scientist*

See Open Jobs

## Medtronic

**D&I Details:** "We seed our culture to foster inclusion, ignite confidence and build a sense of community so that all of our employees can grow and thrive. And to make sure the seeds we plant take root and grow, our managers are expected to ensure their team members are heard, their ideas cultivated and leveraged to make a difference. We believe this is the best and only way to drive innovative solutions that deliver better care to more patients worldwide."

**Where Hiring:** Boulder, CO; Pittsburgh, PA; Houston, TX; Minneapolis, MN; Atlanta, GA & more

**What Employees Say:** "Great salary and benefits. Excellent culture that prides itself on diversity." — *Former Employee*

See Open Jobs

## Diageo

**D&I Details:** "In all aspects of employment, we treat employees justly according to their abilities to meet the requirements of the role. We will not discriminate based on factors such as race, religion, colour, ethnicity, national origin, disability, sexual orientation, gender, gender identity, gender expression or marital status.

However, our commitment goes beyond industry standards and policies. We are one of the few FTSE 100 companies to have made diversity and inclusion a business priority while all our markets have built-in diversity and inclusion plans within their talent and organisation strategies. These plans are supported by robust governance, with direct oversight and responsibility from the HR Director and Managing Director in each market."

**Where Hiring:** New York, NY; Norwalk, CT; Seattle, WA; Plainfield, IL; Carson City, NV & more

**What Employees Say:** "Great place to learn a strong fundamental marketing framework that can apply across industries. Good work-life balance and flexibility with working from home if you manage it for yourself, good benefits. Some great people and the opportunity to move around globally or departments." —*Former Employee*

See Open Jobs

## Gap Inc.

**D&I Details:** "Embracing the differences we all bring to work is where diversity and inclusion begin … but at Gap Inc., that's truly only the beginning. Our Equality & Belonging Network Groups (EBNGs) were created by our employees to ensure that we build a work force that reflects our customer base and the communities where we do business, and develop a company culture and network that embraces differences and individuality.

Members come from different brands, levels, and capacities to create a space of learning and inclusion for all. These groups provide a platform for employees to share ideas, accelerate careers, and help contribute to our company growth."

**Where Hiring:** San Francisco, CA; Erlanger, KY; Albuquerque, NM; East Fishkill, NY; Groveport, OH & more

**What Employees Say:** "Large org with career opportunities across the business / brands & company supports that development; beyond great product, the company is committed to supporting local and

(209 of 262), Page 209 of 262
Case 3:22-cv-07182-WHA  Document 39-1  Filed 10/18/23  Page 1019 of 1025
Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 209 of 262

global communities; fun and professional co-workers; overall great culture." —*Current Employee*

See Open Jobs

## Kering

**D&I Details: "**With 35,000 employees around the globe, diversity is part and parcel of every day life at Kering. Across our Group, we share the belief that an inclusive company culture is a rich source of creation and innovation. We made our belief a reality in 2004 with the signing of our Diversity Charter —making Kering a pioneer for workplace diversity in France. The charter, which commits to a Group-wide inclusive hiring policy, engages every employee to support diversity and condemn all forms of workplace discrimination."

**Where Hiring:** New York, NY; Secaucus, NJ; Miami, FL; Philadelphia, PA; Honolulu, HI & more

**What Employees Say:** "Fantastic projects to lead in an open-minded team that wants to get the best from you. I would advocate anyone to go working for this on growing company." —*Former Employee*

See Open Jobs



## Acciona

**D&I Details:** "ACCIONA has approved an Equality Plan for the defense and effective application of the universal principle of equality between women and men. An Action Plan was developed in 2009 and the first steps towards implementation have already been taken.

All ACCIONA subcontractor contracts and purchase agreements include a clause which requires the subcontractor to respect the principles and obligations of the Organic Law on the Effective Equality of Women and Men in order to prevent sexual or gender-based harassment and any other type of direct or indirect discrimination."

**Where Hiring:** Chicago, IL; Ashley, ND; Oklahoma (remote)

**What Employees Say:** "Acciona is a leader developing utility-scale renewables in Latin America and Europe. Working there exposes you to world's iconic projects that look great on a resume." —*Former Employee*

See Open Jobs

## Bristol-Myers Squibb

**D&I Details:** "At Bristol-Myers Squibb, we provide employees at all levels with resources related to unconscious bias and diversity insights. In addition, we offer a broad range of best-in-class professional training and education for the career advancement and leadership development of employees. Through a groundbreaking partnership with Columbia University Graduate School of Business, Bristol-Myers Squibb offers LEAD (Lead. Engage. Accelerate. Develop.), an accelerated leadership development program for women and multicultural employees who demonstrate strong leadership potential. The program is designed to accelerate the movement and to improve readiness and visibility of high performing and traditionally under-represented employees into positions of greater responsibility."

**Where Hiring:** Princeton, NJ; Tampa, FL; Redwood City, CA; Devens, MA; Manchester, NH & more

**What Employees Say:** "Truly seem patient focused. Management cares about employees. Integrity and to do what is right is an overwhelming theme." —*Senior Territory Business Manager*

See Open Jobs

## UCB

**D&I Details:** "UCB has been named among the Top 25 companies in the 2019 Diversity & Inclusion Index. This reflects our continued efforts to ensure that our workforce reflects the wider community.

Diversity and inclusion matter here at UCB. We want to bring life-changing medicines to patients around the world and to play an active, positive role in the communities where we operate. It is vital that our teams are connected to our local and global communities; that we see ourselves in those we serve and that our patients see themselves in us."

**Where Hiring:** Atlanta, GA; Raleigh, NC; Madison, WI; Toledo, OH; Huntington, WV & more

**What Employees Say:** "Friendly people and great training. I love what the company stands for and the support they give their employees. This is the one Biotech company that truly puts the patient first! Amazing healthcare benefits." —*Current Senior Sales Consultant*

See Open Jobs

## Roche

**D&I Details:** "Our business environment is changing and we must continually adapt. We need to ensure that we have, and make best use of, varied skills, perspectives and backgrounds to address these business issues in order to be successful today and tomorrow. The best solutions will come by gaining different perspectives, asking and answering hard questions and challenging the status quo. Our success in creating a truly diverse and inclusive workplace will directly impact our ability to bring targeted treatment to patients."

**Where Hiring:** Indianapolis, IN; Branchburg, NJ; Tucson, AZ; Boston, MA; Santa Clara, CA & more

**What Employees Say:** "Awesome culture and co-workers. Everyone is dedicated, hard working, and intelligent. With a company this large, there is always room to move around." —*Current Research Scientist*

See Open Jobs


## Woolworths Group

**D&I Details:** "Celebrating diversity in all its forms is part of creating a vibrant and inclusive place to work; where everyone can bring their whole selves to work and our LGBTI community are supported and respected. In 2018, Woolworths Group was proud to be recognised as a Gold Tier Employer in the Australian Workplace Equality Index for our continued commitment to creating an inclusive culture. Recognised across Woolworths Group, 'Wear it Purple Day' is a day where our stores can celebrate diversity. Wear it Purple Day is about letting our LGBTI peers know that they are supported and respected. With a focus on LGBTI youth, Wear it Purple Day has a simple message – everyone has the right to be proud of who they are. Find out more at wearitpurple.org"

**Where Hiring:** Portland, OR; Bella Vista, AR; Seaford, NY; Broadway, VA; Dickson, TN & more

**What Employees Say:** "Woolworths provides [an] open, comforting environment for all employees and encourages people to work together well in a team environment." —*Current Customer Service Representative*

See Open Jobs


nestlé usa employees join a company town hall


## Nestlé

**D&I Details:** "Nestlé's Diversity and Inclusion starts with a culture of support and empowerment, aided by employee-led engagement groups, inclusive hiring approaches, and company-wide learning and development. Innovation starts with listening to diverse voices. Through unconscious bias training and workplace flexibility policies, we work to remove constraints that limit employees of diverse backgrounds. Our commitment goes beyond representation and partnerships – it's about the way we treat one another. It's an expectation that we all are acting in a way which fosters a society that is inclusive of all."

**Where Hiring:** Arlington, VA; Solon, OH; Anderson, IN; Laurel, MD; Trenton, MO & more

**What Employees Say:** "Nestle provides an open and inclusive environment that provides accelerated career growth opportunities, excellent work life balance & flexibility, and the ability to impact business results quickly." —*Current Manager*

See Open Jobs

## Microsoft

**D&I Details:** "Inclusive Design is a methodology, born out of digital environments, that enables and draws on the full range of human diversity. Most importantly, this means including and learning from people with a range of perspectives. Exclusion happens when we solve problems using our own biases. As Microsoft designers, we seek out those exclusions, and use them as opportunities to create new ideas and inclusive designs."

**Where Hiring:** Redmond, WA; San Francisco, CA; Washington, DC; New York, NY; Fargo, ND & more

**What Employees Say:** "This is a place to exercise your growth mindset. The company values diversity in all senses, including thinking. Management embraces failures and victories at balance as everything is an opportunity to learn. If you have the grit to continuously improve yourself and your career, this is the place for you." *—Current Technology Solutions Professional*

See Open Jobs

## Colgate-Palmolive

**D&I Details:** "The Colgate culture is one that reflects our values of caring, global teamwork and continuous improvement, as well as our unwavering commitment to integrity in everything we do. Building skills and developing Colgate people is critical to our success. Our leaders take responsibility for valuing the contributions of all Colgate people and have the knowledge and skills necessary to transform the work environment into one where all employees can contribute fully to meet the business goals."

**Where Hiring:** New York, NY; Emporia, KS; Hodges, SC; Piscataway, NJ;  Cambridge, OH & more

**What Employees Say: "**Challenging roles that every day is different, keeps you fresh. Lot of diversity in colleagues. Caring Company." *—Current Employee*

See Open Jobs

## Procter & Gamble

**D&I Details:** "We know the importance of diversity in the workplace. That's why we attract, hire, and keep diverse people on our team so that we can better understand our world and our consumers. To keep that talent here, we're creating opportunities and investing in plans for hiring, retaining, and developing them—to the executive level. For over 40 years, our Supplier Diversity program has been awarding contracts to women- and minority-owned businesses—including military vets, people with disabilities, and LGBT owners. When our Supply Network reflects the diversity of our consumers, employees, and stakeholders, our community thrives."

**Where Hiring:** Cincinnati, OH; Boston, MA; Seattle, WA; Chicago, IL; Sacramento, CA & more

**What Employees Say:** "Great company to work for, offers challenges where you can learn from and improve your skills. Good work environment and benefits." *—Former Employee*

See Open Jobs

## Eli Lilly and Company

**D&I Details:** "A focus on diversity and inclusion is built into our workplace culture. From recruiting and hiring to talent management processes, we see direct benefit when our workforce is not only representative of a the marketplace we serve, but fully engaged so we benefit from each employee's diverse views and ideas."

**Where Hiring:** Indianapolis, IN; Branchburg, NJ; Philadelphia, PA; San Diego, CA; Fort Dodge, IA & more

**What Employees Say:** "The benefits are absolutely wonderful, especially as someone who just graduated and is trying to stick with a good company. I love the culture and most people are very friendly. Additionally it seems people are already open to networking and sharing their knowledge, especially if you are looking to move to a different area." —*Current Machine Operator*

See Open Jobs



## HP Inc.

**D&I Details:** "In a world that is growing and evolving every day, HP creates technology that makes life better for everyone, everywhere. HP innovation springs from a team of individuals, each collaborating and contributing their own perspectives, knowledge, and experience to advance the way the world works and lives. From our earliest days, we've recognized that capturing and drawing from diverse points of view improves our products and services — and our company as a whole."

