

|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JUL 18 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,

        Plaintiffs - Appellees,

 v.

UNITED STATES DEPARTMENT OF LABOR,

        Defendant - Appellant.

No. 24-880

D.C. No. 3:22-cv-07182-WHA
Northern District of California, San Francisco

ORDER

    The amicus brief submitted by American Civil Liberties Union of Northern California, American Civil Liberties Union of Southern California, and American Civil Liberties Union of San Diego and Imperial Counties is filed.

    Within 7 days of this order, amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

    The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                                  FOR THE COURT:

                                  MOLLY C. DWYER
                                CLERK OF COURT