# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 24-880

**Case Name** | Center for Investigative Reporting and Will Evans v. United States Department of Labor

Hearing Location (*city*) | San Francisco

Your Name | Therese Cannata, Aaron Field, Zachary Colbeth

List the sitting dates for the two sitting months you were asked to review:

December 2, 2024 - December 6, 2024, January 13, 2025 - January 17, 2025

Do you have an unresolvable conflict on any of the above dates? (●)Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

D. Victoria Baranetsky represented Plaintiffs/Appellees Center for Investigative Reporting and Will Evans in previous FOIA cases involving the same type of records as the records at issue here, in the Northern District of California and in this Court. Ms. Baranetsky also argued for Plaintiffs/Appellees before the district court in this case. Plaintiffs/Appellees accordingly wish to have Ms. Baranetsky argue for them in this case, before this Court, as well. However, Ms. Baranetsky is on maternity leave until February 10, 2025. To allow Ms. Baranetsky to present oral argument for Plaintiffs/Appellees, Plaintiffs/Appellees respectfully request that oral argument be set for February 11, 12, 13, or 14, 2025, the Court's earliest scheduled oral argument dates after Ms. Baranetsky returns to work on February 10, 2025, or for a date thereafter that is convenient for the Court and counsel for DOL. Plaintiffs/Appellees' counsel has consulted counsel for DOL, and counsel for DOL are available on February 11, 12, 13, and 14, 2025.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes (●) No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/ Aaron Field      **Date** | Aug. 16, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*