# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-880

**Case Name** Center for Investigative Reporting and Will Evans v. United States Department of Labor

**Hearing Location (*city*)** San Francisco

**Your Name** Therese Cannata, Aaron Field, Zachary Colbeth

List the sitting dates for the two sitting months you were asked to review:

February 3, 2025 - February 7, 2025; February 10, 2025 - February 14, 2025; March 3, 2025 - March 7, 2025

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

As Plaintiffs/Appellees stated in Dkt. No. 35.1, D. Victoria Baranetsky represented Plaintiffs/Appellees Center for Investigative Reporting and Will Evans in previous FOIA cases involving the same type of records as the records at issue here, in the Northern District of California and in this Court. Ms. Baranetsky also argued for Plaintiffs/Appellees before the district court in this case. Plaintiffs/Appellees accordingly also wish to have Ms. Baranetsky argue for them in this case, before this Court. However, Ms. Baranetsky is on maternity leave until February 10, 2025. To allow Ms. Baranetsky to present oral argument for Plaintiffs/Appellees, Plaintiffs/Appellees respectfully request that oral argument be set for February 11, 12, 13, or 14, 2025 or March 3, 4, 5, 6, or 7, 2025, the Court's scheduled oral argument dates in San Francisco in February and March, 2025 after Ms. Baranetsky returns to work (with preference for the March dates, though counsel is available on all dates stated after February 10, 2025). We have consulted counsel for DOL, and counsel for DOL are available on February 11, 12, 13, and 14, 2025 and March 3, 4, 5, 6, and 7, 2025.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Aaron Field    **Date** Sept. 26, 2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*