**Where Hiring:** Palo Alto, CA; Boise, ID; Vancouver, WA; Houston, TX; Corvallis, OR & more

**What Employees Say:** "There are many options for career experiences and different roles. It's a major corporation which performs at a high level. Great peers who have great values and are great to work with." —*Current Manager*

See Open Jobs

## Merck

**D&I Details:** Ken Frazier, Chairman and CEO of Merck says, "For more than 70 years now, we have been deeply committed to fostering an inclusive environment that embraces different perspectives and values the contributions of each individual. Having a globally and locally diverse workforce makes us a more innovative and agile company-and one better attuned to the needs of our customers, health care providers and patients who ultimately use our products."

**Where Hiring:** Kenilworth, NJ; South San Francisco, CA; Elkhorn, NE; West Point, PA; Elkton, VA & more

**What Employees Say:** "flexible work arrangements, intelligent and motivated staff that genuinely cares about improving human health. big enough that you can make several career moves and stay within the same firm." —*Current Employee*

See Open Jobs

## BMO Financial Group

**D&I Details:** "Our Leadership Committee for Inclusion and Diversity (LCID), which comprises 25 senior executives from across the bank, has developed a bold, multi-year strategy to drive performance by excelling at diversity and inclusion. We are focused on achieving industry leadership by increasing diversity across all levels of the organization through ambitious workforce representation goals. Our employees have the option to participate in one of our 14 Employee Resource Groups (ERGs) which help foster an inclusive workplace by bringing together people with similar interests, values, or affinities."

**Where Hiring:** Chicago, IL; Milwaukee, WI; New York, NY; Irvine, CA; Indianapolis, IN & more

**What Employees Say:** "Very customer focussed organization, personalized service. Excellent benefits, competitive salary. Invests in technology to keep pace. Opportunities to move within the bank into various roles." —*Current Employee*

See Open Jobs

## Siemens

**D&I Details:** "At Siemens, our culture of inclusion doesn't end with the filling of required quotas. We promote diversity and want all employees to be able to be themselves. We support our employees' many different ways of life as much as possible, for example by offering childcare, flexible work schedules, diversity employee networks, and workplaces equipped for the disabled. Inclusion creates an atmosphere of acceptance that profoundly enhances the company climate. All measures that

promote inclusion achieve this: Employees feel more motivated and committed. Accessible and inclusive work environments open up perspectives, especially in areas where the shortage of skilled workers is a growing concern: Inclusion enables us to retain talents."

**Where Hiring:** Hayward, CA; Austin, TX; Johnson City, TN; Amherst, NY; Reston, VA & more

**What Employees Say:** "Great working environment with a lot of benefits and job related perks for a better quality of life during work. A lot of support from the higher ups and also colleagues on a day to day basis." —*Former Employee*

See Open Jobs



(216 of 262), Page 216 of 262
Case: 24-880, 07/10/2024, DktEntry: 16.5, Page 216 of 262
Case 3:22-cv-07182-WHA   Document 39-3   Filed 10/18/23   Page 1 of 9

1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    SAN FRANCISCO

11   THE CENTER FOR INVESTIGATIVE          Case No. 3:22-cv-07182-WHA
     REPORTING and WILL EVANS,
12
                    Plaintiffs,            **DECLARATION OF JAMILLAH**
13                                         **BOWMAN WILLIAMS IN SUPPORT OF**
                                           **OPPOSITION TO DEFENDANT'S**
14          v.                             **MOTION FOR SUMMARY JUDGMENT**
                                           **AND CROSS MOTION FOR SUMMARY**
15   UNITED STATES DEPARTMENT OF           **JUDGMENT**
     LABOR,
16
                    Defendant.
17                                         Date:      Dec 14, 2023
                                           Time:      8:00 a.m.
18                                         Judge:     Hon. William Alsup

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF JAMILLAH BOWMAN WILLIAMS

I, Jamillah Bowman Williams, declare:

    1.    I am Dr. Jamillah Bowman Williams.  I have personal knowledge of the matters stated in this declaration.  If called upon to do so, I am competent to testify to all matters set forth herein.

### Professional Background

    2.    I am a Professor of Law and Faculty Director of the Workers' Rights Institute at Georgetown University Law Center in Washington, D.C. Currently, I am in residence at the Harvard Business School, as part of the inaugural cohort of Visiting Faculty Fellows with the Institute for the Study of Business in Global Society. I completed my master's degree in Higher Education from the University of Michigan, my J.D. at Stanford Law School, and my Ph.D. in Sociology at Stanford University.

    3.    My research focuses on contemporary bias and anti-discrimination law, including in the employment context. More specifically, I use social psychological theory and empirical data analysis to examine the impact of antidiscrimination laws and the effects of diversity and inclusion polices on individuals and companies across the workforce.

    4.    I have published articles in the Georgetown Law Journal, California Law Review, Boston College Law Review, University of Chicago Legal Forum, Washington Law Review, Iowa Law Review, William and Mary Law Review, the Employee Rights and Employment Policy Journal, and the ABA Journal of Labor and Employment Law. I have also authored several white papers and peer-reviewed articles that have been featured by a range of media outlets including Politico and the New York Times.

    5.    In 2021, I received the Michael J. Zimmer Memorial Award as a rising scholar who values workplace justice and community, and as someone who has made significant contributions to labor & employment law scholarship.

    6.    As part of my research, many of the law review articles and news articles I have written detail how some companies incorrectly claim that the workforce demographic data they compile and submit to the Department of Labor in their EEO-1 Reports, amount to either trade secrets or otherwise confidential commercial information. I have written extensively on why workforce equal

employment opportunity (EEO) data should not be treated as a trade secret by the nation's largest tech companies.

### The Problem: Lack of Transparency and Access to Workforce Demographic Data

7.   Bias and lack of opportunity for women and racialized minorities have long been systemic problems in our nation's most powerful and elite industries, including finance, technology, law, and film. Media outlets, members of Congress, social justice groups, and other stakeholders have repeatedly called on these industries to improve representation of women and racialized minorities, make their workplace environments more inclusive, and adopt more equitable employment practices.[1]

8.   A core purpose of the Civil Rights Act of 1964 is to open opportunities for women and racialized minorities, and to eliminate old patterns of inequality. In addition, Executive Order 11246 requires employers with government contracts to take affirmative steps to increase the participation of women and racialized minorities if these groups are underrepresented, relative to the available labor pool.  The Equal Employment Opportunity Commission (EEOC) and the Department of Labor (DOL) regularly collect workforce data to monitor employer compliance with these laws.

9.   A significant challenge to those investigating and exploring solutions for continuing workplace inequality is that employers and government agencies possess the relevant information

---

[1] San Jose Mercury News requested information in 2008 from the fifteen largest Silicon Valley companies. See Mike Swift, Five Silicon Valley Companies Fought Release of Employment Data, and Won, MERCURY NEWS (Feb. 11, 2010, 4:52 AM), https://www.mercurynews.com/2010/02/11/five-silicon-valleycompanies-fought-release-of-employment-data-and-won/; CNN requested information in 2011 from twenty U.S. technology companies. See Diversity in Silicon Valley: The Fight to Uncover Data, CNN MONEY (Aug. 18, 2011), https://money.cnn.com/interactive/technology/diversity-tech/; California Representative Barbara Lee and North Carolina Representative G.K. Butterfield met with tech leaders in 2015 and 2017 to request greater transparency and urge change. See Will Evans, Congresswoman to Tech Firms: 'You're Hiding Something,' REVEAL (Dec. 11, 2017), https://www.revealnews.org/blog/congresswoman-to-tech-firmsyoure-hiding-something/; Reverend Jesse Jackson and the Rainbow Push Coalition have pressured the tech industry for change since 2014, most recently contacting "25 large technology companies, including Google, Facebook, Tesla and Oracle, calling on them to release information on their hiring practices, board diversity measures and employee retention statistics in addition to their latest diversity data." Sinduja Rangarajan, Jesse Jackson Calls Out Silicon Valley 'Empty Promises' on Diversity, REVEAL (Apr. 6, 2018), https://www.revealnews.org/blog/jessejackson-calls-out-silicon-valley-empty-promises-on-diversity/.

1   on workforce representation, hiring, promotion, compensation, and related employment policies

2   and practices. Without access to this information, potential plaintiffs, civil rights advocates, and

3   concerned members of the public are unable to properly assess the disparities, let alone strive for

4   effective solutions. Two ways of controlling access to this kind of data have recently been gaining

5   steam, particularly among companies resistant to workforce demographic transparency – the

6   "diversity as trade secret" argument and the workforce data as sensitive "commercial business

7   information" argument.

8        10.   When government agencies like the DOL collect information to monitor compliance

9   with laws that are important to the public, such as EO 11246, there is a longstanding presumption

10  favoring disclosure of that information. The Freedom of Information Act (FOIA) also requires the

11  government agencies to proactively provide this data to keep citizens informed, which is a vital

12  part of our democracy.   Thus, exemption from disclosure requires a strong and compelling

13  argument that such disclosure would lead to competitive harm to a person or a business. In the case

14  of workforce demographic data, the legal arguments for exemption are very weak.

15       11.   My research has shown that there is no evidence that nondisclosure of workforce

16  demographic data secures a company's competitive advantage in a way that needs to be protected

17  by trade secret law. Instead, these efforts to withhold basic workforce data seem to be aimed at

18  concealing inequality and avoiding reputational harm that may occur if employees, competitors,

19  and the public become more aware of discriminatory patterns. Calling something a "trade secret"

20  to avoid possible embarrassment or legal risk abuses the purpose of intellectual property law and

21  is in direct conflict with the purposes of Title VII and EO 11246.[2]

22  **The Reasoning: EEO-1 Workforce Demographic Data Should Not be Treated as a Trade**

23  **Secret or "Commercial" Information**

24

25  [2] *See* Jamillah Bowman Williams, *Diversity as a Trade Secret*, 107 GEO. L.J. 1684, 1695-96
(2019) (examining corporate claims that workforce diversity data and company diversity
strategies are trade secrets); Jamillah Bowman Williams, *Why Companies Shouldn't Be Allowed*

26  *to Treat Their Diversity Numbers as Trade Secrets*, HARV. BUS. REV. (Feb. 15, 2019),
https://hbr.org/2019/02/why-companies-shouldnt-be-allowed-to-treat-their-diversitynumbers-as-

27  trade-secrets; *see also* Will Evans & Sinduja Rangarajan, *Oracle and Palantir Said Diversity
Figures Were Trade Secrets. The Real Secret: Embarrassing Numbers*, REVEAL (Jan. 7, 2019),

28  https://www.revealnews.org/ article/oracle-and-palantir-said-diversity-figures-were-trade-secrets-
the-real-secretembarrassing-numbers/ [https://perma.cc/8WDG-VG4C].

12. Public access to EEO-1 Report data would make it easier to study workforce demographic trends and address diversity deficiencies among federal contractors.

13. The EEO-1 Reports collected and maintained by the Department of Labor are one of the few instances where the public has a right to access the workforce representation data of employers who are federal contractors, in a standardized format. The DOL requires all federal contractors with fifty or more employees and $50,000 in government contracts to submit EEO-1 reports so that it can monitor compliance with nondiscrimination requirements under the Office of Federal Contract Compliance Programs (OFCCP). [3]

14. In my research, I have examined the workforce data compiled in the submitted EEO-1 reports and explained why this information does not constitute protected "commercial" information or "a trade secret." Information that might appropriately be considered "commercial" includes information about revenue, pricing strategy, purchase records, and a company's commercial assets. Information that might constitute "trade secrets" includes valuable intellectual property, such as proprietary inventions, formulas, or algorithms that the business must keep secret to protect a competitive advantage it has in the marketplace. Workforce EEO data does not fall under either category.[4]

15. Described in its simplest form, the workforce data from the EEO-1 Reports amounts to a straightforward count of the number of male and female employees, by race/ethnicity, in various roles at a specific company. This numerical "employee count" is simply not the product of a secret proprietary formula, it does not require significant internal effort or research investment to compile, and there is no competitive outcome that is threatened if these counts were to be known by competitors. Further, nothing in these aggregate counts of employees reveals any insights about a company's inner workings – such as strategy, recruiting practices, operations, or costs. No secret intellectual property regarding core goods and services are divulged to competitors in these reports. Thus, these aggregate employee counts should not be treated as a trade secret or commercial information withheld under Exemption 4.

---

[3] 41 C.F.R. § 60-1.7(a) (2018).
[4] Williams *supra* note 2.

16.   In my research, I have shown how companies that disclose their EEO-1 reports and other workforce diversity data do not face competitive threats, financial disadvantage, or any other marketplace harm.   Rather, many companies that are transparent about their workforce demographic trends reap considerable benefits, including positive reputational effects for prioritizing diversity, greater accountability to the public and consumer trust, and ensuring compliance with anti-discrimination laws.  For example, favoring transparency, a number of the leading tech companies now release workforce data voluntarily, and have not faced any competitive threats, financial disadvantage or other kind of commercial harm.[5]  Many of the largest federal contractors—such as Lockheed Martin Corp., General Dynamics Corp., Oracle Corp., Exxon Mobil Corp., and Abbott Laboratories—have started regularly sharing their EEO-1 forms with investors and the public in 2020 with no quantifiable commercial consequences.

**The Harm: Denying Access to Workforce Demographic Data Harms the Individual Employees that Antidiscrimination Laws are Meant to Protect.**

17.   My research shows how the government's withholding of EEO-1 reports and other workforce data exacerbates several problems surrounding equal employment opportunity. This is particularly an issue in industries with historical and continuing patterns of inequality, such as technology, which has systemic issues with hiring and retaining women and racialized minorities.

18.   If employers are claiming Exemption 4 protections to keep the count of their women and racialized minority employees secret, this not only conceals potential inequality, it is also commodification of the very workers who Title VII and EO 11246 were designed to protect. For example, some companies have claimed that if competitors knew the number of Black and Latinx employees they employ, the competitors would recruit them away, creating a competitive disadvantage, because diversity is a competitive asset.  Companies making this argument assert

---

[5] *Id*; *see also* Kavya Vaghul, Aleksandra Radeva, and Kim Ira, *Workforce Diversity Data Disclosure*, Harvard Law School Forum on Corporate Governance, March 2022, https://corpgov.law.harvard.edu/2022/03/09/workforce-diversity-data-disclosure/. INTEL, VISION & VALUES: GLOBAL CITIZENSHIP REPORT 2001, at 30 (2002), http://csrreportbuilder.intel.com/PDFfiles/archived_reports/Intel%202001%20CSR%20Report.pdf; The UK Equality Act 2010 (Gender Pay Gap Information) requires all employers with 250 or more employees to publish aggregate pay data by sex on their websites and to make these data publicly available for at least three years.

ownership of employees from underrepresented backgrounds, seeking to profit from their racial identities in a way that they do not do to White employees. This is an intentional effort to restrict the visibility, professional prospects, and mobility, of women and racialized minorities, specifically because of their race or gender. This is ironic, because in many other cases, these same companies seek to showcase their underrepresented employees on websites, at conferences, in advertisements, etc., if they feel it is profitable or otherwise advantageous. This trend is consistent with the theory of "identity capitalism."[6]

19.    Identity capitalism has been defined as the derivation of social and economic value from the racial or gender identity of another person at that person's expense. This phenomenon is particularly apparent in recent years as the social climate across many industries is preoccupied with the notion of diversity, and non-whiteness and non-maleness are essentially commodified and exploited for their perceived market value. Paradoxically, this argument is often used to the detriment of the underrepresented employees whose identities are supposed to provide the value.

20.    My research has shown that if the counts of incumbent employees, by gender, race, and ethnicity, are considered trade secrets or confidential commercial information, this conceals inequality, interfering with the purpose of Title VII and EO 11246. The individuals from historically underrepresented groups, some of which suspect current discrimination, will not be able to assess whether their current or prospective employers are broadening access and opportunity over time consistent with goals of Title VII and EO 11246. The public will also remain uninformed about the compliance status and progress of major companies.

21.    Seeking to conceal this information through trade secret protections and commercial confidentiality, by arguing that the count of historically underrepresented talent is an asset that must be guarded is disingenuous, or at best misguided. This allows companies to continue with workplace practices that perpetuate barriers and bias, with little accountability.

22.    If employers continue to use competitive trade secret arguments to justify withholding critical EEO information, not only will inequalities remain concealed, but they are likely to remain

---

[6] *See generally* Nancy Leong, Racial Capitalism, 126 HARV. L. REV. 2151 (2013) (analyzing the phenomenon of racial capitalism, which is "the process of deriving social and economic value from the racial identity of another person" and broadly mentioning identity capitalism)

unresolved due to the lack of transparency and accountability. Favoring disclosure, as required by FOIA, would incentivize more equitable workplace practices, while also allowing various stakeholders, including employees, investors, legislators, consumers, civil rights advocates, and the public to become informed about companies that have been successful at closing inequality gaps, which could open opportunities for debate and learning that can help solve chronic underrepresentation across industries.

23.    The widespread use of the "trade secret" and "commercial information" exemption in this context is not only continuing weak legal arguments, it is also interfering with the core purposes of civil rights and EEO law.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed October 18 in Cambridge, Massachusetts.

/s/ *Jamillah Bowman Williams*
Jamillah Bowman Williams

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTORNEY ATTESTATION**

I, Aaron R. Field, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other Signatories.

*/s/ Aaron Field*
AARON R. FIELD

CANNATA O' TOOLE & OLSON LLP
ATTORNEYS AT LAW
100 PINE STREET, SUITE 350, SAN FRANCISCO CA, 94111
TEL: 415.409.8900 – FAX: 415.409.8904

ATTORNEY ATTESTATION
No. 3:22-cv-07182-WHA

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36045
      San Francisco, California 94102
      Telephone: (415) 436-7025
      Facsimile: (415) 436-7234
      pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>      Defendant. | Case No. 22-cv-07182-WHA<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:     April 13, 2023<br>Time:    11:00 a.m.<br>Place:   Courtroom 12, 19th Floor<br><br>The Hon. William Alsup |

Pursuant to Clerk's Notice dated March 6, 2023, Dkt. No. 22, and pursuant to the Standing Order

for All Judges of the Northern District of California dated January 17, 2023, and Civil Local Rule 16-9,

the parties jointly submit this Joint Case Management Statement ("JCMS") and Stipulated Request To

Continue Case Management Conference.

    1.    <u>Jurisdiction and Service</u>

    There are no issues concerning personal jurisdiction, venue, or service.  Plaintiff brought this

action under the Freedom of Information Act ("FOIA"), 5 U.S.C § 552(a)(4)(B).  Defendant has been

1  served.

2      2.   <u>Facts</u>

3      This lawsuit was filed on November 15, 2022, and relates to four FOIA requests submitted by

4  Plaintiffs Center for Investigative Reporting ("CIR") and Will Evans to the Office of Federal Contract

5  Compliance Program ("OFCCP"), a component of the U.S. Department of Labor ("DOL"), between

6  January 2019 and June 2022. These requests were modified into a single FOIA Request as of June 3,

7  2022, seeking the disclosure of consolidated (Type 2) EEO-1 reports for all federal contractors for the

8  years 2016 through 2020. EEO-1 Type 2 reports require companies to report the total number of

9  employees across their establishments by race/ethnicity, gender, and job category.

10      DOL calculates that this request encompasses approximately 75,000 reports from a total of

11  approximately 24,000 unique federal contractors.  DOL began actively processing this request after

12  Plaintiffs' final modification in June 2022.  DOL has begun its rolling release of records with a small

13  release on March 2, 2023.  It is continuing the processing of the remaining records.

14      Since the last JCMS, DOL completed the mailing of a final notice to the submitting federal

15  contractors.  This notice provided a final response date of March 31, 2023 for contractors to submit

16  objections to the release of their data.  DOL is now in the process of sorting the data and reconciling the

17  list of objectors against the approximately 75,000 reports so that it can release the information of non-

18  objectors.  DOL is on track for release of the non-objector data on or before April 17, 2023, as targeted

19  in the March 3, 2023 JCMS, Dkt. No. 21.  On April 12, 2023, DOL will provide CIR the anticipated

20  total number of reports to be released and the total number of objections received, subject to the

21  understanding that these numbers may be adjusted slightly as the release is finalized in the following

22  five days.

23      OFCCP's jurisdiction team is continuing to examine the responses of additional companies that

24  have asserted non-contractor status.  An additional small release is anticipated following that process,

25  which should be completed on or before May 31, 2023.

26      Following the release of non-objectors' data, the remaining reports will require further

27  evaluation to determine whether they will be withheld under FOIA Exemption 4 and possibly other

28  exemptions.  Due to the number of reports and the complexity of the evaluation process, DOL

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA         2

1  anticipates that the evaluation process, which will be done on a rolling basis, will be complete by the end

2  of September 2023.

3      OFCCP anticipates that a supplemental release of reports may be made at this time or sooner if it

4  determines that the objections do not support the assertion of an exemption.  OFCCP also anticipates

5  that it may assert that a number of reports are exempt from disclosure after this review process.

6      The parties have and will continue to confer on an ongoing basis.

7      3.   <u>Legal Issues</u>

8      <u>Defendant</u>:  DOL does not yet know how many reports will be withheld under Exemption 4.

9  DOL anticipates that the parties will engage in a meet and confer process following the completion of

10  processing as described above regarding any withholdings.  DOL believes that following the completion

11  of processing, the following legal issue may be in dispute:  whether Defendant has appropriately

12  asserted Exemption 4 with respect to any EEO-1 reports that are not released.

13      <u>Plaintiffs</u>:  Legal issues will include whether Defendants properly refused to withhold

14  records under FOIA, including but not limited to FOIA Exemption 4 and whether FOIA obligations

15  were improperly thwarted through agency regulations.

16      4.   <u>Motions</u>

17      There are no prior or pending motions.  The parties anticipate that this matter can be resolved on

18  cross-motions for summary judgment if the parties cannot informally resolve the matter.

19      5.   <u>Amendments of Pleading</u>s

20      The parties do not anticipate amending their pleadings.

21      6.   <u>Evidence Preservation</u>

22      The parties have reviewed the Guidelines Relating to Discovery of Electronically Stored

23  Information ("ESI Guidelines").  The parties confirm that they have met and conferred regarding

24  reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident

25  in this action.

26      7.   <u>Disclosures</u>

27      The parties request that they be relieved from the initial disclosure requirements of Federal Rule

28  of Civil Procedure 26(a).  The parties agree that initial disclosures are not necessary as this is a FOIA

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA       3

1 action.

2      8. <u>Discovery</u>

3      To date, no discovery has been taken by any party, and the parties do not anticipate based on

4 current information that discovery will be necessary in this case.

5      9. <u>Class Actions</u>

6      Not applicable.

7      10. <u>Related Cases</u>

8      Not applicable.

9      11. <u>Relief</u>

10      The parties will each seek summary judgment. Plaintiffs seek an order directing Defendant to

11 produce all of the contested documents and further order any appropriate attorneys' fees. Defendant

12 denies that Plaintiffs are entitled to any relief and will seek dismissal.

13      12. <u>Settlement and ADR</u>

14      The parties anticipate that they will file motions for summary judgment. The parties request that

15 any consideration of ADR be deferred until after the summary judgment motions are decided.

16      13. <u>Other References</u>

17      The parties do not believe that this case is suitable for reference to binding arbitration, a special

18 master, or the Judicial Panel on Multidistrict Litigation.

19      14. <u>Narrowing of Issues</u>

20      The parties will continue to meet and confer in an attempt to narrow issues.

21      15. <u>Expedited Trial Procedure</u>

22      The parties believe that this case can be resolved on summary judgment. The expedited trial

23 procedure is therefore inapplicable.

24      16. <u>Scheduling</u>

25      The parties anticipate that this matter can ultimately be resolved on summary judgment. As set

26 forth above, DOL anticipates that its final release will occur following the completion of the review

27 process at the end of September 2023. DOL believes that summary judgment practice should occur after

28 the completion of the September 2023 production, after DOL has made a final determination as to

1    whether it will withhold the requested information under an applicable exemption.  Plaintiffs believe

2    that summary judgment motion practice is appropriate at a sooner stage, in the next several months, and

3    a summary judgment motion schedule should be set as soon as possible, particularly given the Plaintiffs'

4    newsworthy interest in the records.  The parties respectfully propose that the Court schedule an

5    additional case management conference for May 11, 2023, and that the parties provide a status report

6    seven days before the conference regarding the progress of the release and whether a summary judgment

7    motion schedule can be set at that time.

8        17.    Trial

9        The parties anticipate that this entire case may be resolved on summary judgment.

10       18.    Disclosure of Non-party Interested Entities or Persons

11       On November 15, 2022, Plaintiffs filed their Certificate of Interested Entities, Dkt. 3, stating

12   Plaintiffs had no such interested entities or persons.

13       Defendant is exempt from this requirement as a federal government entity pursuant to Civil

14   Local Rule 3-15.

15       19.    Professional Conduct

16       All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for

17   the Northern District of California.

18       20.    Other

19       The parties believe that there are no other case management orders necessary in this case and

20   request that the Court continue the Case Management Conference.

21   DATED:  April 6, 2023                    Respectfully submitted,

22                                            ISMAIL J. RAMSEY
                                             United States Attorney
23
                                             /s/ Pamela T. Johann
24                                           PAMELA T. JOHANN
                                             Assistant United States Attorney
25
                                             Attorneys for Defendant
26

27

28

1    DATED:  April 6, 2023

2

3

4

5

6

7

8

9

10

THE CENTER FOR INVESTIGATIVE
REPORTING

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorneys for Plaintiffs

## ATTESTATION

    I, Pamela T. Johann, hereby attest under penalty of perjury that in compliance with Civil Local Rule 5-1(h)(3), I have obtained the concurrence in the filing of this document from D. Victoria Baranetsky.

*/s/ Pamela T. Johann*
PAMELA T. JOHANN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA        6

1  STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2  MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3  PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
4
450 Golden Gate Avenue, Box 36045
5  San Francisco, California 94102
Telephone: (415) 436-7025
6  Facsimile: (415) 436-7234
pamela.johann@usdoj.gov
7
Attorneys for Defendant UNITED STATES
8  DEPARTMENT OF LABOR

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14  THE CENTER FOR INVESTIGATIVE          ) Case No. 22-cv-07182-WHA
     REPORTING and WILL EVANS,            )
15                                         )
            Plaintiffs,                    ) **JOINT CASE MANAGEMENT STATEMENT**
16                                         ) **AND [PROPOSED] ORDER**
        v.                                 )
17                                         ) Date:      March 9, 2023
     UNITED STATES DEPARTMENT OF           ) Time:      11:00 a.m.
18  LABOR,                                 ) Place:     Courtroom 12, 19th Floor
                                           )
19          Defendant.                     ) The Hon. William Alsup
                                           )
20  ─────────────────────────────────     )

21

22      Pursuant to Clerk's Notice dated February 14, 2023, Dkt. No. 20, and pursuant to the Standing

23  Order for All Judges of the Northern District of California dated January 17, 2023, and Civil Local Rule

24  16-9, the parties jointly submit this Joint Case Management Statement ("JCMS") and Stipulated Request

25  To Continue Case Management Conference.

26      1.      Jurisdiction and Service

27      There are no issues concerning personal jurisdiction, venue, or service.  Plaintiff brought this

28  action under the Freedom of Information Act ("FOIA"), 5 U.S.C § 552(a)(4)(B).  Defendant has been

1    served.

2         2.    <u>Facts</u>

3         This lawsuit was filed on November 15, 2022, and relates to four FOIA requests submitted by

4    Plaintiffs Center for Investigative Reporting ("CIR") and Will Evans to the Office of Federal Contract

5    Compliance Program ("OFCCP"), a component of the U.S. Department of Labor ("DOL"), between

6    January 2019 and June 2022. These requests were modified into a single FOIA Request as of June 3,

7    2022, seeking the disclosure of consolidated (Type 2) EEO-1 reports for all federal contractors for the

8    years 2016 through 2020. EEO-1 Type 2 reports require companies to report the total number of

9    employees across their establishments by race/ethnicity, gender, and job category.

10        DOL calculates that this request encompasses approximately 75,000 reports from a total of

11   approximately 24,000 unique federal contractors.  DOL began actively processing this request after

12   Plaintiffs' final modification in June 2022.  DOL has begun its rolling release of records with a small

13   release on March 2, 2023.  It is continuing the processing of the remaining records.

14        According to DOL, the processing of this request is a massive undertaking requiring the

15   involvement of a number of DOL employees from OFCCP and the Office of the Solicitor.  In addition to

16   existing staff, the FOIA Team has added two highly experienced staff members with database and data

17   analytic training from DOL's Branch of Expert Services and Department of Programs Operations to

18   dedicate their time and expertise in data management to ensure that the processing of this request and

19   the sorting of data for release is accurate.

20        As of the date of the last JCMS, February 9, 2023, DOL anticipated that it would be in a position

21   to release the vast majority of responsive documents—approximately 65,000 reports—by February 24,

22   2023.  Following the filing of that JCMS, several complications have arisen that have compelled

23   OFCCP to push the anticipated release date back. Specifically:

24        •    OFCCP received additional correspondence expressing concern that contractors had not

25             received notice of the intended release of their documents.  This included correspondence

26             dated February 10, 2023 from Congresswoman Virginia Foxx, Chair of the House

27             Committee on Education and the Workforce, who raised questions about OFCCP's

28             processing of the FOIA request and concerns that OFCCP had not provided contractors

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA                                    2

1   sufficient time to object, and requested that OFCCP reopen the objection period for an

2   additional 60 days.

3   •   More recently, OFCCP received correspondence from a contractor raising additional

4       concerns about the notification process and suggesting that the mass emails that OFCCP

5       sent had have a high failure rate and were unlikely to be reaching many contractors

6       because of data security protocols that block mass communications.

7   •   The objections have revealed that OFCCP's list of potentially responsive records

8       continues to include non-federal contractors, whose records may not be disclosed.

9   As a result, OFCCP has determined that it needs to take additional steps, given the unique

10  circumstances of this case, to ensure that its records of non-objectors and federal contractors are correct

11  before it will be in a position to release the non-objectors' data.  It currently anticipates sending a final

12  notice by U.S. Mail on or before March 14, 2023.  This notice will provide a final response date of

13  March 31, 2023.  The non-objectors' data, which will comprise the majority of requested data, is

14  anticipated to be released on or before April 17, 2023.  To the extent that any of these letters are returned

15  as undeliverable, DOL will make an effort to correct the address and re-send the letter, with a final

16  response date that is adjusted accordingly.  This will not delay the anticipated release on April 17, 2023,

17  but there may be a small supplemental release two to three weeks later for these contractors.

18  OFCCP's jurisdiction team is continuing to examine the responses of additional companies that

19  have asserted non-contractor status.  An additional small release is anticipated following that process,

20  which should be completed on or before May 31, 2023.

21  Following the release of non-objectors' data, the remaining reports will require further

22  evaluation to determine whether they will be withheld under FOIA Exemption 4 and possibly other

23  exemptions.  Due to the number of reports and the complexity of the evaluation process, DOL

24  anticipates that the evaluation process will be complete by the end of September 2023.

25  OFCCP anticipates that a supplemental release of reports may be made at this time if it

26  determines that the objections do not support the assertion of an exemption.  OFCCP also anticipates

27  that it may assert that a number of reports are exempt from disclosure after this review process.

28  3.   <u>Legal Issues</u>

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA          3

1    Defendant:  DOL does not yet know how many reports will be withheld under Exemption 4.

2  DOL anticipates that the parties will engage in a meet and confer process following the completion of

3  processing as described above regarding any withholdings.  DOL believes that following the completion

4  of processing, the following legal issue may be in dispute:  whether Defendant has appropriately

5  asserted Exemption 4 with respect to any EEO-1 reports that are not released.

6    Plaintiffs:  Legal issues will include whether Defendants properly refused to withhold

7  records under FOIA, particularly FOIA Exemption 4 and whether FOIA obligations were improperly

8  thwarted through agency regulations.

9    4.    Motions

10    There are no prior or pending motions.  The parties anticipate that this matter can be resolved on

11  cross-motions for summary judgment if the parties cannot informally resolve the matter.

12    5.    Amendments of Pleadings

13    The parties do not anticipate amending their pleadings.

14    6.    Evidence Preservation

15    The parties have reviewed the Guidelines Relating to Discovery of Electronically Stored

16  Information ("ESI Guidelines").  The parties confirm that they have met and conferred regarding

17  reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident

18  in this action.

19    7.    Disclosures

20    The parties request that they be relieved from the initial disclosure requirements of Federal Rule

21  of Civil Procedure 26(a).  The parties agree that initial disclosures are not necessary as this is a FOIA

22  action.

23    8.    Discovery

24    To date, no discovery has been taken by any party, and the parties do not anticipate based on

25  current information that discovery will be necessary in this case.

26    9.    Class Actions

27    Not applicable.

28    10.    Related Cases

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA                    4

1    Not applicable.

2    11.    Relief

3    The parties will each seek summary judgment.  Plaintiffs seek an order directing Defendant to

4    produce all of the contested documents and further order any appropriate attorneys' fees.  Defendant

5    denies that Plaintiffs are entitled to any relief and will seek dismissal.

6    12.    Settlement and ADR

7    The parties anticipate that they will file motions for summary judgment.  The parties request that

8    any consideration of ADR be deferred until after the summary judgment motions are decided.

9    13.    Other References

10   The parties do not believe that this case is suitable for reference to binding arbitration, a special

11   master, or the Judicial Panel on Multidistrict Litigation.

12   14.    Narrowing of Issues

13   The parties will continue to meet and confer in an attempt to narrow issues.

14   15.    Expedited Trial Procedure

15   The parties believe that this case can be resolved on summary judgment.  The expedited trial

16   procedure is therefore inapplicable.

17   16.    Scheduling

18   The parties anticipate that this matter can ultimately be resolved on summary judgment.  As set

19   forth above, DOL anticipates that its final release will occur following the completion of the review

20   process at the end of September 2023.  DOL believes that summary judgment practice should occur after

21   the completion of the September 2023 production.  Plaintiffs believe that summary judgment motion

22   practice is appropriate at this stage of litigation and a summary judgment motion schedule should be set

23   as soon as possible.  The parties respectfully propose that the Court schedule an additional case

24   management conference for April 13, 2023, and that the parties provide a status report seven days before

25   the conference, regarding the progress of the release and whether a summary judgment motion schedule

26   can be set at that time.

27   17.    Trial

28   The parties anticipate that this entire case may be resolved on summary judgment.

1    18.    <u>Disclosure of Non-party Interested Entities or Persons</u>

2    On November 15, 2022, Plaintiffs filed their Certificate of Interests Entities, Dkt. 3, stating

3    Plaintiffs had no such interested entities or persons.

4    Defendant is exempt from this requirement as a federal government entity pursuant to Civil

5    Local Rule 3-15.

6    19.    <u>Professional Conduct</u>

7    All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for

8    the Northern District of California.

9    20.    <u>Other</u>

10    The parties believe that there are no other case management orders necessary in this case and

11    request that the Court continue the Case Management Conference.

12    DATED: March 2, 2023                     Respectfully submitted,

13                                             STEPHANIE M. HINDS
                                               United States Attorney
14
                                               <u>/s/ Pamela T. Johann</u>
15                                             PAMELA T. JOHANN
                                               Assistant United States Attorney
16
                                               Attorneys for Defendant
17

18    DATED: March 2, 2023                     THE CENTER FOR INVESTIGATIVE
                                               REPORTING
19
                                               <u>/s/ D. Victoria Baranetsky</u>
20                                             D. VICTORIA BARANETSKY

21                                             Attorneys for Plaintiffs

22                              **ATTESTATION**

23    I, Pamela T. Johann, hereby attest under penalty of perjury that in compliance with Civil Local

24    Rule 5-1(h)(3), I have obtained the concurrence in the filing of this document from D. Victoria

25    Baranetsky.

26                                             <u>/s/ Pamela T. Johann</u>
                                               PAMELA T. JOHANN
27

28

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA                    6

1   STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
2   MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
3   PAMELA T. JOHANN (CABN 145558)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36045
5       San Francisco, California 94102
        Telephone: (415) 436-7025
6       Facsimile: (415) 436-7234
        pamela.johann@usdoj.gov
7
    Attorneys for Defendant UNITED STATES
8   DEPARTMENT OF LABOR

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  THE CENTER FOR INVESTIGATIVE          )  Case No. 22-cv-07182-WHA
    REPORTING and WILL EVANS,             )
15                                        )
            Plaintiffs,                    )  **JOINT CASE MANAGEMENT STATEMENT**
16                                        )  **AND [PROPOSED] ORDER**
        v.                                )
17                                        )  Date:      February 16, 2023
    UNITED STATES DEPARTMENT OF           )  Time:      11:00 a.m.
18  LABOR,                                )  Place:     Courtroom 12, 19th Floor
                                          )
19          Defendant.                     )  The Hon. William Alsup
                                          )
20  _____)

21

22          Pursuant to Clerk's Notice dated December 28, 2022, Dkt. No. 15, and pursuant to the Standing

23  Order for All Judges of the Northern District of California dated January 17, 2023, and Civil Local Rule

24  16-9, the parties jointly submit this Joint Case Management Statement and Stipulated Request To

25  Continue Case Management Conference.

26          1.      Jurisdiction and Service

27          There are no issues concerning personal jurisdiction, venue, or service.  Plaintiff brought this

28  action under the Freedom of Information Act ("FOIA"), 5 U.S.C § 552(a)(4)(B).  Defendant has been

    JOINT CASE MANAGEMENT STATEMENT
    No. 22-cv-07182-WHA                          1

1   served.

2   　　2.　　<u>Facts</u>

3   　　This lawsuit was filed on November 15, 2022, and relates to four FOIA requests submitted by

4   Plaintiffs Center for Investigative Reporting ("CIR") and Will Evans to the Office of Federal Contract

5   Compliance Program ("OFCCP"), a component of the U.S. Department of Labor ("DOL"), between

6   January 2019 and June 2022. These requests were modified into a single FOIA Request as of June 3,

7   2022, seeking the disclosure of consolidated (Type 2) EEO-1 reports for all federal contractors for the

8   years 2016 through 2020. EEO-1 Type 2 reports require companies to report the total number of

9   employees across their establishments by race/ethnicity, gender, and job category.

10   　　DOL calculates that this request encompasses approximately 75,000 reports from a total of

11   approximately 24,000 unique federal contractors.  DOL began actively processing this request after

12   Plaintiffs' final modification in June 2022.  No records have been disclosed as of the date of the

13   statement.

14   　　According to DOL, the processing of this request is a massive undertaking requiring the

15   involvement of a number of DOL employees from OFCCP and the Office of the Solicitor.  In addition to

16   existing staff, the FOIA Team has added two highly experienced staff members with database and data

17   analytic training from DOL's Branch of Expert Services and Department of Programs Operations to

18   dedicate their time and expertise in data management to ensure that the processing of this request and

19   the sorting of data for release is accurate.  DOL anticipates that it will be in a position to release the vast

20   majority of responsive documents—approximately 65,000 reports—by February 24, 2023.  The

21   remaining reports will require further evaluation to determine whether they will be withheld under FOIA

22   Exemption 4 and possibly other exemptions.  Due to the number of reports and the complexity of the

23   evaluation process, DOL anticipates that this process will be complete by the end of July 2023.

24   　　The following is DOL's summary of the processing steps that have occurred and that remain to

25   be completed:

26   　　• 　DOL is subject to Executive Order 12600, which sets forth predisclosure notification

27   　　　　procedures for potentially confidential commercial information.  Pursuant to 29 C.F.R.

28   　　　　§ 70.26, DOL's regulation implementing that Executive Order, DOL is required to provide

1      notice to a third-party submitter of confidential commercial information whenever it "has

2      reason to believe that the information requested under the FOIA may be protected from

3      disclosure under Exemption 4, but has not yet determined whether the information is

4      protected from disclosure under that exemption or any other applicable exemption." The

5      regulation requires that the submitters be provided a reasonable time to respond to the notice.

6      •   OFCCP provided notice to contractors covered by this FOIA request through a published

7      notice in the Federal Register, an email to all federal contractors for whom OFCCP has

8      contact information, and the OFCCP Submitter Notice Response Portal. ("OFCCP Response

9      Portal"). This notice was provided on August 18 and 19, 2022. The notice requested that

10      any entities that objected to the disclosure of the information submit their objections by

11      September 19, 2022. That deadline was extended to October 19, 2022 to provide sufficient

12      opportunity for responses in light of numerous requests from contractors for an extension and

13      inquiries from companies regarding whether they were subject to the FOIA request.

14      •   Following the close of the response period, a second email was sent to contractors that

15      OFCCP determined had not submitted a response. This email was sent to determine whether

16      the apparent non-response was because the companies were not in fact federal contractors

17      during the period of 2016-2020, and to confirm that OFCCP's records were accurate as to the

18      lack of a response. The companies were given until January 2, 2023 to respond.

19      •   OFCCP received objections from approximately 2,500 companies. It also received responses

20      indicating that over 100 reports corresponded to companies that believed that they were not

21      federal contractors. OFCCP's jurisdiction team analyzed these responses to determine if the

22      assertions of non-contractor status were accurate. OFCCP also undertook an initial sorting

23      and processing of the objections to prepare a list of companies that had not objected, and

24      whose EEO-1 reports OFCCP intended to release.

25      •   That list of non-objectors was posted on the OFCCP Response Portal on February 2, 2023,

26      and notice was emailed to all contractors for whom OFCCP had emails the same day.

27      Contractors were given until February 7, 2023 to notify OFCCP of any errors. OFCCP

28      extended the response date to February 17, 2023 because the initial responses that OFCCP

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA        3

1    received indicated that this list included companies (or related companies) that had

2    previously submitted objections, had not previously received OFCCP's notification emails,

3    or believed that they were not federal contractors.  To ensure the accuracy of this list prior to

4    release, OFCCP needs additional time to verify contractor and objector status.

5    • OFCCP anticipates that it will release the reports of all non-objectors by February 24, 2023.

6    • OFCCP's jurisdiction team is continuing to examine the responses of additional companies

7    that have asserted non-contractor status.  An additional small release is anticipated following

8    this process.

9    • OFCCP is also in the process of evaluating the objections to release submitted by

10    approximately 2,500 companies.  OFCCP anticipates that the process will be complete by the

11    end of June 2023, and a supplemental release of reports may be made at the end of July 2023

12    following this process.

13    3.    <u>Legal Issues</u>

14    <u>Defendant</u>:  DOL does not yet know how many reports will be withheld under Exemption 4.

15    DOL anticipates that the parties will engage in a meet and confer process following the completion of

16    processing as described above regarding any withholdings.  DOL believes that following the completion

17    of processing, the following legal issue may be in dispute:  whether Defendant has appropriately

18    asserted Exemption 4 with respect to any EEO-1 reports that are not released.

19    <u>Plaintiffs</u>:  Legal issues will include whether Defendants properly refused to withhold records

20    under FOIA, particularly FOIA Exemption 4 and whether FOIA obligations were improperly thwarted

21    through agency regulations.

22    4.    <u>Motions</u>

23    There are no prior or pending motions.  The parties anticipate that this matter can be resolved on

24    cross-motions for summary judgment if the parties cannot informally resolve the matter.

25    5.    <u>Amendments of Pleadings</u>

26    The parties do not anticipate amending their pleadings.

27    6.    <u>Evidence Preservation</u>

28    The parties have reviewed the Guidelines Relating to Discovery of Electronically Stored

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA    4

1  Information ("ESI Guidelines").  The parties confirm that they have met and conferred regarding

2  reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident

3  in this action.

4        7.    <u>Disclosures</u>

5        The parties request that they be relieved from the initial disclosure requirements of Federal Rule

6  of Civil Procedure 26(a).  The parties agree that initial disclosures are not necessary as this is a FOIA

7  action.

8        8.    <u>Discovery</u>

9        To date, no discovery has been taken by any party, and the parties do not anticipate based on

10  current information that discovery will be necessary in this case.

11        9.    <u>Class Actions</u>

12        Not applicable.

13        10.    <u>Related Cases</u>

14        Not applicable.

15        11.    <u>Relief</u>

16        The parties will each seek summary judgment.  Plaintiffs seek an order directing Defendant to

17  produce all of the contested documents and further order any appropriate attorneys' fees.  Defendant

18  denies that Plaintiffs are entitled to any relief and will seek dismissal.

19        12.    <u>Settlement and ADR</u>

20        The parties anticipate that they will file motions for summary judgment.  The parties request that

21  any consideration of ADR be deferred until after the summary judgment motions are decided.

22        13.    <u>Other References</u>

23        The parties do not believe that this case is suitable for reference to binding arbitration, a special

24  master, or the Judicial Panel on Multidistrict Litigation.

25        14.    <u>Narrowing of Issues</u>

26        At this time, it is unknown whether issues can be narrowed until Defendant has produced all

27  responsive, non-exempt records.  The parties will meet and confer following the completion of the

28  release in an attempt to narrow issues.

JOINT CASE MANAGEMENT STATEMENT
No. 22-cv-07182-WHA      5

1        15.    <u>Expedited Trial Procedure</u>

2        The parties believe that this case can be resolved on summary judgment.  The expedited trial

3   procedure is therefore inapplicable.

4        16.    <u>Scheduling</u>

5        The parties anticipate that this matter can ultimately be resolved on summary judgment.  As set

6   forth above, DOL anticipates releasing the majority of requested documents within three weeks, and is

7   evaluating objections to determine the applicability of FOIA exemption to the remaining reports.  DOL

8   will make its first production on February 24, 2023 and anticipates that the final release will be complete

9   by the end of July 2022.  The parties respectfully propose that the case management conference be

10  continued until March 9, 2023, and that the parties provide a status report seven days before the

11  conference, regarding the progress of the release and whether a summary judgment motion schedule can

12  be set at that time.

13       17.    <u>Trial</u>

14       The parties anticipate that this entire case may be resolved on summary judgment.

15       18.    <u>Disclosure of Non-party Interested Entities or Persons</u>

16       On November 15, 2022, Plaintiffs filed their Certificate of Interests Entities, Dkt. 3, stating

17  Plaintiffs had no such interested entities or persons.

18       Defendant is exempt from this requirement as a federal government entity pursuant to Civil

19  Local Rule 3-15.

20       19.    <u>Professional Conduct</u>

21       All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for

22  the Northern District of California.

23       20.    <u>Other</u>

24       The parties believe that there are no other case management orders necessary in this case and

25  request that the Court continue the Case Management Conference.

26

27

28

1

2  DATED:  February 9, 2023               Respectfully submitted,

3                                 STEPHANIE M. HINDS
                                 United States Attorney

4

                                 */s/ Pamela T. Johann*

5                                 PAMELA T. JOHANN
                                 Assistant United States Attorney

6

                                 Attorneys for Defendant

7

8

9  DATED:  February 9, 2023               THE CENTER FOR INVESTIGATIVE
                                 REPORTING

10

                                 */s/ D. Victoria Baranetsky*

11                               D. VICTORIA BARANETSKY

12                                 Attorneys for Plaintiffs

13

14                        **ATTESTATION**

15       I, Pamela T. Johann, hereby attest under penalty of perjury that in compliance with Civil Local

16  Rule 5-1(h)(3), I have obtained the concurrence in the filing of this document from D. Victoria

17  Baranetsky.

18

                                 */s/ Pamela T. Johann*

19                                 PAMELA T. JOHANN

20

21

22

23

24

25

26

27

28

1          **[PROPOSED] ORDER**

2          Having reviewed the parties' Joint Case Management Statement, and good cause appearing

3   therefore, it is hereby ordered that:

4          The Case Management Conference scheduled for February 16, 2023, is continued until March 9,

5   2023 at 11:00 a.m.   The parties shall provide a status report by March 2, 2023.

6          IT IS SO ORDERED.

7   DATED:_____

8                                                    _____

9                                                    WILLIAM ALSUP
                                                     United States Senior District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2  MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3  PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36045
5       San Francisco, California 94102
        Telephone: (415) 436-7025
6       Facsimile: (415) 436-7234
        pamela.johann@usdoj.gov
7
Attorneys for Defendant UNITED STATES
8  DEPARTMENT OF LABOR

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14  THE CENTER FOR INVESTIGATIVE          ) Case No. 3:22-cv-07182-WHA
    REPORTING and WILL EVANS,            )
15                                        )
        Plaintiffs,                       ) **ANSWER OF DEFENDANT UNITED STATES**
16                                        ) **DEPARTMENT OF LABOR**
        v.                                )
17                                        )
    UNITED STATES DEPARTMENT OF           )
18  LABOR,                               )
                                          )
19      Defendant.                        )
    _____)

20

21          Defendant the United States Department of Labor ("DOL" or "Defendant") hereby responds to

22  the Complaint for Injunctive Relief ("Complaint") filed by Plaintiffs The Center for Investigative

23  Reporting ("CIR") and Will Evans (collectively "Plaintiffs") as follows:[1]

24                              **INTRODUCTION**

25          1.      The allegations contained in Paragraph 1 constitute Plaintiffs' characterization of this

26

27  ───────────────────────
        [1] The headings and numbered paragraphs of this Answer correspond to the headings and
28  numbered paragraphs of Plaintiffs' Complaint.  Defendant does not waive any defensive theory or agree
    to or admit that Plaintiffs' headings are accurate, appropriate, or substantiated.

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                        1

1   action brought pursuant to the Freedom of Information Act ("FOIA") and their reasons for bringing this

2   action to which no response is required.  To the extent any further response is required, Defendant

3   admits that Plaintiffs purport to bring this action under the Freedom of Information Act ("FOIA"), 5

4   U.S.C. § 552 *et seq*.  Defendant denies any remaining allegations contained in Paragraph 1.

5        2.     Defendant admits that Plaintiffs submitted three FOIA requests to DOL between January

6   2019 and September 2020 (the "Requests").[2]  Defendant denies that these Requests as submitted sought

7   disclosure of consolidated (Type 2) EEO-1 reports for the years 2016 through 2020.  Defendant avers

8   that Plaintiffs submitted a fourth FOIA request on June 2, 2022.  The remaining allegations contained in

9   Paragraph 2 consist of Plaintiffs' characterization of the subject matter of their FOIA requests, to which

10  no response is required.  Defendant respectfully refers the Court to Plaintiffs' FOIA requests for a full

11  and accurate statement of their contents.

12       3.     Defendant denies the allegations contained in Paragraph 3.  Defendant avers that the first

13  FOIA Request, 872421, was modified to include the second FOIA Request, 875877, and the third FOIA

14  Request, 897123, after which those requests were administratively closed.  Additionally, on June 3,

15  2022, FOIA Request 872421 was further modified, after a fourth related FOIA request was made by

16  Plaintiffs in a June 2, 2022 email, to include additional years of data for 2019 and 2020. As of June 3,

17  2022, FOIA Request 872421 encompasses the consolidated (Type 2) EEO-1 reports for all federal

18  contractors for the years 2016 through 2020.  Defendant respectfully refers the Court to Defendant's

19  FOIA responses for a full and accurate statement of their contents.

20       4.     Defendant denies the allegations contained in Paragraph 4.  Defendant avers that the final

21  FOIA request received and consolidated into FOIA Request 872421 was received on June 2, 2022, and

22  that it continues to process Plaintiffs' FOIA Request 872421 as required under the FOIA statute and the

23  Department's regulations.

24       5.     The allegations contained in Paragraph 5 consist of Plaintiffs' characterizations of prior

25

26  _____

27  [2] The three FOIA Requests noted were originally assigned the tracking numbers 872421 (request
    for "[a] spreadsheet of all consolidated (Type 2) EEO-1 reports for all federal contractors for 2016"),
    875877 (request for "[a] spreadsheet of all consolidated (Type 2) EEO-1 reports for all federal
28  contractors for 2017"), and 897123 (request for "[a] spreadsheet of all consolidated (Type 2) EEO-1
    reports for all federal contractors for 2018").

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                    2

1  litigation and conclusions of law to which no response is required.  To the extent any further response is

2  required, Defendant denies the allegations contained in Paragraph 5 to the extent that they imply that the

3  substantive FOIA ruling in *Ctr. for Investigative Reporting v. Dep't of Labor*, 424 F. Supp. 3d 771 (N.D.

4  Cal. 2019), was affirmed by the Ninth Circuit.  Defendant avers that the Ninth Circuit dismissed the

5  appeal for lack of jurisdiction *sub nom. Evans v. Synopsys, Inc.*, 34 F.4th 762 (2022).

6       6.    The allegations contained in Paragraph 6 constitute Plaintiffs' characterizations of prior

7  litigation and conclusions of law, and Plaintiffs' opinions, interpretations, and/or speculation to which

8  no response is required.  To the extent that any further response is required, Defendant denies the

9  allegations contained in Paragraph 6.  Defendant specifically denies these allegations to the extent they

10  imply that *this* Court has made any prior ruling requiring the release of EEO-1 reports or that DOL has

11  acted in abrogation of FOIA.

12       7.    Defendant admits that Plaintiffs sent several communications regarding the FOIA

13  Requests to OFCCP.  The remaining allegations contained in Paragraph 7 consist of Plaintiff's

14  characterization of the content of these communications and/or conclusions of law to which no response

15  is required.  Defendant respectfully refers the Court to these communications for a full and accurate

16  statement of their contents.  To the extent any further response is required, Defendant denies the

17  allegations contained in Paragraph 7 and specifically denies these allegations to the extent that they

18  imply that the substantive FOIA ruling in *Ctr. for Investigative Reporting v. Dep't of Labor*, 424 F.

19  Supp. 3d 771 (N.D. Cal. 2019), was affirmed by the Ninth Circuit.

20       8.    The allegations contained in Paragraph 8 contain conclusions of law, Plaintiffs'

21  characterization of prior litigation, Plaintiffs' characterization of communications from Defendant, and

22  an ambiguous cross-reference citation to which no response is required.  Defendant respectfully refers

23  the Court to the referenced communications for a full and accurate statement of their contents.  To the

24  extent any further response is required, Defendant denies the allegations contained in Paragraph 8.

25       9.    Defendant admits that on August 19, 2022, it published a notice in the Federal Register,

26  and respectfully refers the Court to the Federal Register notice for a full and accurate statement of its

27  contents.  Defendant denies any remaining allegations contained in Paragraph 9.

28       10.    The allegations in Paragraph 10 consist of Plaintiffs' characterization of Defendant's

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA       3

1    August 19, 2022, Federal Register notice.  Defendant respectfully refers the Court to the Federal

2    Register notice for a full and accurate statement of its contents.

3         11.    Defendant admits that it has not yet released records pertaining to FOIA Request 872421.

4    Defendant further avers that it is continuing to process the records as required under the FOIA statute

5    and its regulations.  The remaining allegations contained in Paragraph 11 consist of conclusions of law

6    to which no response is required.  To the extent any further response is required, Defendant denies the

7    allegations contained in the second sentence of Paragraph 11.

8         12.    The allegations contained in Paragraph 12 constitute Plaintiffs' opinions and/or

9    subjective characterizations, interpretations, speculation, and generalizations to which no response is

10   required, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is

11   required.  On that basis, Defendant denies the allegations contained in Paragraph 12.

12        13.    The allegations contained in Paragraph 13 consist of conclusions of law to which no

13   response is required.  To the extent any further response is required, Defendant denies the allegations

14   contained in Paragraph 13.

15        14.    The allegations contained in Paragraph 14 consist of Plaintiffs' characterization of their

16   request for relief, to which no response is required.  Defendant denies the allegations contained in

17   Paragraph 14 to the extent they assert that Plaintiffs are entitled to immediate release of the Defendant's

18   records.

19                                    **JURISDICTION**

20        15.    Paragraph 15 contains Plaintiffs' legal conclusions regarding jurisdiction to which no

21   response is required.  To the extent any further response is required, Defendant admits this Court has

22   subject matter jurisdiction over FOIA claims subject to the terms and limitations of FOIA.

23                      **VENUE AND INTRADISTRICT ASSIGNMENT**

24        16.    Paragraph 16 contains Plaintiffs' legal conclusions regarding venue to which no response

25   is required.  To the extent any further response is required, Defendant states that it lacks sufficient

26   information or knowledge to form a belief as to the truth or falsity of the allegations contained in

27   Paragraph 16, and on that basis denies them.

28        17.    Paragraph 17 contains Plaintiffs' legal conclusions regarding intradistrict assignment to

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                    4

1  which no response is required. To the extent any further response is required, Defendant states that it

2  lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations

3  contained in Paragraph 17, and on that basis denies them.

4  <div align="center">**PARTIES**</div>

5       18.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

6  falsity of the allegations contained in Paragraph 18, and on that basis denies them.

7       19.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

8  falsity of the allegations contained in Paragraph 19, and on that basis denies them.

9       20.    Defendant admits that DOL is a Department of the Executive Branch of the United

10  States, and that the Office of Federal Contract Compliance Programs ("OFCCP") is a component of

11  DOL. Defendant further admits that DOL has its headquarters in Washington, D.C., with offices located

12  throughout the country, including in Oakland and San Francisco, California. The remaining allegations

13  contained in Paragraph 20 constitute legal conclusions to which no response is required.

14  <div align="center">**FACTUAL BACKGROUND**</div>

15  <div align="center">**EEO-1 Reports and OFCCP**</div>

16       21.    Paragraph 21 contains Plaintiffs' characterization of a statute regarding OFCCP's

17  mandate and duties, and does not set forth a claim for relief or aver facts in support of a claim to which a

18  response is required. Defendant respectfully refers the Court to the cited statutory authority for a full

19  and accurate statement of its requirements.

20       22.    Paragraph 22 consists of Plaintiffs' characterization of information from OFCCP's

21  website, and does not set forth a claim for relief or aver facts in support of a claim to which a response is

22  required. To the extent a response is required, Defendant respectfully refers the Court to the cited

23  website for a full and accurate statement of its contents.

24       23.    Paragraph 23 consists of Plaintiffs' characterization of information from OFCCP's

25  website and statutory authority, and does not set forth a claim for relief or aver facts in support of a

26  claim to which a response is required. To the extent a response is required, Defendant respectfully

27  refers the Court to the cited website and statutory authority for a full and accurate statement of their

28  contents.

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA

<div align="center">5</div>

24. Paragraph 24 contains Plaintiffs' characterization of legal requirements and information from OFCCP's website, and does not set forth a claim for relief or aver facts in support of a claim to which a response is required. Defendant respectfully refers the Court to the cited website for a full and accurate statement of its contents.

25. Paragraph 25 contains Plaintiffs' characterization of legal requirements and information from OFCCP's website, and does not set forth a claim for relief or aver facts in support of a claim to which a response is required. Defendant respectfully refers the Court to the website and cited document for a full and accurate statement of their contents.

26. The allegations contained in Paragraph 26 consist of conclusions of law to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to the cited statutory authority for a full and accurate statement of its contents.

27. Paragraph 27 contains Plaintiffs' characterization and quotation of information from the website of the Equal Employment Opportunity Commission ("EEOC") and of EEOC records, and does not set forth a claim for relief or aver facts in support of a claim to which a response is required. Defendant respectfully refers the Court to the website and cited document for a full and accurate statement of their contents.

28. Paragraph 28 contains legal conclusions and Plaintiffs' characterization and quotation of information from the EEOC's website and of EEOC records, and does not set forth a claim for relief or aver facts in support of a claim to which a response is required. Defendant respectfully refers the Court to the website and cited document and statutory authority for a full and accurate statement of their contents.

29. Paragraph 29 contains Plaintiffs' characterization and quotation of information from OFCCP's website and of OFCCP records, and does not set forth a claim for relief or aver facts in support of a claim to which a response is required. Defendant respectfully refers the Court to the website and cited document for a full and accurate statement of their contents.

30. Paragraph 30 contains legal conclusions and Plaintiffs' characterization and quotation of information from OFCCP's website and of OFCCP records, to which no response is required. Defendant respectfully refers the Court to the website and cited document for a full and accurate

1    statement of their contents.  Defendant avers that when it receives a FOIA request for submitter

2    information, it follows its applicable notification regulation for predisclosure notification to submitters

3    of information that may be protected from disclosure under Exemption 4, 29 C.F.R. § 70.26, as required

4    by Executive Order No. 12,600, 3 C.F.R. 235 (1988).

5           31.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

6    falsity of the allegations contained in Paragraph 31, and on that basis denies them. Paragraph 31 further

7    constitutes Plaintiffs' characterization of publicly available articles, to which no response is required,

8    and does not set forth a claim for relief or aver facts in support of a claim to which a response is

9    required.  On that basis, Defendant denies the allegations contained in Paragraph 31.  Defendant

10   respectfully refers the Court to the cited articles for a full and accurate statement of their contents.

11          32.    The allegations in Paragraph 32 constitute Plaintiffs' opinions and/or subjective

12   characterizations, interpretations, speculation, generalizations, and legal conclusions regarding EEO-1

13   Reports and regarding a publicly available report, to which no response is required, and do not set forth

14   a claim for relief or aver facts in support of a claim to which a response is required.  On that basis,

15   Defendant denies the allegations contained in Paragraph 32.  Defendant respectfully refers the Court to

16   the cited document for a full and accurate statement of its contents.

17          33.    The allegations in Paragraph 33 constitute Plaintiffs' opinions and/or subjective

18   characterizations, interpretations, speculation, generalizations, and legal conclusions regarding EEO-1

19   Reports and regarding a publicly available website and document, to which no response is required, and

20   do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  On

21   that basis, Defendant denies the allegations contained in Paragraph 33.  Defendant specifically denies

22   the general allegation that the EEO-1 reports do not contain sensitive or commercial information.

23   Defendant respectfully refers the Court to the cited document for a full and accurate statement of its

24   contents.

25          34.    The allegations in Paragraph 34 constitute Plaintiffs' opinions and/or subjective

26   characterizations, interpretations, speculation, generalizations, and legal conclusions and citation to a

27   publicly available third-party website, to which no response is required, and do not set forth a claim for

28   relief or aver facts in support of a claim to which a response is required.  On that basis, Defendant denies

1   the allegations contained in Paragraph 34.  Defendant respectfully refers the Court to the cited website

2   for a full and accurate statement of its contents.

3        35.   Defendant lacks sufficient information or knowledge to form a belief as to the truth or

4   falsity of the allegations contained in Paragraph 35, and on that basis denies them. Paragraph 35 further

5   constitutes Plaintiffs' characterization of its actions and of publicly available articles, to which no

6   response is required, and does not set forth a claim for relief or aver facts in support of a claim to which

7   a response is required.  On that basis, Defendant denies the allegations contained in Paragraph 35.

8   Defendant respectfully refers the Court to the cited articles for a full and accurate statement of their

9   contents.

10        36.   Defendant lacks sufficient information or knowledge to form a belief as to the truth or

11   falsity of the allegations contained in Paragraph 36, and on that basis denies them. Paragraph 36 further

12   constitutes Plaintiffs' opinions and/or subjective characterizations, interpretations, speculation, and

13   generalizations to which no response is required, and does not set forth a claim for relief or aver facts in

14   support of a claim to which an answer is required.  On that basis, Defendant denies the allegations

15   contained in Paragraph 36.

16   <center>**CIR's EEO-1 FOIA Requests**</center>

17        37.   Defendant admits that it received a FOIA request from Will Evans by email dated

18   January 10, 2019, and that it assigned this request FOIA tracking No. 872421.  The remaining

19   allegations contained in Paragraph 37 contain Plaintiffs' description and characterization of this FOIA

20   request.  Defendant respectfully refers the Court to Plaintiffs' FOIA request for a full and accurate

21   statement of its contents.

22        38.   Defendant admits that it received a FOIA request from Will Evans by email dated March

23   25, 2019, and that it assigned this request FOIA tracking No. 875877.  The remaining allegations

24   contained in Paragraph 38 contain Plaintiffs' description and characterization of this FOIA request.

25   Defendant respectfully refers the Court to Plaintiffs' FOIA request for a full and accurate statement of

26   its contents.

27        39.   Defendant admits that DOL replied to Mr. Evans by letter on July 18, 2019.  The

28   remaining allegations contained in Paragraph 39 constitute Plaintiffs' quotation and characterization of

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                    8

1    that letter, to which no response is required.  Defendant respectfully refers the Court to that email for a

2    full and accurate statement of its contents.

3        40.    Defendant admits that it received an email from Will Evans on August 8, 2019.  The

4    remaining allegations contained in Paragraph 40 constitute Plaintiffs' characterization of that email, to

5    which no response is required.  Defendant respectfully refers the Court to that email for a full and

6    accurate statement of its contents.

7        41.    Defendant admits that it received a FOIA request from Will Evans by email dated

8    September 11, 2020, and that it assigned this request FOIA tracking No. 897123.  The remaining

9    allegations contained in Paragraph 41 contain Plaintiffs' description and characterization of their FOIA

10   request.  Defendant respectfully refers the Court to Plaintiffs' FOIA request for a full and accurate

11   statement of its contents.

12       42.    Defendant admits that DOL sent Mr. Evans a letter on October 2, 2020.  The remaining

13   allegations contained in Paragraph 42 constitute Plaintiffs' characterization of that letter, to which no

14   response is required.  Defendant respectfully refers the Court to that letter for a full and accurate

15   statement of its contents.

16       43.    The allegations contained in Paragraph 43 constitute Plaintiffs' characterization of the

17   letter sent by DOL to Mr. Evans on October 2, 2020, to which no response is required.  Defendant

18   respectfully refers the Court to that email for a full and accurate statement of its contents.

19       44.    Defendant admits that it received an email from CIR on October 30, 2020.  The

20   remaining allegations contained in Paragraph 44 constitute Plaintiffs' characterization of that email,

21   conclusions of law, characterizations of prior litigation, and citations to publicly available articles and a

22   district court case, to which no response is required.  Defendant respectfully refers the Court to that

23   email and its citations for a full and accurate statement of their contents.  Defendant specifically denies

24   the allegations contained in Paragraph 44 to the extent that they imply that the substantive FOIA ruling

25   in *Ctr. for Investigative Reporting v. Dep't of Labor*, 424 F. Supp. 3d 771 (N.D. Cal. 2019), was

26   affirmed by the Ninth Circuit.

27       45.    Defendant admits that it responded to CIR by email on November 7, 2020.  The

28   remaining allegations contained in Paragraph 45 constitute Plaintiffs' characterization of that email, to

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                           9

1   which no response is required.  Defendant respectfully refers the Court to that letter for a full and

2   accurate statement of its contents.

3       46.   Defendant admits that it received an email from CIR on December 11, 2020.  The

4   remaining allegations contained in Paragraph 46 constitute Plaintiffs' characterization of that email, to

5   which no response is required.  Defendant respectfully refers the Court to that email for a full and

6   accurate statement of its contents.

7       47.   Defendant admits that DOL sent CIR an email on December 18, 2020.  The remaining

8   allegations contained in Paragraph 47 constitute Plaintiffs' quotation and characterization of that email,

9   to which no response is required.  Defendant respectfully refers the Court to that email for a full and

10   accurate statement of its contents.

11       48.   The allegations contained in Paragraph 48 constitute Plaintiffs' quotation and

12   characterization of DOL's December 18, 2020 email to CIR, to which no response is required.

13   Defendant respectfully refers the Court to that email for a full and accurate statement of its contents.

14       49.   The allegations contained in Paragraph 49 constitute Plaintiffs' characterization of DOL's

15   December 18, 2020 email to CIR, to which no response is required.  Defendant respectfully refers the

16   Court to that email for a full and accurate statement of its contents.

17       50.   Defendant admits that it received an email from CIR on January 7, 2021.  The remaining

18   allegations contained in Paragraph 50 constitute Plaintiffs' characterization of that email, to which no

19   response is required.  Defendant respectfully refers the Court to that email for a full and accurate

20   statement of its contents.

21       51.   Defendant denies the allegations contained in Paragraph 51.

22       52.   Defendant admits that it received an email from Will Evans dated May 10, 2021.  The

23   remaining allegations contained in Paragraph 52 contain Plaintiffs' characterization of that email, to

24   which no response is required.  Defendant respectfully refers the Court to that email for a full and

25   accurate statement of its contents.

26       53.   Defendant denies the allegations contained in Paragraph 53.  Defendant avers that

27   OFCCP modified the first FOIA Request, 872421, to include a spreadsheet of the consolidated (Type 2)

28   EEO-1 reports for all federal contractors for the years 2016 through 2018 and informed Mr. Evans that it

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA            10

1    would administratively close FOIA Request 897123 (request for "[a] spreadsheet of all consolidated

2    (Type 2) EEO-1 reports for all federal contractors for 2018").  Defendant respectfully refers the Court to

3    the email communications in Exhibit I for a full and accurate statement of their contents.

4            54.     Defendant admits that it received a FOIA request from Will Evans by email dated June 2,

5    2022.  Defendant denies that the request sought data from 2019 and 2018.  Defendant avers that the June

6    2, 2022 FOIA Request from Mr. Evans sought a spreadsheet of all consolidated (Type 2) EEO-1 reports

7    for all federal contractors for 2019 and 2020.  Defendant further avers that it sent a response to Mr.

8    Evans on June 3, 2021, and that it modified FOIA Request No. 872421 to include data for the additional

9    years requested.  Defendant further avers that as of June 3, 2022, FOIA Request 872421 encompassed

10   the consolidated (Type 2) EEO-1 reports for all federal contractors for the years 2016 through 2020.

11   Defendant respectfully refers the Court to Plaintiffs' FOIA request for a full and accurate statement of

12   its contents.[3]

13                  **CIR's Objection Letter to the Department of Labor Solicitor**

14           55.     Defendant admits that it received a letter from CIR dated May 23, 2022 and that it did not

15   appeal the District Court's December 10, 2019 ruling in *Ctr. for Investigative Reporting v. Dep't of*

16   *Labor*, 424 F. Supp. 3d 771 (N.D. Cal. 2019).  The remaining allegations contain Plaintiffs'

17   characterization of that letter, to which no response is required.  Defendant respectfully refers the Court

18   to that letter for a full and accurate statement of its contents.  Defendant denies the remaining allegations

19   contained in Paragraph 55 and specifically denies these allegations to the extent that they imply that the

20   substantive FOIA ruling in *Ctr. for Investigative Reporting v. Dep't of Labor*, 424 F. Supp. 3d 771 (N.D.

21   Cal. 2019), was affirmed by the Ninth Circuit.

22           56.     The allegations contained in Paragraph 56 constitute Plaintiffs' characterization of CIR's

23   May 23, 2022 letter to Defendant, to which no response is required.  Defendant respectfully refers the

24   Court to that letter for a full and accurate statement of its contents.

25           57.     Defendant admits that it replied to CIR's May 23, 2022 letter by letter dated June 15,

26   2022.  The remaining allegations contained in Paragraph 57 constitute Plaintiffs' quotation and

27

28           [3] The corresponding Exhibit is incorrectly identified in the Complaint as "Exhibit I."  The
     correspondence referenced in Paragraph 54 is located at Exhibit J.

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                            11

1  characterization of Defendant's June 15, 2022 response, to which no response is required.  Defendant

2  respectfully refers the Court to that response for a full and accurate statement of its contents.

3       58.     The allegations contained in Paragraph 58 constitute Plaintiffs' quotation and

4  characterization of Defendant's June 15, 2022 letter to CIR, to which no response is required.

5  Defendant respectfully refers the Court to that letter for a full and accurate statement of its contents.

6       59.     Defendant admits that it received an email from CIR dated June 16, 2022.  The remaining

7  allegations contained in the first two sentences of Paragraph 59 constitute Plaintiffs' characterization of

8  that email, to which no response is required.  Defendant respectfully refers the Court to that email for a

9  full and accurate statement of its contents. [4]  Defendant lacks sufficient information or knowledge to

10  form a belief as to the truth or falsity of the allegations contained in the third sentence of Paragraph 59,

11  and on that basis denies them.

12       60.     Defendant admits that it replied to CIR's June 16, 2022 email by email dated June 27,

13  2022.  The allegations contained in the first sentence of Paragraph 60 constitute Plaintiffs'

14  characterization of Defendant's June 27, 2022 response, to which no response is required.  Defendant

15  respectfully refers the Court to that response for a full and accurate statement of its contents.  Defendant

16  admits that it received a response from CIR, which was dated June 30, 2022.  The allegations contained

17  in the second sentence of Paragraph 60 constitute Plaintiffs' characterization of CIR's June 30, 2022

18  response, to which no response is required.  Defendant respectfully refers the Court to that response for

19  a full and accurate statement of its contents.

20       61.     Defendant admits that it replied to CIR's June 30, 2022 email by email dated July 6,

21  2022.  The allegations contained in the first sentence of Paragraph 61 constitute Plaintiffs'

22  characterization of Defendant's July 6, 2022 response, to which no response is required.  The allegations

23  contained in the second sentence of Paragraph 61 consist of conclusions of law to which no response is

24  required.  To the extent any further response is required, Defendant denies the allegations contained in

25  the second sentence of Paragraph 61.

26       62.     Defendant admits only that it received an email from CIR dated August 5, 2022, and that

27

28 _____
  [4] The corresponding Exhibit is incorrectly identified in the Complaint as "Exhibit L."  The
  correspondence referenced in Paragraphs 59 through 62 is located at Exhibit M.

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                    12

1    it replied to CIR's email on August 5, 2022.  The remaining allegations contain conclusions of law,

2    Plaintiffs' characterization of its reason for sending an email on August 5, 2022, and Plaintiff's

3    characterization of the content of those emails, to which no response is required.  Defendant respectfully

4    refers the Court to that email correspondence for a full and accurate statement of their contents.

5    Defendant denies any remaining allegations contained in Paragraph 62.

6                              **OFCCP's Federal Register Notice**

7           63.      Defendant admits only that on August 19, 2022, it published a notice in the Federal

8    Register.  The remaining allegations contained in Paragraph 63 contain conclusions of law and

9    Plaintiffs' characterization of the Federal Register notice, to which no response is required.  Defendant

10   respectfully refers the Court to the Federal Register notice for a full and accurate statement of its

11   contents.  Defendant denies any remaining allegations contained in Paragraph 63.

12          64.      Defendant admits only that it published its "Evans FOIA Correspondence Since 2019" to

13   its online OFCCP FOIA Library on or about September 23, 2022.  Defendant avers that this release was

14   in response to a FOIA request from a third party. The remaining allegations contained in Paragraph 64

15   constitute conclusions of law and Plaintiffs' opinions and/or subjective characterizations, interpretations,

16   speculation, and generalizations to which no response is required.  Defendant respectfully refers the

17   Court to the cited OFCCP FOIA Library records for a full and accurate statement of their contents.

18   Defendant denies any remaining allegations contained in Paragraph 64.

19          65.      The allegations in Paragraph 65 consist of Plaintiffs' characterization of Defendant's

20   August 19, 2022 Federal Register notice.  Defendant respectfully refers the Court to the Federal Register

21   notice for a full and accurate statement of its contents.

22          66.      Defendant admits only that it extended the deadline for contractors to submit written

23   objections to October 19, 2022.  Defendant avers that it announced this extension via its website on the

24   OFCCP Submitter Notice Response Portal.  Defendant respectfully refers the Court to the cited Federal

25   Register notice for a full and accurate statement of its contents.

26          67.      Defendant lacks sufficient information or knowledge to form a belief as to the truth or

27   falsity of the allegations contained in Paragraph 67, and on that basis denies them. Paragraph 67 further

28   constitutes Plaintiffs' characterization of publicly available articles, to which no response is required,

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                    13

1  and does not set forth a claim for relief or aver facts in support of a claim to which a response is

2  required.  On that basis, Defendant denies the allegations contained in Paragraph 67.  Defendant

3  respectfully refers the Court to the cited articles for a full and accurate statement of their contents.

4       68.    Defendant admits that it sent an email to Mr. Evans on November 1, 2022.  The

5  remaining allegations contained in Paragraph 68 constitute Plaintiffs' characterization of Defendant's

6  November 1, 2022 email, to which no response is required.  Defendant respectfully refers the Court to

7  that email for a full and accurate statement of its contents.

8       69.    The allegations contained in Paragraph 69 consist of conclusions of law to which no

9  response is required.  To the extent any further response is required, Defendant avers that it is continuing

10  to process FOIA Request 872421.  Defendant denies any remaining allegations contained in Paragraph

11  69.

12       70.    Defendant admits only that more than 20 working days have passed since January 15,

13  2019.  Defendant denies any remaining allegations or conclusions implied by the allegations contained

14  in Paragraph 70.

15       71.    Defendant denies the allegations contained in Paragraph 71.

16       72.    Defendant denies the allegations contained in Paragraph 72.

17       73.    Paragraph 73 consists of consists of conclusions of law and Plaintiffs' characterization of

18  the legal relief it seeks, to which no response is required.  To the extent a response is required,

19  Defendant denies the allegations contained in Paragraph 73.

20  <u>**CAUSE OF ACTION**</u>

21  **Violation of Freedom of Information Act**

22       74.    Defendant realleges and incorporates by reference its responses to Paragraphs 1-73 above

23  as though fully set forth herein.

24       75.    The allegations contained in Paragraph 75 consist of Plaintiffs' conclusions of law and

25  characterization of FOIA requirements, to which no response is required.  To the extent a response is

26  required, Defendant denies the allegations contained in Paragraph 75.

27       76.    Defendant denies the allegations contained in Paragraph 76.

28       77.    The allegations contained in Paragraph 77 consist of Plaintiffs' conclusions of law, to

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                    14

1   which no response is required.  To the extent a response is required, Defendant denies the allegations

2   contained in Paragraph 77.

3        78.     Defendant denies the allegations contained in Paragraph 78.

4        79.     Defendant denies the allegations contained in Paragraph 79.

5   <div align="center">**REQUESTED RELIEF**</div>

6   The remainder of Plaintiffs' Complaint consists of Plaintiffs' prayer for relief, to which no

7   response is required.  To the extent these paragraphs are deemed to contain factual allegations,

8   Defendant denies those allegations and denies that Plaintiffs are entitled to any relief.

9   <div align="center">**GENERAL DENIAL**</div>

10  Except to the extent expressly admitted or qualified above, Defendant denies each and every

11  allegation contained in Plaintiffs' Complaint.

12  <div align="center">**AFFIRMATIVE OR OTHER DEFENSES**</div>

13  <div align="center">**FIRST AFFIRMATIVE DEFENSE**</div>

14  The Court lacks subject matter jurisdiction over some or all of the claims alleged or relief

15  requested.

16  <div align="center">**SECOND AFFIRMATIVE DEFENSE**</div>

17  The Complaint fails to state a claim upon which relief may be granted.

18  <div align="center">**THIRD AFFIRMATIVE DEFENSE**</div>

19  Plaintiffs have failed to exhaust administrative remedies.

20  <div align="center">**FOURTH AFFIRMATIVE DEFENSE**</div>

21  Plaintiffs' requests are not proper requests for documents under FOIA.

22  <div align="center">**FIFTH AFFIRMATIVE DEFENSE**</div>

23  Plaintiffs have not alleged sufficient factual and/or legal bases for their request for costs and/or

24  attorneys' fees.

25  <div align="center">**SIXTH AFFIRMATIVE DEFENSE**</div>

26  At all times alleged in the Complaint, Defendant was acting with good faith, with justification,

27  and pursuant to authority.

28  <div align="center">**SEVENTH AFFIRMATIVE DEFENSE**</div>

1    The Freedom of Information Act does not authorize the injunctive relief requested.

2                          **EIGHTH AFFIRMATIVE DEFENSE**

3          The requests that are the subject of this lawsuit may implicate certain information that is exempt

4    or protected from disclosure, in whole or in part, by one or more statutory exemptions.  Disclosure of

5    such information is not required or permitted.

6                          **NINTH AFFIRMATIVE DEFENSE**

7          Defendant has conducted adequate searches in response to the underlying requests under the

8    Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, or otherwise is in the process of

9    completing its searches for and releases of any non-exempt, responsive records, or segregable portions

10   thereof.

11                          **PRAYER FOR RELIEF**

12         WHEREFORE, Defendant prays that:

13         1.      Plaintiffs take nothing by its Complaint;

14         2.      The Complaint be dismissed with prejudice;

15         3.      Judgment be entered in favor of Defendant;

16         4.      Defendant be awarded its costs of suit;

17         5.      The Court award such other and further relief as it may deem proper.

18

19   DATED:  January 18, 2023                    Respectfully submitted,

20                                               STEPHANIE M. HINDS
                                                 United States Attorney
21
                                                 _/s/ Pamela T. Johann_____
22                                               PAMELA T. JOHANN
                                                 Assistant United States Attorney
23
                                                 Attorneys for Defendant
24

25

26

27

28

ANSWER TO COMPLAINT
No. 3:22-cv-07182-WHA                          16

<div style="text-align:left; writing-mode: vertical">United States District Court<br>Northern District of California</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>         Defendant. | Case No.  22-cv-07182-SK<br><br>**ORDER REASSIGNING CASE** |

IT IS ORDERED that this case has been reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to the Honorable William H. Alsup in the San Francisco division for all further proceedings.  Counsel are instructed that all future filings shall bear the initials WHA immediately after the case number.

All hearing and trial dates presently scheduled are vacated.  However, existing briefing schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated:  December 28, 2022

_Mark B. Busby_
Mark B. Busby
Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*cand.uscourts.gov*

### NOTICE OF ELIGIBILITY FOR VIDEO RECORDING

This case is assigned to a judge who participates in the Cameras in Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras.  The parties' consent is required before any proceedings in this case may be recorded.  If a party, the presiding judge, or a member of the media requests that a proceeding be recorded, consent of the parties will be presumed unless a party submits an Objection to Request for Video Recording form as directed by the Cameras in the Courtroom Procedures.

Parties objecting to video recording are asked, for research purposes, to communicate to the Court the reasons for declining to participate.  If you decline to participate, you should candidly convey the reasons for your decision.  Whether you agree to participate or decline to participate will have no effect on your case whatsoever.

_____
Clerk, Clerk of Court